UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC, IN FORMA PAUPERIS - REQUEST
425 2nd ST. N.W. (ALSO CALLED MITCH SNYDER PL.)
WASHINGTON, D.C. 20001 (202-393-1909 PHONE)
PLAINTIFF
V.

AMERICAN UNIVERSITY, DEFENDANT
c/o VICE PRESIDENT AND
GENERAL COUNSEL MARY
KENNARD OF 4400 MASSACHUSETTS
AV., N.W., WASHINGTON, D.C. 20016
(POSTAL ADDRESS - MIST ADMINISTRATION - V.R.)

CASE NUMBER 1:06CV00455
JUDGE: Unassigned
DECK TYPE: Employment Discrimination
DATE STAMP: 03/10/2006

IN RE: APPEAL OF U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION DECISION

IN GENERAL COUNSEL'S OFFICE: COURT IS ASKED TO SEND IT TO 3201 NEW MEXICO AV., NW, WASHINGTON, D.C. 20016 AND ASK SECRETARY TO CALL MS. KENNARD
PLEASE ALSO MAIL E.E.O.C., 1801 L ST. NW, SUITE 100, WASHINGTON, D.C. 20507

COMPLAINT; REQUEST FOR $30,000 DAMAGES

PLAINTIFF IS FOLLOWING STEPS TO APPEAL DENIAL OF RELIEF BY U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, 1801 L ST. N.W. SUITE 100 (WHICH SHOULD ALSO GET COPY) WHEN PLAINTIFF ALLEGED VIOLATION OF AGE DISCRIMINATION ACT OF 1967. THERE IS NO EVIDENCE E.E.O.C. TRIED ANY PROMISED MEDIATION OR DID SURVEY OF AGES OF AMERICAN U. EMPLOYEES (MOST IN 20's AND 30's). E.E.O.C. RESPONSE DENIED RELIEF WITHIN ABOUT PAST 100 DAYS AND NOTE IS MISSING FROM PLAINTIFF'S FILE OR DISTRICTED. E.E.O.C. SHOULD MAIL IT TO PLAINTIFF AND COURT. MS. KENNARD PROBABLY WANTS TO DISCUSS INTEGRITY ISSUES WITH GOVERNANCE COMMITTEE: LEAVE TO AMEND IS ASKED ON BLACK MAURICE CARTER OR CARTER'S ORDER BARRING BRENDA NARNER FROM INTERVIEWING WHITE PLAINTIFF FOR ANY A.U. JOB: HE CANNOT VISIT CAMPUS. Joseph Slovinec JOSEPH SLOVINEC, 425 2nd ST, NW, DC 20001 FEB. 15, 2006

ATTACHMENT: U.S. DISTRICT COURT COMPLAINT

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 100-2005-01396 |

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Joseph Slovinec | (202) 885-6347 | 02-26-1958 |

Street Address: 5325 West Bard Avenue, Bethesda, MD 20816

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| AMERICAN UNIVERSITY | Unknown | (202) 885-1000 |

Street Address: 4400 Massachusetts Ave., N.W., Washington, DC 20016

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2005  Latest: 06-24-2005
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I have applied for 18 positions with the above-named Respondent since January of 2005. To date, I have not received an interview nor have I been considered for any of the positions.

II. I believe that the Respondent refused to hire me because of my age/47, in violation of the Age Discrimination Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 24, 2005 — *Joseph Slovinec* (Charging Party Signature)

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

06 0455
FILED
MAR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

1801 L Street, NW Suite 100
Washington, D.C. 20507-1002
Main (202) 419-0700
TTY (202) 419-0702
ADR Phone #: (202) 419-0727
ADR FAX (202) 419-0740
www.eeoc.gov

John L. Woods
ADR Coordinator
Email: John.Woods@eeoc.gov

## AGREEMENT TO MEDIATE

**CHARGE NUMBER:** 100-2005-01396

This is an agreement by the parties to participate in a mediation involving the above referenced charge. The parties understand that mediation is a process that presents an opportunity for both parties to have control of the outcome regarding the resolution of the disagreement. Further, the mediation process may be terminated at any time.

The parties and, if they desire, their representatives and/or attorneys are invited to attend a mediation session. No one else may attend without the permission of the parties and the consent of the mediator(s).

The mediator(s) will not function as the representative of either party. However, the mediator(s) may assist the parties in crafting a settlement agreement. Each party acknowledges being advised to seek independent legal review prior to signing any settlement agreement.

The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any time if an impasse occurs or either party or the mediator deems the case inappropriate for mediation.

The parties recognize that mediation is a confidential process and agree to abide by terms of the Confidentiality Agreement on the reverse side.

The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned mediator(s) is required to report to EEOC any benefits received. This information is reported for purposes of providing aggregate data to the EEOC for Alternative Dispute Resolution program evaluation purposes, and the individual terms of the agreement will not be disclosed to the public.

____✓____ I wish to mediate this discrimination charge     _June 24, 2005_ Date

__JOSEPH SLAVINEC__                    __202-885-6347__
Charging Party Name/Telephone #        Charging Party's Representative/Telephone #

### ALTERNATIVELY

_____ I do not wish to mediate this discrimination charge   _____ Date

_____            _____
Charging Party Name/Telephone #        Charging Party's Representative/Telephone #

# CHARGE QUESTIONNAIRE

EEOC Use Only | Name (Intake Office

**NAME:** JOSEPH GEORGE SLOVINEC
(First) (Middle Name or Initial) (Last)
**DATE:** JUNE 24, 2005

**ADDRESS:** 5325 WESTBARD AV.
**TELEPHONE NO.:** 202-885-634_
**CITY:** BETHESDA **STATE:** MARYLAND **ZIP:** 20816 **COUNTY:** MONTGOMERY

Please provide the name of an individual at a different address in your local area who would know how to reach you.

