AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**
MAR 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of  COLUMBIA

JOSEPH SLOVINEC
Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

v.

AMERICAN UNIVERSITY, IN RE.
APPEAL OF U.S. EQUAL EMPLOYMENT
OPPORTUNITY Defendant COMMISSION-DECISION

CASE NUMBER: 06 0455

I, JOSEPH SLOVINEC declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 2/0/2006 - 2/7/2006, $211 KAM C EXPRESS, 2535 BLADENSBURG RD, N.E., WASHINGTON, DC

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☐ No    VERY FEW, ACCOUNTS NOW 0
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☒ Yes    ☐ No
   f. Any other sources                                 ☐ Yes    ☐ No → SMALL AMOUNT (LESS THAN $180)

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
FEB 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

MONEY WAS IN LAST 2 ACCOUNTS:
LASALLE BANK, 12/3/1/05, ENDED AT ZERO
BANK OF AMERICA CLOSED 2/10/2006 AT NEGATIVE $11,
BANK CONTINUED TO CHARGE FEES AFTER ACCOUNT WAS ZERO

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value. ONLY AUTOMOBILE, OLDSMOBILE 1998 IN CHICAGO POUND - PERHAPS $300 - $500, CAN'T AFFORD TO VISIT NOW AND PAY $930 TICKETS, STORAGE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   NONE

I declare under penalty of perjury that the above information is true and correct.

___FEB 15, 2006___                              ___Joseph Hornick___
        Date                                     Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge    Date | United States Judge    Date |