FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVENEC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06 0455 |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER STAYING CASE

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed for the following reasons.

Plaintiff claims that American University discriminated against him on the basis of his age and race when it did not interview him for jobs for which he had applied. The Court presumes that he brings this action under Title VII of the Civil Rights Act of 1964, *see* 42 U.S.C. § 2000e, *et seq.*, and the Age Discrimination in Employment Act, *see* 29 U.S.C. § 621, *et seq.*

The issuance of a right to sue letter from the EEOC is a condition precedent to the filing of an action such as this in federal court. *See* 42 U.S.C. §2000e-5(b), (e) and (f). In the absence of the issuance of a right to sue letter within 180 days of filing charges with the agency, the plaintiff is obligated to request that such a letter be issued. 29 C.F.R. §1601.28.

Accordingly, it is hereby

**ORDERED** that plaintiff's application to proceed *in forma pauperis* is **GRANTED**; and it is

**FURTHER ORDERED** that this matter is **STAYED**, and it is

**FURTHER ORDERED** that, within 30 days of entry of this Order, plaintiff must provide the Court with a right to sue letter indicating a final determination of plaintiff's charge by the agency. Failure to do so will result in the dismissal of this matter.

Date: 2/24/06

Ellen S Huvelle
United States District Judge