PRAECIPE

# United States District Court
## for the District of Columbia

the **20TH** day of **MARCH** 19 **2006**

**JOSEPH SLOVINEC**
vs.
**AMERICAN UNIVERSITY**

Civil / ~~Criminal~~ Action No. **06-0455**

**JUDGE E.S.H.**

The Clerk of said Court will **SEND LETTER OF RIGHT-TO-SUE TO JUDGE HUVELLE: SHE REQUESTED IT IN FEB. 24, 2006 MEMORANDUM AND ORDER STATING CASE.**

Date: _____

Signature: *Joseph Slovinec*

BAR IDENTIFICATION NO.

Print Name: **JOSEPH SLOVINEC**
Address: **425 2ND ST, N.W.**
City: **WASHINGTON** State: **D.C.** Zip Code: **20001**
Phone Number: **202-393-1909**

RECEIVED
MAR 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

SEE TEXT OF "NOTICE OF SUIT RIGHTS" DANA HUTTER OF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION PREVIOUSLY SERVED IT TO JUAN PERICLO, STAFF ATTORNEY, AMERICAN UNIVERSITY OFFICE OF GENERAL COUNSEL, 4400 MASSACHUSETTS AVE, N.W. WASHINGTON, D.C. 20016

EEOC Form 161 (3/98)             U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Mr. Joseph Slovinec<br>5325 West Bard Avenue<br>Bethesda, MD 20816 | From: Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2005-01396 | Janet Stump,<br>Acting Enforcement Supervisor | (202) 419-0700 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Dana R. Hutter_ (signature)

**OCT 20 2005**

Enclosure(s)

Dana Hutter,
Director

(Date Mailed)

cc: Juan A. Perillo, Esq.
Staff Attorney
AMERICAN UNIVERSITY
Office of General Counsel
4400 Massachussetts Ave., N.W.
Washington, DC 20016