**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-455 |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER VACATING STAY

Plaintiff, proceeding *pro se*, brought this action pursuant to the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.* On March 10, 2006, the Court stayed this matter and ordered plaintiff to provide a right to sue letter indicating a final determination of plaintiff's charge by the agency. Plaintiff has now filed the right to sue letter. Accordingly, it is

ORDERED that the order staying the case is VACATED.

/s/ Henry Kennedy
United States District Judge

DATE: 3/27/06