PRAECIPE

# United States District Court
# for the District of Columbia

the **19TH** day of **APRIL** 19 **2006**

**JOSEPH SLOVINEC** vs. **AMERICAN UNIVERSITY**

Civil / Criminal Action No. **06-0455**

The Clerk of said Court will **DELIVER ATTACHED MATERIALS TO JUDGE KESSLER WHICH WERE ALREADY DELIVERED TO AMERICAN U. IN U.S. DISTRICT COURT CASE 05-1293 ON 12/1/2005 PLAINTIFF RESIDES AT SHELTER WHERE TYPING ACCESS CLOSED TODAY. HE HOPES TO TYPE PLEADING ON BRENDA HARNER'S REFUSAL OF INTERVIEW AFTER UNJUST BARRING ORDER FOR "PROTECTED ACTIVITY" KHAIR V. CAMPBELL SOUP CO., 893 F. Supp. 316 (D.N.J. 1995); CAN PROVE AGE BIAS WITH SIGNIFICANT SAMPLE ID.**

Date: April 19, 2006

Signature: *Joseph Slovinec*

BAR IDENTIFICATION NO.

Print Name: **JOSEPH SLOVINEC**

Address: **425 2nd ST., NW**

City: **WASHINGTON** State: **D.C.** Zip Code: **20001**

Phone Number: **202-393-1909**

RECEIVED
APR 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE** PRAECIPE AND SPELLINKS LETTER FOR U.S. MAIL DELIVERY TODAY TO AMERICAN UNIVERSITY VICE PRESIDENT MARY KENNARD, LEGAL COUNSEL, 3201 NEW MEXICO AV. NW, WASHINGTON, D.C. 20016. DISCRIMINATION ON BASIS OF RACE OCCURRED WHEN AFRICAN-AMERICAN MAURICE CARTER NEGROTH SIGNED BARRING ORDER WHEN HE DID NOT WITNESS PROTECTED DELIVERY OF SPELLINKS LETTER TO INTIMIDATE J. SLOVINEC FOR COMPLAINING ABOUT BLACK EDWARD ABANAWAS' DISHONEST SHIFTING OF GAS BILLS FOR SOLD HOUSE; SEE COCKRELL, 781 F.2d 173

May 12, 2005

U.S. Secretary of Education Margaret Spellings
400 Maryland Ave., N.W.
Washington, D.C.

Dear Secretary Spellings:

I would like to file an institutional grievance against American University for lack of cooperation in requesting a federal loan to pay for my expenses this semester for a Graduate Certificate in Peacebuilding where I wanted to transfer the credit to either a Master's Degree in International Service program or a Master's Degree with a specialization in International Peace and Conflict Resolution. I currently have less than $1400 in all of my savings accounts and I am trying to apply for welfare in Maryland. Please give me relief with approval of a $14,000 federal student loan to pay for this semester's expenses: $10,700 would go for American U.'s expenses and the remaining $3100 would be enough for some food or lodging during the summer.

My most recent Chicago landlord does not have an apartment before July 1 and even if I want to attend school in Chicago, it is impossible before September. I am trying to find work in Washington and I would rather work. If I am not in school this summer, a crisis could occur since I do not have money or lodging if I move out of the Park Bethesda dorm May 16, 2005. The Maryland Dept. of Health and Human Services says I cannot use their emergency shelters: they are only for the mentally ill and substance abusers. The above $3100 would prevent this situation.

I had more than $23,000 in the bank in September 2004 from an original $200,000 of my father's inheritance. When I asked Dr. Fisher to admit me to the Graduate Certificate in Peacebuilding program in August 2004 when I could afford to pay for a semester, he delayed my start to January 2005. In September 2004 I gained approval of a FAFSA for Roosevelt University and advisors for Hospitality and Education postponed talks until it was too late for registration: I got an A in an Education class there in Autumn 2003, and when I had $55,000 in the bank George Olson at Roosevelt gave me the runaround about registering there so I could not register there in January 2004 after his claims I could register to continue in either Hospitality or education. Roosevelt again put me off in January 2005 when I told them it was more affordable to go there and wait until summer for American U.: I'm skeptical of talk of using them for more loans.

The grievance occurs because American U. was not cooperative in providing any of the financial aid Dean Goodman seemed to indicate in a December 2004 letter: campus jobs, where I applied for 16 and got no interviews; or private loans, where I was turned down for every private loan for which I applied. Although I had estate money, I was unemployed during 2003 and 2004 with 3 A civil service grades in Illinois and no job interviews. On March 3, 2005 Dr. Fisher, director of the Peacebuilding program, e-mailed me he had contacted an Assistant Dean about asking for certification of his

(A-1)

FIRST OF 6
APPENDIX

Graduate Certificate in Peacebuilding program for federal loans. He never followed up on this, and when I asked him if American U. would help me apply to foundations for tuition money he seemed apathetic and said American U. only wanted to use private loans. On April 11, 2005 American University cancelled my registration when TERI, an IDAPP affiliate turned me down for a loan: they used unfair criteria like when I was billed for federal and state loans when I was unemployed between Sept. 2003 and Dec. 2004; a $814 sum where Edward Abankwa, a black man, tried to charge me for gas bills after I sold my deceased father's house to him; and Citibank's Ms. Tuttle repeated a false rumor I had not paid a judgment of $1135 in 1999 which I paid. Dr. Fisher e-mailed every grade of mine in his class was an A or A- or A- except one, a C on an exam: on April 28, 2005, he e-mailed he refused to grade my term paper on the Arab League and my final exam because my registration was cancelled. On May 6, 2005, after I complained to Dean Goodman, he gave me my group grade on Kashmir and he claims he will grade the papers if the classes are reinstated. American U. definitely would accept the federal loan money if you can send it to me. I had hoped to encourage the Bush Administration's work on peace like the road map with the Palestinians and the Central American Free Trade Agreement after President Bush visited the Clinton Library.

