**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0455 (GK) |
| ) | |
| v. ) | |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

<u>ORDER</u>

Upon consideration of Defendant American University's Motion to Dismiss and/or in the Alternative for a More Definite Statement, it is, by the Court,

ORDERED:

_____ That the Defendant's Motion to Dismiss the Plaintiff's Complaint is granted.

_____ That the Defendant's Motion for a More Definite Statement by the Plaintiff is granted and the Plaintiff is hereby ordered to set forth the legal theories upon which he relies and the underlying facts and circumstances for each claim in a manner consistent with Federal Rule of Civil Procedure 10. It is further ORDERED that the Plaintiff shall have until ten (10) days from the date of this order to file an amended complaint in this action.

Dated:_____

_____
Judge Kessler, United States District Judge

Copies to:

Hisham R.O. Khalid, Esq.
American University
Office of General Counsel
3201 New Mexico Avenue, NW, Suite 270
Washington, DC 20016-8165

Joseph Slovinec
425 2nd Street, NW
Washington, DC 20001