FILED IN TWO CASES: PLEASE FILE UNDER CIRCLED CASE NAME, NUMBER
IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec, Plaintiff                                    06-0455
  Plaintiff,
  Vs.                                                         g.k. - Judge Kessler
American University, Defendant (Mr. Perillo called CCNV – please try elsewhere)
AND IN THE U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA
Joseph Slovinec, Appellant.
  Vs.                                                         05-5372
Mary Muncie, as agent, of and,                                Before: Chief Judge Ginsburg,
  U.S. Department of Education                                Judges Tatel and Griffith
  Appellee

ISSUE OF REPORTING OF EMPLOYMENT SOLICITATION

1. Appellant has only lined up 3 part-time jobs, one of less than a week, since January 2005 and desires to keep the names secret since there is little prospect today he could reach the $798 per month he would need to get off food stamps. It is probably desirable for Joseph Slovinec to give a federal court under seal the names of more than 70 other job applications for full-time work in addition to these names which were handwritten in a partial publicizing of the list after a pleading on a severe January 9, 2006, theft or unauthorized disposal of most of his legal pleadings and letters to lawyers at the Community for Creative Nonviolence homeless shelter where he resides. It is probably better for Judge Kessler to accept items on employment solicitation in the E.E.O.C. case since in a pleading Plaintiff cited a case where he can list other factors in American U. discrimination against him in addition to age. In the Slovinec v. Muncie case, a regulation of U.S. Department of Education says he can apply, and could have applied in past, for unemployment deferment if he kept records on the job search. The names of most employers should be kept secret to protect legitimate interests of Dean Louie Goodman of American U. School of International Service in placing his students: obstacles to a placement could have included J. Slovinec's 15 years of residency in Illinois 1989-2004 and support for Democrats: the private list includes U.S. civil service and foreign embassies and about 10 nonprofit groups. However, J. Slovinec believes it is better to type names on the list which were made public on January 9, 2006: Grassroots Campaign, National Recruitment Office, 59 Temple Plaza, Boston, Massachusetts, Graham Staffing 1130 Connecticut Av.; Greenberg Quinlan Rosner Research, U.S. Institute of Peace, Eastern National, IFES (International Foundation for Electoral Systems), Amideast, Capital Phone, Academy for Educational Development, Pope John Paul II Cultural Center, Bread for the World, Maximus (use of their program in Maryland was ineffective), Human Rights Campaign, UCEA One Dupont Circle, National Governors Association, Primedia, Whitman 1717 Eye St., N.W., Worldwide Assistance, Facilitation Prof. Counterterrorism, Caliber of Fairfax, Virginia, Midtown Group, Resumes (at American U.) Job Fair; (1) Youth for Understanding, (2) CBS News, Conservation International, Luntz Research, Media Research Center PROOF OF SERVICE: By mail to: Juan Perillo, Legal Counsel of American University 3201 New Mexico Av., N.W., Washington, D.C. 20016 AMERICAN U. CASE, Assistant U.S. Attorney Craig Lawrence, 501 3rd St., N.W. Washington, D.C. 20001, FOR MUNCIE Joseph Slovinec, 425 2nd St.,, Washington, D.C. 20001 April 25, 2006