IN THE UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA
Joseph Slovinec,                                                06-0455
   Plaintiff,
   Vs.                                                      gk – Judge Kessler
American University,
   Defendant

REQUEST FOR AT LEAST 20 DAYS TO COMPLETE ANSWER TO AMERICAN U. PLEADING: COVER NOTE ON REQUESTS FOR D.C. CITY COUNCIL MEDIATION AND NEIGHBORHOOD GROUPS

1. Plaintiff asks the court to allow a response of Plaintiff to American University's pleading by not earlier than May 15, 2006, 20 days after it was mailed:: it is a general cross-claim under Federal Rule of Civil Procedure 12 (a). Plaintiff asks Judge Kessler to order a clerk to write her response to American U.'s pleading, and not to use Mr. Khalid's text. Mr. Khalid had not specified "details" in which the Complaint was deficient under Fed.R. Civ. P. 12 (e): It includes Age Discrimination in Employment Act and list of specific jobs : Plaintiff worked for 7 years in public administration, 6 in Cook County government and one in Illinois government, and was definitely qualified for staff assistant at School of Public Affairs and also Senior Clerk at School of International Service.

2. Mr. Khalid is asked to talk to Justin Perillo at Office of Legal Counsel:Justin phone call to Community for Creative Nonviolence was not totally welcome. Letters should be sent before phone calls. Plaintiff called Justin to tell him there were "rich-vs, poor" issues: the population of CCNV is about 93% African-American and about 7% white with many ex-offenders who are a special category in a job placement service within the building. It is considered bad manners for a wealthy white business like American U. to call there to push a Motion to Dismiss. Mr. Slovinec is uncertain if a Juan Vazquez or Juan Perillo at A.U. got papers in this case. Pleadings were filed with the court on January 9, 2006, in Slovinec v. Muncie 05-5372 in U.S. Court of Appeals with complaints on thefts of pleadings at CCNV this was on the brink of violation of D.C. Code 22-3307 destruction of records, and on the same day as Justin's call, a second pilfering incident occurred on April 25, 2006, with destruction of items for an index of Plaintiff's legal brief on 05-5372..

3. Plaintiff respectfully notifies Judge Kessler and A.U. Interim President Kerwin of his memo to the Advisory Neighborhood Commission which asks for Councilwoman Patterson's mediation.. Plaintiff told Justin Plaintiff yielded access and will not visit campus probably for several weeks after May 17, 2006 expiration of barring order since U.S. Marshal delivered materials to American U. campus. African-American Maurice Carter or Carten is accused of signing a barring order when he did not witness disruption and it seems his motives included intimidation of Plaintiff for complaining about black Edward Abankwa's dishonest shifting of gas bill to Plaintiff, distributing copies of letter to Spellings, and asking April on discrimination complaint on May 17, 2005: Brenda Harner said barring had forbidden job interviews . If Mr. Khalid believes this statement is unfair to A.U., he can complain to Judge Kessler.
PROOF OF SERVICE: Mail to Hisham Khalid for A.U. 3201 New Mexico Av., N.W. Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 May 1, 2006 (mail on 4/28)

RECEIVED
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLE[RK]
U.S. DISTRICT COURT

*Knald (signature)  Joseph Slovinec  Joseph Slovinec*

I WROTE MR. [scratched] IN ABOVE CASE, TENSIONS WERE RESOLVED WHEN JUDGE KESSLER WROTE TO RESPOND BY MAY 30. [scratched out text]

APPENDIX A - 06-0455

MEMORANDUM TO ADVISORY NEIGHBORHOOD COMMISSION
3D OF WASHINGTON, D.C.: C/O JILL STERN, CHAIRPERSON
FROM: JOE SLOVINEC, EX-AMERICAN UNIVERSITY STUDENT
RE: CALL FOR SUPPORT OF INVESTIGATION OF AMERICAN
UNIVERSITY ON LACK OF HOMELESSNESS PREVENTION   *Joseph Slovinec*

