```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,                :
                                :
        Plaintiff,               :
                                :
             v.                  :   Civil Action
                                :   No. 06-455 (GK)
AMERICAN UNIVERSITY,            :
                                :
        Defendant.               :
_____:
```

### ORDER

This matter comes before the Court upon the Defendant's Motion to Dismiss and/or in the Alternative for a More Definite Statement, [#8], filed on April 25, 2006. Plaintiff is proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is hereby

**ORDERED,** that the Plaintiff Joseph Slovinec respond to Defendant's Motion to Dismiss And/Or in the Alternative For a More Definite Statement, no later than **June 19, 2006.** If Plaintiff does

not respond, the Court will treat the motion as granted and enter judgment in favor of the Defendant.

|  |  |
|---|---|
| May 16, 2006 | /s/<br>Gladys Kessler<br>U.S. District Judge |

**Copies to**:  **attorneys of record via ECF and**

JOSEPH SLOVINEC
425 Second Street, NW
Washington, DC 20001