UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,                :
                                :
        Plaintiff,               :
                                :
     v.                         :     Civil Action No. 06-455 (GK)
                                :
AMERICAN UNIVERSITY,             :
                                :
        Defendant.              :

## ORDER

It is hereby

ORDERED that Defendant's Motion to Dismiss [Dkt. #8] is DENIED, and its Motion for a More Definite Statement [Dkt. #8] is GRANTED. Plaintiff filed his "More Definite Statement" [Dkt. #13] on May 26, 2005. It is further

ORDERED that Plaintiff's "Motion for Court to Order Survey of Ages of American University Employees as of May 16, 2005" [Dkt. #14] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

                              /s/
                              GLADYS KESSLER
                              United States District Judge

Date: May 31, 2006