# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH SLOVINEC,                 ) | |
| ) | |
| Plaintiff,     ) | Civil Action No. 06-0455 (GK) |
| ) | |
| v.              ) | |
| ) | |
| AMERICAN UNIVERSITY,   ) | |
| ) | |
| Defendant.    ) | |

## DEFENDANT'S ANSWER AND GROUNDS FOR DEFENSE

COMES NOW, the Defendant (hereinafter the "University"), by and through its Counsel, and in answer to the Complaint, More Definite Statement (See Exhibit 1), and Amendment to More Definite Statement (See Exhibit 2) filed in the above referenced matter states as follows:

1. The University denies the allegations contained in the Plaintiff's Complaint.

2. The University denies the allegations contained in Paragraph 1 of the Plaintiff's More Definite Statement.

3. The University is without information or knowledge sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 2 of Plaintiff's More Definite Statement.

4. The University denies the allegations contained in Paragraph 3 of the Plaintiff's More Definite Statement.

5. The University denies the allegations contained in Paragraph 4 of the Plaintiff's More Definite Statement.

6. The University denies the allegations contained in Paragraph 5 of the Plaintiff's More Definite Statement.

7 The University denies the allegations contained in Paragraph 6 of the Plaintiff's More Definite Statement.

8. The University denies the allegations contained in Paragraph 1 of the Plaintiff's Amendment to More Definite Statement.

9. The University denies the allegations contained in Paragraph 2 of the Plaintiff's Amendment to More Definite Statement.

10. The University denies the allegations contained in Paragraph 3 of the Plaintiff's Amendment to More Definite Statement.

11. The University denies the allegations contained in Paragraph 4 of the Plaintiff's Amendment to More Definite Statement.

12. The University denies the allegations contained in Paragraph 5 of the Plaintiff's Amendment to More Definite Statement.

13. The University denies the allegations contained in Paragraph 6 of the Plaintiff's Amendment to More Definite Statement.

## GENERAL DENIAL

The University denies all allegations in the Complaint, More Definite Statement, and Amendment to More Definite Statement not specifically admitted, denied, qualified, or otherwise addressed. The University further denies that the Plaintiff is entitled to the relief he has demanded in his Complaint, More Definite Statement, and Amendment to More Definite Statement.

## AFFIRMATIVE DEFENSES

The University reserves the right to assert the following defenses should further investigation or discovery disclose a basis therefore:

### FIRST DEFENSE

The complaint fails to state a claim against the University upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred, in whole or part, by the applicable statute of limitations.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or part, by the Doctrine of Laches.

### FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the principle of estoppel, waiver, discharge, and/ or release.

### FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, based on the failure of the complaint to allege sufficient legal and/or factual basis for compensatory or punitive damages.

### SIXTH DEFENSE

Plaintiff has failed to mitigate his damages.

### SEVENTH DEFENSE

Plaintiff's claims are barred based upon lack of subject matter jurisdiction.

### EIGHTH DEFENSE

Plaintiff's claims are barred based upon lack of personal jurisdiction.

### NINETH DEFENSE

Plaintiff's claims are barred because the University's actions were based on nondiscriminatory factors other than Plaintiff's age.

## TENTH DEFENSE

Plaintiff's claims are barred to the extent he failed to properly exhaust administrative remedies to the extent that he has elected an administrative remedy.

The University reserves the right to rely on any other defenses that through further investigation or discovery may become known during the course of that action as well as reserves the right to delete any defenses previously raised herein or amend any responses to the allegations made herein should further investigation or discovery demonstrate that there is no basis for such defense or response to such allegations.

WHEREFORE, Defendant requests that the Complaint be dismissed.

Dated: June 5, 2006

Respectfully submitted,

AMERICAN UNIVERSITY

/s/ Hisham R.O. Khalid
Hisham R.O. Khalid (DCB # 445494)
Office of General Counsel
4400 Massachusetts Ave., NW
Washington, DC 20016-2724
(202) 885-3285

Attorney for Defendant

*American University*

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2006, a true and correct copy of the foregoing Defendant's Answer and Grounds for Defense was served by first-class U.S. mail, postage prepaid, upon:

Joseph Slovinec
425 2nd Street, NW
Washington, DC 20016


/s/ Hisham R.O, Khalid
Hisham R.O. Khalid