**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSEPH SLOVINEC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0455 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

    I, the undersigned, counsel of record for Defendant American University, certify that to the best of my knowledge and belief, American University has no parent companies, subsidiaries or affiliates.

Dated: June 5, 2006                    Respectfully submitted,

                                        AMERICAN UNIVERSITY

                                        <u>/s/ Hisham R.O. Khalid</u>
                                        Hisham R.O. Khalid (DCB # 445494)
                                         Office of General Counsel
                                         4400 Massachusetts Ave., NW
                                         Washington, DC 20016-2724
                                         (202) 885-3285

                                         Attorney for Defendant

                                         *American University*

L-slovinec.disclosure.doc

CERTIFICATE OF SERVICE

I hereby certify that on this 5nd day of June, 2006, a true and correct copy of the foregoing Defendant's Disclosure of Corporate Affiliations and Financial Interest was served by first-class U.S. mail, postage prepaid, upon:

Joseph Slovinec
425 2nd Street, NW
Washington, DC 20016


/s/ Hisham R.O, Khalid
Hisham R.O. Khalid