IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.

Joseph Slovinec,                                               06-0455
  Plaintiff,                                          gk – Judge Kessler
  Vs.
American University,
  Defendant: on E.E.O.C. case

NOTIFICATION TO COURT OF LIMITED PERMISSION TO JUSTIN PERILLO FOR PHONE CONFERENCE ABOUT JUNE 14-15 ON ISSUES OF CONCERN TO HIM AND MR. KHALID INCLUDING SUMMER INSTITUTE PROSPECTS

1. Plaintiff asks court to understand his use of single-space format with a limit of typing 3 pages per session at his residence, the Community for Creative Nonviolence homeless shelter, and despite some tensions, Plaintiff talked to American University Legal Counsel Justin Perillo on the phone on June 8, 2006 and agreed to his request for a phone conference hopefully on June 14, or perhaps June 15 or soon, on issues of concern to him and Mr. Khalid including overlapping issues of this case and U.S. Court of Appeals Case 05-7090, Slovinec v. American University, in accordance with judicial efficiency or efforts for it in the Colorado River ruling 424 U.S. 800.. J. Slovinec tells Judge Kessler Justin Perillo is a polite attorney who sincerely remembered receiving J. Slovinec's Appellate Brief in U.S. Court of Appeals Case 05-7090 and other items in mail ( and by fax) and a dispute occurred after a clerk to Chief Judge Ginsburg, Judges Randolph and Brown erroneously listed this item as "Unserved" on docket and panel on June 1, 2006 refused, after April 13 denial of rehearing, to write Mr. Perillo's boss, Mary Kennard, to clarify this and attorney's choice:: the panel also erred in refusing to enforce FERPA and is trying to push case up to U.S. Supreme Court by July 13 after ignoring Plaintiff had zero funds: both sides should try to avoid it with an informal settlement or dispute resolution: only Judge Kessler could hear from us by then.   With hopes of improvement in talks, Plaintiff will allow issues of statement to President Kerwin and Board of Trustees in Case 05-7090 statement of May 5, 2006 to sit on desk a few days before requesting a response. .

2. **Feasibility of completion of Dr. Fisher's verbal offer for Joseph Slovinec to receive Graduate Certificate of Peacebuilding with completion of Summer Institute 2006 in addition to recording of grades for Spring 2005 which was already completed.**  Justin's phone call could improve the atmosphere for a cordial discussion of issues about Dr. Fisher.  Justin and Mr. Khalid are asked to talk to Dr. Fisher and this summer's chairman, Dr. Abu-Nimer, about the feasibility of J. Slovinec's attendance at this year's Summer Institute with a voluntary agreement of American University to free tuition or a waiver since he has earned less than about $500 since January 2005 and has less in savings: **if this occurs, J. Slovinec could forgo a planned appeal to U.S. Supreme Court on that issue on July 13, 2006.**   With inability to make additional copies, Plaintiff quotes from Appendix A of Feb. 6, 2006, in Case 05-7090 and Judge Kessler is asked to consult American University's website, then screen for School of International Service, then screen for Graduate Certificates then

[handwritten: IT IS JUNE 19-JULY 8, 2006 / JL]

RECEIVED
JUN - 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Certificate in Peacebuilding: "The Certificate: ..peacebuilding, conflict resolution, development, and human rights
**Blends theory with practice to enhance professional development**
**Allows mid-career professionals to augment current education and training**
**Provides graduate students with training in related fields of interest**
**REQUIREMENTSA total of 15 credit units of graduate level coursework**
**Completion of program in one to four years"**
Judge Kessler is informed that since Joseph Slovinec started classes in Peacebuilding in January 2005, this text means Dr. Fisher stated J. Slovinec has until the Autumn Semester 2008 to complete the program, or until the end of President Bush's second term. This leads to the next question which was also in Case 05-7090, May 5, 2006, to Mr. Kerwin and Trustees after J. Slovinec's warning to Mr. Ladner he might end up on welfare: "Discussion of my issues will bring up questions of bipartisanship and if American University is fairly serving both Republicans and Democrats. The Ladner Administration allowed pro-Republican or pro-defense cliques to gain negative leverage with refusal to honor the American U. catalog policy of loaning money as lender of last resort and deliberately leaving me with an unpaid bill to worsen my credit rating and causing my eviction and residency in a homeless shelter for 8 months." It was not Mr. Slovinec's fault that a classmate talked about accusations against U.S. Secretary of Defense Rumsfeld at international court: an October 2002 resolution authorized U.S. troops in Iraq, and force was responsibly used to end al-Zarqawi's hatefilled killings in a raid on him yesterday: yet the news media has covered U.S. inconsistency after earlier Rumsfeld meetings, and seeming friendship, with Saddam. This relates to the next issue in financial aid.

