IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.

Joseph Slovinec,
   Plaintiff,                                 06-0455
     v.                                    gk-Judge Kessler

American University,
  Defendant Re: E.E.O.C. case

CONCLUSION OF ITEMS FOR JUNE 14-15 PHONE CONFERENCE WITH JUSTIN PERILLO AT AMERICAN UNIVERSITY: BEFORE JUNE 19-JULY 8, 2006 SUMMER INSTITUTE ON PEACEBUILDING AND DEVELOPMENT

1. Plaintiff thanks Judge Kessler for her note about the June 30 scheduling and status conference where he will prepare a report including a summary of the case and related cases, and by June 19 he hopes to complete another memo on EEOC cases. Plaintiff asks Judge Kessler to read or remember any legal or case information on the Clinton Administration's economic policies: including links between universities and state or D.C. job placement services and food stamp employment training programs where D.C. government was sued for not including J. Slovinec in UDC/Van Ness program like Senn High School (Il.).

2. Clarification is needed to avoid more legal trouble on grading: Grades can be recorded with a tuition waiver or perhaps appear as WP (Withdrawal Passing), not a ZL: there was no "incomplete grade contract" for Dr. Fisher.

3. On M. McNair's recent barring order, J. Slovinec complains it was unfair because since May 17, 2005 J. Slovinec only visited AU twice: once with permission to give Lt. Spencer food stamp information in June, and once in August in a justifiable attempt to give disputed 05-7090 brief to guard, who refused. It seems Mc Nair intimidated Dr. Said to discontinue e-mail to J. Slovinec who does want Dr. Said and Dr. Abu-Nimer to know anti-Arab motives were suspected. Plaintiff asks Justin to convey to Dr. Abu-Nimer and hosts of Summer Institute On Peacebuilding and Development 2006 of June 19 – July 8, 2006, J. Slovinec's desire to work on these research issues if he attends the Summer Institute: a study of potential U.S. and European support for foreign aid and the peacebuilding role of Palestinian National Authority President Mahmoud Abbas who wisely proposed a referendum on a peace plan on July 26, 2006 (see New York Time, June 11, 2006 6 in International news section, first one) and J. Slovinec favors a renewed Israel-Hamas truce: historic perceptions: Iraqis Sunnis who received favors under British rule and then resented the 2003 occupation; and Dr. Khalilzad's 2005 reforms; and Iran after Mossadegh 1953.

4. Plaintiff informs Judge Kessler that in December 2004 and early 2005, Dr. Fisher told J. Slovinec if he had enough money, Summer Institute professors like Dr. Abu-Nimer and human rights Professor Edy Kaufman could be expected to write letters of recommendation or give job references if grades were high enough: unfortunately, Plaintiff feels Judge Kessler should keep American U. advising of J. Slovinec's job efforts under judicial supervision for one year after

SERVED IN U.S. MAIL (with intent of fax) to: Justin Perillo, American University Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20016 June 12, 2006

*Joseph Slovinec*

Copies might be sent to faculty mailboxes at Dean Boothman's office

RECEIVED
JUN 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT