IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
  Plaintiff,
Vs.
American University,
  Defendant, on EEOC issue

06-0455 gk Judge Kessler

NOTICE ON CASES, CONFERENCE ISSUES, AND NOTICE TO ILLINOIS OFFICIALS IF JOBS ARE AVAILABLE THERE

1. Plaintiff respectfully informs Judge Kessler he has fulfilled his duty to confer with American University's attorneys on the phone, and that she would need to designate a room if she wants him to meet in person with them by June 27, 2006. CCNV rules allow no outside visitors for residents and no use of conference rooms by outsiders: a guard answers a phone I never answer, and this protects access for paramedics who came this morning in a building which is too humid. Plaintiff cannot visit American U., and since Your Honor or court sent the U.S. Marshal there, a consultation with his office is desirable.

1. PROMISED CASES  Statutes are 42 U.S.C. 2000 e-5 and 29 U.S.C. 626.

**a. Discovery can include a list of all other places where Plaintiff applied for work (request under seal).** In an EEOC case, Plaintiff can prove "reasonably diligent efforts to secure other employment", *Hawkins v. 1115 Legal Services,* N.Y., 163 F.3d 684 (2nd Cir. 1998) so American U. cannot claim "suitable work existed" and "claimant did not find reasonable efforts to obtain it". **b. Discovery in EEOC cases has included** statistics of hiring like amount of Hispanics who took Chicago police test, *U.S. v. Chicago,* (1977, CA7 Il.), **549 F2d 415, survey of 30-54 year olds related to economic suffering,** *Polstorff v. Fletcher,* 452 F.Supp. 22 (1978), "Plaintiff need not show age was sole motivating factor in employment decision." *Cockrell v. Boise Cascade Corp.,* 781 F 2d 173 (10th Cir. 1986). C. Review *Khair v. Campbell,* previously cited, 893 F.Supp. 317: can use "retaliation" of barring for circulating letter to Spellings, "causal connection between protected activity and adverse employment decision" of barring interviews, Id. At 893 F.Supp. 337: same letter which criticized Dr. Fisher for refusing to grade Arab League work critical of Bush, he is bad for Egyptians like Khair who disliked U.S. troop intervention. ON DISCOVERY: Issues, limits: All 18 job descriptions with department name and ages of those interviewed from Human Resources (B. Harner); all relevant records in possession of Dean Goodman, Dr. Fisher, and McNair with list of all who were sent barring notice and YES ONLY TO CONSOLIDATING DISCOVERY, NOT TRIAL on list also in D.C. Superior Court case: Kumar, April Hornung of HR, Carrie Trybulec, Darryl Cook, Financial Aid (Ingrid Valentine), Nicole Campbell has Amanda Taylor's SIS Admissions records: Dean Leo Grande on talk with Plaintiff on jobs only, if he has any: an explanation is urgent on American U.'s policies on job training for student and recent ex-student food stamp recipients where Judge Kessler and Plaintiff need to talk on proper overtures to government officials or perhaps President Kerwin and Board. Case is timely after Jan. 5 theft or disposal of materials: Hisham will be asked on phone to do fact-checking or correction of defense by July 1.

SERVICE BY MAIL: To: Hisham Khalid, A.U. 3201 New Mexico Av., N.W., D.C.
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20016  June 19, 2006

*Joseph Slovinec*

FOR INCLUSION IN U.S. DISTRICT COURT CASE NUMBER 06-0455, SLOVINEC V. AMERICAN UNIVERSITY, E.E.O.C. CASE, RE: JUNE 30 SCHEDULING CONFERENCE BEFORE JUDGE KESSLER
MEMO TO ILLINOIS OFFICIALS ON POTENTIAL OF J. SLOVINEC'S RETURN TO ILLINOIS: HIS BUSINESS WAS PUSHED AWAY FROM ROOSEVELT U.
COURTESY COPIES TO: U.S. SENATORS RICHARD DURBIN AND BARACK OBAMA   *Joseph Slovinec*

1. The Plaintiff in above action, Joseph Slovinec reminds Judge Kessler he was an Illinois resident during and before December 2004 when he decided to enroll at American University. American U. is sued partially for a total failure to meaningfully market him which caused him to never gain a full-time job since he arrived in D.C. January 2005: and J. Slovinec did not fully consider results of move from Illinois where there were still more businesses who voluntarily were willing to consider him for a college degree job, in contrast to the prospect of compelled employment with the Food Stamp Employment Training program in Washington, D.C.. Pleadings in the American U. lawsuit will include a request for American U. President Benjamin Ladner to confer with Governor Blagojevich or his office on April 19, 2005, on a potential return of J. Slovinec to Illinois with American U. support: it now appears it was a mistake to omit this conference, and J. Slovinec points out to Illinois officials that after a financial mismanagement scandal and U.S. Dept. of Justice investigation, Benjamin Ladner was replaced by Interim President Cornelius Kerwin.

