IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC,<br><br>       Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITY,<br><br>       Defendant. | )<br>)<br>)<br>)  Civil Action No. 06-0455 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE

Please take note that the proposed order in connection with the parties' meet and confer report (document 22) was mistakenly omitted from the filing. This Notice is being filed together with the proposed order to be considered with document 22.

Respectfully submitted,

AMERICAN UNIVERSITY

_/s/ Hisham R.O. Khalid_

Hisham R.O. Khalid, Esq.
D.C. Bar No. 44594
American University
Office of General Counsel
3201 New Mexico Avenue, NW, Suite 270
Washington, DC 20016-8165
(202) 885-3285