IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC, )
)
Plaintiff, )
) Civil Action No. 06-0455 (GK)
v. )
)
AMERICAN UNIVERSITY, )
)
Defendant. )

### SCHEDULING ORDER

Upon consideration of the Parties' Joint Rule 16.3(d) Report, it is hereby

ORDERED that:

1. Discovery will commence on July 1, 2006;

2. Plaintiff's designation of experts and Fed. R. Civ. P. 26(a)(2) disclosures are due by August 29, 2006;

3. Defendant's designation of experts and Fed. R. Civ. P. 26(a)(2) disclosures are due by September 28, 2006; *Plaintiff opposes, delay revision. Joseph Slovinec*

4. Plaintiff's identification of rebuttal experts and Fed. R. Civ. P. 26(a)(2) disclosures are due by October 2, 2006; *Plaintiff opposes, delay revision. Joseph Slovinec*

5. Defendant's dispositive motion is due by November 27, 2006; Plaintiff has until December 12, 2006 to respond; and Defendant's reply is due by December 27, 2006; and

6. Discovery deadline is October 30, 2006.

SO ORDERED THIS _____ day of _____, 200_____.

_____
United States District Judge