PLEADING TO OPPOSE CONSOLIDATION NOW WITH 06-1143 AVAILABLE OR

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
   Plaintiff,                                     06-0455
   Vs.                                             gk – Judge Kessler
American University,
   Defendant

SUMMARY OF POINTS OF JUNE 30, 2006 FOR LATER ANSWER

1. I, Plaintiff, would like to add this for the day of the hearing. Plaintiff's statement needs more on goals of litigation: these could include compelling employment at American University or elsewhere.
2. I, Plaintiff, need to agree with Judge Kessler on list of government witnesses Which Plaintiff is still working on: U.S. Secretary of Education Margaret Spellings is accused of repressing Plaintiff with cutoff of all financial aid in retaliation for writing letter; reverse racism is apparent when black employees of D.C. Department of Human Services have indirectly or directly refused to process Plaintiff's request to attend Food Stamp Employment Training program at University of District of Columbia/Van Ness: discovery should include all federal and D.C. government officials who are implicated in decision to let Plaintiff sit around homeless shelter and collect food stamps since August 2005 with only one-part time job which is limited to 10 hours per week to prevent Plaintiff from heat exhaustion. Although Plaintiff was for peace talks during Pope John Paul II's meeting with Tariq Aziz of Iraq in 2003 since Iraq was not an imminent threat, Plaintiff agrees with President Bush's support of multiparty elections in Iraq on Jan. 30, 2005 for the first time since the 1958 coup, legitimate authority for Iraq for the Catholic Church: Plaintiff recognized U.S. Secretary of Defense Rumsfeld acted under October 2002 resolution of Congress, yet might want to write him to say it was unfair to link J. Slovinec's financial aid cutoff to statement of another student, not him, on accusations against U.S. in International Criminal Court.
3. Hisham is asked to see Dean Goodman and Mr. Kerwin on list of items on job Search Plaintiff desires to keep under seal in future motion, and Plaintiff makes public his letter to Mr. Kerwin on food stamp employment training ideas.
4. Please see Appendices A-C on Benjamin Ladner's lack of response to advising Plaintiff on financial crisis, and complaint to Howard Dean on lack of DNC-American University working relations to get job for Plaintiff where there has been no progress since September 2005
5. Plaintiff will send Judge Kessler pleadings on discovering Illinois witnesses like Attorney General Lisa Madigan in lawsuit against black supervisor Cynthia Faleti and black Edward Abankwa who showed up at Jan. 30 closing without check: Plaintiff is influenced to live in lower-income circumstances like blacks since Maurice's actions. Judge Urbina ruled defamation is a D.C. issue in June 2005 05-1293 so Plaintiff wants to keep trials separate. D.C. SUPERIOR COURTS WANTS ITS REMOVAL TO FEDS.

HAND-DELIVERY FOR COURT TO: Hisham Khalid for American U.
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 June 29, 2006

Joseph Slovinec

Plaintiff will ask Judge Kessler to encourage more for shelter: delays in tickets to get clothing, no plugs for alarm clocks, new pressures to seek disability (Tuesday

NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT
RECEIVED JUN 29 2006

*GK's DISTRICT (illegible) APPENDIX A 6/29/2006*
*U.S. COURT OF APPEALS - 7/14/2005*
*APPENDIX B*
*2ND CIRCT APPENDIX B 5/11/2006 RECEIVED*

MEMORANDUM
TO: PRESIDENT BENJAMIN LADNER
FROM: JOSEPH SLOVINEC, FIRST –YEAR STUDENT IN GRADUATE
CERTIFICATE IN PEACEBUILDING APRIL 19, 2005  *Joseph Slovinec*

    I wanted to ask you to inquire into or work on a few issues and I am somewhat sorry if my few short messages were not woven together better. I know it is better to address a short message to the President of the University from my earlier days with Notre Dame President Father Theodore Hesburgh, where with surprising ease I got into Columbia with President Michael Sovern who advised Walter Mondale on debates. Here are points: (Trying to get admission to Master's in International Service with payment of this semester's bill by a federal loan May 1-15, danger of bankruptcy or welfare, please check on available American U. jobs I applied for, bad feelings from Judge Filip's ruling, limited options in Illinois with use of Governor Blagojevich and CMS, and disagreements with Il. Attorney General Lisa Madigan where I do not want her assistant to send mail to campus after I accused her of lying to a judge.)

