PRAECIPE

# United States District Court
# for the District of Columbia

the __2ND__ day of __JULY__ 19__2006__

__JOSEPH SLOVINEC__
vs.
__AMERICAN UNIVERSITY__

Civil / Criminal Action No. __06-455 GK__

The Clerk of said Court will __FILE MEMO ON HOW POTENTIAL WRIT OF CERTIORARI IN CASE 05-7090 (D.C.) IS RELATED TO THIS CASE 06-455__

Date

BAR IDENTIFICATION NO.

Signature: _Joseph Slovinec_
Print Name: __JOSEPH SLOVINEC__
Address: __425 2ND ST, N.W.__
City: __WASHINGTON__  State: __DC__  Zip Code: __20001__
Phone Number: __202-393-1909__

CERTIFICATE OF SERVICE

RECEIVED
JUL 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LEGAL MEMORANDUM ON POTENTIAL WRIT OF CERTIORARI TO SUPREME COURT IN U.S. COURT OF APPEALS CASE 05-7090 WITH RELEVANCE TO U.S. DISTRICT COURT CASE 06-455 (FOR FILING IN BOTH CASES)

I. QUESTIONS PRESENTED

Recent research indicates the probability of Appellant Slovinec's success in an appeal to the U.S. Supreme Court has improved. These were main points in 05-1293 Judge Urbina's ruling of June 27, 2005:

1. J. Slovinec requested order to enforce Family Educational Rights and Privacy Act and order Amanda Taylor to show J. Slovinec file after she refused: Judge Urbina ignored request and U.S. Court of Appeals unwisely encouraged illegal action with erroneous claim Appellant not entitled to relief under facts: U.S. Supreme Court will be asked to overturn on basis of *Owasso v. Falvo* which insists on enforcement of FERPA: in her statements to Leroy Rooker in a letter which was destroyed during J. Slovinec's eviction in August 2005, J. Slovinec alleges fraud since Amanda Taylor seemed to falsely tell Rooker J. Slovinec was in a category of students who never attended University ( he had one acceptance, one rejection).

2. TRO for "free tuition and housing" for irreparable harm: U.S. Supreme Court will be asked to sustain Appellant's righ t to sue for irreparable harm under four-factor test in *U.S. S.Ct. 05-130, E-Bay v. Merc Exchange* of May 15, 2006 and overturn Urbina's ruling on basis 1)U.S. Court of Appeals ignored financial loss in bank statements of more than $7900 from Jan. 2005 to Jan. 2006 during period of career advising of Dr. Fisher with use of Lochlann Boyle who also seemed to advise undergrads: this was irreparable injury and caused 2) remedies available at law inadequate with 3) balance of hardships: J. Slovinec had zero in account when articles on Ladner proved wealth of American U. which routinely gives tuition remission to employees and AU denied J.Slovinec's rights in catalog to Financial Aid Appeal if work disrupted and access to Cafritz. Morgenstern, and Skaskan loans (AU restricted loans for emergencies.)   The Supreme Court will be asked to model factor tests on a Fed.R.Civ. P. 65 case *Sampson v. Murray*, 415 U.S. 61 (1974)J. SLOVINEC'S LAST UNILATERAL PEACE OFFER TO AMERICAN U. TO AVOID WRIT OF CERTIORARI TO U.S. SUPREME COURT: FILE INSPECTION BY JULY 12; EXTENSION OF ONE OF ABOVE LOANS TO PAY SPRING 2005 BILL, PREFERABLY SKASKAN FOR UNDERGRADS AND GRADS

3. Questions of defamation will not be referred to U. S. Supreme Court since Judge Kessler agreed to hear these charges when she took a recent case 06-1143 WHICH: 1)JUDGE URBINA RULED 6/27/05 "barring note" "no basis for federal court jurisdiction" 2) with some respect, J. Slovinec filed D.C. Superior Court case on defamation not related to employment issues and D.C. 22-3302 ordinance on order3) American U. hired attorneys who insisted on removal of above case to federal court which implies AU also feels Urbina made a terrible ruling to claim Appellant lacked federal court jurisdiction on 14th Amendment liberty interest in U.S. Supreme Court Roth's ruling. 408 U.S. 564

4. FBI e-mails could be included in write: AU is too unfocused on Dr. Fisher.

SERVICE IN U.S. MAIL TO : Hisham Khalid, AU, 3201 New Mexico Av. N.W.
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C., July 2, 2006

