IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Housing issue related to:                                06-455  gk

Joseph Slovinec, Plaintiff v.                            Judge Gladys Kessler

American University,  Defendant

MEMORANDUM TO COMMUNITY FOR CREATIVE NONVIOLENCE AND
STAFF OF UNIVERSITY OF DISTRICT OF COLUMBIA/ VAN NESS ON
CONSIDERATION OF HOUSING TRANSFER FOR JOSEPH SLOVINEC

1. Memorandum: To: Mr. Nurriddin, Interim Executive Director of Community for
Creative Nonviolence, CCNV

From: Joseph Slovinec, Present Resident of CCNV at 425 2nd St., N.W., Washington,
D.C. 20001 cc: UDC/ Van Ness: Respect Homeless Services Reform Act  During the
renovation,  I know you told us you might transfer or move some of us or send us to
basement drop-in: I need to set a condition that if I leave CCNV, I would require a room
which is closer to the University of District of Columbia/Van Ness, 4340 Connecticut
Ave., N.W., where I am enrolled in the PATHS program for Food Stamp Employment
Training until August 30. I am giving a copy of this to the University of District of
Columbia/Van Ness staff which expressed an interest in the move with perhaps use of a
social worker. I have doubts on staying at CCNV in the long term with these reasons: A.
I need a specially prescribed diet since my readings indicate my dangers of diabetes have
increased.   B.  -  There have been thefts of items including my glasses, and my
complaint on Antonio's (last name omitted) unauthorized disposal of two cases of
pleadings in my court cases, including a letter about EEOC in the above case number 06-
455, will be forwarded to the United States Supreme Court in appeals of two U.S. Courts
of Appeals cases 05-7090 and 05-5372. C. -    Someone was arrested and placed in
handcuffs near my bed after my most recent doctor's appointment, and I was punched on
the ear once in December. I would need to ask for a special hearing before U.S. District
Court Judge Gladys Kessler to ask for court social services on or after July 24 if we
cannot resolve difficulties about my housing either at a room near UDC/Van Ness or at
the drop-in where I need strict precautions against theft of either court documents or work
on a computer class at UDC. For your information, Judge Kessler's case covers
allegations American University was discriminating against me due to my age (48 this
year) when AU did not hire me for any of the 18 jobs I applied for and the case will also
explore a lack of financial aid and private loan denials which caused my eviction from an
American University dorm and arrival at CCNV. I have not done too well on either my
job search or school plans since I arrived at CCNV where my savings account was down
to zero between January and March 2006. D.C. Dept. of Human Services delayed my
requested start at UDC/Van Ness from February 2006 to July 11, 2006. UDC/Van Ness
is informed Judge Kessler will need a progress report on work in my Office Assistant II
class with federal government supervision of Food Stamp Employment Training, and she
can also help us with inquiries about my two Spring 2005 American University classes
and work skills in U.S. and U.N .foreign policy research; if there are questions, UDC will
be asked to only contact Interim President Cornelius Kerwin at American U. who got a
letter on this.

PROOF OF SERVICE: To Bonner Kiernan by hand, and for mail to Hisham Khalid,
AU's Ernst. Legal Counsel, 3201 New Mexico Av., N.W.,, Washington, D.C. 20001.
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 July 18, 2006

RECEIVED

JUL 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT