RECEIVED
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.

Joseph Slovinec,
  Plaintiff,
  Vs.
American University,
  Defendant

06-455
gk (Judge Kessler)

PLAINTIFF'S WITNESS LIST

ON BARRING: Nicole Campbell, Director of Admissions of School of International Service on written records of Amanda Taylor, Maurice Carter or Carten of Public Safety, Darryl Cook of Student Accounts, Brenda Harner and April Hornung of Human Resources, Mr. Kumar of Mediation, Michael Mc Nair of Public Safety, Carrie Trybulec of International Peace and Conflict Resolution. POLICE: Chief Ramsey or designate.. CAREER ADVISING: Lochlann Boyle, U.S. Institute of Peace (probably Mr. Solomon) ON CLASS: Professor Ronald Fisher of American U.; testimony requests for Professor Nan and students in research groups uncertain   EMPLOYERS: proposed list under seal ON FINANCIAL AID: Sam Berhanu and Ingrid Valentine; maybe Michelle Silberberg who left American University. ON INGRID'S FOOD STAMP QUESTIONNAIRE1 Char Rosnick of office of Congressman Chris Van Hollen (D-Maryland).
ON J. SLOVINEC'S REQUEST FOR FINANCIAL ADVICE AT PRESIDENT LADNER'S APRIL 19, 2005 MEETING AND GENERAL INFORMATION: Dean Louie Goodman of School of International Service, ex-President Benjamin Ladner, Dean LeoGrande of School of Public Affairs (also information on American U. links to Maryland, D.C. economic development programs and job services for poorer students.) LAWYERS FOR A.U.: On any letters from Assistant Attorney General Deborah Allen who worked for J. Ryan; Martin Michaelson and Justin Perillo on receipt of papers PLAINTIFF WILL HANDLE ILLINOIS WITNESSES, IF JUDGE KESSLER AGREES: Ed Sharkey of Dolton, Illinois in 2002, his attorney on house sale to Edward Abankwa, former Illinois Attorney General James Ryan on connections to American U.,(donations from his law firms), Illinois Attorney General Lisa Madigan who might receive a complaint on predatory lending at American U., give status on Ryan-era case. A CONFERENCE IS DESIRABLE WITH JUDGE KESSLER ON MORE POTENTIAL GOVERNMENT WITNESSES AND EXPERTS: F.B.I., U.S. Department of Justice and U.S. Department of Labor on age surveys of employees, Secretary Spellings, Secretary Rumsfeld. U.S. Senator Charles Grassley, Chairman of Senate Finance Committee, on March 3, 2006 meeting with American U. Board of Trustees on Financial Aid Reform, : President Kerwin and Mr. Gottschalk might be asked for testimony. GOVERNMENT JOBS: D.C. Department of Personnel on several applications, Montgomery County Department of Human Resources on J. Slovinec's applications for Public Administration Intern and Library Page   COMPLAINTS ON POOR QUALITY OF D.C. SERVICES AFTER EVICTION: Mayor Anthony Williams or designate, and voluntary testimony from D.C Councilmember Kathy Patterson on any talks they might have held with American U. on homelessness of evicted students, United Methodist Church (Schol).
.PROOF OF SERVICE BY U.S. MAIL TO: Mr. Hisham Khalid, Legal Counsel, American University, 3201 New Mexico Av., N.W.. Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   July 28, 2006

*Joseph Slovinec* (signature)

PAGE 2 ON WITNESSES Plaintiff would like to ask for voluntary testimony from Dr. Abdul Aziz Said, Director of the International Peace and Conflict Resolution, and his assistants in Spring 2005 Zen Hunter and Julie Norman: this group, probably working together with Carrie Trybulec, sent Plaintiff cordial e-mail messages until mid-May and these messages seemed to stop as a result of Michael McNair's barring order. Dr. Said had advised J. Slovinec he could apply for the Master's Degree in International Service program, which gets federal loans unlike Dr. Ronald Fisher's Graduate Certificate in Peacebuilding program, and J. Slovinec could transfer grades and credits from his Spring 2005 classes SIS 606 and SIS 609 into it. This was an excellent idea, yet Plaintiff J. Slovinec was rejected when he tried to transfer into the Master's Degree in International Service program and a clique with perhaps ties to Will Baker, Dean Goodman's assistant, and School of International Service Admissions Director Amanda Taylor displayed hostile feelings towards J. Slovinec in discussing it: issues about DePaul University will be discussed in defenses against loan repayments in U.S. Court of Appeals Case 05-5372 Slovinec V. Muncie, as agent of U.S. Dept. of Education rather than here. Amanda Taylor repeated information she learned from someone at DePaul and she told J. Slovinec he was not qualified to seek a Master's Degree and on the phone J. Slovinec told Amanda he already had a Master's Degree in International Affairs: American University will be asked to produce soon J. Slovinec's Statement of Purpose where he discussed studies at Columbia under Professor Roger Hilsman and Professor Zalmay Khalilzad, present U.S. Ambassador to Iraq. Professor Khalilzad has excelled at improving Sunni participation in Iraq's elections and welcomed Jill Carroll after her release from captivity: militants realized they were wrong to threaten to kill her on my birthday, Feb. 26, also the date of the U.S. battle in Kuwait City in 1991. Plaintiff Slovinec's research indicated it would have been better for Saddam to go into exile in 2003 like Iraq's General Arif in 1968 and the Shah of Iran in 1979, and Plaintiff opposes the death penalty in trials related to him: this could worsen present tensions and violence. STUDENT GROUPS:    Plaintiff might want to request testimony from students in his group projects about his positive involvement in the campus and lists only their first names here: Kashmir: Julie, Christopher, and Melinda; Colombia: Russell, Jessica, and Oscar. Plaintiff kept a few receipts of D.C. job applications in his files since he applied for a Mayor's Office of Neighborhood Services job May 31, 2005: their office at Reeves Center, 14th and U. St., NW was somewhat uncooperative in providing a list and a subpoena is probable since Plaintiff does not have all of job application receipts. WASHINGTON, D.C. DEPT,. OF EMPLOYMENT SERVICES JOB FAIRS    J. Slovinec only listed a few names of employers who required background checks in U.S. District Court Case 06-1143: Toys' r'Us, Filene's Basement, Joseph Bank: there will be a few grocery stores, Starbucks, and probably CVS in a complete list which will be available for written discovery August 15 since most will not be witnesses in person. CORRECTION Mr. Khalid is asked to correct an error in Defense Ten where he claimed J. Slovinec did not exhaust administrative remedies at EEOC: He had with June 24, 2005 complaint.

