IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
    Plaintiff,           &nbs;             06-455
    Vs.
American University,              gk – Judge Kessler
    Defendant

FILING OF SEPT. 7 ON INABILITY TO STORE DOCUMENTS

RECEIVED
SEP 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1 of 4

MESSAGES ON OPTIONS IN ILLINOIS
1. Please keep this admission offer from Roosevelt University in court files: I, Plaintiff, could attend there with private funds and the U.S. Supreme Court was asked to rule on request for federal Perkins loans. There was evidence of tampering with my e-mail and this e-mail admission continuation offer from Magdalena Skiba was deleted without consent: the system still has, and will not print, an e-mail from Joanne Canyon-Heller at Roosevelt which said all 2006-2007 assistantships were filled and I could apply by March 31, 2007 for next year's assistantships.
2. Paul Campbell is the Director of Illinois Department of Central Management Services which gave me an A for Library Associate test when I mailed in application as Illinois resident on Jan. 31, 2005: it would have been better if I was hired within one year of eligibility by early February 2006. I, Plaintiff, could still apply today yet Mr. Campbell could only hire me after inviting all Illinois residents with A grades in for an interview. Plaintiff will also check later on status on lawsuit on past Illinois job.

2 nd of 4



jslovinec16@hotmail.com      Printed: Monday, August 28, 2006 9:59 AM

**From:** Magdalena Skiba &lt;mskiba@roosevelt.edu&gt;
**Sent:** Wednesday, August 16, 2006 9:24 AM
**To:** "Joseph Slovinec" &lt;jslovinec16@hotmail.com&gt;
**Subject:** RE: Joseph Slovinec's request in delay of acceptance of September 2005 offer

Joseph,

Thank you for your email. All you need to do is email me with the term that you would like to start. I will forward your email to one of our admission processors and this should take care of it.

If you have any further questions, please do not hesitate to ask.

Thanks!

Magdalena Skiba
Office of Admission
Roosevelt University
Schaumburg Campus
847-619-8913
mskiba@roosevelt.edu


-----Original Message-----
From: Joseph Slovinec [mailto:jslovinec16@hotmail.com]
Sent: Wednesday, August 16, 2006 9:01 AM
To: Admissions Office
Cc: jslovinec16@hotmail.com
Subject: Joseph Slovinec's request in delay of acceptance of September 2005 offer

I have received an e-mail from Judy Ebenhoeh and I believe she is affiliated with your office. On April 18, 2005, Roosevelt gave me an offer of admission for the Graduate Program in Education. I did not attend and I would like to know if I can ask for a delay in acceptance to hopefully September 2006 or January 2007. Please respond before I contact Financial Aid. Thanks.

Don't just search. Find. Check out the new MSN Search!
http://search.msn.click-url.com/go/onm00200636ave/direct/01/

3rd of 4

IN U.S. DISTRICT COURT CASE 06-455

Complaint for Office of Administrative Hearings on Job Search and Proposed Transfer from CCNV to Franklin Shelter

3. I, Joseph Slovinec, have these objections. CCNV 3South Director David Mincey expressed views in violation of Homeless Services Reform Act when he said I had two six-month contracts and did nothing to improve my situation: the act does away with time limits, and he or someone at CCNV is posting signs to encourage meetings of ex-offenders at CCNV: I have extremely difficulty finding work with use of CCNV address due to above and many substance abusers in the building. They propose to transfer me to Franklin Shelter where I can only have a foot locker, I must leave every day at 7 A.M., I cannot store business suits which will become wrinkled, and I cannot store legal papers or discovery materials in any of my court cases. CCNV has disregarded talk at a July meeting with CCNV Executive Director Nurridin and Hilary Swank when I asked for more information on grants for education and worker training programs: CCNV disregarded policies where they were expected to advise me on my search for housing which will worsen because I do not believe I want to , or can effectively, take the Franklin Shelter placement. I will ask Judge Kessler to trace the route before I arrived at CCNV with horrible job advising: Julie Weber at American U. referred me to Montgomery County Social Services which indirectly refused to help me find public housing (Douglas Duncan's aide Carolyn Colvin made a mistake on my form) and violated McKinney-Vento Act funding provisions with refusal to give me any Maryland shelter after my eviction (they are only for mentally ill and substance abusers during summer), to CCNV where American University President Benjamin Ladner was like a plantation master in the big house and I could only try to apply for jobs with American U. references: I applied for more than 100 jobs with no full-time offers since April 2005. Franklin is near my current employer which is only seasonal and only part-time (not enough to end my dependency on food stamps) and I expect it to shut down during the winter. I call to Judge Kessler's attention this entire situation was caused when U.S. Secretary of Education Margaret Spellings ended my financial aid June 22, 2005 during a deferment period. It is utterly senseless that due to obstacles to getting financial aid I am unable to accept an offer to attend school at Roosevelt University in Chicago where I lived 1989-2004, and where I cannot force or compel D.C. employers to hire me

4, I am notifying Mr. Mincey that in addition to a complaint with Office of Administrative Hearings, I am considering asking Judge Kessler to subpoena CCNV officials on the bad state of my job advising with no Individual Improvement Plan or financial advising on escrow fund after I was evicted from American University: Mayor Williams' office has criticized CCNV on case management an d he is also responsible for discussing this situation. I will file a police theft report if any items are removed from CCNV without my consent.

SERVICE: In U.S. mail to Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N,W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington , D.C. 20001 Sept, 7. 2006

*Joseph Slovinec*

IT IS NOTED CCNV REQUESTED MY EXIT FOR SEPT. 18 RENOVATION: ABOVE CREATES TOO MUCH WORK FOR FRANKLIN SOCIAL WORKERS?

4th/4