*JUDGE'S CHAMBER - URGENT*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,  06-455
   Plaintiff,  gk (Gladys Kessler)
   Vs.
American University,
   Defendant

REQUEST FOR HEARINGS ON EMERGENCY MOTIONS SEPT. 14 OR 15

1. Plaintiff asks to appear in Judge Kessler's chambers in the new Annex building at 333 Constitution Ave., N.W., Washington, D.C. on Friday, September 15, 2006, at 10:30 A.M. or if Judge Kessler desires it on Thursday, September 14, 2006 between about 2:00 and 3:00 P.M. to present these emergency and urgent motions.
2. MOTION ONE Plaintiff asks to file all depositions, interrogatories, and discovery materials with the court because Plaintiff is totally unable to fulfill custodian obligations in LCvR 5.2: "The party responsible for service of the discovery material shall retain the original and become its custodian…deposing party shall ..become its custodian and shall make it available for inspection by any party to the action… The court may in its discretion order..all discovery materials,,,be filed with the Clerk." The Community for Creative Nonviolence has ordered transfer of Plaintiff to another shelter, Franklin Shelter on 13th St., where Plaintiff must leave every day at 7 A.M. and cannot store any suitcases, business suits, or legal papers with only a foot locker: Plaintiff probably cannot afford most storage facilities with only $240 in bank.
3. MOTION TWO Plaintiff motions to consolidate his EEOC and defamation case Against American University, 06-455 and 06-1143 as Mr. Khalid seemed to request.
4. MOTION THREE: Plaintiff asks Mr. Khalid and American U. administration to decide by September 15 if students' best interests require Mr. Slovinec to keep his list of job applications other than American U. under seal, especially several with the federal government: otherwise, all these names will be made public and filed on September 15, 2006.
5. MOTION FOUR: Plaintiff moves to remove all issues from D.C. Superior Court Case 2006-SCI-0617 with long delays and no judicial review on followup to Food Stamp Employment Training program and job search to 06-455 under Judge Kessler except D.C. Dept. of Human Services decisions on reimbursing Mr. Slovinec for payment of $70 application fee to Johns Hopkins and $150 for personal items, aggravation of no-cash program: Subsequent research proved the U.S. Supreme Court ruled it was a violation of 14th Amendment Equal Protection clause when New York had a no-cash emergency assistance program, *Blum v. Bacon,* 457 U.S. 132 (1982). D.C. complied with earlier demand in case that J. Slovinec attend Food Stamp Employment Training program after complaint. Approval of this motion is to American University's advantage..

PROOF OF SERVICE: In U.S. mail to: Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. September 12, 2006

*Joseph Slovinec*

*phoned Mr. Khalid - Friday seems OK for him*

RECEIVED
SEP 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT