IN U.S. DISTRICT COURT, WASHINGTON, D.C.

Joseph Slavinec,
   Plaintiff,
vs
American University,
   Defendant

06-455
gk (Judge Kessler)

**RECEIVED**
SEP 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REQUEST FOR EMERGENCY MOTION HEARING NOT LATER THAN SEPT. 18, 10:30 AM

Plaintiff asks to continue Docket Item 32, Emergency Motions, especially 1 and 2, to Monday, September 18, 2006, at 10:30 AM: he has order to move out of CCNV shelter September 18 and he will notify D.C. Police Chief Ramsey he cannot keep legal documents at Franklin Shelter. Discovery ends Nov. 1: Michelle said Sept. 14 Judge Kessler did not decide in hearing Plaintiff only has $280 in bank. Mr. Hisham Khalid 202-885-3285 agreed to accept service by phone for American U., 3201 New Mexico Av. N.W. Washington D.C. 20016 Joseph Slavinec, 425 2nd St, N.W. Washington, DC 20001 Joseph Slavinec September 15, 2006   mead