RECEIVED
SEP 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 SEP 17 PM 8:01
NANCY M. MAYER-WHITTINGTON
CLERK

IN UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

Joseph Slovinec
Plaintiff
vs.
American University,
Defendant

06-455
gk (Judge Kessler)

RECEIVED
SEP 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LIST OF PLACES WHERE JOSEPH SLOVINEC APPLIED FOR JOBS OTHER THAN AMERICAN U.

This list is made public after American U. said on phone by Sept. 15 it does not want items under seal, so there is no need for a hearing on third emergency motion. A July 2004 newsletter, FSET Facts of Food Stamp Employment and Training Office at 51 N St., N.E., in D.C. says "the U.S. Congress mandates "it (FSET) in "the Food Security Act of 1985": on above issues, citations in earlier pleadings proved Judge Kessler's jurisdiction.

TO MAIL TO: Hisham Khalid for American U., 3201 New Mexico Av. N.W., Washington, DC 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20016
Sept. 17, 2006 in drop-box, emergency before planned move

PHILADELPHIA SERVICES BRANCH
PLEASE CALL US WITH QUESTIONS
PHILADELPHIA PA 19106

**NOTICE OF RESULTS**

Date Issued: November 16, 2005
Social Security Number: XXX-XX-5126
Eligibility Expires: November 2006
Phone: (202)393-1909

JOSEPH G SLOVINEC
425 2ND ST NW
3 SOUTH
WASHINGTON DC 20001

This Notice provides you with important information regarding your application for Passport Specialist jobs. Please refer to the section below for specific information that is contained in your applicant record as it appears in the files of the OPM Philadelphia Service Branch. THIS IS NOT A JOB OFFER; THE RESULTS ARE TENTITVE BASED ON YOUR SELF-ASSESSMENT.

When the State Department requests a list of candidates for the location(s) you selected, we will assess your qualifications based upon the responses you provided in the questionnaire, as well as all other materials requested in the vacancy announcement. A copy of your supporting documents must be on file, to aid in your qualification review. It is highly recommended that you UPLOAD these documents, if you have not done so please do this now. Please visit https://www.hr-services.org/USASOnlineApp/USASOnlineApp.aspx?strVIN= to upload documents.

If you are among the best qualified candidates your name may be referred to the agency. The selecting official is entitled to select from the top three qualified candidates who are available as long as the selection meets veteran preference laws and Federal Personnel regulations. Your qualifications and veteran's preference claim, if any, are subject to additional verification, and the selecting official may contact you to verify your information, availability, or to arrange an interview.

You can request an extension of your eligibility but only during the 60 days before your eligibility expires. Please see above for your eligibility expiration date. To extend your eligibility period, change your geographic locations(s), or change any other information shown on this Notice, you must submit a written request to the address shown in the top left corner of this Notice.

| | |
|---|---|
| Series - PositionTitle: | 0967 - PASSPORT SPECIALIST |
| Vacancy ID Number: | 383707 |
| Date of Availability: | |
| Full-time Employment: | Yes |
| Part-time Employment: | 25 to 32 hrs/week |
| Temporary Employment: | 5 to 12 months |
| Travel Availablity: | 11 plus nights/month |
| Geographic Availablity: | WASHINGTON, DC<br>CHICAGO, IL |
| Veteran Preference: | 0 Points - NV (not adjudicated) |

You must meet all medical, suitability, and qualification requirements to be considered for a position.

| Spec Code | Spec Title | Grade | Rating |
|---|---|---|---|
| 001 | PASSPORT SPECIALIST | 05 | 90 |
| 001 | PASSPORT SPECIALIST | 07 | 90 |

