UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,              :
                              :
        Plaintiff,            :
                              :
    v.                        :       Civil Action No. 06-455 (GK)
                              :
AMERICAN UNIVERSITY,          :
                              :
        Defendant.            :

**ORDER**

This matter is before the Court on Plaintiff's motions regarding discovery.[1] Rule 26 of the Federal Rules of Civil Procedure and the local rules of this Court govern discovery, and all parties, including *pro se* parties such as Plaintiff, are obligated to comply with these rules.

The Court will deny Plaintiff's requests to file discovery materials with the Clerk of Court. Discovery materials "shall not be filed with the Clerk." LCvR 5.2(a). It is Plaintiff's responsibility to "retain the original and become its custodian," and, regarding depositions, to "retain the original deposition and . . . make it available for inspection by any party to the action upon request." *Id.* If there are discovery materials that should be kept confidential, the parties may request a protective order.

---

[1] Plaintiff also has filed motions pertaining to the consolidation of this action with another case, Slovinec v. American Univ., Civ. No. 06-1143 (GK). These motions will be addressed separately.

1

The Court reminds Plaintiff that the instant civil action raises only an employment discrimination claim against American University. Plaintiff's motions must be limited to issues directly pertaining to the employment discrimination claim, and shall not address any other subject matter. His requests that the Court consider matters beyond the scope of this action or beyond the jurisdiction of this federal district court will be denied.

Accordingly, it is hereby

ORDERED that Plaintiff's "Request for Use of Expert Materials in Pleadings" [Dkt. #30] is DENIED. It is further

ORDERED that Plaintiff's "Motion to Put Job Search List Under Seal" [Dkt. #30] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that Plaintiff's request to make public interrogatories to United States Government officials [Dkt. #30] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that Plaintiff's motion to file all depositions, interrogatories, and discovery materials with the Court [Dkt. #32] is DENIED. It is further

ORDERED that Plaintiff's request "to keep his list of job applications other than American U. Under seal" [Dkt. #32] is DENIED WITHOUT PREJUDICE. It is further

ORDERED that Plaintiff's "motion to remove all issues from D.C. Superior Court Case 2006-SCO-0617" [Dkt. #32] is DENIED. It is further

ORDERED that Plaintiff's Request for Emergency Motion Hearing [Dkt. #34] is DENIED.  It is further

ORDERED that Plaintiff shall notify the Clerk of Court promptly of any change of address.

SO ORDERED.

                                            /s/
                                            GLADYS KESSLER
                                            United States District Judge

September 19, 2006