IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.

Joseph Slovinec,                       06-455
   Plaintiff,                         gk (Judge Kessler)
   Vs.
American University,
   Defendant

LETTERS TO SECRETARY CHAO AND D.C. POLICE CHIEF RAMSEY

1. The court is asked to file these letters:

                                  September 22, 2006

U.S. Secretary of Labor Elaine Chao
Employment Standards Administration
200 Constitution Av,., N.W.
Washington, D.C.

Dear Secretary Chao:

    Please write me at 425 2nd St., N.W., about processes to request a survey on ages of American University Employees at time of complaint in June 2005 and today. The Equal Employment Opportunity Commission refused to hold a survey and Judge Kessler wanted to postpone a second memo on the subject. It might require us to work on a motion for intervention and this pertains to 06-455, my EEOC age discrimination lawsuit against American University. Thank you.

                                          Sincerely yours,
                                          Joseph Slovinec

RECEIVED
SEP 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

September 22, 2006

Chief of Police Charles Ramsey
D.C. Police Department
Washington, D.C.

Dear Chief Ramsey:

    Please read enclosures on Case 05-7090 which American U. did not want to settle: these includes my Dec. 20, 2005 letter to you. This resulted in a new lawsuit, 06-455 where Judge Kessler has ordered discovery with a different element in my request for financial damages for a barring order which was issued when I never had done any objectionable actions in the relevant D.C. ordinance like demonstrating or arguing. Mr. McNair is expected to tolerate my visits to American U.'s lawyers' office during discovery after September 26 and if there is difficulty, I would consent to leave campus and then call your office to complain. I feel this is linked to Republicans who resent my research on peace in Iraq. I also notify you I notified Judge Kessler that I do not wish to serve as custodian of documents in the above case after CCNV shelter threatened to move me to Franklin Shelter with no ability to store business papers or clothing. I am still at 425 2nd St., N.W., Washington, D.C. 20001. I caution Judge Kessler her delays in my requests for hearings could have detriment including more pressure on your department to enforce her orders. I'm pleased with your work for the administration of Mayor Williams. Thank you.

                                                Sincerely yours,

                                                Joseph Slovinec

SERVICE: In U.S. mail to : Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20001
Joseph Slovinec, 425 2nd St., Washington, D.C. 20001
September 22, 2006 – 2nd of 2 pages, letters