IN UNITED STATES COURT FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,

    Plaintiff,                                    Civil Action No. 06-455 (GK)

    V.

AMERICAN UNIVERSITY,

    Defendant

RESPONSE TO JUDGE KESSLER'S RULINGS ON MOTIONS ON SEPTEMBER 19, 2006: REQUESTS MIGHT OCCUR LATER FOR RECONSIDERATION OF SOME RULINGS, NOT NOW AND NOT FOR EVERY ONE

1. Plaintiff has these responses to Judge Kessler's orders and rulings on motions of September 19, 2006: Plaintiff might later ask for RECONSIDERATION OF DENIAL of Motion of :Request for Use of Expert Materials in Pleadings" (Docket 30) Plaintiff does not seek formal depositions of experts to criticize work of Brenda Harner in Human Services or of Dean Louie Goodman in School of International Services. However, Plaintiff views unfavorably any attempts to reduce importance or omit discussions of Plaintiff's basic agreement with employer American University to attend School of International Service and receive a job placement which was related to School of International Service interests: Matthew Bender's Forms of Discovery in the Library of Congress collection , *Bender's Forms of Discovery Interrogatories* (Volumes 1 to 10A, including a volume on Employment) say interrogatories in employment discrimination can include all issues of **education** of Plaintiff including School of International Service at American University, earlier Master's Degree of International Affairs at Columbia and B.A. at Notre Dame and **employment references** where Professor Ronald Fisher was one of only two references for Plaintiff Slovinec in D.C. area and threatened Plaintiff with refusal to use name as reference in September 2005 e-mail linked to Plaintiff's inability to pay bill without emergency loan and Dr. Fisher's refusal to grade paper critical of Bush policies on Iraq: the views of no imminent threat from Iraq in 2003 of Professor Powers at Kroc Institute at Notre Dame were brought in to say Dr. Fisher's decision was wrong and worsened job search.

2. Since American U. and Plaintiff agreed on Sept. 15, 2006, to make Plaintiff's job search list public. Plaintiff will not contest or ask for more consideration of Judge Kessler's denial without prejudice of Motions to "Put Job Search Under Seal" (Docket 30) and "keep his list of job applications other than American U. under seal" (Docket 32)



RECEIVED
OCT 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. There is no contest to Judge Kessler's denial of Plaintiff's "motion to remove all issues from D.C. Superior Court Case 2006-SCO-0617 "(Docket 32) since case was filed against different defendant, D.C. Department of Human Services, and not all issues can be removed to federal level.

4. Plaintiff has reservations about Judge Kessler's decision where it was "ordered that Plaintiff's request to make public interrogatories to United States government officials is DENIED WITHOUT PREJUDICE." After a phone call to Mr. Khalid today, Plaintiff decided to include in related Case 06-1143 interrogatories to U.S. Secretary of Education Margaret Spellings and U.S. Secretary of Defense Donald Rumsfeld to ask if either influenced Michael McNair's decision to bar Joseph Slovinec from visiting American University: there is more suspicion about Spellings's office with a May 12, 2005 letter to her and her use of Mary Muncie to make improper collection attempts on Plaintiff in a letter to Senator Sarbanes in September 2005 when Plaintiff only had $60 in the bank and could not make loan payments (See U.S. Court of Appeals Case 05-5372 on Judge Kessler's decision in another case to refuse Plaintiff loans to attend Roosevelt University in Chicago. Illinois and leave CCNV homeless shelter when he was on food stamps). The court was asked to rule on a Motion to Consolidate Case 06-455 and 06-1143.

5. A complaint will be made at a scheduled public hearing on October 30, 2006, with D.C. City Councilmember Adrian Fenty on bad services for the homeless about both Judge Kessler's use of her discretion to demand Plaintiff keep discovery materials at CCNV homeless shelter where there have been thefts in Judge Kessler's denial of Plaintiff's motion to file all depositions, interrogatories, and discovery materials with the Court(Docket 32) and request for emergency motion (Docket 34). CCNV puts limits on storage space and the situation is only narrowly tolerable since Plaintiff was not transferred to Franklin Shelter with no locker after Plaintiff complained to D.C. Office of Administrative Hearings. Mr. Khalid is notified Mr. Slovinec will also complain at October 30 hearing and ask Williams-Fenty transition team to review his complaints on American U.'s handling of him to create his homelessness as a recent ex-student. These are overlapping D.C. and federal issues. Thank you.

PROOF OF SERVICE: In U.S. mail to : Hisham Khalid, Legal Counsel's Office, American University, 3201 New Mexico Av., N.W., Washington, D.C. 20001
October 23, 2006                           *Joseph Slovinec* [signature]

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 October 23, 2006