IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
    Plaintiff,           &nbs;                      06-455
    Vs.                                         (gk) Judge Kessler
American University,
    Defendant

*[handwritten: Nov. 1 - Discovery ends / GK]*

PLAINTIFF WANTS TO CONFER WITH OR HEAR FROM JUDGE ON MOTION FOR CONSOLIDATION, DISAGREEMENT ON DISCOVERY AND JOB REFERENCE AND PROFESSIONAL DEVELOPMENT ISSUES

1) Plaintiff is hoping to avoid repetitive testimony and American U. also desires a ruling on the motion for consolidation of 06-455 and 06-1143. More time is needed at least in November to interview witnesses on barring orders and potential employers where it could have damaged a background investigation. After the U.S. Supreme Court issued a ruling on retaliation after the start of this case, *Burlington Northern and Santa Fe v. Sheila White*, (No. 05-259), 364 F.3d 789 on June 22, 2006, Plaintiff has asked for discovery by November 1 of witnesses on alleged retaliation of barring order after visit to American U. Human Resources to complain about age and other discrimination on May 17, 2006 yet these are a number of questions which have not been answered properly by American U. as of October 31, 2006.

2) Plaintiff only received his first written response on discovery from American U. on October 24, 2006 with production of most job information yet deficiencies in no response from Ronald Fisher on relevant conversations about Lochlann Boyle and job search or on American U.'s relationship with federally-funded entities on Joseph Slovinec's job search, and complaints could be filed on lack of answers to certain questions since Dr. Fisher linked refusal of references to financial aid discrimination issues: there were also bad jobs programs after Plaintiff's eviction include court-related issues like delays in Food Stamp Employment Training. No ages of employees were provided and this could cause a Motion for Intervention by U.S. Department of Justice. The answer did not include insertions on jobs services and financial aid with a letter Dean Goodman sent Plaintiff in December 2004: a later version was sent to Plaintiff. On October 24, American U. reserved right to supplement its own information: Plaintiff feels this is essential to properly answer his questions and might address similar issues in later public pleadings: Plaintiff will try to confer on phone with Hisham Khalid during November 1, yet he doubts he can resolve all issues and a request for a discussion with Judge Kessler is probable. In several jobs, American U. hired more recent college graduates with less years of work experience than Plaintiff J. Slovinec: he will continue the case.

SENT IN U.S. MAIL TO: Hisham Khalid, Legal Counsel's Office, American University, 3201 New Mexico Av. N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. October 31, 2006

*[signature: Joseph Slovinec]*