UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　:　Civil Action No. 06-455 (GK)
　　　　　　　　　　　　　　　　　:
AMERICAN UNIVERSITY,　　　　　　 :
　　　　　　　　　　　　　　　　　:
　　　Defendant.　　　　　　　　　:

### ORDER

It is hereby

ORDERED that Plaintiff's "Urgent or Near-Emergency Motion Against Consolidation of Cases Unless Pleading is Rewritten; Repeat of Request for Alternative Dispute Resolution and Use of Court Social Services by Plaintiff; and Request Same Standards, not Double Standards, in Review of Differing Views on Judge Urbina's Ruling of June 2005 and Her Honor's Ruling of August 2005" [Dkt. #26] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gladys Kessler
　　　　　　　　　　　　　　　　　　　　　　GLADYS KESSLER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: Nov. 2, 2006