IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 NOV -3 PM 4: 23

NANCY M.
MAYER-WHITTINGTON
CLERK

Joseph Slovinec,
   Plaintiff,
      Vs.
American University,
   Defendant
Nov. 1

06-455
(gk) Judge Kessler

Discovery end date: Nov. 1

Dispositive Motions by Dec. 1

*Computer glitches*

1

PROGRESS AFTER PHONE CONFERENCE WITH HISHAM KHALID

1.    Plaintiff called Hisham Khalid about November 1 and both sides agreed to review Defendant's responses for issues of narrower questions and clarifications on issues like duties to advise on job search, avoiding dependency on Welfare Reform Act, and jobs programs for homeless. Plaintiff will send these revised materials during November with lack of time to answer October 24 and October 27 incomplete answers.

2.    After more careful scrutiny of responses, both sides agreed on existence of Tab B in fine print which J. Slovinec had trouble reading: in the 9th column at right, 10 of 12 employees in disputed jobs with hires during Spring 2005 were under 40 AT AGES 39, 24, 33, 39, 21, 33, 28, 23, 23, 24:
among the other two, one was 40 and one was 49. An additional employee was hired in August 2005 at age of 29. In amendment, these ages were not provided on a set of Ms. Harner's resumes: they were on a tab. Mr. Khalid included one hire that neither Brenda Harner nor J. Slovinec wanted on this case's list: no one was hired for the remainder of 17 positions. This seems to indicate age discrimination occurred. Plaintiff wants to
address future questions in public pleadings.

SERVICE IN U.S. MAIL TO: Hisham Khalid, American U. Legal Counsel, 3201
New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001
November 3, 2006

*Joseph Slovinec*