IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, WASHINGTON, D.C.

Joseph Slovinec,                          06-455
   Plaintiff,                            (gk) Judge Kessler
   Vs.
American University,
   Defendant

MESSAGES OF NOVEMBER 6, 2006

1. Plaintiff made a decision to send messages on the most urgent materials to Mr. Khalid today after a theft of his belongings from Community for Creative Nonviolence on Sunday, November 5: this did not include court pleadings yet there is danger of theft of court pleadings which would cause a police report..

2. Plaintiff felt some of American U. hiring decisions were more unfair than others in addition to the ages which were mostly under 40. On Job 3673, Administrative Assistant for Program Coordinator at the School of Public Affairs Dean's Office qualifications say: "High school diploma with work towards college degree highly desirable. 1-2 years work experience in an office environment requires, college work can substitute for work experience" The person hired had: only one academic degree, a Bachelor's; one job at a theater for six months in 2003 and another job on theater memberships for 8 months: applicant was also Office Assistant at American University 2001-2004. However, Plaintiff J. Slovinec was also Office Assistant: Research Assistant for Vice President of Government Relations at Columbia University 1981-1982 and since "College work can substitute for work experience" J. Slovinec had superior set of credentials with two Master's Degrees in History and International Affairs; 6 years of office experience in Cook County government, and 1 year in Illinois state government. Plaintiff believes American U. discrimination occurred against him because he was from the Chicago, Illinois area before 2004 and not from Washington, D.C.: it does not make sense for American U. to admit Midwestern students like J. Slovinec without sincerely wanting to place them.

,3. A review of file on Staff Assistant 4490 indicates the Executive Assistant to Vice President of International Affairs hired someone with similar experience to J. Slovinec with one year in Rome and above Columbia job: An applicant who was not hired has work as Peacebuilding and Development Institute Intern and Teaching and Research Assistant for American U. School of International Service: Dr. Ronald Fisher gave zero of these types of opportunities to J. Slovinec in Peacebuilding, a detriment to his job search. J. Slovinec's work experience was comparable to the employee hired for Document and Imaging Specialist 1895, an ex-bookkeeper.

**RECEIVED**

NOV - 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. In qualifications for Customer Relations Rep. 1877 in enrollment service, it says "High School/GED bachelor degree preferred or comparable experience. Two years leadership, computer, and office experience", American U. hired an applicant with less education, only one Bachelor's Degree and no Master's, and relevant office work experience with J. Slovinec: the applicant was a cook, summer worker with children, and had only one semester as an Admission Dept. intern at American U. before hire in contrast to J. Slovinec's 2 years of work experience at Columbia University-related jobs, Congressional internship in Washington, D.C., 6 years of office experience in Cook County government, Illinois, work in United Nations Association and World Without War Council office, and one year in Medicaid office in Illinois government."

5. There are similar doubts on the individual hired for No. 4041 Administrative Assistant which says: "Bachelor's degree is preferred...Ability to write clearly and succinctly" who only had work for uncertain amounts of time as a temporary medical file clerk, temporary production assistant, and data entry specialist for camera repair: these did not seem to relate to receptionist or customer service duties.  There are also questions on choices for the Carter-Baker Election Commission since J. Slovinec had a reference from Professor Susan Nan who once worked for Jimmy Carter.

6. It appears Professor Ronald Fisher was overburdening Plaintiff with attempts to collect money from his father's estate which Plaintiff already spent; and Fisher tried to ignore circumstances when Plaintiff had 88 cents, then zero in bank: Fisher tried to demand payment of bill and said he would write a letter of recommendation for American U. to make another financial profit after J. Slovinec's bill was paid (from unnamed, and nonexistent sources); American U. wrote classes were "cancelled" not "dropped", yet on the issue of a job reference for J. Slovinec, Fisher said he lacked his permission which effectively ruined J. Slovinec's chances to get a job and end dependency on food stamps between his eviction in August 2005 and February 2006 and later. Disagreements remain on these issues where Plaintiff maintains American U. has a duty to avoid dependency of students and recent ex-students on welfare benefits under Welfare Reform Act.

7. Plaintiff has issued news releases yet was not responsible for a decision, which he supports, to cover his October 30 comments on homelessness and American U. to D.C. City Council on cable TV. On Sunday, Nov. 5, probably an African-American at CCNV disrespectfully stole two suitcases which belonged to Plaintiff with family items and memoirs of former President Clinton: one of the main results of J. Slovinec's education at American U. was to place him among thieving Negroes and food stamp recipients of both races. This must change.

8. Plaintiff sends to American U. his Nov. 2 memo to U.S. Supreme Court which reasonably requests more time to talk to American U. on items including releasing more E-Mails with Dr. Fisher's grades and papers.

PROOF OF SERVICE: Sent in U.S. mail to: Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20001
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 November 6, 2006

*Joseph Slovinec*