IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Joseph Slovinec,
    Plaintiff,                                     06-455 (gk)
    Vs.                                          Judge Kessler
American University,
    Defendant

MEMO TO MR. KHALID ON COMPROMISE ON INTERROGATORIES, APSIA

1. Mr. Slovinec informs the court this memo is mostly for Mr. Khalid. I, Plaintiff Joseph Slovinec, had a worsening of my health yesterday after a day including work on pleadings and tensions with this case: I had a higher blood pressure reading of 188/98, the worst since an American University nurse (I believe Ms. Coles) took a reading of 188/110 in May 2005 and the barring order ended my access to the American U. nurse a few days later. I therefore must make this message brief before I continue to search for a legal counsel after lack of progress in deciding a motion for next week: if difficulties continue, I will complain to U.S. Department of Justice. In yesterday's motion, I decided to accept a compromise where you can give answers by December 15 to new summary questions which, however, are based on my search for jobs and job training programs other than the 18 American U. staff jobs. American U. earlier refused to answer these questions.

Interrogatory 6: To Ms. Harner, Dean Goodman, Dean Leo Grande: Please respond to comments of Plaintiff J. Slovinec that American U. did not attempt to advise or ease transitions of American U. students and recent ex-students including J. Slovinec to programs in the Clinton-era "1996 Welfare Reform Act", "school-to-work apprenticeship", and "Food Stamp Employment" training program when J. Slovinec could not get a job either from American U.'s 18 staff positions or federal/U.S. Dept. of Education expectations of an American U. career center with "job advising roles of Dean Goodman, Ronald Fisher, and Lochlann Boyle." Please note Dr. Fisher knew I was in Illinois 1989-2004.

Interrogatory 8: with respect to a new Work-Study program at SIS since 2005, To Dean Goodman: Do you agree or disagree with the statement: "it was not a good idea for American U. to keep me on the campus with neither financial aid nor a job?" I, J. Slovinec also sensed age discrimination was the reason I never earned money at American U. in contrast to a related program at an APSIA School, Columbia University's School of International and Public Affairs with campus jobs at Iran Center, coin collecting library, and Vice President for Government Relations: do you agree: who handles government relations for AU?

Interrogatory 9: The request is for the quantity of students in Dr. Fisher's classes who received financial aid since this is related to Dr. Fisher's discrimination in refusal to give permission for job reference with unpaid bill: there is an error, this was in original complaint like "welfare-to-work" in Interrogatory 10.

10. To Dean Leo Grande: Your responsibilities at School of Public Affairs include discussions of federal and state worker retraining programs for middle-income and poorer areas: do you agree or disagree with my "contention that American University has not done enough to discuss urgent or displaced worker programs for students or ex-students with Montgomery County, Maryland, location of Park Bethesda where I resided,

and D.C. Dept. of Employment Services" : Plaintiff maintains American U. had a responsibility to advise or create placement links with government job training programs for students who "could not find a job with the federal civil service or elite think-tanks" and nonprofits on Dean Goodman's list: "disadvantaged" includes both races:Bakke case.

