RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 NOV 27 PM 9:32
NANCY M. MAYER-WHITTINGTON CLERK

IN THE UNITED STATES COURT OF THE DISTRICT OF COLUMBIA

Joseph Slovinec,
Plaintiff,
Vs.
American University,
Defendant

06-455
gk (Gladys Kessler)

MOTION FOR COURT-ORDERED SETTLEMENT TALKS

1. Plaintiff motions the court for court-ordered settlement talks with a series of conferences with American U. schools, administrators, and witnesses which Plaintiff will outline in a memo between December 4 and December 9; since material facts are in the Plaintiff's favor on ages of employees who were hired, mostly under 40, and inclusion of hiring of younger employees with less education and less years of office experience than Plaintiff.

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 Nov. 27, 2006
MEMO ON COURT-ORDERED SETTLEMENT TALKS

2. Plaintiff attempted to call Hisham Khalid this morning, November 27, and say this seems the best chance for a compromise which both sides could agree on: again Mr. Khalid was not available for comment: Plaintiff J. Slovinec wants Mr. Khalid to tell President Kerwin and the Board of Trustees and Deans: "These talks are better since in the dispute over positions we are in danger of losing sight of the basic objectives of American University and why American U. invited me to attend the Graduate Certificate in Peacebuilding program: I originally received a note which said Dean Goodman claimed fairness to both sides for and against U.S. troops in Iraq and the Bush-Kerry race and where Mr. Kerwin talked about Vietnam War protests in a strategy for peace. American U. is accused of financial aid discrimination against Mr. Slovinec as a Democrat. American U. has a right to know about my past in Illinois in 1989-2004 on the statement of purpose where Benjamin Ladner and Ronald Fisher did not understand I could have returned to Illinois residency in the summer of 2005 if American U. did not help place me in a better job: this includes a past lawsuit against the administration of convicted Republican Governor George Ryan on an improper layoff of me for reporting misuse of my computer for an erroneous discharge of a Medicaid patient. I used an inheritance and I have never had a full-time job since that layoff of June 30, 2000. Settlement talks would give both sides a chance to discuss if I could return to Illinois where I still have an offer to attend an Education program at Roosevelt University in 2007 if financial aid obstacles can be resolved; and if the schools in the discrimination case, especially School of International Service, School of Public Affairs, and School of Communications would be willing to help me find a job placement in my areas of interest and past academic work where I would have a job and not work at American University. I believe the President and Board of Trustees should review, and probably change, Dr. Ronald Fisher's policy on

demanding use of only private loans for Graduate Certificate in Peacebuilding and no federal loans: I currently intend to tell Illinois officials that it is my opinion that he should not recruit future students from Illinois if reforms are not made: I still support American U.'s recruiting of Illinois students for Washington Semester Program. Dr. Fisher creates an atmosphere where he was trying to collect money from an estate gift I received from my father which went down to less than $70 in June 2005 and it is tough to discuss issues in the field like peace talks in Iraq with the government and Moqtada el-Sadr and lessening of tensions with Sunni religious scholars: life imprisonment for Saddam seems fairer than a death sentence, and SIS website has not discussed much about this since ex-President Ghazi al-Yawer visited AU. Mr. Khalid is cautioned AU cannot win case on Dr. Fisher's denial of permission for a reference in September 2005: I warned in March 2005 it was senseless for me to attend AU without a job search and use of the career placement office: I have reservations about excessive American U. phone calls to my one ex-American U. professor, Susan Nan of George Mason, who agreed to serve as a job reference on the phone. Dr. Fisher's program might have tried to accomplish too much in two semesters: yet American U. administrators are asked to reflect on whether it is wise to subject Illinois and ex-Illinois residents to the nervous tension I received including an eviction and staying in a homeless shelter, like a detention center, on food stamps for a year with no one to replace Fisher as a reference in the D.C. areas and demeaning part-time salaries.. Mr. Kerwin is cautioned talks now could resolve issues which could end up on the desk of the new Mayor Fenty or the new Congress in discussions which are not totally related to this court case."

**Summary of disputed cases where evidence in Plaintiff's favor on hiring someone with less years of education**

**3.** #3673 Program Coordinator for School of Public Affairs; Position description says: "High school diploma required with work towards college degree highly desirable; 1-2 years work experience in office environment required; **college work can substitute for work experience."** American University hired someone with only one B.A. degree when Plaintiff J. Slovinec has a B.A. and two Master's Degrees in History and International Affairs; the hired individual had only 3 years as an office assistant at American University in Literature and J. Slovinec had 7 years of office work in government offices actually in subject area of School of Public Affairs and one additional year of work for Vice President for Government Relations.

