IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
   Plaintiff,
Vs.
American University,
   Defendant

06-455
(gk) Judge Gladys Kessler

*Dispositive Motions due Dec. 1*

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
1. Plaintiff motions the court for summary judgment in Plaintiff's favor because all material facts are in his favor under Fed.R.Civ.P. 56 and American University lacks any issue of material fact in his or her favor.

2. Courts have ruled Plaintiff is able to use an age survey in his favor (citations are in earlier Plaintiff's pleadings in Spring 2006): in Appendix A, American University's own survey indicates at least 10 of 12 employees who were hired in disputed positions were under 40 and this indicates age discrimination occurred.

3. The court is respectfully asked to read Items 41-44 and any subsequent items on the docket where Plaintiff has already indicated age discrimination occurred when American University Human Resources hired a younger employee with less years of education and experience than Joseph Slovinec. Please see Motion for Court-Ordered Settlement Talks Nov. 27, 2006: #3673 (revise title to) Administrative Assistant at School of Public Affairs (on Tab B), #4490 Staff Assistant, Vice President of International Affairs, #1717 Administrative Assistant at School of Communications, #4041 Administrative Assistant – Marketing with no dates of employment on two resume entries, #1877 – Customer Relations Rep.: and discrimination including most notably #1058 Academic Counselor (or Advisor) – School of International Service where applicant was qualified and no one was hired, and #1713 – School of International Service (SIS), (Senior Administrative Clerk) where no resume of hired employee was provided unlike other jobs: Plaintiff was SIS student. NOTE: In discovery, Brenda Harner and staff remained silent on Plaintiff's statement that the barring order was retaliation and materially adverse action with forbidding of job interviews under the ruling in *Burlington Northern and Santa Fe Rail Way Co. v. Sheila White*, U.S. Supreme Court 05-0259, June 22, 2006 (see Memo on Deficiencies of Nov. 13, 2006) Burlington Northern ruling. American University seems to lack enthusiasm for a trial and settlement talks were offered which could include other options for jobs in addition to American University campus jobs. There might have been slight mixups on folder labels: handwritten titles on files used slightly differing words.

PROOF OF SERVICE: In U.S. mail to: American U. Legal Counsel Hisham Khalid, 3201 New Mexico Av., N.W., Washington, D.C. 20016 (already has file) and
In Re: Earlier Motion of Intervention to: U.S. Attorney General Alberto Gonzales, U.S. Department of Justice, 950 Pennsylvania Av., N.W., Washington, D.C. 20530
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 November 30, 2006 *Joseph Slovinec*

Appendix A today, "University Positions Applied For" was Appendix C Nov. 12, 2006 *DOCUMENT 43*

NOT ATTACHED SEE DOCUMENT 43    SEE DOCUMENT 8, 4/19/06, KHAIR V. CAMPBELL 893 F. Supp. 316 (D.N.J. 1995)

RECEIVED NOV 30 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT