UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff ) | Charge No. 06-CV-455(GK) |
| -v- ) | |
| AMERICAN UNIVERSITY, ) | |
| Defendant ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant American University ("University"), by and through counsel, respectfully moves for an order granting summary judgment in its favor. After filing an administrative complaint with the Equal Employment Opportunity Commission ("EEOC") that was dismissed because the EEOC found no probable cause that discrimination had occurred, Slovinec brought this suit seeking damages against the University under the Age Discrimination in Employment Act ("ADEA") based on his failure to secure a job with the University. The facts leading up to this lawsuit are straightforward and are not in genuine dispute. Slovinec, a 47 year old, enrolled in the University's School of International Service Graduate Certificate Program in the Spring 2005. He then applied for 18 University jobs in an effort to earn money to pay seriously overdue tuition and rent that he owed the University. Slovinec was not offered employment at the University. Apparently not content to have received free housing and coursework, he has opportunistically alleged that the decisions by various University officials not to hire him for the positions he sought was the result of age discrimination.

As explained in the attached memorandum in support of this motion, Slovinec's "failure to hire" claim against the University fails as a matter of law because the undisputed record shows that various decisionmakers concluded for completely legitimate reasons that Slovinec should not be selected for the positions he sought, and because Slovinec has absolutely no evidence that those decisionmakers' reasons were pretexts for unlawful discrimination. Indeed, undisputed evidence demonstrates that Slovinec was not even remotely qualified for the vast majority of jobs for which he applied, and that, as for the remaining vacancies, some were not filled, some were filled by individuals over age 40, and <u>all</u> were filled by individuals whose credentials exceeded Slovinec's or whose qualifications were simply far better suited to the positions at issue.

When the undisputed record is tested against governing principles of law, Slovinec cannot demonstrate the existence of <u>any</u> evidence that would merit a trial on the ultimate question of whether he experienced unlawful discrimination. Accordingly, this case should be dismissed.

                                  Respectfully submitted,

                                  AMERICAN UNIVERSITY

                                  _____/S/_____
                                  Hisham Khalid
                                  D.C. Bar No. 445494
                                  Associate General Counsel
                                  Office of General Counsel
                                  4400 Massachusetts Avenue, NW
                                  Washington, DC 20016-8165
                                  (202) 885-3285

                                  Attorney for Defendant

Dated: December 1, 2006