# AMERICAN UNIVERSITY
W A S H I N G T O N , D C

STUDENT ACCOUNTS

**IF REINSTATED
SPRING 2005 TRANSACTIONS FOR
JOSEPH SLOVINEC (ID #: 1652169)**

### SPRING SEMESTER 2005 TRANSACTIONS IF COURSES ARE REINSTATED

| ITEM NO. | DESCRIPTION | DEBITS | CREDITS | TOTALS |
|---|---|---|---|---|
|  | Deposit Payment - Thank You |  | (400.00) |  |
| 1 | Tuition (6 Graduate Hours @ $930 per hour) | 5,580.00 |  |  |
|  | SIS-609-001 Conf Anly & Res: Theory & Prac |  |  |  |
|  | SIS-606-002 Culture, PCR: Alt to Violence |  |  |  |
| 2 | Health Insurance | 645.00 |  |  |
| 3 | Housing (Park Bethesda) | 3,460.00 |  |  |
| 4 | Meal Plan (100 Block Plan, including $300 Eaglebucks) | 1,340.00 |  |  |
| 5 | Removed Eaglebucks not used (Due to Non-payment) |  | (300.00) |  |
| 6 | Sports Center Fee (Part-time student) | 30.00 |  |  |
| 7 | Technology Fee (Part-time student) | 20.00 |  |  |
| 8 | Finance Charge - February | 52.30 |  |  |
| 9 | Finance Charge - March | 72.67 |  |  |
| 10 | Finance Charge - April | 44.00 |  |  |
| 11 | Finance Charge - May | 44.44 |  |  |
|  | Reinstatement Fee if spring courses are reinstated | 100.00 |  |  |
|  | Total Debits |  |  | 11,388.41 |
|  | Total Credits |  |  | (700.00) |
|  | **BALANCE FOR THE SPRING SEMESTER OF 2005** |  |  | **10,688.41** |

EXHIBIT 1

OFFICE OF FINANCE AND TREASURER
4400 MASSACHUSETTS AVENUE, NW   WASHINGTON, DC 20016-8073   202-885-3541   FAX: 202-885-1139