# AMERICAN UNIVERSITY
WASHINGTON, DC

May 13, 2005

**VIA HAND DELIVERY**

Joseph Slovinec
5325 Westbard Ave., #205
Bethesda, MD

RE:   FAILURE TO PAY RENT

Dear Mr. Slovinec:

Please be advised that you have continually failed to pay your rent pursuant to your lease agreement for the premises leased to you located at 5325 Westbard Avenue, apartment 205, Bethesda, Maryland. As of the above date, you owe American University $3,460.00 in past due rent.

According to your lease agreement, you have a lease term expiring on Sunday May 15, 2005. If you are still in possession of the premises and have not paid your rent in full on Monday May 16, 2005, American University will have no choice but to file a failure to pay action in Montgomery County District Court stating the amount of rent due, and request a judgment for repossession of the property and rent due, including late fees and any court awarded costs.

General information and assistance regarding evictions are available from the Montgomery County Department of Housing and Community Affairs.

If you have any questions, please do not hesitate to contact me at (202) 885-2939.

Sincerely,

*Julie Weber*

Julie Weber
Executive Director of Housing and Dining Programs

EXHIBIT 2

HOUSING AND DINING PROGRAMS
4400 MASSACHUSETTS AVENUE, NW WASHINGTON, DC 20016-8142   202-885-3370   FAX: 202-885-1154