The American University
Landlord/Agent (Plaintiff)
4400 MA. Ave NW
Address of Landlord/Agent
Washington, D.C. 20016
City          State        Zip

Joseph Slovinec
Name of Tenant (Defendant)
5325 Westbard Ave. #205A
Name of Tenant (Defendant)
Bethesda    MD
Address of Tenant
City          State        Zip

Affixed on Premises _____
6-8-05
Date
☒ Mailed to Tenant
Constable ☒ ___
Served on Party: _____
Date _____

Trial Date & Time 06/22/05 12:?
05/27/05 13:49 911295 0601

## FAILURE TO PAY RENT — LANDLORD'S COMPLAINT FOR REPOSSESSION OF RENTED PROPERTY
### UNDER REAL PROPERTY § 8-401

. The property is described as: 5325 Westbard Ave. #205A ____ Bethesda ____ Maryland,
   Number       Street                  Apt.          City
                                                      Property Name

. The property ☐ is affected property under § 6-801, Environment Article ☐ is not affected property under § 6-801, Environment Article.
  The property ☐ is MDE registered ☐ is not MDE registered. If the tenant moved into the property on or after 2/24/96, the Inspection
  Certificate number is: _____. Owner is unable to state Inspection Certificate number because: ☒ property is exempt.
  ☐ tenant refused access or to relocate/vacate during remedial work.

. The Tenant rents from the Landlord who asks for possession of the property and a judgment for the amount determined to be due.
. The rent is $ 1393.00 due on the 1st of the ☐ week ☒ month which has not been paid or reduced to judgment.
  As of today, rent is due for the ☐ weeks ☒ months of March, April, May in the total amount of $ 3146.00
  Late charges accruing in or prior to the month in which the complaint was filed for the ☐ weeks ☐ months
  of _____ are due in the amount of.................................................. $ _____
  The total amount of rent and late fees due at the date of this complaint is .............................. $ 3146.00
. ☒ The Landlord requests future rent between the date of complaint and date of judgment in the amount of........... $ 1393.00
. Total including future rent............................................................................................. $ 4539.00
. The Landlord requests the Tenant's right of redemption be foreclosed due to prior judgments. List the case numbers and judgment dates
  within the last year: _____
                                                         Case Numbers & Judgment Dates
] All the Tenant(s) on the lease are listed above.
] The Defendant is not in military service.
] The Defendant serves in the military, but: ☐ the premises are not chiefly a dwelling for his/her dependents
                                              ☐ the monthly rental rate stated above exceeds $1,200

do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth above are true to the best of my knowledge
nd belief.
Sander M. Davidson                                              _____  5/27/05
rint Name of Landlord/Attorney/Agent          Signature of Landlord/Attorney/Agent    Date
1370 Piccard Dr. #290 Rockville, MD 20850                       301-948-3800
Address                                                          Telephone

ntinued To _____  Request of _____  Reason _____

### DISPOSITION
he following parties appeared on final trial date: ☒ Landlord ☐ Tenant
Determined due and unpaid: $ 4539    ☐ By default ☒ After trial ☐ By consent
Judgment in favor of Landlord
For possession of the premises ☐ Without the right of redemption
Money judgment for $ _____ against Tenant #1 ☐  #2 ☐
   ☐ Costs against Tenant $ _____
Voluntary dismissal by: ☐ Landlord ☐ Stipulation of parties
Case dismissed for _____
Judgment in favor of Tenant
   ☐ Non Pros ☐ After trial ☐ By consent
Execution stayed until _____ 6/1/00
Execution stayed by filing an approved appeal bond in the amount of $ _____
6/24

### SUMMONS
STATE OF MARYLAND, TO WIT:
TO Sheriff of this County/Constable of this Court, Greetings:
   You are hereby ordered to notify, by first class mail, the
Defendant named in this Complaint to appear before the
District Court to answer the Landlord's complaint to show
cause why the prayer of the Landlord should not be granted,
and you shall proceed to serve the Summons upon the
Defendant in the property or upon Defendant's known or
authorized agent, but if for any reason neither the Defendant,
nor his Agent, can be found, then you shall affix an attested
copy of the Summons conspicuously upon the property.

I DID NOT RECEIVE THIS DISPOSITION SECTION FIRST TIME 6/17/05 JS B