**Located at** _____ **City/County** _____
**Court Address**                        **Case No.** _____

**Plaintiff/Agent**

**Address of Plaintiff/Attorney/Agent**

**City** _____ **State** MD **Zip** 20851

**Defendant** Joseph Slovinec

**Defendant**

**Address of Defendant** 5225 Westbard Ave. #205

**City** Bethesda **State** MD **Zip**

☐ EVICTED   ☐ CANCELED MOVED
☐ C

**EXHIBIT 4**

Constable/Deputy/Sheriff   Constable Number   Date

**FOR OFFICE USE ONLY**

## PETITION—FOR WARRANT OF RESTITUTION

The Court on 6/22/05

☒ Determined the amount due to be $ 4529.00, plus $ 14 costs for a total amount of $ 4553.00

☒ Ordered that possession of the property be restored to the Plaintiff. Premises described as 5225 Westbard Ave #205 Bethesda MD

☐ Without right of redemption.

☒ The amount determined to be due has not been paid. ☒ Defendant remains in possession of the premises, therefore the Defendant has not complied with the judgment in this case. The Plaintiff requests possession of the premises in this case.

☒ All the Tenant(s) on the lease are listed above.

☒ The Defendant is not in the military service.

☐ Though the Defendant serves in the military, the monthly rental rate stated above exceeds $1,200.

☐ Though the Defendant serves in the military, these premises are not chiefly a dwelling for his/her dependents.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth above are true to the best of my knowledge, information, and belief:

6/29/05    #0967
**Date**

1370 Redland Dr #290    **Signature of Plaintiff/Agent/Attorney**
**Address**

Rockville MD 20850    301-948-8000
**Telephone**

## ORDER

State of Maryland _____ to wit:
To Sheriff of this County/Constable of this Court, Greetings:

Whereas the Court has determined
☒ The amount due to be $ 4529 (not including costs)
☒ Lease had ended. Notice to quit had been given
☐ Defendant breached lease
☐ Defendant is wrongfully in possession of premises
and judgment has been entered in favor of the Plaintiff for possession of the premises as shown above.

Now, therefore,
☒ Unless Defendant tenders to the Plaintiff or his agent, cash, certified check or money order in the amount of $ 4539
 plus $ 41 costs.
☐ Without right of redemption

**NOTICE OF EVICTION**
Please be advised that in connection with your hearing for eviction where the judge has granted restitution for the Plaintiff, it has been arranged by the Plaintiff to have you put out. You may be put out at any time after the date of issuance of this Order.
THERE WILL BE NO FURTHER NOTICE.

The Sheriff/Constable of this Court is ordered to cause the Plaintiff to have again and repossess the property by putting the Plaintiff (or the Plaintiff's ly qualified agent or attorney for the Plaintiff's benefit) in possession thereof, and for that purpose to remove from the property by force if necessary, all furniture implements, tools, goods, effects or other chattels of every description.

E-U/S, COURT OF APPEALS (NFL    _____    7-8-05
                                **Judge**            **Date**

DC/CV 81 (Rev. 10/2001) Print Date 4/2003    **NOT VALID UNLESS SIGNED BY JUDGE**
                                              **DEFENDANT**



Montgomery County, Maryland

# SHERIFF'S OFFICE

5325 WESTBARD
#205

# FINAL NOTICE TO VACATE PREMISES

*You are hereby notified that you are scheduled for immediate eviction.*

1. The Sheriff will serve the writ of eviction whether you are present or not, unless all due rent and court costs noted on the court writ are paid. Only cash, money order, or certified check will be accepted for payment. Writs for no right of redemption may go forward at the landlords' discretion, even if payment is made.

2. Writs of Possession and Warrants of Restitution for possession will go forward regardless of payment.

3. The Sheriff will use whatever force necessary to gain entry into the premises for immediate removal of all persons and property.

4. All of your property will be removed onto the public way by the landlord or their agent.

5. The locks will be changed so that only the landlord may have access to the premises.

6. Any attempt to regain entry to the premises, once the eviction has been served, could result with you being charged with criminal offenses.

7. The Sheriff and the landlord are not responsible for protecting your property.

8. The State or County Department of Public Works will be notified to remove all property left on the public way.

9. For Eviction Prevention assistance you may call 240-777-1245 to see if you qualify for certain services and programs through The Montgomery County Department of Health and Human Services.

**AUTHORITY:
RAYMOND M. KIGHT, SHERIFF**

<u>M.C.S.O. EVICTION UNIT</u>
240-777-7130

