

# AMERICAN UNIVERSITY
### WASHINGTON, DC

May 6, 2005

Joseph Slovinec
4410 Massachusetts Ave., NW
Apt. 282
Washington, DC 20016

Dear Joseph,

Thank you for your application to the School of International Service's graduate program.

This year, the SIS Admissions Committee reviewed a record number of highly qualified applicants for a limited number of spaces. After careful review of your application, I regret to inform you that we are not able to offer you admission to SIS's graduate program for Fall 2005.

On behalf of the administration and faculty of the School, I thank you for your interest in the School of International Service and wish you the best in your future educational endeavors.

Sincerely,

Amanda Taylor
Director, Graduate Admissions

EXHIBIT 5