MEMORANDUM
TO: PRESIDENT BENJAMIN LADNER
FROM: JOSEPH SLOVINEC, FIRST–YEAR STUDENT IN GRADUATE CERTIFICATE IN PEACEBUILDING APRIL 19, 2005

I wanted to ask you to inquire into or work on a few issues and I am somewhat sorry if my few short messages were not woven together better. I know it is better to address a short message to the President of the University from my earlier days with Notre Dame President Father Theodore Hesburgh, where with surprising ease I got into Columbia with President Michael Sovern who advised Walter Mondale on debates. Here are points: (Trying to get admission to Master's in International Service with payment of this semester's bill by a federal loan May 1-15, danger of bankruptcy or welfare, please check on available American U. jobs I applied for, bad feelings from Judge Filip's ruling, limited options in Illinois with use of Governor Blagojevich and CMS, and disagreements with Il. Attorney General Lisa Madigan where I do not want her assistant to send mail to campus after I accused her of lying to a judge.)

1. **It is advisable to encourage American U. to work on an option where two professors seem inclined to write letters of recommendation to admit me into the Master's Degree in International Service program on or about May 1 which would make me eligible for federal financial aid: since their two classes could count for credits in Master's of International Service, I could then receive federal loans to pay for this semester's unpaid bill: I cannot get federal loans for Graduate Certificate in Peacebuilding.** I was not clear before I arrived on whether a graduate certificate was same as a degree for financial aid. I am taking SIS 606 and SIS 609 which seems to go well: I expect between A- and B grades. In December 2004, I received a letter from Dean Goodman which seemed optimistic about several kinds of financial aid: private loans or campus jobs. However, none of these worked.

2. **If above is not achieved, it could result in dire consequences for me like bankruptcy or welfare by next month, May 2005: your legal counsel may not have understood I have not yet decided, and I do not know American U's intentions: Please help me explore other options.** Other options include: tuition remission especially if I receive a job here or a waiver for poor and unemployed students. **The several loan companies which the Graduate Certificate in Peacebuilding program uses seem all to require income from working people for a good credit rating: I did not work in 2003 and 2004 and I used an inheritance so credit is unavailable. In bankruptcy, it is important to remember the other two recognized creditors are expected to oppose my bankruptcy: the federal government gave me a loan deferment from 2005 to 2008, probably in conjunction with American U. and my bankruptcy would discharge about $60,000 in federal loan debts, and IDAPP gave me a loan deferment to Nov. 2005 after extensive phone conversations** I had about $10,000 in December and about $8000 in January. I could have paid the tuition bill if I got a $550 per month room. However, my savings accounts are down to $250 in Washington, D.C. and $2600 in Chicago: if I pay Chicago $930 for parking including tickets I said were issued illegally (like for a parking meter violation where there was no meter), I could get my car released from a pound

**EXHIBIT 6**

next week and not have a potential obstacle to getting a Maryland license plus hopefully some money from the car sale.   I am not looking forward to a so-called voluntary trip to Chicago to withdraw more money from the bank. Probably Monday, April 25: Il. Law allows Maryland residents to use Maryland driver's license for only 90 days after departure and Md. Does same to Il.: I left Il. Feb. 1 and must get Maryland license by May 1.

3. Please check the status of about 15 AU jobs I applied for: please don't overreact: A.U. is not accused of discrimination, but I can't get work anyplace except with an A.U. reference or remote chance of Il. State job.

4. The court ruling of Judge Filip in Chicago in March 2005 had an impact because he dismissed my case with refusal to negotiate on reinstatement to my most recent state job with back pay (twice back pay if I win a jury award in a suit), my rights under Illinois law which he discriminated against, and he also refused to review my allegations Illinois Skills Match, the state employment service, had in essence refused to market me for work between 2000 and 2004, thus pressurizing me to continuously withdraw funds from an inheritance I received from my father. Without a settlement in the case and a definite state job offer after this semester in May 2005, I am not optimistic about getting jobs at 1 of 3 companies which sent me cards in Il.: I therefore do not wish to return to Illinois.   Judge Filip politely received the news I intended to attend American U,: he had continuously postponed hearings on my case which was in court for 2 years and 9 months, and many Chicagoans feel American U. is a better match for me.. After point 3, it is 99% I cannot return to either of my past jobs in Chicago due to government hiring freezes: the Clerk of the Circuit Court (Dorothy Brown) in Chicago where I worked 1986-1992 or Il. Dept. of Human Services.   I wanted to tell President Ladner it is OK with me if he wants to call or write Governor Rod Blagojevich of Illinois or his Director of Central Management Services Michael Rumman: 20 ILCS 415 (including 19c) allows reinstatement by Mr. Rumman if supervisor violated personnel code by denying me a promotion because I reported a violation of a law or rule (I did on illegal use of my computer for a fraudulent discharge of a nursing home patient without telling me) or inefficiency (nursing home administrators would complain to me that co-workers were not prompt in Medicaid entries).
Rod is about the only one who a D.C. office and could arrange a job in Illinois, and once in a while here, with short notice.   There were difficulties with my 2000 layoff by a black women supervisor a few blocks from the home of Mayor Richard and Maggie Daley: mostly because she thought I was an investigator.

5. Although I understand Il. Attorney General Lisa Madigan's representation of my supervisor, I felt it was wrong for her to represent George Ryan's aide in false accusations I made nursing home inspections after 5 P.M. especially after George Ryan's indictment.   Lisa, a Democrat, frequently sold me fundraising tickets after my father's funeral when she heard I had money. Her staff is right-wing and openly hostile to me: I wrote Mr. Gonzales to say do not want D. Allen to send more mail here, and she was replaced in federal court after I accused her of lying.