| | | |
|---|---|---|
| Maurice Carter/mcarter/AmericanU<br>05/17/2005 03:48 PM | To | Barring Notifications |
| | cc | Benjamin Bishop/bbishop/AmericanU@AmericanU, William Esper/wesper/AmericanU@AmericanU, Leslie Wong/lwong/Staff/President/AmericanU@AmericanU, David |
| | bcc | |
| | Subject | Barring Notification - Slovinec |

---

### RISK MANAGEMENT & SAFETY SERVICES
### PUBLIC SAFETY

## BARRING NOTICE
### CASE NUMBER: 050425

**NAME:** Joseph Slovinec

**IS OFFICIALLY BARRED FROM**

### Main Campus and University Shuttle

**OF THE AMERICAN UNIVERSITY**

**BARRING EFFECTIVE FROM** 05/17/2005 **THROUGH** 05/17/2006



**DATE:** 05/17/2005            **TIME:** 12:00:00 PM

---

Public Safety Building / 4400 Massachusetts Avenue NW / Washington, DC / 20016

EXHIBIT 7

# AMERICAN UNIVERSITY
WASHINGTON, DC

PUBLIC SAFETY

American University
Public Safety - Office of the Chief
4400 Massachusetts Avenue, NW
Washington DC 20016


Joseph Slovinec
5325 Westbard Avenue
Apartment 205A
Bethesda, MD 20816


Mr. Slovinec,

This letter is to advise you that you have been barred from American University (AU) Main Campus and the University Shuttle Services effective 05-17-2005 for disruptive activity at various university offices. The University reserves the right to deny access to the property and services at its discretion. If you are found on American University campus or shuttle bus, you will be subject to arrest and charged with Unlawful Entry under Section 22-3302 of the DC Code.

Any person who has received a University Barring Notice may file a written request to have the barring notice reviewed. This appeal must be filed with the Director of Public Safety not later than fifteen (15) calendar days after the Barring Notice was issued. If an appeal is not filed within this time, the Barring Notice is deemed final.

Regards,

*Micheal D McNair*

Micheal McNair
Chief of Police – Director
Public Safety Office of the Chief