Slovinec, Joseph

University Positions Applied For

DOB 02/26/1958

| POS # | POS Title | Department | Division | Date Opened | Date Closed | Slovinec's Application Rec'd | # of Candidates Interviewed | Interviewed Candidates Resumes on file | Age of the Person Hired |
|---|---|---|---|---|---|---|---|---|---|
| 1402 | Communications Specialist | Safety and Security | Office of Finance & Treasurer | 5/6/2004 | 1/24/2005 | 1/19/2005 | Three | Three | 44 |
| 4299 | Assoc. Dir. of the Cntr for Democra | VP of International Affairs | Office of International Affairs | 12/14/2004 | 3/11/2005 | 1/19/2005 | No Documentation | One (candidate hired) | 39 |
| 4490 | Staff Assistant | VP of International Affairs | Office of International Affairs | 1/12/2005 | 2/23/2005 | 1/19/2005 | Five | Five | 24 |
| 5396 | Producer | WAMU - 88.5 | Office of the President | 1/14/2005 | 1/24/2005 | 1/19/2005 | Nine | Nine | 40 |
| 1717 | Administrative Assistant | Communication, School of | Office of the Provost | 1/10/2005 | 3/2/2005 | 1/19/2005 | Six | Six | 33 |
| 1897 | Document & Imaging Specialist | Office of Enrollment | Office of the Provost | 1/14/2005 | 2/1/2005 | 1/19/2005 | Three | Three | 49 |
| 4928 | Program Coordinator | Public Affairs, School of | Office of the Provost | 1/4/2005 | 3/17/2005 | 1/19/2005 | Four | Four | No person hired for the position. |
| 3617 | Grant and Contract Manager | Research Development | Office of the Provost | 11/12/2004 | 2/24/2005 | 1/19/2005 | Five | Four (including person hired) | 27 (Hired applicant declined position) |
| 2914 | Research Assistant | SPA, Justice, Law & Society | Office of the Provost | 1/4/2005 | 3/14/2005 | 1/19/2005 | Six | One (candidate hired) | 30 |
| 4041 | Administrative Assistant | Washington Semester Program | Office of the Provost | 1/10/2005 | 2/5/2005 | 1/19/2005 | Five | Five | 21 |
| 5412 | Lead Researcher, Shared Goals | Education | Office of the Provost | 2/8/2005 | 4/19/2005 | 4/5/2005 | Three | Three | 33 |
| 5422 | Educational Technology Specialist | Education | Office of the Provost | 2/9/2005 | 4/26/2005 | 4/5/2005 | Four | Four | 28 |
| 1058 | Academic Counselor | International Service, School | Office of the Provost | 1/25/2005 | | 4/5/2005 | No Documentation | No Documentation | No person hired for position |
| 1877 | Customer Relations Representative | Office of Enrollment | Office of the Provost | 3/4/2005 | 4/6/2005 | 4/5/2005 | Seven | Seven | 23 |
| 3673 | Administrative Assistant | Public Affairs, School of | Office of the Provost | 3/1/2005 | 4/6/2005 | 4/5/2005 | Five | One (candidate hired) | 23 |
| 5473 | Program Coordinator, Gay Lesbian Bi | AVP Campus Life | Office of Campus Life | 4/20/2005 | 5/27/2005 | 4/25/2005 | No Documentation | One (candidate hired) | 24 |
| 5470 | Project Coordinator-Commission on F | VP of International Affairs | Office of International Affairs | 4/18/2005 | | 4/25/2005 | Zero | Zero | Np person hired for the position. Position later filed on 08/08/05. Age-29. |
| 1713 | Senior Administrative Clerk | International Service, School | Office of the Provost | 4/21/2005 | 6/6/2005 | 4/25/2005 | Three | Three | None of the interviewed candidates were hired. |



EXHIBIT 8