1402

## POSITION QUESTIONNAIRE

### A. General Information

Name of Incumbent:    Date: 7/31/97

*Redacted*

Phone #: ▮

Position Title  (Formal): Communications Specialist    Current Position No.:
              (Functional): University Special Police Officer

Supervising Position Title: Communications Center Coordinator

Supervisor's Name and Phone ▮▮▮▮▮▮▮▮▮▮

Home Department: Public Safety    Home Dept. Number: 004.
0612

---

### B. Position Summary
(The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

Under the general supervision of the Communications Center Coordinator, the auspices of the mayor of the District of Columbia, D.C. Municipal Regulations, and with the approval of the Metropolitan Police Department, a University Special Police Officer (USPO) is responsible for enforcing all University rules and regulations as well as all laws, statutes and ordinances of the District of Columbia and the United States. A communications specialist is primarily responsible for dispatching all university police activities using a computer aided dispatching system, university security systems, fire alarm monitoring systems, telephone and radio communications systems, as well as other information.

---

### C. Organizational Characteristics
(Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. **AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.**):

EXHIBIT 9

The Communications Specialist position is required to cover a continuous 24-hour time span. Three shifts have been established to meet this demand. The specialist reports directly to a patrol supervisor, who is responsible for direct supervision of the officers with three managers above them. The managers oversee three subunits which are Administrative and Information Services, Security Services, and Patrol Operations.

The function of the specialist is to gather information, process it quickly, and exercise judgement in responding patrol officers to each individual incident. Skills required for these duties are the ability to work efficiently under pressure, to balance multiple tasks at one time, and to be able to prioritize situations which are never same. The specialist is also required to be proficient with a computer-aided dispatching system entitled the ARMS system. The Communications Specialist relies on this system to keep operations running smoothly.

**D.    Principal Accountabilities** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

ADA "Essential" Functions:
1. (40% of Time) Responds to all emergency and non-emergency telephone calls; delegates course of action for these calls; coordinates multiple two-way radio communications on FCC licensed (110 watt) UHF channel. Measures each individual incident, judges it's need for action relating it to other incidents occurring simultaneously; and dispatches university police officers accordingly. This is based on intuition, policing skills, and judgement; all acquired via on the job experience and training, as well as formal training. Operates the CAD real time tracking in the Automated Records Management System to record, track and close all university police patrol activities. Integrates all university police activities with ARMS Case Management, Master Name Files and Vehicle Records data bases. Tracks all property retained by university police in ARMS Property Files database.

2. (20% of Time) Monitors and operates the university security system, dispatches officers to reset all active alarms. Monitors and operates Pyrotronics CXL fire alarm monitoring system, dispatches officers to reset all active trouble and fire alarms. Monitors university wide closed circuit televisions cameras.

3. (20% of Time) Performs patrol and public service duties to include all emergencies. Enforces all D.C. law and University regulations.

4. (10% of Time) Maintains and updates access control records, authorization lists, emergency contact numbers, alarm codes. Tracks restricted keys issued for temporary use.

5. (5 % of Time) Prepares incident reports and conducts preliminary investigations as necessary.

ADA "Non-Essential" Functions:
6. (5% of Time) Assists with on-the-job training of security officers; other duties as assigned.

---

**E.    Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

Oversees responding approximately 14 officers on a shift at a time to any policing activities, ranging from emergency situations to admits into buildings.

---

**F.    Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

High school diploma, some college preferred. Possess and maintain a Special Police Officer Commission or equivalent. Possess and maintain a current driver's license. Must be very knowledgeable in all the laws that pertain to the University and the District of Columbia.

Possess or be able to obtain certification at a recognized law enforcement training academy; or equivalent. Be able to obtain the university's approval to drive university vehicles. Must be able to complete all training required of university police officer to include certification in: Arrest Control Tactics, PR-24 Baton, and OC based Aerosol

Subject Restraint. Successful completion of medical examination that meets Department of Transportation requirements. One year responsible work experience, preferably in a military or security related field.

Verbal and written communication skills at a high level, enabling them to write police, security, accident and medical transport reports. Verbal communication skills at a high level, enabling them to communicate with all members of the university community and the public about security issues. Must be proficient in the use of computer and telecommunications equipment to include expertise in the use of: a windows based environment, word processing software, databases, electronic mail, fire alarm system software, and security alarm system software. Must demonstrate proficiency in Automated Records Management System (with expertise in the CAD Module), the AUSS, and Pyrotronics fire alarm system at a low level of supervision.

---

**G.    Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

---

**H.    Approval, Authorizing Signatures:**

Incumbent_____

Supervisor_____

Department Head_____

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.

HIRED APPLICANT

Redacted

Phone:   / | Alternate Phone:   | E-mail:

Seeking a challenging position that utilizes my administrative experience and acquired skills to impact organizational goals while providing career advancement opportunities. Over twenty years of experience performing administrative and secretarial tasks in secure and non-secure office environments. Proficient in office automation, records management, personnel security management, customer service, and coordinating travel and training activities. Efficient in preparing and maintaining budgets. Proficient in Microsoft Office, Excel, PowerPoint, Outlook, Lotus, WordPerfect.

## Work Experience

**Secretary, Johns Hopkins University/Applied Physics Laboratory, Laurel, MD          July 2004 - Present**
As a contractor, for Grove Resources Solutions, Inc., at the Johns Hopkins University/Applied Physics Laboratory; I am a Secretary in the On-Site Administrative Pool. The On-Site Administrative Pool's staff are assigned to all departments at the Laboratory on an as-needed basis. Assignments are long and short term, full or part time.