**NAME:** SUSAN NAN **RELATIONSHIP:** PROFESSOR **PHONE:** 202-885-1688
**ADDRESS:** 4400 MASSACHUSETTS AV. NW **CITY:** WASHINGTON **STATE:** D.C. **ZIP:** 20016

I believe I was discriminated against by: (Check those that apply)
[X] EMPLOYER  [ ] UNION  [ ] EMPLOYMENT AGENCY  [ ] OTHER

**APPROX NO. EMPLOYED BY THIS EMPLOYER:** 200 OR MORE

**NAME:** HUMAN RESOURCES
**ADDRESS:** AMERICAN UNIVERSITY 4400 MASSACHUSETTS AV.
**CITY, STATE, ZIP:** WASHINGTON, D.C. 20016

**NAME:** CONTACT PERSON AT
**ADDRESS:** AMERICAN: BRENDA WARNER RECEPTIONIST: APRIL

If you checked "Employer" above, are you now employed by the Employer that you believed discriminated against you?
**YES: From** ___
**NO:** I applied for 18 ATTACHED (positions) on 1/10/05 - 5/12/05
**OR:** I was employed as ___

What action was taken against you that you believe to be discriminatory? What harm, if any, was caused to you or others in your work situation as a result of that action?

NO INTERVIEWS ON 18 JOB APPLICATIONS - IMPUTED CLASS: AMERICAN UNIVERSITY TRIED TO MAKE A PROFIT FROM ME AS ONE OF ONLY A FEW PEACEBUILDING STUDENTS WHO WAS NOT CERTIFIED TO GET STUDENT LOANS LIKE MASTERS IN INTERNATIONAL PEACE & CONFLICT RESOLUTION OR GRANTS FOR FOREIGNERS. I GOT ZERO AFTER DEAN GOODMAN PROMISED ACCESS TO JOBS AND LOANS IN DEC. 2004, LETTER. I APPLIED FOR 18 JOBS AT AMERICAN U. AND RECEIVED NO INTERVIEWS; AND NONE FOR 5 JOB LEADS FROM CAREER OFFICE. I APPLIED FOR MARYLAND WELFARE AND NO ONE ADVISED ME ON WELFARE-TO-WORK JOBS, MY EVICTION IS NOW THREATENED.

**WHAT WAS THE MOST RECENT DATE THE HARM YOU ALLEGED TOOK PLACE?** JUNE 22, 2005 - ORDER

EEOC Form 283 (10/94)

2MS - 2 GROUP INFO SESSIONS INTERVIEWER: GRAHAM STARRM ON ASSIGNMENTS G, IMMEUNG... TO PAY $4539 NO WORD FOR DORM RENT WHEN I TOLD A.U. WE...

APPENDIX D - U/S, UNV 02/21/05 NO EEOZ ADDRESS OR PHONE NUMBER IN CBOOK

# AMERICAN UNIVERSITY
WASHINGTON, DC

HUMAN RESOURCES

February 01, 2005

Mr. Joseph Slovinec
636 W. Diversey Pkwy.
Chicago IL 60614

Dear Mr. Joseph Slovinec:

Thank you for your interest in the following position(s) at American University:

Position Number/Description
1897  Document & Imaging Specialist
3617  Grant and Contract Manager
4490  Staff Assistant
2914  Research Assistant
4928  Program Coordinator
5396  Producer
4041  Administrative Assistant
1717  Administrative Assistant
4299  Assoc. Dir. of the Cntr for Democracy & Election Management

Applications will be reviewed and candidates whose qualifications best meet the position requirements will be contacted.

As part of the university's commitment to diversity, we regularly collect demographic information from applicants. Please complete the enclosed applicant data form and return it to Human Resources in the enclosed postage paid envelope.

Thank you for your interest in a career at American University.

Sincerely,

Penelope Rivera
Human Resources Assistant

I was never interviewed for any job at American U. and Sent NEW ADDRESS

OFFICE OF FINANCE AND TREASURER



# AMERICAN UNIVERSITY
W A S H I N G T O N ,  D C

HUMAN RESOURCES

D-2

April 07, 2005

Mr. Joseph Slovinec
4410 Massachusetts Ave., NW
Pmb 282
Washington DC 20016

Dear Mr. Joseph Slovinec:

Thank you for your interest in the following position(s) at American University:

Position Number/Description
5412  Lead Researcher, Shared Goals
5422  Educational Technology Specialist
1058  Academic Counselor
3673  Administrative Assistant
1877  Customer Relations Representative

Applications will be reviewed and candidates whose qualifications best meet the position requirements will be contacted. Thank you for your interest in a career at American University.

Sincerely,

Penelope Rivera
Human Resources Assistant

*SEE REVERSE FOR ADDITIONAL*

OFFICE OF FINANCE AND TREASURER
4400 MASSACHUSETTS AVENUE, NW   WASHINGTON, DC 20016-8054   202-885-2591   FAX: 202-8

(S)... JOB APPLICATION
AFTER 4/12/2005

5473 — A.V. PROGRAM COORDINATOR
GUSTA (GOV, LESB/AN)

1713 — SENIOR ADMINISTRATIVE CLERK
S/S CLERICAL (QUAKER)
(RECEPTIONIST, CLERICAL

1728 — STAFF ASSISTANT, SCHOOL OF PUBLIC
AFFAIRS (QUAKER)

5471 — PROJECT COORDINATOR, COMMISSION
ON FEDERAL ELECTION REFORM
(STATES ELECTION WORK
IN AS SUMMERS — COUNTY
CLERK - ELECTIONS DEPT)

(TOTAL = 18)

(D·3)