Mr. Sam Berhanu has been polite in receiving my financial aid requests yet he also was not forthcoming on American U.'s programs of aid for the poor and needy, and I e-mailed Dr. Fisher if tuition remission or free tuition is available for employees, I should be able to apply for it if I have less than $3000 in the bank and it was unfair to cancel my registration. My future work or schooling plans are disrupted with uncertain references from Dr. Fisher, a lack of references in Chicago during 2003 and 2004 when I was unemployed, and these issues. I might have to move: Please try to write me promptly at: Business: P.O. Box 282, 4410 Massachusetts Ave., N.W.., Washington, D.C. 20016 or Home: 5325 Westbard Av., Bethesda, Maryland 20816 or phone 202-885-6347. Thank you.

With best wishes,
Joe Slovinec

*[Handwritten annotations:]*

Copies to:
Dean Goodman
Dr. Fisher (faculty mailboxes)
William Esper - Legal Counsel's Office
Sam Berhanu - Financial Aid Office
(William wants Ingrid Valentine to also see this)

No response as of 6/2/05 (?)

6/16/2005 - I want federal court case on this and Amanda [illegible] - refusal to loan & letting me see [illegible]

(A-2)

APPENDIX IS U.S. COURT RECORDS

# AMERICAN UNIVERSITY
W A S H I N G T O N , D C

PUBLIC SAFETY

American University
Public Safety - Office of the Chief
4400 Massachusetts Avenue, NW
Washington DC 20016


Joseph Slovinec
5325 Westbard Avenue
Apartment 205A
Bethesda, MD 20816


Mr. Slovinec,

This letter is to advise you that you have been barred from American University (AU) Main Campus and the University Shuttle Services effective 05-17-2005 for disruptive activity at various university offices. The University reserves the right to deny access to the property and services at its discretion. If you are found on American University campus or shuttle bus, you will be subject to arrest and charged with Unlawful Entry under Section 22-3302 of the DC Code.

Any person who has received a University Barring Notice may file a written request to have the barring notice reviewed. This appeal must be filed with the Director of Public Safety not later than fifteen (15) calendar days after the Barring Notice was issued. If an appeal is not filed within this time, the Barring Notice is deemed final.

Regards,

*Micheal D McNair*

Micheal McNair
Chief of Police – Director
Public Safety Office of the Chief


MR SPENCER
APPEAL RECEIVED JUNE 1, REVIEW
CASE BY CASE
OK GIVING MR SPENCER 1 EMBARK ENTERING
MAGAZINE 6/15 [illegible]

OFFICE OF FINANCE AND TREASURER
4400 MASSACHUSETTS AVENUE, NW    WASHINGTON, DC 20016-8068   202-885-2527   FAX: 202-885-1014

May 25, 2005

Mr. Michael McNair
Chief of Police - Director of Office of Public Safety
American University
4400 Massachusetts Ave., N.W.
Washington, D.C. 20016

Dear Mr. McNair:

I ask you to end the barring notice against me because I believe it is based on unfounded reports. Although I have not yet enrolled for the summer, I still have an offer of admission for a Summer Institute of Peacebuilding June 27 – July 15, 2005 and your Help Desk approved my receiving of e-mail with a password until June 22, 2005. It seems to me my severance with the University would occur about July 16 or June 26 at the earliest. No one has courteously sent me a letter saying I could not use the campus due to nonpayment, and this is a differing issue from an arrest threat.

[text obscured] from your staff in imitation of lawsuits I had including against [text obscured] in Illinois. I have the right to accuse American University Public Safety of making a false report I had disruptive activity. In Montgomery Law and University rules, the legal word "disruptive" means interfering with operations, [text obscured] and especially conversations without consent or after one is told to [text obscured]. [text obscured] following individuals told me to leave or indicated I was interfering [text obscured] on my May 17, 2005 visit. Mr. Kumar of the Judicial Mediation [text obscured] conversations are private and you should not ask details. After a [text obscured] he said his services would not be used. If the ban is not lifted, I will [text obscured] order for Amanda Taylor of the Admissions Office to show me my [text obscured] I have a legal right to see under the federal Family Educational [text obscured] perhaps this could be done at the Legal Counsel's Office at 3201 [text obscured] which is not on Main Campus in the order. Amanda was not in [text obscured] April in the Human Resources Office did not complain about [text obscured] have the right to file a discrimination complaint. Please do not [text obscured] only include some of the jobs and I cannot return to either of [text obscured] with hiring freezes. In Student Accounts, Darryl Cook [text obscured] about an unpaid bill and choices on loans or tuition [text obscured] barring notices to intimidate someone like me who [text obscured] the Financial Aid Office to fill out a food [text obscured] issues could cause [text obscured] Aid to fill out papers on food stamps [text obscured] try to cover up like Nixon the [text obscured] for food stamps after Dr. [text obscured] 2004 to January 2005.

[signature]