   I intend to visit your meeting at Sibley Hospital on Wednesday, May 3, 2006, at 7 P.M. and I would appreciate a chance to talk or give copies for the Commission's consideration (with hopefully more enclosures). Please support my call for CITY COUNCIL MEMBERS KATHY PATTERSON AND ADRIAN FENTY to investigate American University and officials under ex-President Benjamin Ladner including Housing and Dining Programs Director Julie Weber and Assistant Director of Financial Aid Ingrid Valentine for lack of cooperation with the principles for prevention of homelessness which Deputy Mayor Lynn French outlined with local coalitions: American U. was the main cause of my eviction and residency in a homeless shelter, the Community for Creative Nonviolence, since August 2005. These are main facts:
- Julie Weber got leads from the Director of my Graduate Certificate in Peacebuilding, Dr. Ronald Fisher, to steer my rental business to the overpriced Park Bethesda, 5325 Westbard, in Bethesda, Maryland at $1393 per month when Julie's office claimed rooms were available in Washington, D.C. for as little as $500 for month. Fisher postponed my start for 1 semester unwisely: I had $23,000 in Sept. 2004. I arrived at American U. in January 2005 after 15 years in Chicago and I was exploited. American U. was insensitive to the fact which I alluded to: I was twice hospitalized for cardiac arrhythmia, or rapid heartbeat, at my request and in a worse form, cardiac arrhythmia was the cause of death at age 28 of Army and DePaul women's basketball's coach Maggie Dixon: a Dolton, Illinois paramedic brought me to St.. Margaret's Hospital in Hammond, Indiana so these types of interstate referrals should not be neglected.
- American University's catalog of 2004-2005 claims it is willing to serve as lender of last resort if financing is unavailable elsewhere. Ingrid Valentine stubbornly refused to give me emergency or low-income loans without directly stating it: this was the main reason I never paid Julie Weber's bill and she became hostile. I wrote D.C. Police Chief Ramsey I believe this and a complaint letter to Secretary Spellings were main real reasons I was barred from campus by A.U. security: since the U.S. Marshal delivered EEOC court papers there for me, I have voluntarily decided not to visit American U. campus until tensions lessen, perhaps with a judicial conference with federal Judge Kessler, although I believe the one-year barring notice ends May 17, 2006. I believed Ladner's group was leaning pro-Republican and wanted to deny me loans as a Democrat who opposed the start of the Iraq war without votes of support from U.N. and Arab League.
- After her first eviction threat May 16, 2005, Julie Weber had horrible social services: Douglas Duncan's administration would not agree to my request to work as Public Administration Intern and I spent a month at Maximus in Gaithersburg with long bus rides to the only free dinner place in Silver Spring. Maryland's government told me if I was evicted, they would refuse to allow me to stay in homeless shelter in Maryland because before Sept. 30 homeless shelters are only for the mentally ill, who talk to

Rockville, Maryland crisis center, or substance abusers. The Montgomery County Police use sneaky tactics to push evicted American U. students on D.C. homeless shelters: when my calendar said I had a D.C. appointment, they evicted me when I was not there and gave me no other choice for more than one-night stay than to reside at the Community for Creative Nonviolence, 425 2nd St., N.W. which said yes in August 2005. Councilman Fenty is asked to oppose phony promises of public housing consideration which were told to me when I first arrived there. Benjamin Ladner and Julie Weber also have racial condescension because since I did not want to apply for work with the Central Intelligence Agency and had not applied for military work, American U. had little interest in helping me find work and want to push it as a chore on a church office and job placement office near CCNV which seem ill-equipped for the job: I was unemployed for six months after I arrived at CCNV and only found a minimum-wage job in March 2006. The Bush Administration totally cut off my financial aid in September 2005 so I could not return to Chicago to attend Roosevelt University and I had only 88 cents or zero in my savings accounts from August 2005 to March 2006: only about $50 in bank today. I ask Ms. Patterson to consider a mediation service: this detracts from the image of peace goals in the Middle East I originally got in a leaflet where interim President Kerwin talks about peace protests during the Vietnam War. I am sending this to A.U.'s legal counsel: I hope someone talks to the Trustees and say this violates social justice teachings of United Methodist Church: A.U. should find a better halfway house. Thanks.

SLOVINEC TO ANC 2 OF 2