3. Judge Kessler is asked to review the issue of American University's unfairness In financial aid to J. Slovinec after re-reading these statements about Dr. Fisher, J. Slovinec's main adviser, which were related to J. Slovinec's inability to find a job in an atmosphere with de facto discrimination towards younger, wealthier students from the D.C. area: On: "Charge Questionnaire": "American University tried to make a profit from me as one of only a few peacebuilding students who was not certified to get (federal) student loans like Master's in International Peace and Conflict Resolution or grants for foreigners. I got zero after Dean Goodman promised access to jobs and loans in Dec. 2004" and on the reverse which Mr. Khalid did not include in xeroxed set "Business was procured by Dr. Ronald Fisher (202-885-1547), Director of Graduate Certificate in Peacebuilding at A.U.'s School of International Service. I warned him I needed job advice more with Il. Layoff court cases: He actually did less for me than most students: I only got one listserv from Carrie in May". PLEASE SEE these items in same above website entry, "Certificate in Peacebuilding", on STUDENTS WHO COULD HAVE RECEIVED PAYMENT OF TUITION BY EMPLOYER ON P. 4: "The participants came from varying backgrounds, ranging from international agencies, such as the OAS (Organization of American States), UNDP (United Nations Development Program), CARE, USAID (U.S. Agency for International Development), and UNHCR (United Nations High Commissioner for Refugees), to oil companies, and small non-governmental

organizations", and STUDENTS WHO WERE ELIGIBLE FOR FEDERAL LOANS UNLIKE J. SLOVINEC,
"They were joined by Master's degree students from the International Peace and Conflict Resolution and the International Development programs at the School of International Service at American University." DR. FISHER AND/OR ADMISSIONS COMMITTEE BOTH POSTPONED J. SLOVINEC'S REQUESTED START FROM SEPTEMBER 2004 TO JANUARY 2005 AND SAID HE COULD ONLY GET PRIVATE LOANS, NO FEDERAL ONES at first because he was a graduate certificate student, not Master's.
A dialogue could occur since American U. could have difficulty in placing J. Slovinec because he lived off an inheritance without working 2000-2004 and told Dr. Fisher in March 2005 he had sued the Illinois state government for not rehiring him with A civil service test grades and not helping him find another position with use of Illinois Skills Match after convicted ex-Governor George Ryan's administration laid him off  JUSTIN AND/OR MR. KHALID ARE ASKED IF DR. FISHER CAN BE ASKED IF HE COULD, OUT-OF-COURT (without appeal to U.S. Supreme Court), AGREE TO WAIVER AND GRADING OF FINAL EXAM AND ARAB LEAGUE PAPER (where a compromise could include listing it as nongraded assignment since portions were stolen and there are Middle East controversies).
Plaintiff respectfully thanks Judge Kessler for her May 31, 2006 ruling against dismissal of case, and is asked to read Agreement to Mediate Charge Number 100-2005-01396 which J. Slovinec signed on June 24, 2005, where J. Slovinec talked to a black woman employee of E.E.O.C. who neglected to or refuse to follow up on mediation request: Mr. Khalid's Tenth Defense of June 5, 2006 is erroneous like his defense on basis of laches:  "Plaintiff's claims are barred to the extent he failed to properly exhaust administrative remedies" and Ninth Defense is unfounded and lacks supporting evidence; "Plaintiff's claims are barred because the University's actions were based on nondiscriminatory factors other the Plaintiff's age" and errors in Seventh "lack of subject matter jurisdiction", Eighth "lack of personal jurisdiction": since 42 U.S.C. 2000 et. Seq, gives the court jurisdiction, this should be filed yet lacks proper respect for federal statutes: Judge Kessler is asked respectfully to consider changing her mind later on her denial without prejudice of Plaintiff's Docket 14 request for a "statistically significant survey" which could reveal "bias", in Khair v. Campbell soup EEOC case, 893 F.Supp. 316 (D.N.J. 1995): how else can we find out about American U.'s age discrimination?   Since a website cited damage levels of $50,000 for 1-15 employees and $300,000 for larger amounts of employees in Equal Employment Opportunity Commission cases see websites www.judicialwatch. Org and laws.findlaws.com; U.S. Equal Employment Opprtunity Commission: Enforcement Guidelines Section 102 of Civil Rights, Plaintiff hopes Judge Kessler will accept, or not object, to his request of a lesser amount of $30,000 since he is also suing the Public Safety Unit for defamation at $26,000. PROOF OF SERVICE: To American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20016: Justin Perillo, Hisham Khalid
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 June 8, 2006

*Joseph Slovinec* [signature]

TO JUSTIN: future pleading considered on study of 3 European Union and Palestinians