2. These state government offices listed J. Slovinec with an A test grade for Consideration for hiring in 2003 up until December 2004: Library Associate at Central Management Services, rehire for Social Services Career Trainee at Central Management Services, and Governmental Career Trainee for Secretary of State Jesse White: although no interviews were offered with a hiring freeze, it is worthwhile to ask CMS Director Campbell about reconsideration if another application is filled out: this could only happen for J. Slovinec as D.C. resident after all interested Illinois residents are interviewed. J. Slovinec gave resume to Chicago Cubs and Illinois Film Office for work as a film writer in January 2005: names of a leading public relations firm and publishing company which sent cards in response to J. Slovinec's resume are confidential. J. Slovinec believes all above jobs are worth reconsidering.

3. American U. basically gave J. Slovinec few social introduction with no Internship in addition to not giving J. Slovinec interviews for any of 18 jobs he applied for, where he alleges this is for combination of age discrimination and other reasons: American U. seemed to expect J. Slovinec to continue dependency on past Illinois friendships and references, including Democrats, after arrival in D.C. where American U. did not give financial aid which it indicated and evicted J. Slovinec from a dorm: J. Slovinec has a better rental payment history in Illinois. **An appeal to U.S. Supreme Court is expected on ruling where Judge Kessler refused to order availability of federal loans for J. Slovinec to return to Chicago to attend Roosevelt University in September 2005: this policy continued even when J. Slovinec informed U.S. Court of Appeals he was on food stamps Aug. 2005 – now..**

PAGE 2 IN U.S. DISTRICT COURT CASES 06-0455 MEMO TO ILLINOIS OFFICIALS PLEASE SHOW TO SCHEDULERS: SENATORS DURBIN AND OBAMA (includes perhaps ideas for after-work or political events)

U.S. District Court Judge Kessler has the power to compel my employment at American University if I win an EEOC case where a trial is not expected before December 2006. American U. seemed to renege on agreement not to schedule any court dates during September and October 2006 if I want to work on a Democratic campaign in Illinois or a location other than D.C.. A start to consultations with Illinois officials are asked at this time because there are two options for my working in Illinois:

1. If Illinois government or Illinois businesses or labor unions who have a Washington, D.C. office interview me during this summer when I will contact virtually all of them; and this results in a job offer either in Washington, D.C. or Chicago.

2. A job reinstatement offer or offer of an equivalent job in Illinois state government in a rehearing or appeal to U.S. Supreme Court of a decision in my lawsuit against a layoff by George Ryan's administration, 02 C 4124 in 7th Circuit, could be either 05-1699 or 05-6199 where I have never received a decision after a vaguely mailed notice about May 20, 2005 which claimed, without evidence, that court "resolved the appeal". I want Judge Kessler to learn about existence of this case, a probable cause for U.S. Department of Justice investigation, today yet it is too complicated to give details. IF I RECEIVED A JOB REINSTATEMENT IN ILLINOIS, IT WOULD BE REASONABLE FOR ME TO ONLY ASK FOR DAMAGES FROM AMERICAN UNIVERSITY, NOT AN ORDER TO COMPEL EMPLOYMENT. MY BUSINESS WAS PUSHED AWAY FROM ROOSEVELT AND ILLINOIS AFTER ROOSEVELT OFFERED TO LET ME START SCHOOL IN A TEACHING PROGRAM IN SEPTEMBER 2005 BY STUBBORN REFUSAL OF OFFICE OF U.S. SECRETARY OF EDUCATION MARGARET SPELLINGS TO OFFER ME FEDERAL STUDENT LOANS TO ATTEND ROOSEVELT EVEN AFTER MY TEN MONTHS ON FOOD STAMPS WITH NO FULL-TIME JOB: after Sallie Mae gave me a loan deferment in Jan. 2005, Spellings' Republican cronies declared my loans in default June 22, 2005. American U. has Illinois students in Washington Semester. I therefore wanted to return to Illinois in Sept. 2005 and under economic duress I have resided in the CCNV homeless shelter in D.C. since August 2005. With these factors, Illinois state officials are asked to discuss these policy issues during my D.C. stay and accomplishments at American U., and you can get a definite reference from my American U. Professor Susan Nan, a former Carter Center employee who is now at George Mason University. I only earned $695 since Jan. 2005.