*05-1291 FILED JUL 1 4 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT*

1. **It is advisable to encourage American U. to work on an option where two professors seem inclined to write letters of recommendation to admit me into the Master's Degree in International Service program on or about May 1 which would make me eligible for federal financial aid: since their two classes could count for credits in Master's of International Service, I could then receive federal loans to pay for this semester's unpaid bill: I cannot get federal loans for Graduate Certificate in Peacebuilding.** I was not clear before I arrived on whether a graduate certificate was same as a degree for financial aid. I am taking SIS 606 and SIS 609 which seems to go well: I expect between A- and B grades. In December 2004, I received a letter from Dean Goodman which seemed optimistic about several kinds of financial aid: private loans or campus jobs. However, none of these worked.

2. **If above is not achieved, it could result in dire consequences for me like bankruptcy or welfare by next month, May 2005: your legal counsel may not have understood I have not yet decided, and I do not know American U's intentions: Please help me explore other options.** Other options include: tuition remission especially if I receive a job here or a waiver for poor and unemployed students. **The several loan companies which the Graduate Certificate in Peacebuilding program uses seem all to require income from working people for a good credit rating: I did not work in 2003 and 2004 and I used an inheritance so credit is unavailable. In bankruptcy, it is important to remember the other two recognized creditors are expected to oppose my bankruptcy: the federal government gave me a loan deferment from 2005 to 2008, probably in conjunction with American U. and my bankruptcy would discharge about $60,000 in federal loan debts, and IDAPP gave me a loan deferment to Nov. 2005 after extensive phone conversations** I had about $10,000 in December and about $8000 in January. I could have paid the tuition bill if I got a $550 per month room. However, my savings accounts are down to $250 in Washington, D.C. and $2600 in Chicago: if I pay Chicago $930 for parking including tickets I said were issued illegally (like for a parking meter violation where there was no meter), I could get my car released from a pound

next week and not have a potential obstacle to getting a Maryland license plus hopefully some money from the car sale.   I am not looking forward to a so-called voluntary trip to Chicago to withdraw more money from the bank. Probably Monday, April 25: Il. Law allows Maryland residents to use Maryland driver's license for only 90 days after departure and Md. Does same to Il.: I left Il. Feb. 1 and must get Maryland license by May 1.

3. Please check the status of about 15 AU jobs I applied for: please don't overreact: A.U. is not accused of discrimination, but I can't get work anyplace except with an A.U. reference or remote chance of Il. State job .

4. The court ruling of Judge Filip in Chicago in March 2005 had an impact because he dismissed my case with refusal to negotiate on reinstatement to my most recent state job with back pay (twice back pay if I win a jury award in a suit), my rights under Illinois law which he discriminated against, and he also refused to review my allegations Illinois Skills Match, the state employment service, had in essence refused to market me for work between 2000 and 2004, thus pressurizing me to continuously withdraw funds from an inheritance I received from my father. Without a settlement in the case and a definite state job offer after this semester in May 2005, I am not optimistic about getting jobs at 1 of 3 companies which sent me cards in Il.: I therefore do not wish to return to Illinois.   Judge Filip politely received the news I intended to attend American U,: he had continuously postponed hearings on my case which was in court for 2 years and 9 months, and many Chicagoans feel American U. is a better match for me.. After point 3, it is 99% I cannot return to either of my past jobs in Chicago due to government hiring freezes: the Clerk of the Circuit Court (Dorothy Brown) in Chicago where I worked 1986-1992 or Il. Dept. of Human Services.   I wanted to tell President Ladner it is OK with me if he wants to call or write Governor Rod Blagojevich of Illinois or his Director of Central Management Services Michael Rumman: 20 ILCS 415 (including 19c) allows reinstatement by Mr. Rumman if supervisor violated personnel code by denying me a promotion because I reported a violation of a law or rule (I did on illegal use of my computer for a fraudulent discharge of a nursing home patient without telling me) or inefficiency (nursing home administrators would complain to me that co-workers were not prompt in Medicaid entries).
Rod is about the only one who a D.C. office and could arrange a job in Illinois, and once in a while here, with short notice.   There were difficulties with my 2000 layoff by a black women supervisor a few blocks from the home of Mayor Richard and Maggie Daley: mostly because she thought I was an investigator.

5. Although I understand Il. Attorney General Lisa Madigan's representation of my supervisor, I felt it was wrong for her to represent George Ryan's aide in false accusations I made nursing home inspections after 5 P.M. especially after George Ryan's indictment.   Lisa, a Democrat, frequently sold me fundraising tickets after my father's funeral when she heard I had money. Her staff is right-wing and openly hostile to me: I wrote Mr. Gonzales to say do not want D. Allen to send more mail here, and she was replaced in federal court after I accused her of lying.