Joseph Slovinec SEE UNIVERSAL DECLARATION OF HUMAN RIGHTS ON PHONE TODAY 7/3 J. SLOVINEC ACCEPTED MR. WALL'S OFFER TO PRODUCE FERPA-RELATED FILE DURING DISCOVERY, THE SUPREME COURT WOULD THEN NOT NEED TO HEAR POINT 1. J. SLOVINEC NOW APPROVES AU REQUEST (ITEM 22) TO CONSOLIDATE DISCOVERY IN DD-455 AND DC 06-1143

LEGAL MEMORANDUM ON POTENTIAL WRIT OF CERTIORARI TO SUPREME COURT IN U.S. COURT OF APPEALS CASE 05-7090 WITH RELEVANCE TO U.S. DISTRICT COURT CASE 06-455 (FOR FILING IN BOTH CASES)

I. QUESTIONS PRESENTED

Recent research indicates the probability of Appellant Slovinec's success in an appeal to the U.S. Supreme Court has improved. These were main points in 05-1293 Judge Urbina's ruling of June 27, 2005:

1. J. Slovinec requested order to enforce Family Educational Rights and Privacy Act and order Amanda Taylor to show J. Slovinec file after she refused: Judge Urbina ignored request and U.S. Court of Appeals unwisely encouraged illegal action with erroneous claim Appellant not entitled to relief under facts: U.S. Supreme Court will be asked to overturn on basis of *Owasso v. Falvo* which insists on enforcement of FERPA: in her statements to Leroy Rooker in a letter which was destroyed during J. Slovinec's eviction in August 2005, J. Slovinec alleges fraud since Amanda Taylor seemed to falsely tell Rooker J. Slovinec was in a category of students who never attended University ( he had one acceptance, one rejection).

2. TRO for "free tuition and housing" for irreparable harm: U.S. Supreme Court will be asked to sustain Appellant's righ t to sue for irreparable harm under four-factor test in *U.S. S.Ct. 05-130, E-Bay v. Merc Exchange* of May 15, 2006 and overturn Urbina's ruling on basis 1)U.S. Court of Appeals ignored financial loss in bank statements of more than $7900 from Jan. 2005 to Jan. 2006 during period of career advising of Dr. Fisher with use of Lochlann Boyle who also seemed to advise undergrads: this was irreparable injury and caused 2) remedies available at law inadequate with 3) balance of hardships: J. Slovinec had zero in account when articles on Ladner proved wealth of American U. which routinely gives tuition remission to employees and AU denied J.Slovinec's rights in catalog to Financial Aid Appeal if work disrupted and access to Cafritz. Morgenstern, and Skaskan loans (AU restricted loans for emergencies.)   The Supreme Court will be asked to model factor tests on a Fed.R.Civ. P. 65 case *Sampson v. Murray*, 415 U.S. 61 (1974)J. SLOVINEC'S LAST UNILATERAL PEACE OFFER TO AMERICAN U. TO AVOID WRIT OF CERTIORARI TO U.S. SUPREME COURT: FILE INSPECTION BY JULY 12; EXTENSION OF ONE OF ABOVE LOANS TO PAY SPRING 2005 BILL, PREFERABLY SKASKAN FOR UNDERGRADS AND GRADS

3. Questions of defamation will not be referred to U. S. Supreme Court since Judge Kessler agreed to hear these charges when she took a recent case 06-1143 WHICH: 1)JUDGE URBINA RULED 6/27/05 "barring note" "no basis for federal court jurisdiction" 2) with some respect, J. Slovinec filed D.C. Superior Court case on defamation not related to employment issues and D.C. 22-3302 ordinance on order3) American U. hired attorneys who insisted on removal of above case to federal court which implies AU also feels Urbina made a terrible ruling to claim Appellant lacked federal court jurisdiction on 14th Amendment liberty interest in U.S. Supreme Court Roth's ruling. 408 U.S. 564

4. FBI e-mails could be included in write: AU is too unfocused on Dr. Fisher.

SERVICE IN U.S. MAIL TO : Hisham Khalid, AU, 3201 New Mexico Av. N.W. Joseph Slovinec, 425 2nd St., N.W., Washington, D.C., July 2, 2006

Joseph Slovinec SEE UNIVERSAL DECLARATION HUMAN RIGHTS

NOTES ON PHONE TODAY, 7/3, J. SLOVINEC ACCEPTED MR. KHALID'S OFFER TO PRODUCE FERPA-RELATED STUDENT FILE DURING DISCOVERY: THE SUPREME COURT WOULD THEN NOT NEED TO HEAR POINT 1: J. SLOVINEC NOW APPROVES AU. REQUEST (ITEM 22) TO CONSOLIDATE DISCOVERY IN 06-455 AND 06-1143