Errors or faults in interpretation could cause Mr. Slovinec to seek more voluntary testimony from Senate Finance Committee: Senator Grassley, Ranking Democratic Senator Baucus, and their staffs: their role would of course be voluntary with respect to U.S. Senate duties; or to seek U.S. Dept. of Justice intervention which he is considering.

PROOF OF SERVICE: In U.S. mail to: Hisham Khalid, Legal Counsel's Office, American University, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 July 31, 2006
Page 2 and Page 3 Letter to Leroy Rooker

IN RE: DISCOVERY IN U.S. DISTRICT COURT CASE 06-455, SLOVINEC V. AMERICAN UNIVERSITY: ON COMPLAINTS ON BARRING ORDER WHEN J. SLOVINEC ASKED AMANDA TAYLOR FOR ACCESS TO FILE UNDER FERPA

July 31, 2006

Mr. LeRoy Rooker
Family Compliance Office
c.o Office of Innovation and Improvement
U.S. Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202-5901

Dear Mr. Rooker:

Please send me a copy of a letter of last year where you erroneously wrote I could not inspect my student file and you implied Amanda Taylor of American University's School of International Service told you I never attended American University: it was a total falsehood to say I did not attend American University since I attended and completed work in two Peacebuilding classes, SIS 606 and SIS 609. You should read American University's website which only denies accesses to certain photocopies for students with unpaid bill: it also says denial of file access is only done when student had never attended university AND was rejected for admission.

Your office has a disgraceful record of manipulating American U. guards to threaten my arrest for circulating a letter of complaint about lousy financial aid and access to homeless shelters after an eviction to Secretary Spellings. During American U', eviction of me, the above letter was torn up  A trial would also discuss your manipulation of keeping me in a homeless shelter for 11 months. I have made an agreement with Hisham Khalid, attorney of American University at 3201 New Mexico Av., N.W., Washington, D.C. 20016 to review items in the file during discovery in above Equal Employment Opportunity Commission action: I, however, will probably appeal judge's neglect of above questions on Amanda in U.S. Court of Appeals Case 05-7090 to U.S. Supreme Court which is expected to define above file as education record in Owasso v. Falvo. Please send any correspondence to American U., the court if you desire it, and my address at 425 2nd St., N.W., Washington, D.C. 20001. Thank you.

Sincerely,
Joseph Slovinec

APPENDIX A
4 IN PAGE
JULY 31, 2006

---

D.C. Standard Form — 1204 (Rev. 1/95)
Government of the District of Columbia
D.C. Office of Personnel

**NOTICE OF STATUS OF EMPLOYMENT APPLICATION**

Your application has been received for the position of **EXECUTIVE OFFICE-MAYOR-NE/GHBORHOOD SERVICES COORDINATOR**
(position/title/series/grade)

under VACANCY ANUNCEMENT Number _____

You will be notified by the D.C. Office of Personnel, of the results of our evaluation and the disposition of your application. Thank you for your interest in employment with the District of Columbia Government.

4:19

_____  5/31/05
Personnel Representative   Date

THE DISTRICT OF COLUMBIA GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
***DCOP ... A TRADITION OF EXCELLENCE***

TO: JOSEPH SLOVINEC
5325 WESTBARD AV, #205
BETHESDA, MARYLAND 20816

---

D.C. Standard Form — 1204 (Rev. 1/95)
Government of the District of Columbia
D.C. Office of Personnel

**NOTICE OF STATUS OF EMPLOYMENT APPLICATION**

Your application has been received for the position of **CONTRACTING + PROCUREMENT STAFF ASSISTANT**
(position/title/series/grade)

under VACANCY ANUNCEMENT Number 1073

You will be notified by the D.C. Office of Personnel, of the results of our evaluation and the disposition of your application. Thank you for your interest in employment with the District of Columbia Government.

4:19

_____  5/31/05
Personnel Representative   Date

THE DISTRICT OF COLUMBIA GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER
***DCOP ... A TRADITION OF EXCELLENCE***

TO: JOSEPH SLOVINEC
5325 WESTBARD AV, #205
BETHESDA, MARYLAND 20816