BatchNo. 98

APPENDIX A
VS OBSTRUCTION
9/18/2006 - DOCKET

PREVIOUS JOB LIST
Joseph Slovinec
U.S. Department of State – 90% test grade Passport Specialist openings in Washington, D.C, and Chicago; Federal Bureau of Investigation; U.S. Agency for International Development, Smithsonian, United Nations Environment Programme (in recent months, Dr. Fisher was only asked to serve as referee on this one) Congressmen Lantos, Mike Honda, and Danny Davis; Environmental Action
MONTGOMERY COUNTY Public Administration Intern #1125 and Library Page
Burness Communications – Communications Assistant, Youth for Understanding (on public list with U.S. Institute of Peace after 1/9 );
MAXIMUS JOB FAIR IN MARYLAND: Marriott; Montgomery College; Encore Management; Hyatt Regency Bethesda; Adecco; Office Team; Pepco; Maryland Army National Guard VISITED IN GAITHERSBURG: Lord and Taylor, J.C. Penney; Banners Hallmark: Hecht's; Sears; Waldenbooks
D.C. Kennedy Center –Public Relations; Institute of International Economics AFL-CIO; Carnegie Endowment for International Peace sent a response card Originally on list at American University: Chemonics; CNN: Walton Thomas; Academy for Educational Development; Atlantic Council; Brookings; CSIS; International Foundation for Electoral Systems; Save the Children
And: Foreign Embassies: Embassies to U.S. of: Great Britain, Ireland, France, Norway, Sweden and (from ads) Japan, Korea
Scowcroft Group; U.S.-Brazil; Washington Post Newsweek Interactive; U.S. Conference of Mayors (no openings in 2005); Bread for the World; Conservation International; Institute for Foreign Policy Analysis; Social Science Research (most of these were contacted by August 2005: a few in December 2005) Council; American Council in Education; American Wind Energy Association; Public Relations: Ogilvy, Ketchum; Center for Clean Air Policy; National Association of Realtors; Starbucks; Smith Bucklin; Wachovia (interviewed, said no); job fair with Hyatt, Ritz Carlton, Safeway, and Bank of America (3 at fair said I was overqualified – I believe it was at Grand Hyatt in D.C. about Feb. 23, 2006); American Legion; Alliance to Save Energy; Clean Water Action; Center for Defense Information; Men's Health Network; Association of Conflict Resolution; Center for Community Change; Associate Editor-Brookings; Discovery Communications-Publicity; Chlopak, Leonard, Schechter and Associates; Washington Convention Center
Jewish Council for Public Affairs; American Israel Public Affairs Committee
MANY JOBS FROM ROLL CALL
This list is currently not in public records and is for the use of career advisers perhaps at American U., elsewhere, and UDC/Van Ness which will review a class trip where Joseph Slovinec attended Congresswoman Eleanor Holmes Norton's job fair at the Washington Convention Center on August 8, 2006. Additional resumes were circulated at job fairs including an Idealist.org nonprofit job fair at GWU in April 2006 which are not listed here.

APPENDIX B
U.S. DISTRICT
COURT, 9/18/2006

ADD JOB APPLICATIONS SINCE 2005 TO PREVIOUS LIST

Joseph Slovinec

United Press International; Discovery Communications: Publicity Manager and Writer; Peace Action; Cassidy and Associates; Washington Nationals; MCI Center (later Verizon);Leasing Consultant Fax 202-546-4331; KSI Management Coordination; Best Western; The Hill newspaper; Premier Advocacy;On U.S. government: Center for Medicare and Medicaid Services job list in Chicago: Oct. 26, 2004-Oct. 26, 2005; C-SPAN, Education Relations Coordinator; Environmental Defense : Policy Analyst; German Marshall Fund; Hudson Institute- Editor; Nonprofit Staffing Solutions; ASAE (more at Washington Post Job Fair about November 2005: gave resumes, don't have complete list); European Institute; Midtown Group; City of Chicago Office, D.C., Oct. 20, 2005; Neighbor Works-America; Issue Dynamics, Public Affairs Associate; Washington Internship Institute; Global Fund for Children; Physicians for Social Responsibility; American Association of Museums; American Hospital Association;

Bank One with branches in Chicago, Il. April 15, 2004 postcard from Waltham, Massachusetts, in Chicago I wrote a letter to ask them to interview me by Jan. 31, 2005 if they wanted me to stay in Chicago and Bank One did not interview me; National Geographic – Evanston, Il. online about June 2005; TRAK Services: Writer, 1155 Connecticut Ave., N.W., Washington Office on Latin America; Media Matters;

A letter was sent to each major television network with a resume and an idea to work on a script of a film about Democratic Party politics in 2004 and 2005: it was one of my better ideas with no responses yet: however, it was not linked to one specific job opening.

A and E Network: several specific jobs (documentaries, includes history)

APPENDIX C

US DIST COURT, 9/18/06

J.S.

[illegible]

[illegible] JOBS LISTS WERE LISTED [illegible]

JOBS APPLIED [illegible]