    11. To Bishop Schol: Please tell the court and me if there is a homeless shelter at Metropolitan Memorial United Methodist Church: evicted students can only go to a shelter at 1355 New York Av. N.W. since CCNV was closed for renovation: Plaintiff alleges "caseworkers" at homeless shelters at CCNV do not have right skills to advise evicted American U. students on job search" "especially someone with two Master's Degrees like me." These comments are addressed to Dean Wallerstein, President of APSIA. A compromise was suggested where American U. can answer these interrogatories by December 15: if they are not answered by then, I, Plaintiff J. Slovinec, intend to file a complaint of misconduct both with your office and the U.S. Department of Justice. American U. has a lack of social conscience in their relationship with me: after an attempt to force or pressurize me to pay about $10,700 from my own pocket from an inheritance without loans like most students, their eviction forced me to stay in a homeless shelter with bad job search advising. There is a Ladner-type credibility problem where Ingrid made a misleading claim in a phone conversation with the office of Congressman Chris Van Hollen about my food stamp application that my Peacebuilding did not qualify me for financial aid: perjury charges could occur after her lack of answer to Interrogatory 13 since she contradicted a missing 2004 note from Dean Goodman's office which said Peacebuilding qualified students for private loans and "need-based aid" which a recent FAQ sheet from Dean Goodman distinguishes from "merit-based aid" or scholarships which were excluded from Peacebuilding. Interrogatory 15 results from an academic freedom question which Plaintiff Joseph Slovinec will refer to U.S. Congress after U.S. Supreme Court in 06-6254 refused to hear a reduced case on the tuition waiver issue and Plaintiff's allegations cancellation of semester actually occurred as retaliation for criticizing Bush policies on Iraq. **To Mr. Khalid: with respect to your earlier views on uncertain connections of above questions to case, public policy and an earlier Hawkins case maintains both sides have the right to explore if J. Slovinec diligently searched for other jobs and did not merely sit around and wait for an American U. staff job, and this should include American U.'s normally expected role in job advising: and a duty to keep students away from food stamp and welfare dependency. Answer Interrogatory 15: Dr. Fisher had social values in his grading of 60% of course materials and refusal to grade 40% of them: Dr. Fisher gave grades, even A grades on a group project where I agreed with Bush views on peace talks between India and Pakistan on Kashmir, and refused to grade an Arab League paper where I disagreed with Bush policies on not consulting enough with Arab League on a plan of Kuwait and United Arab Emirates to support exile of Saddam which Arab League refused to consider at March 1, 2003, meeting which I called "a better idea than war": I contrasted this to Bush's father who gained support of Arab League for 1991 U.S. mission to expel Iraqi troops from Kuwait.**
PROOF OF SERVICE: In U.S. mail to : Hisham Khalid, American U. Legal Counsel. 3201 New Mexico Av., NW., Washington, D.C. 20016 and delivery with accompany memo to Dean Mitchel Wallerstein, APSIA, 225 Eggers Hall, Syracuse, NY 13244
Joseph Slovinec 425 2nd St., N.W., Washington, D.C. 20001 Nov. 21, 2006 2 of 2

*Joseph Slovinec*
*Please file attached memo*
*to APSIA in pleading*

Memo of November 20, 2006
To: Dean Mitchel Wallerstein, Maxwell School of Citizenship and Public Affairs
President of Association of Professional Schools of International Affairs.,c/o APSIA
Executive Director Braden Smith, 225 Eggers Hall, Syracuse, New York 13244-1090
From: Joseph Slovinec, 425 2nd St., N.W, Washington, D.C. 20001   *Joseph Slovinec*

    I send sincere greetings. I am writing to complain about mismanagement of the Graduate Certificate in Peacebuilding program at American University School of International Services during the administration of ex-President Benjamin Ladner in 2004-2005 under leadership of Dean Louie Goodman. Like the Ladner crisis, this cannot be solved with talks with American University alone. I am asking you to mediate or suggest a mediation service on both issues in my EEOC age discrimination lawsuit against American University, 06-455, including a request for answers to interrogatories, and informal issues including housing and homelessness after my past eviction from an American University dorm. I cannot include all issues in today's schedule. There could be Bakke-type issues since I am white and disadvantaged. I respect the work of American University Hisham Khalid on my case and Hisham did fine on sending me records which pertained to hiring of American U. employees and my student records where Justin Perillo enabled me to report to U.S. Supreme Court November 2, 2006 that a dispute on FERPA rights was narrowly resolved. The Supreme Court decided not to hear my complaints on not getting a tuition waiver by court order or a controversy which Congress will soon hear: Discrimination when Dr. Fisher refused to grade a paper I wrote which criticized President Bush on not consulting enough with the Arab League on a plan to exile Saddam in 2003. However, I ask you to encourage Dean Goodman and Professor Fisher to end lack of cooperation, and refusal to answer, on American U.'s policies which lacked effective cooperation with the "clientele" of Maryland and D.C. government on issues like my year of residency in a homeless shelter after an eviction from an American U. dorm, food stamps where local D.C. businesses refused to hire me in many months before a Food Stamp Employment Training class in Summer 2006, and lack of job programs for the homeless: I might complain to U.S. Dept. of Justice, yet Dean Goodman is properly notified American U. is not excluded from activities of worker retraining similar to 29 U.S.C. 2101 and 29 U.S.C. 2811 especially when a student like myself could not get a job in D.C. after only one semester with Dr. Fisher. Tensions increased when the Bush Administration, after a January 2005 Sallie Mae deferment, refused to approve my loans to return to Chicago to Roosevelt U. in September 2005. I NEVER COMPLETED TWO-SEMESTER PEACEBUILDING PROGRAM: THE SPRING SEMESTER 2005 AT AMERICAN U. WAS CANCELLED DUE TO NONPAYMENT ALTHOUGH GRADES WERE HIGH ENOUGH: A and B+ averages in two classes.