#4490 – Staff Assistant, Executive Assistant to Vice President of International Affairs, Position called for "Bachelor's Degree", French language, "3-5 years" in office, "experience in higher education preferred." American U. hired someone who knew an Asian language and did not know French when I studied one year of French in college: it is more important than applicant worked for 3 years in a Women's Studies office at a college with only one Bachelor's Degree: my work experience was a better match for an

International Affairs position with two years work on a completed Master's Degree in International Affairs at Columbia University and one year of work for the Vice President for Government Relations at Columbia.

#1717 – Administrative Assistant at School of Communications: Description says: "B.A. preferred, administrative support." Applicant hired – B.A. only, no Master's: taught overseas and worked at Merrill Lynch in contrast to Plaintiff J. Slovinec's 7 years of administrative support.

#4041 – Administrative Assistant – Marketing; "Bachelor's preferred" and "write clearly": position descriptions in several cases were flexible where Plaintiff was allowed to count education and office experience in his favor. American U. hired an applicant with only one year of college and no Master's Degrees with a suspicious tactic of a resume with no listing of years or dates of employment in temporary production assistant at American U. and clerk: J. Slovinec could win an EEOC case on the issue of a lack of Bachelor's Degree or issues in #1877.

#1877 – Customer Relations Rep. Job description wants "Bachelor's preferred" or comparable work experience and "2 years office experience".. In addition to hiring of someone with only a Bachelor's and no Master's, the hired applicant appeared to have less than two years of office experience with only one semester as an American U. intern in contrast to Plaintiff's seven years work in government offices and one year for the Vice President of Government Relations

.

**Additional questionable cases**

1058 Academic Advisor – School of International Service – no one was hired, is it still open; 1713 – School of International Service, Graduate Advisor Assistant: unlike other cases, SIS did not include resume of hired applicant in pile, it was bad to leave vacant 5470 Project Coordinator Carter-Baker Commission. Susan Nan gave me a job reference and she worked at Carter Center for former President Carter: I had 5 summers of work on Cook County Elections Dept. and work in Democratic campaigns since 1976.

**Consideration of Motion for Default Judgment if above motion cannot be agreed on**

**4.** I, Joseph Slovinec, notify the court I will propose a Motion for Default Judgment if above cannot be agreed upon yet if my health allows I, Plaintiff, intend to file a statement on December 1 on whether or not I intend to definitely file a Motion for Default Judgment: it would make mandatory the proposed settlement points of payment of $50,000 compensatory damages; an order to compel employment which would still required a series of conferences on which position; and lifting of the barring order which would give Public Safety a fair chance on one hearing on J. Slovinec's permitted visit to Lt. Spencer in June 2005 and attempt to deliver one legal paper to guard which was refused in August 2005: these would prove he was not disrupting campus or threatening anyone. Page 3

PROOF OF SERVICE IN U.S. MAIL: To: Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20016

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 Nov. 27, 2006

Joseph Slovinec

EXHIBIT APPENDIX A-1

| Today's date | 9/30/04 |
|---|---|
| Date available to begin work | ASAP |

Applicant hired

NAME last first

AMERICAN UNIVERSITY
WASHINGTON, DC

HUMAN RESOURCES
4400 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20016-8054

An equal opportunity/affirmative action university

# APPLICATION FOR EMPLOYMENT

| Name last | first | middle | Social security number |
|---|---|---|---|
| [redacted] | [redacted] | | [redacted] |
| Address [redacted] | City [redacted] | | Zip [redacted] |
| Campus address Hall | Room number | | Campus extension |
| Home phone [redacted] | Business phone | | |
| Name and phone number of local person who would take a message if we are otherwise unable to contact you: | | | |

| Are you currently enrolled as an A.U. student? | If yes, number of hours: | If hired, will you be able to provide authorization of your right to work in the U.S. for American University? | Job that you are seeking: |
|---|---|---|---|
| ☐ Yes ☒ No | | ☒ Yes ☐ No | ☒ Full-time ☐ Part-time |
| Position you are seeking: 4041 - Administrative Assistant | | | |

## EDUCATIONAL RECORD

| | School name and address | Circle last grade completed | Major course | Did you graduate? | Degree or certificate |
|---|---|---|---|---|---|
| High School | West Potomac high School Alexandria, VA | 1 2 3 (4) | General Studies | yes | diploma |
| College or technical schools | Northern VA Comm Coll Alexandria, VA Montgomery College Rockville, MD | (1) 2 3 4 | Music Math | no | |
| Graduate School or other special school | | 1 2 3 4 | | | |

EXHIBIT - APPENDIX A-2

ALSD #4041 APPLICATION - NO YEARS #1 of #2

EMPLOYMENT RECORD

Beginning with your **present** (or **last**) employer, list all previous employment, including military service. (For military service, do not include type of discharge.)