**Telephone Interviewer, Wilson Center for Public Research, Landover, MD          January 2004 - Present**
As a part-time telephone interviewer, I conduct telephone interviews from unionized company and agency workers. Interview questions are conducted to seek an overall view of employees' opinions on management, contract negotiations and the possibility of a strike. Responses and comments are recorded electronically.

**Admin Assistant, Meetchie's Properties, Inc., Washington, DC          January - June 2004**
Provided administrative support to the President and office staff of a real estate investment firm. Worked closely with investors in partnership with the company through the acquisition of distressed and non-distressed properties via auctions, open-market and leverage deals. Properties are renovated and sold for a profit. Met with contractors to ensure materials and renovation is completed in accordance with established housing codes in the Washington, D.C metropolitan area. Daily tasks included maintaining the President's scheduled appointments with clients, investors, contractors and potential buyers and sellers of properties; responding to inquiries posted on the company's website; greeting clients; answering incoming telephone calls; filing and smiling to uphold a pleasant, professional office atmosphere.

**Assistant Manager, Manhattan Bagel, Frederick, MD          February 2003 - January 2004**
As Assistant Manager, responsibilities included ordering and ensuring weekly delivery of bagels and maintaining other food services, supplies and equipment. Assisted in assembling and posting work schedules of store associates, making changes as necessary. Appointed as customer service representative.

**Secretary/Admin Assistant, Dept. of Defense, Washington, DC          July 1983 - February 2003**
Provided administrative support to Deputy Directors and executive office staff, both military and civilian. Worked closely with staff, defense agencies, congressional staff members and consultants to maintain Deputy Director's calendar. Prepared extensive domestic and international travel for entire office staff. Ensured process of security clearances and security access of office staff was conducted in accordance with Department of Defense regulations. Obtained security clearances from visitors prior to arrival. Properly stored and destroyed sensitive and classified material as. Greeted visitors and escorted throughout the office, adhering to security procedures. Maintained and managed inventory of office automation equipment and property valuing over $50,000. Assisted in preparing military and civilian personnel actions to include promotions, awards, performance evaluations and retirements. Processed all incoming and outgoing classified and unclassified mail and correspondence. Served as time and attendance and customer service representative. Answered all incoming telephone calls, providing information or directing callers to appropriate office staff member. Performed a variety of administrative duties such as typing correspondence, reports and other documents as required.

## Military Experience

U.S. Army – Active Duty (August 1979 – August 1983)
U.S. Army – Washington, DC National Guard (September 1983 – September 1986)

## Education

Woodrow Wilson High School, Washington, DC – diploma (1979)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0455 (GK) |
| ) | |
| v. ) | |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

AFFIDAVIT OF Jennfer McCann

I HEREBY CERTIFY that on this __13___ day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Jennifer McCann.

2. I am employed by American University as the Communications & Logistics Manager in the Department of Public Safety.

3. In this position, I made the personnel decisions for job position 1402, communications specialist.

4. I initiated the hiring process for job position 1402, Communications Specialist on or around Spring 2005.

5. I received approximately 70 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While i do not recall joseph slovienc's resume, i did have a chance to review his resume attached as Exhibit A in preparing this affidavit. Based on the attached resume, he would not be a proper fit for this position because he has no previous dispatch experience and he has no customer service experience. He also states on his resume as his objective the attainment of new entry level positions in writing, editing, education communications, public administration business, or real estate development. This position does not fit that description. A Communication Specialist is primarily responsible for dispatching all university police activities using a computer aided dispatching machine. I would have disregarded his resume based on these points.

1

8. All applications are received from the Human Resources Department via mail or electronically through the web. Applications are reviewed. Applications are then sorted by the applicants work history experience. The top candidates with experience begin the targeted selection process with a telephone interview. The top candidates from the telephone interview are then scheduled for an in-person interview. The top candidates from the in-person interviews are then reviewed. The candidate that performed the highest overall in the interview process is then selected.

9. The candidate selected had customer services experience as an assistant manager at Manhattan Bagels. She had administrative experience as an administrative assistant at Meetchie Properties where she supported executives and dealt extensively with investors and contractors. She had over 20 years experience as an administrative assistant at the Department of Defense. Part of that job required her to answer incoming calls and direct callers to appropriate places. She had higher education experience as a secretary at Johns Hopkins University and finally, during the interview, she provided several good indicators of her multi-taking abilities and customer services skills. She was over 40 years old at the time of hire.

10. "While at the university, i have supervised or hired employees that were over the age of 40."

Signed: _____  Date: 11/17/06

STATE OF _Maryland_,

CITY\COUNTY OF _Montgomery_ : to wit:

SUBSCRIBED AND SWORN TO before me this 17th day of _November_, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 09/08/2009

CHRISTIAN A. VIDELA
Notary Public, Montgomery County, Maryland
My Commission Expires Sept. 8, 2009

2

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, IL 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                         July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.              1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser                                                       1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                    1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                    1994
Intern – Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, IL.                                 1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                  1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.
EDUCATION
George Washington University, Washington, D.C.                             Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes                                                      2003-
    Hospitality Management and Business classes                            2000-2001
DePaul University, Chicago, IL                                             1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                     1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                   1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student

**DEPOSITION EXHIBIT** /
Slovinec
9/27/06 RLJ



## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                                 1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                       1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                                  1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                           1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and          1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President 1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter for a charity, press kits on educational computer program for DePaul class, backgrounders, short television commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states. Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                                    1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.