1. Kashmir peace project for my other of two professors, Ronald Fisher, a military trainer who I call Republican-leaning, where I got an A on research: when Prime Minister Singh of India visited Washington, D.C. in July 2005, I visited the office of Congressman Henry Hyde (Il.) and said I was willing to continue bipartisan research on Kashmir peace talks between India and Pakistan. My feelings changed after an earthquake in Pakistan in October 2005. Today I do not want Dr. Fisher to use my name to contact the India-Pakistan Democrat Club near Chicago's 50th Ward and Senator Durbin or Senator Obama could give my greetings to them and after I wrote them once on A.U., I'll write Senator Grassley.

2. Colombia – My group project at American U. went well because someone knew about O.A.S. and I wisely decided not to call or write the FARC rebel

p. 3 groups since I used websites, including Center for International Policy, on 2002 peace talks which the United Nations and former President Pastrana supported. I wrote Secretary of State Rice on March 17 about Dr. Fisher's neglect in telling us if guidelines on talking to FARC rebels: if I had, it would have antagonized the Chicago Police Department and antidrug effort where if I returned to Chicago in June 2005, a long job search with calls to Dr. Fisher as my most recent reference would have been unpopular. 3. Dr. Fisher gave me an A- on my talks about the Carter Center's work on elections observers and study of peaceful unity in Venezuela: I could continue to ask for work with former Carter and Clinton advisors who also care about Chicago. 4. I got 100% on a speech I gave about when the Arab League persuaded Iraq not to attack newly independent Kuwait in 1961 with a co-partner on OAS-sponsored talks to end the El Salvador – Honduras war of 1969. 5. Northern Ireland role play with Professor Nan where I was parade chairman and talked about Vatican II. was fine.. 6. A major crisis occurred when Dr. Fisher refused to grade my paper on the Arab League and in a planned writ of certiorari to U.S. Supreme Court in Slovinec v. American U. case 05-7090, I will complain this was repression because I criticized Bush for invading Iraq when on March 1, 2003, the Arab League refused to consider a proposal by Kuwait and the United Arab Emirates for Saddam to resign and go into exile which I called a better idea than war; I wrote about a 1948 incident when Iraq's royal family first approved and then reneged on a defense treaty with Great Britain when there were riots, a reminder Iraq has the right to decide today on whether to keep foreign troops; and also my criticism of Reagan's bombing of Libya without evidence in 1986. I was favorable on the U.A.E.'s peace talks with Iran on islands in 1993 and also a peaceful suggestion in 2003. However, it was wise for the U.A.E. to drop a deal to acquire ports which was very controversial in D.C. including bipartisan opposition in Congress. Please update me on the Illinois lawsuit against U.S. Secretary of Defense Rumsfeld on the Springfield base. My two grade averages of A and B+ were high enough for financial aid. Dr. Fisher's leadership led to constant conflicts with American U.'s bureaucracy where I believe Republican influences on Benjamin Ladner led to these hostile decisions: refusal to honor a promise or virtual promise in American U. catalog to serve as lender of last resort; after pressure on me to get private loans when I was unemployed (which Lisa could consider predatory lending), when IDAPP's affiliate National Education said no, A.U. cancelled my semester (which the catalog says means no tuition charge) and said I had to pay to reinstate it; I applied for more than 100 jobs with no offers; and 7. American U. evicted me from my dorm in August after my ugly confrontation with Montgomery County Judge Vaughey who gave me a $4539 judgment with only $60 in my bank account and refused my request to order a homeless shelter for me when Montgomery County, Maryland, says homeless shelters are only for the mentally ill and substance abusers: in a pre-Katrina skirmish, I asked: "What would you do if there was a hurricane?" He said, "That's not my function": to order shelter. I suggested that Maryland Attorney General Joseph Curran contact Lisa: in my lawsuit 06-7039 against Montgomery County, Maryland, I discovered FEMA gave Maryland $2 million for the homeless including homeless shelters.