## EXAMINER EXCLUSIVE

# Meet the whistle-blower

**Letter sent in March 2005 ignited American University investigation**

**Ladner's former chauffeur told trustees about extravagant personal expenses charged to school**

**By Mike Rupert**
Examiner Staff Writer

A Senate committee's investigation into American University's decision to give its embattled former president a $3.75 million departure package after he was accused of misappropriating university funds could lead to significant policy changes at colleges and universities across the country, sources say.

Charles Grassley, R-Iowa, chairman of the Senate Finance Committee, is expected this week to call for sweeping reforms of the school's governing board, including the removal of as many as four trustees.

The committee has oversight over nonprofit organizations — including institutions of higher education like AU. And it is using American University as a case study for national reform recommendations.

Although dozens of lawyers, accountants and investigators have pored over thousands of documents, receipts and pages of testimony in the ongoing investigation, it was a single anonymous letter sent to the school's trustees in March 2005 that ignited the controversy over former AU President Ben Ladner.

Now Reginald Green, who was Ladner's chauffeur from August to December 2004, wants to tell his story.

### THE WHISTLE-BLOWER

Green had all but forgotten about the dozen copies of the anonymous letter he mailed to American University trustees early in March 2005.

So he was a little surprised when a colleague stopped him outside his office on a hot September afternoon.

"Did you see the paper today, Reggie?" he asked Green. "Your name is in it."

The letters alleged Ladner and his wife had been using thousands of school dollars for what appeared to be personal expenses.

Green, 48, had no idea his letters ignited an internal audit of Ladner's personal expenses. He had no idea he was responsible for the uproar that was splitting apart the university's leadership and prompting a revolt from students on the quiet Northwest campus.

"Next thing I know, I'm being called in by the Senate investigators saying, 'So, we hear you're the whistle-blower,'" said the Fort Washington resident.

Former AU trustee Len Jaskol, who led the school's investigation of Ladner, said he does not know who wrote the letter, but said, "The whistle-blower did the university a huge favor."

"I thought, and I think all of us thought Ben Ladner was doing a good job," Jaskol said. "No one had any idea of the extent of the lavish lifestyle he was leading."

From the beginning, Ben Ladner has denied any wrongdoing. He maintains that his contract with American University permitted him use his expense account as he saw fit. He has not been charged with any crime and did not comment for this story.

### 'AMERICA'S PRIDE'

In early 2003, Green was working as security manager for Overseas Private Investment Corporation, a U.S. government agency that helps American businesses invest abroad, when the retired Army sergeant and Korean linguist's health began deteriorating.

Green was diagnosed with post-traumatic stress disorder during his Army service in the early 1980s, but said he thought he had recovered. Apparently he had not.

Green would soon undergo colon surgery to repair the stress-related damage. After his recovery, the married father of two young daughters found himself without a job, and cash was running short.

Through a special Department of Veterans Affairs program for dis-



Reginald Green, former driver for ex-[…]

abled veterans called "America[…] Pride," Green was hired as a securi[…] escort at the White House. He quick[…] worked his way up to supervisor.

Green said he was making dece[…] money and happy to have a good jo[…] but knew his two young daughter[…] college tuition would be out of h[…] reach.

So when he saw an opening f[…] a driver for American Universit[…] president, he immediately sent […] his resume. One of the benefits lis[…] ed, he said, was that down the roa[…] his daughters would be able to atter[…] the school tuition-free.

Green was personally selecte[…] by the Ladner and his wife, Nanc[…] in July 2004 from among 100 app[…] cants for the $40,000-a-year job [—] despite the fact Green had a broke[…] leg from a recent motorcycle accide[…] and his surgery had left him with […] ailment that forced him to use the r[…] stroom often.

Ladner liked his "White House cr[…] dentials," Green said.

He started work on Aug. 16, 200[…]

### BEHIND THE WHEEL

Green had hoped to work both job[…] driving for Ladner by day and wor[…] ing at the White House at night. Th[…] arrangement worked at first, but th[…] Ladners' demands grew greater eac[…] week, according to a travel logboo[…] Green was asked to keep in his un[…] versity-issued BlackBerry.

"For the first couple weeks he like[…] to show me off a little," he said. "The[…] they started treating me like a se[…] vant. He treated me like his slave."

Green said he regularly hauled "e[…] pensive cases of booze and wine" an[…] "huge trays" of food made by the Lac[…] ners' personal chef, Rodney Scrugg[…] from their AU residence to their per[…] sonal home on tony Gibson Island o[…] the Chesapeake Bay. Nancy Lac[…]

Case 1:06-cv-00455-GK    Document 24    Filed 06/29/2006    Page 5 of 7



ican University President Ben Ladner, stands in front of Ladner's residence.
– Greg Whitesell/Examiner

ner asked Green to purchase birthday gifts for her husband, including a rowing machine, using Green's university-issued American Express credit card, he said.