APPENDIX D 9/18/06

138

05-5372

INTERVIEWS

- Carnegie Company, National Recruiting [illegible]
- Office, [illegible] Village, Boston, Mass. [illegible]
- [illegible] Academy, [illegible]
- PAST - [illegible] 13th [illegible] [illegible] 2002
- [illegible] [illegible]
- [illegible], GREENBERG [illegible] RESEARCH
- Institute of Peace [illegible] Human [illegible]
- CAST - [illegible] National [illegible] Committee
- [illegible]
- CAST - US [illegible]
- CAST - [illegible]
- [illegible] Capitol [illegible] [illegible]
- [illegible] HEAD
- PAST - Academy for Educational Development [illegible]
- The [illegible] Central [illegible]
- [illegible] SASS [illegible]
- PAST - [illegible] SPEC [illegible] WRITER
- [illegible]
- CAST - [illegible] [illegible] Research [illegible] Communication
- National [illegible] Communication [illegible]
- CAST - [illegible]
- CAST - [illegible] 202-659-2111
- [illegible] [illegible] 202-785-35[illegible]
- [illegible] [illegible] 522-1154
- [illegible] AV [illegible]
- [illegible]
- CAST - [illegible] - Education
- RESUMES - JOB [illegible] Understanding [illegible]
- [illegible] [illegible]
- [illegible] Research [illegible] Research Center [illegible]
- [illegible] [illegible] 10 [illegible]

FOR YOUR TELEVISION NETWORK
FROM: JOE SLOVINEC, 425 2ND ST.,N.W., WASHINGTON, D.C. 20001
PHONE 202-347-0511 TUESDAY AND THURSDAY MORNINGS AND MESSAGES AT OTHER TIMES 202-393-1909: FOR ADDRESSES JA

ON RESUME AND FILM SCRIPT IDEA

RESUME

Please consider me for any available writing or story idea positions with your Washington, D.C. bureau and office. I have special interests in Congress, the Presidency, and U.S. foreign policy. I learned about a mixture of United Nations peace mediation issues and journalism coverage of foreign policy especially on the Middle East and Central America at Columbia University in New York in the early 1980's. My areas of specialization in History at DePaul were American History and European History. These issues were not identical to my Graduate Certificate in Peacebuilding research between January and April 2005 on peace talks between India and Pakistan on Kashmir, Colombia's United Nations-sponsored peace talks with FARC guerrillas in 2002, and Arab League peace mediation where I encourage caution on sending foreign diplomats after the Nov. 19-20 meeting on Iraq. More information is available on request on my financial crisis after the Bush Administration gave me a 2005-2008 school federal loan deferment in January 2005 and without warning, Mary Muncie of the U.S. Department of Education prohibited more loans for me in Autumn 2005 so I could not accept an offer to return to Chicago to attend Roosevelt University. Although I was in Democratic politics, I'm willing in 2005 to respect control of a nonpartisan television boss.

FILM SCRIPT IDEA

I would like pay to write a film about Democratic political themes in 2004 and 2005. It would be ideal if I made a deal with a television network to produce it with use of films from news archives. Then I would only take responsibility for writing the script. It would start with the Iowa caucuses of 2004 with articulation of issues like revival of Clinton-era prosperity with a balanced budget or low deficit, environment with clean water and opposition to global warming, Howard Dean's opposition to the Iraq war, preservation of Social Security and health insurance access, and opposition to too little education funding for the No Child Left Behind Program. A section on Wesley Clark and the no-casualty strategy in Kosovo would be good. It could go on to the Kerry race, convention and Edwards selection, Kerry-Bush debates including Latin America. And Kerry's tours of the Midwest with Bruce Springsteen. During 2005 I would like the film to discuss news media decisions to allocate time to coverage of Supreme Court and judicial nominations, the Bolton hearings, Gitmo Bay and increasingly negative coverage of Bush on Iraq with the scandal of the Libby indictment and the Wilsons. Yet I want to ask: what is the Democratic response and what has the news media covered besides a few articles on the budget during the past few weeks? I hope the news media covers more about the decision of Prime Minister Ariel Sharon to leave Likud..

APPENDIX K
US NSTR 0 [illegible]
9/18/06

ELEANOR HOLMES NORTON'S JOB FAIR
BEST CONTACTS FOR JOE SLOVINEC

AUGUST 2006

Note: Entries# 43-84 are listed first since they were recommended by Campbell Career Interest survey and actually have more contacts.
#43- Potomac College: I called Helen and she said she may consider talking to me about a teaching position for a module which starts around September 30, also Administrative Staff
#46 Mb Staffing Services – Executive Assistant
#47 – American Association of Homes and Services for the Aging, Resume: Health policy
#57 – Washington Convention Center:second application for Ambassador , she called last autumn 2005 and said she might interview me
#61 - D.C. Parks and Recreation Department: filled out application, I believe it was for Public Affairs
#62 – U.S. Internal Revenue Service: took resume for IT
#67 - U.S. Department of State: Still has opening at Passport Office in Chicago only: I got a 90% test grade in November 2005 for Passport Office Specialist positions with openings in both Washington, D.C. and Chicago: I was not interviewed
#70 – D.C. Library System: I applied for Library Associate in Autumn 2005 and they said I was still under consideration, and I could apply for similar Library Aide position
#75-78 – National Association of Social Workers; YMCA; Mazique Parent Child Center;Everybody Wins. D.C. : I gave resume, prospects uncertain: also D.C. Public Schools
#79 – National Public Radio: I gave resume for Reporter in Chicago where education can substitute for experience with my two Master's Degree: it is worth contacting more since they have active office in Chicago and NPR could eventually hire me for writing
#80 – Boys and Girls Clubs of Greater Washington, gave resume
#84 CVS Pharmacy: second try, took call on reactivating May 2006 application store work