    From the point of view of the international affairs profession, I believe these observations are correct about Professor Ronald Fisher, the Director of the Graduate Program in Peacebuilding at American University who can give charming lectures on peacebuilding and peacekeeping including Cyprus and where I had an A average in his class before it was cancelled. It was only centered on one topic, my group project on Kashmir peace talks between India and Pakistan. It normally last about two semesters, a Spring or Fall with 3 classes and a Summer Institute. However, Dr. Fisher's mismanagement during the Ladner era made a mess in my life from my participation in the Graduate Certificate in Peacebuilding program in 2005. These are observations:

*3- Third page of pleading*

- It has many students in the Master's Degree in International Peace and Conflict Resolution program under leadership of Dr. Said where students can get federal loans: Dr. Fisher seems to desire a wealthy elitist clientele for his Summer Institute and said his student could only use private loans, not federal loans. For this and other reasons, it would be probably be better to merge Peacebuilding with IPCR or combine it with classes for a regional certificate, a course of action I might advocate in a lawsuit settlement. Ccs: sent to Dean Goodman, H. Khalid
- Dr. Fisher does not fulfill goals that Dean Goodman sets for use of internships and networking. Outside of class lectures in Tenleytown, Dr. Fisher and Dr. Susan Nan, my other professor, only attended one association lecture of AICPR, the Alliance for International Conflict Prevention and Resolution, in April 2005 and I believe I was the only American U. student who attended the event and reception at Dr. Fisher's invitation. I wrote a Statement of Purpose which encouraged Dr. Fisher to mentor work in my past DePaul M.A. in History specialization in European History and Columbia classwork including teaching of Professor Roger Hilsman and U.S. Ambassador to Iraq Zalmay Khalilzad. Dr. Fisher did not try to mentor me in these areas and I am asking you to support my request for honest, complete answers to interrogatories in my Case 06-455 before Judge Kessler after I was shocked when he or his attorney Hisham Khalid refused to answer basic questions about the field including Dr. Fisher's verbal referral to me in March 2005 to use Lochlann Boyle at American U. Career office. Lochlann's office had credible job listings yet most were unrelated to my past including writing for Congress and United Nations Association of U.S.A.. Dr. Fisher only supervised my one project on Kashmir which I never visited: in my job search, I found he neglected the APSIA membership "qualification –c" "an integrated curriculum which combines professional training, the study of geographic regions". Fisher did not teach enough on history of Iraq for Illinois.
- Dr. Fisher lacks ability to work with ex-Chicago Democrats like myself on a budget and he needs warnings that pressurizing tactics cannot be used on Democratic politicians to pay his bills. . When I had $23,000 from an inheritance for the program in August 2004, his admissions committee postponed my entry until January 2005. When I had $8700 in February 2005, it was in excess of the $5000 I needed for tuition: after three weeks of spending on Maryland dorms, Dr. Fisher manipulated me into using the Park Bethesda dorm at $1393 per month and American U. claimed it supported a $14,000 loan level. I was rejected for every private loan and I have an objection on qualification "g", relationship to the parent university": the Ladner administration indirectly refused to give me emergency loans for the needy in the AU catalog and created chaos. I was in Chicago, Il. 1989-2004 and the job search did not go well: when I told Fisher I only had 88 cents in the bank and was in a homeless shelter after my eviction from American U., he still tried to demand payment of my past bill: presumably from personal funds I no longer had. I was limited to only no-cash food stamp programs by Maryland and D.C. governments which did not seem to welcome me. I ask you and Dean Goodman to read these three court cases: Blum V Bacon 547 U.S. 132 (1982), Shapiro v. Thompson 394 U.S. 618, and Townsend V. Swank 404 U.S. 282 (1971) where the court opposed excluding AFDC recipient from college.