**Please complete all sections of this page, even if you have enclosed a resume.**

1

Name of employer: Childrens National Medical Center
Address: Washington, DC
Type of business: Medical
Immediate supervisor: [redacted]
Supervisors title and telephone number: [redacted] - Admin. Manager
Title of your position: Medical File Clerk - Temp
Reason for leaving: Presently Employed
Starting date: 9/15
Final date:
Starting pay: 10.50
Final pay:
Hours worked per week: 40
Duties: Filing Medical files, answering telephones, Booking dr. appointments, registering patiens to be seen by doctors, breaking down files to be filed.

May we contact your present employer? ☒ Yes ☐ No ☐ Please call me first.

2

Name of employer: American University
Address: Washington DC
Type of business: Education
Immediate supervisor: [redacted]
Supervisors title and telephone number: Production Assistant [redacted]
Title of your position: Production Assistant - temp
Reason for leaving: Temporary as needed
Starting date:
Final date:
Starting pay: 8.00
Final pay: 8.00
Hours worked per week: 20
Duties: Responsible for copying, stuffing folders for incoming students. Decorating for upcoming events

3

Name of employer: Ritz Camera
Address: Beltsville, MD
Type of business: Photography
Immediate supervisor: [redacted]
Supervisor's title and telephone number: National Service Manager
Title of your position: Data Entry Specialist - Repair dept.
Reason for leaving: found better pay
Starting date: 9/17/03 -
Final date: 9/8/04
Starting pay: 9.00
Final pay: 9.00
Hours worked per week: 40
Duties: Responsible for entering broken camera's into their Ritz Service System. I sent units to their respective manufacturers to be repaired.

4

Name of employer:
Address:
Type of business:
Immediate supervisor:
Supervisors title and telephone number:
Title of your position:
Reason for leaving:
Starting date:
Final date:
Starting pay:
Final pay:
Hours worked per week:
Duties:

EXHIBIT - APPENDIX B-1

I, Brenda Harner, having read the above, state that the responses contained herein are true and correct to the best of my knowledge and belief.

Brenda K. Harner
Signature

10/23/2006
Date

Policy Analyst, Employee Relations & Compensation
Title

THIS SEEMS LESS THAN AN OATH: NO NOTARY OR COURT REPORTER. SEE UNANSWERED QUESTIONS WITH NO PRIVILEGE.

Joseph Harnice




10. To Dean Leo Grande: Please review above information on Senn High School and try to remember one previous talk we had in Spring 2005: later evidence supports my contention that American University has not done enough to discuss urgent or displaced worker programs for students and ex-students with Montgomery County, Maryland, location of Park Bethesda where I resided, and D.C. Dept. of Employment Services: in comparison with Senn, it is considerably more difficult for an American U. Student like me to get a job to put food on the table, when, I, J. Slovinec could not find a job with the federal civil service or elite think-tanks after a brief 90-day semester with Dr. Fisher which American U. sought to cancel after my relocation from Chicago.

**Response**

The University objects to the interrogatory as overly broad, compound, vague, ambiguous, unintelligible and not reasonably calculated to lead to the discovery of admissible evidence Without waiving such objections, the University does not understand the request.

11. To Bishop Schol of the Board of Trustee: The March 3, 2006 memo on Senator Grassley's concerns included the spiritual role of the United Methodist Church at American U.: I, J. Slovinec, intend to ask and get a court order to find out how many homeless shelters the United Methodist Church as in the Washington, D.C. area including at St. Luke's and a rumored shelter across the street at Metropolitan Memorial United Methodist Church and why they could not be used for evicted ex-American U. students like me: there was a lot of phony hypocrisy which was bad for my spirituality after my eviction from Park Bethesda where, even though Maryland got a large grant from FEMA for homeless shelters, the Rockville Crisis Center asked if I was mentally ill and when I truthfully said I was not, they said homeless shelters were only for mentally ill and substance abusers after I called a man on Gude: and I was forced with no other choice than to stay at Community for Creative Nonviolence in D.C. with a large population of ex-offenders, substances abusers, and at first only 88 cents in only D.C. savings account from September to December 2005 and zero from January to March 2006: caseworkers for above populations at CCNV do not have right skills to advise evicted American U. students on job search, especially someone with two Masters' Degrees like me. What could you do to avoid future spiritual and economic poverty for American U. students like me who were turned down for private loans?

**Response**

The University objects to the interrogatory as overly broad, compound, vague, ambiguous, unintelligible and not reasonably calculated to lead to the discovery of admissible evidence.

12. To Dr. Fisher: You're asked to clarify comments where in March 2005 I, J. Slovinec Asked you for job reference and you implied you were for it and I should ask for job coaching from Locklann Boyle; and in September 2005 when I told AU I had less than $60 in my account your office sent an insulting e-mail which tried to demand payment

J. Slovinec

#10 & #11 RELATE TO FEDERALLY-FUNDED PROGRAMS INVOLVING JOB SEARCH; NO PRIVILEGE WAS CITED.