Green was asked to run to the travel agency to adjust the departure date on two nonrefundable first-class airline tickets worth around $23,000 each, he said.

Despite the fact that Ladner earned $875,000 a year — among the nation's highest salaries for college presidents — they appeared to spend little of their own cash, Green said.

According to Jaskol, the Ladners had an unlimited and unaudited expense account for their residence, just off campus in the expensive Spring Valley neighborhood, that was completely separate from the President's Office budget.

Two former assistants said the couple did nothing to separate personal expenses and business expenses, according to documents now under review by Congress. And when he was questioned about the discrepancy, Ben Ladner's "hot temper" would surface, according to the statements.

Green was fired a day after he told Ladner he had to use the restroom on a return trip from Philadelphia on the evening of Dec. 2, 2004.

According to a two-page memo given to Green after he was hired, Ladner wanted to "minimize bathroom stops on long trips ... one is acceptable — zero is preferable."

## THE DECISION

Jaskol said he never expected anything to come from the investigation, and wanted to give the benefit of the doubt to Ladner, who had been at the university since 1994 and was credit-

"I'm assuming that we won't find anything," Jaskol said. "But they came back just four or five weeks later and said, 'This is real.' Everything in that short letter was real."

When Ladner was informed of the investigation, former trustee George Collins said Ladner simply said, "Oh, boy."

Jaskol said he wishes someone had raised the issues to trustees earlier.

Green said he never raised questions over the Ladners' requests during his employment because it wasn't "his place," and said he always went out of his way to "protect the privacy of his clients."

Green said he didn't write the nearly 300-word letter until several months after he was fired.

"I was messed up and confused and needed to vent," said Green, who plans to file a wrongful termination suit against Ladner and the university. "That job was supposed to be my girls' ticket to college and that was ruined over a stupid bathroom break.

"Somebody had to let people know what type of man he is."

Green and a close friend wrote the letter over a few days in March and then dropped several copies — one to each member of the school's Executive Committee — into a Silver Spring mailbox. The letter was signed "an employee."

When asked why he wanted to remain anonymous, Green said that with millions of dollars on the line, he honestly feared for his family's safety.

"I told everyone close to me that if something happened to me, my wife or my children, that they knew the first person to go looking for," Green said. "The only difference between Ben Ladner and God is that God knows he's God and Ben Ladner just

*GK-APPENDIX C: US(?)(?)*
*(?) (?)*

MEMORANDUM TO DEMOCRATIC NATIONAL COMMITTEE
CHAIRMAN HOWARD DEAN
FROM: JOE SLOVINEC, 425 2ND ST., N.W., WASHINGTON, D.C. 20001
PHONE 202-393-1909 : SEPTEMBER 9, 2005 (1st fax-Democrats Abroad)
RE: JOB SEARCH, COMPLAINTS ON LINKS OF AMERICAN
UNIVERSITY WITH UNFAIR MARYLAND HOUSING POLICIES
Cc: American University: Interim President Kerwin, Dean Goodman SIS

     I send respectful greetings. You certainly have made excellent points in speeches in recent days including support for Social Security, more access to health insurance, and especially aid to the poor after the New Orleans hurricane. Today I too am at a homeless shelter after eviction from an American University dorm and repeated refusals of Maryland to let me into a homeless shelter.. It is urgent to do something about my job search this autumn since I cannot afford to attend class. I enjoy research and writing the most. A most attractive choice for me is work for writing of films including documentaries and I had one idea for a film on Democratic politics in 2004 and 2005: it could start with Iowa and your opposition to the Iraq war, discussions on Social Security, health care and insurance, inadequate education spending for No Child Left Behind, and environment including clean water and Democratic opposition to global warming; go on to Kerry's convention speeches, debates, and trips to Ohio and Wisconsin including Springsteen; and then the Democrat response to an uninspirational 2005 with Bolton and disputes on judges. I inform Mr. Kerwin I still would like advice from American University's School of Communications on my job search: please talk to anyone he designates or who volunteers. The Democratic National Committee is listed as a potential employer for American U.'s School of Public Affairs and in one section of U.S. Foreign Policy specialization at School of International Service. Mr. Kerwin has duties because American University President Benjamin Ladner is on leave during an investigation of his financial practices: I politely inform him I applied for more than 76 jobs with zero offers during 2005 including use of Maximus, and there were only about 10 good nonprofit prospects with openings on Dean Goodman's job list, and I respect A.U.'s goals for civil service jobs.. There will be good points and many difficulties for School of International Service Dean Louie Goodman with my litigation against American U including FERPA: **earlier today, I felt I had to fax Dean Goodman to tell him I do not want my ex-Professor Fisher to call me at my homeless shelter without use of a campus or D.C. police mediator: he is trying to create pressures for me to only have Democrat references when he claims he cannot remember his promise to serve as a job reference for me. I changed my mind and do not want to ask you or Governor Blagojevich of Illinois to raise money to pay for my unpaid tuition bill for Dr. Fisher and I inform American U. your staff had not responded to my April 20, 2005 request in a letter to you: "I would appreciate any ideas on sources for donations and fellowships to pay my bill"..** I inform Mr. Kerwin my federal lawsuit was not resolved when I asked for reinstatement to an Illinois state job, and a return there could be discussed. I repeat only partially from my earlier letter of April 20, 2005 about my A- on the Carter Center presentation for Dr. Fisher's class and A's on my verbal talks on the history of the Kashmir dispute. However, Dr. Fisher's class lacked several crucial items for Democratic policymakers: no press release, no meetings with actual Indian and