ENTRIES #1-42 – lower on Campbell interests: emergency medical, scientific
#18 U.S. Department of Homeland Security, took resume (might have interest after my foreign affairs work at American U. 2005)
Campbell test said not to try police, emergency medical, scientific
CLASS CHOICES
#36 National Housing Corporation Learning Center, only use if I cannot work out something with Roosevelt
NOTE: ROOSEVELT UNIVERSITY in Chicago, Il. accepted me for Graduate Program in Education (high school teaching) in September 2005 I could not afford to attend: they have new funding for September 2006 so I expect I could probably attend with an assistantship, scholarship, or new funding. Please advise me. I have difficulty processing e-mails.

APPENDIX F
9/18/06

AMERICAN PARALEGALS

# Spring 2005
# ...ternship Fair
## ...ursday, March 24

# INSIDE

How to Work the Job Fair..........2
Participating Employers.........3-10
Upcoming Events..........8-9
Participating Employers by School..........12
Employers with Non-Discrimination Policy incl. Sexual Orientation..........13
Participating Employers ...

...alented Youth

..., Bisexual and

...lth Division

***Social Sciences***

Abt Associates Inc
Alliance for Conflict Transformation
Bureau of Labor Statistics
Campaign Corps
Capital Promotional Advertising Inc.
Court Services & Offender Supervision Agency
District of Columbia Courts
Edison Schools Inc.
Epilepsy Foundation
The Fund for Peace
Hillel: The Foundation for Jewish Campus Life
Luntz Research Companies
Office of Personnel Management
OneWorld
Public Defender Service for the District of Columbia
Spina Bifida Association of America
U.S.D.A. - Food Safety & Inspection Service
U.S. Department of Health and Human Services (HHS)
(also see **All Schools**)

**Kogod School of Business**

Bureau of Labor Statistics
Calibre CPA Group PLLC
Capital Promotional Advertising Inc.
Computer Sciences Corporation
Hillel: The Foundation for Jewish Campus Life
Internal Revenue Service
Ledgent / Ultimate Staffing
Liquidity Services, Inc.
Luntz Research Companies
Media Research Center
Montgomery County Public Schools
Paragon Title ...

The Shakespeare Theatre
Spina Bifida Association of America
U.S. Marines
WAMU-FM
Washington Post Newsweek Interactive
Worldwide Assistance Services
(also see **All Schools**)

**School of International Service**

Abt Associates Inc
Alliance for Conflict Transformation
Campaign Corps
The Fund for Peace
IFES
International Republican Institute
OneWorld
Worldwide Assistance Services
Youth For Understanding USA
(also see **All Schools**)

RESUME

**School of Public Affairs**

Abt Associates Inc
Alliance for Conflict Transformation
Bureau of Labor Statistics
Campaign Corps
Capital Promotional Advertising Inc.
District of Columbia Courts
Epilepsy Foundation
The Fund for Peace
Internal Revenue Service
International Republican Institute
Luntz Research Companies
Public Defender Service for the Di...
Spina Bi...

APPENDIX A
9/18/2006
CASE 06-455

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES
FOOD STAMP E&T - PARTICIPANT REPORT OF JOB CONTACTS

NAME: JOSEPH SLOVINEC FS CASE#: ____

ADDRESS: 425 2ND ST, N.W., WASHINGTON DC. SSN: 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

I certify that I have contacted either by phone, [EMAIL] by mail, or in person, the following potential employers in an attempt to find work. I understand that failure to make at least 12 (twelve) such job contacts each month for two months while I am participating in the Food Stamp Employment and Training Program may result in reduction or termination of food stamp benefits. I agree to notify my food stamp worker if I am successful in finding work.

COMPLETE AND MAIL OR BRING THIS FORM AT THE END OF EACH MONTH TO: MS. GLORIA BIRZACK 5 N ST. NE. WASHINGTON DC.