*4 – Fourth page of pleading*

```
-------- Original Message --------
Subject: Re: 609 Registration
Date: Mon, 05 Sep 2005 12:28:53 -0400
From: Ronald Fisher <rfisher@american.edu>
Organization: SIS - American University
To: Joseph Slovinec <js2169a@american.edu>
CC: perillo   <perillo @american.edu>
References:
<OF5F9172B5.AEB76BF9-ON85257070.0002F368-85257070.0002F370@american.edu>
```

Hi Joe, As indicated in my email of April 28, your registration at AU has been cancelled and will remain so until there is payment of outstanding fees.  Thus, there is no basis to discuss your registration in the peacebuilding certificate.  Also, please note that I did not give you my permission to use my name as a reference in your job search or any future applications you may make.  Please address all future inquiries to the Office of the University Counsel.  Sincerely, Ron Fisher

Joseph Slovinec wrote:
> From Joseph Slovinec: It is urgent for you to call me at 202-393-1909
> by 10 A.M. Sept. 2 if you want to discuss a fall registration with a
> tuition-and-fee waiver to cover Spring tuition and Autumn 2005 tuition:
> a slight adjustment to complete Graduate Certificate in Peacebuilding by
> Dec. 2005.  I am in a homeless shelter after my eviction from Park
> Bethesda with only 88 cents in my only D.C. bank account: I cannot even
> get bus tokens for job trips.  I want a clarification of A.U.'s role in
> my job search since you and Professor Nan are only references since
> 12/03 and I can't return to Roosevelt in Chicago with no federal loan:
> there is a chance someone among the 76 jobs I applied for might say yes
> although I arrived in D.C. Jan. 2005

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.
Tel: 202 885 1547
Fax: 202 885 2494

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.

*[handwritten: Entire Exhibit from American U. student file - J Slovinec]*

*[handwritten: APPENDIX A - BOTH U/S DISTRICT CRT and US SUPREME COURT NOV 2, 2006]*

STATEMENT OF PURPOSE FOR AMERICAN UNIVERSITY
GRADUATE PROFESSIONAL DEVELOPMENT CERTIFICATE IN
INTERNATIONAL PEACE AND CONFLICT RESOLUTION -
JOSEPH SLOVINEC
Social Security Number 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
Summer Addresses: Business: P.O. Box 127, 636 W. Diversey, Chicago, Il 60614
Home: 2827 N. Burling St., Apt. 6, Chicago, Il. 60614 Phone 773-935-2802