Pakistani groups who were enthusiastic after the April 7 bus route, and in retrospect I noted there were no public appearances or speeches by any Democratic Senators on the Senate Foreign Relations Committee at A.U. in Spring 2005. I doubt A.U.'s vigor on pursuing Democratic staff jobs for students, and I expect disagreement from Dean Goodman when I say SIS is an increasingly conservative, Republican-leaning institution for big money, Central Intelligence Agency recruiting, and banks. Dr. Fisher does not quote from theologians who opposed the 2003 Iraq war: he seems a pro-Reagan-Bush U.N. peacekeeping instructor with doubts on his frivolous class exercises on defense simulations like the Hatfield-McCoy dispute and a phony-sounding Ambassadors' exercise where women make grunting noises. (Dean Goodman can inform him of note).
APRIL 2005   The April 10, 2005 speech by U.S. Senator John Edwards was perceived by me differently than most students:: when Edwards spoke on someone who was turned down for every loan and was "nickelled-and-dimed" by the wealthier of the two Americas, it reminded me of how American University handled my own situation: cancellation of my registration on the next day, April 11, 2005, was a symbol of it. Dr. Ronald Fisher apparently has Canadian origins with degrees from Saskatchewan, and he has social values like extremely conservative Tories in Canada and England in the 1800's on Poor Laws: it was the poor's own fault they were poor, and these social values victimized me when he attempted to keep me for one semester with no income from jobs, no financial aid when probably almost all of his other students had it, and exasperating demands even this week for me to pay an unpaid bill of more than $10,000 when I only have 88 cents in my only Washington, D.C. savings account. What grades were recorded were high enough for financial aid: A or 90% in Dr. Fisher's class, and 88% or B+, (perhaps A-) in another class with Professor Susan Nan, a past Carter Center staff member. September 2004 – I asked to register then with $23,000 in the bank: Dr. Fisher's admissions committee postponed entry to January 2005 to please rivals who did not like me: in Feb. 2005 I had $8700 from my dad's estate and yet was fair for me to stay when American U.'s financial aid office indicated support for a $14,000 student loan.: American U. pressurized me to apply for private loans when I was unemployed. Dr. Fisher claimed he would seek certification for a federal loan for his program and me in an e-mail of March 3, 2005 and did not follow up on it and tensions worsened when I filed an institutional grievance to U.S. Secretary of Education Margaret Spellings on May 12, 2005 which wrote A.U. financial aid "was not forthcoming on American U.'s programs of aid for the poor and needy....American U. definitely would accept the federal loan money if you can send it to me. I had hoped to encourage the Bush Administration's work on peace like the road map with the Palestinians and the Central American Free Trade Agreement after President Bush visited the Clinton Library"....and I became a victim of repression because I told the truth about policies of Governor Ehrlich's administration in Maryland where police cooperated with demands of A.U. Housing and Dining director Julie Weber for my eviction: " a crisis could occur since I do not have money or lodging if I move out of the Park Bethesda dorm May 16, 2005. The Maryland Dept. of Health and Human Services says I cannot use their emergency shelters: they are only for the mentally ill and substance abusers" before Oct. 1. American U. refused to process Morgenstern, Cafritz, and Shaskan loans for the needy and did not advise me on a Maryland loan which Delegate William Bronrott said was available: like a Nixon-campaign, they portrayed me as the villain for not paying bill.