JOB CONTACTS FOR THE MONTH OF JUNE 10, 2006

| NO. | NAME OF COMPANY OR OFFICE | PERSON CONTACTED | PHONE # | DATE |
|---|---|---|---|---|
| 1. | CITIZENS TAXPAYERS NETWORK, CHESAPEAKE BAY FOUNDATION | | 362-1091 | 6/12 |
| 2. | OLSSONS, 1307 19th ST. N.W. (SENT FROM 7th ST STORE) | | 785-1133 | 6/18 |
| 3. | U.S. SENATE, SERGEANT-AT-ARMS | PICKLE, JOB 05003 | 224-9167 | 6/20 |
| 4. | U.S. SENATE | MR PICKLE, JOB 053006 | 224-9167 | 6/20 |
| 5. | U.S. SENATE - H.O. HART | MR PICKLE, JOB #052301 | 224-9167 | 6/20 |
| 6. | U.S. SENATE - H.O. HART | MR PICKLE, JOB #042512 | 224-9167 | 6/20 |
| 7. | U.S. SENATE - H.O. HART | MR PICKLE, JOB #053006 | 224-9167 | 6/20 |
| 8. | FED EX KINKO'S, 800 K ST. N.W. DC | FRONT COUNTER | 202-682-0349 | 6/29 |
| 9. | AMERICAN PUBLIC HEALTH ASSOCIATION | C. MARSHALL | 777-2742 | |
| 10. | NATIONAL PORK PRODUCERS COUNCIL, 122 C ST. NW | ELIZABETH WATSON | 347-3600 | 6/... |
| 11. | SNARE GROUP | KEITH | 223-3400 | 6/30 |
| 12. | DEMOCRATIC NATIONAL COMMITTEE | CHAIRMAN HOWARD DEAN | 863-8000 | 7/6 |

OTHER/COMMENT: DNC POSTS JOBS ON INTERNET, GUARI 5003
DNC SAID CALL: JEWELLE HAZEN ONE ON dnctech@ gmail.com
[illegible] on JUNE

[left margin handwritten notes: AN; JUNE DAY; 13; KELLY; HAZEL]
[right margin handwritten notes: RETAIN; ANN GRAS]

Your Signature: Joseph Slovinec Date: [illegible] 10, 2006

DHS-FSET-4 (2/89)

91-0793

APPENDIX H, 9/18/2006

Council, Brookings, ...
list), Save the Children
FOREIGN EMBASSIES ( On Dean Goodman's list) Embassies to U.S. of: Great Britain, Ireland, France, Norway, Sweden and (from ads) Japan, Korea
George Mason U. Library; Frances Kernodle Associates; RAND; Science Applications; Scowcroft Group; U.S.-Brazil; Washington Post Newsweek Interactive; U.S. Conference of Mayors (no openings); Bread for the World; Conservation International; Institute for Foreign Policy Analysis; Social Science Research Council;
American Council on Education; American Wind Energy Association; Public Relations: Ogilvy, Ketchum; Center for Clean Air Policy; National Association of Realtors;

WALTON THOMAS, INSTITUTE FOR INTERNATIONAL ECONOMICS, FAY JHP TO-PEACE ACTION
KENNEDY CENTER
APTA (TRANSPORTATION)
D.C. GOVERNMENT - STAFF ASSISTANT 4037, 4253
RENDON GROUP
AMERICA COMING TOGETHER D.C. MAYOR'S - NEIGHBORHOODS AND 4073, 2953

TO AMERICAN U. PLEASE DISCUSS D.C. INTER

Starbucks; Smith Bucklin; Wachovia: job fair with Hyatt, Ritz Carlton, Safeway, and Bank of America (3 at fair said I was overqualified) American Legion; Alliance to Save Energy; Clean Water Action; Center for Defense Information
Men's Health Network, Association of Conflict Resolution; Center for Community Change; Associate Editor- Brookings; Discovery Communications – Publicity; C' pak Leonard, Schechter and Associates; D.C. HISTORIC PRESERVATION SPEC 4253

PREMIER MARKETING, TRAK SERVICES - WOTER
KSI MANAGEMENT, UNITED PRESS INTERNATIONAL
BEST WESTERN CAPITOL, EDISON ELECTRIC INSTITUTE
THE HILL WASHINGTON OFFICE OF LATIN AMERICA
UNITED NATIONS ENVIRONMENT PROGRAMME OFFICE
(NOT ALL NAMES ON LIST; ON JOB FAIRS LIKE IDEALIST)

Ms. Jeanne Duval
Smart Growth America
1707 L St., N.W., Suite 1
Washington, D.C. 20036

Ms. April Williams
Pew Research Center
1615 L St., N.W., Suite 700
Washington, D.C.

APPENDIX E
9/18/2006