    I respectfully request admission to American University's Graduate Professional Development Certificate in International Peace and Conflict Resolutions. It would update earlier work in my Master's Degree in International Affairs at Columbia University in 1980-1982. I had served as a Congressional intern for U.S. Congressman Martin Russo (D-Il.) in 1980 which included research on Cyprus, hazardous wastes, and Captive Nations Week for Eastern European nations which fortunately became free in 1989 and 1990. My first semester of Autumn 1980 expressed views of the two advisers of the international security specialization, Roger Hilsman and Zalmay Khalilzad. Professor Hilsman, a brave World War II veteran who fought in Myanmar (then called Burma) which needs reform, talked about his work as President Kennedy's Assistant Secretary of State on East Asian Affairs where Prof. Hilsman sympathized with doves during the Vietnam War. Prof. Hilsman said the Vietnamese Communists viewed the Vietnam War as an anticolonial war where U.S. troops replaced similar troops of French colonial rules, and the limited land war lacked a plan for victory. Prof. Khalilzad taught me mostly about political systems in Politics of the Middle East and North Africa and I had tried to call him in his job at the National Security Council to ask for advice in early September 2001. Professor Khalilzad is U.S. Ambassador to Afghanistan today with advice to the new democracy. Please see attachments for Middle East issues.. My major papers also included: research on Spain's future entry into NATO, a paper on Soviet-Chinese relations for Marshall Shulman, leading Carter era State Department expert on the Soviet Union who gave me an A, and on NATO unity during the 1981 Polish crisis for President Carter's National Security Adviser Zbigniew Brzezinski. Research which is related to your interests at American University continued in 1983 and 1984 when I wrote about the Reagan record for the Democratic Congressional Campaign Committee and about arms control for the United Nations Association of the U.S.A. and World Without War Council. In 1986-1992 I worked for Cook County government and I taught community college in a Chicago south suburb. I decided to stay in Chicago to look after my late aunt who left me an estate I used for funds after 1992 and my father who also left me an estate after he died in 2000. Since I wanted to stay in Chicago, I worked on a thesis about President Theodore Roosevelt's peace mediations in an undivided Europe with similarities to the 1990's. Please note my article about "Second Term Presidents in U.S. History". Since the spring of 2003, I concentrated on two goals: a Public Relations writing class at George Washington University during the spring of 2003, and applications for civil service positions with the state of Illinois with no interviews for three "A" grades. I wanted more options. I like American University's recent emphasis on Arab studies where I favor peace with a mixture of enhancing study of history and religious peace issues. American University could also become valuable in marketing me for jobs in Washington, D.C.

APPENDIX C

# DEPAUL UNIVERSITY

Department of History
2323 North Seminary Avenue
Chicago, Illinois 60614-3298
312/362-8555

November 2, 1994

To Whom It May Concern:

Joseph Slovinec has asked me to write a letter in support of his application for a White House Internship. I am very pleased to do so as I have a high regard for his academic abilities, character, and commitment to community service.

Joe's academic background includes a rare combination of degree work ideally suited to a White House internship. He came to DePaul with an M.A. in International Affairs from Columbia University. The strength of his previous studies was clearly evident in my two courses on Modern European History in which Joe showed an exemplary grasp of politics and diplomacy. Building on his undergraduate degree in Government and International studies, this advanced degree work gives him the in depth background necessary to derive maximum benefit from his time in Washington.

Excellent academic skills supplement Joe's extensive understanding of government and politics. Always the conscientious student, he comes to every class well prepared and willing to contribute to class discussion. His essays are carefully researched and clearly articulated. His M.A. thesis on diplomatic and cultural exchanges between the Unit=d States and the United Kingdom, Russia, and Germany from 1882 to 19[illegible] promises to be a perceptive and innovative combination of diplomatic and intellectual history.

Although Joe's academic background stands on its own merits, what makes it all the more impressive is his extensive public service record. While earning degrees from demanding institutions, he found the time to work on political campaigns, serve as a Congressional intern, and write a United Nations initiative. I have never met a student as well prepared for the total emersion into Washington politics promised by the White House Internship.

Beyond his obvious academic and professional qualifications Joe has the personal integrity and work ethic necessary to be an effective intern. I recommend him in the highest terms and without reservation. With best wishes.

Sincerely,

Thomas R. Mockaitis

Thomas R. Mockaitis, Ph.D.
Associate Professor of History