Name: OPEN

| Identification Information | |
|---|---|
| Position Title Associate Director, Center for Democracy and Election Management | Position Level: Project Leader/Advisor |
| Department: International Affairs | Date: 6/2002    Rev. |
| Supervisor's Name & Title: Robert Pastor, Vice President of International Affairs | |

**Position Purpose**
Briefly describe the major function of this position and the reason that it exists. Summarize into two or three sentences.

Will work with Director to design, establish, and build a new Center for Democracy and Election Management; involving faculty and students at American University in the new Center; help design project proposals to raise funds for the Center; organize lecture series, courses, student and faculty exchanges with other universities and with non-governmental organizations; coordinate with other Centers on campus that are involved in similar work. Center teaches courses on democracy and election management, conducts research and advises election commissions, administrators of elections, legislators, etc.

**Primary Responsibilities**
In order of importance (most to least), briefly describe 5-8 primary responsibilities of the position, and approximate the percentage of your time spent on each. For each responsibility, identify one or two people with whom you work most closely. Then describe the nature of that interaction.

| % OF TIME | PRIMARY RESPONSIBILITY | PERSON(S) WITH WHOM YOU WORK | NATURE OF INTERACTION |
|---|---|---|---|
| 30 | Design and develop the center and its programs, work with faculty to develop and integrate courses into a wider curriculum; develop lecture series; encourage faculty exchanges; manage and evaluate programs on democracy and election | Vice President, Director and Associate Director, Students, Deans, Faculty | Identify needs, develop strategy/proposal, develop curriculum, manage program, coordinate with internal functions |
| 20 | Coordinate with faculty, departments, Centers, and Institutes to develop and maintain program | Marketing, admissions, International Student Services, academic advisors, Deans | Convene, plan, communicate |
| 30 | Contract or sponsor research on election management; set up academic and international advisory board; work with grant writer to develop and market proposals | Scholars and students of democracy and election management; grant and proposal writer; office of President | Convene, communicate, research, |
| 20 | Manage budget and other resources to ensure quality and adherence to university policy. | Vice President, Finance, Human Resources, Academic Affairs | Manage, communicate, analyze, report |

page 1


EXHIBIT 10

**Decision-Making Authority**
Describe the most important decisions made by this position.

Organize the Center's work; contact with faculty and NGOs; raise funds

Most important decisions made with review and approval of other individuals or supervisors (include the reviews/approvals required):

All other tasks noted above.

**Qualifications**
List the minimum and preferred levels of Education, Experience and Special Skills needed to perform the responsibilities of the position.

| | Minimum Required: | Preferred Level: |
|---|---|---|
| Education<br><br>Degrees,<br><br>Certificate | Master's degree in Political Science, International Affairs, or related discipline | Ph.D. in Political Science, International Affairs, or related discipline |
| Experience<br><br>Yrs and type<br><br>of experience | 2-4 years experience on elections or democracy-related work internationally as well as in the United States | 4-6 years experience on elections or democracy-related work internationally as well as in the United States |
| Skills<br><br>Type and<br><br>Proficiency | Computer literate; international experience; a foreign language | Adept at computers; considerable international experience; foreign languages |

**Competencies**
Please list 3-5 competencies that are needed to successfully perform the responsibilities of the position. Please refer to the competency dictionary for behavioral indicators.

| *Base Line* | *General* | *Leadership* |
|---|---|---|
| • Reliability | • Technical expertise | • Collaborative leadership |
| • Integrity | • Planning and organizing | • Innovation |
| • Accountability | • Problems solving/analytical thinking | |
| • Diversity | | |
| • Interpersonal Relationships | | |

**Other Information**
Please provide any other information that you think would help us further define the nature and scope of this position.

**Form Completed by:**
Your Name                                                                                     Date

**Reviewed by:**
Supervisor's Name                                                                             Date

**Reviewed by:**
Human Resources                                                                               Date




## EXPERIENCE

**Associate Director, Center for Democracy and Election Management, American University**, Washington, 3/05-present. Drafted report and managed research of the Commission on Federal Election Reform, co-chaired by Jimmy Carter and James Baker. Commission's report presented a bipartisan plan to improve U.S. elections and was covered in more than 320 news articles with estimated circulation of over 28.5 million. Develop education and research programs on election management and on democracy promotion worldwide.

**Consultant, International Republican Institute**, Washington, 11/04-2/05. Wrote manual on political polling. This manual assesses IRI's experience conducting 50+ polls a year worldwide and explains in detail how to design, execute, and use public opinion research.

**Program Director for Asia, International Republican Institute**, Washington, 8/02-10/04. Directed wide range of democracy programs in 9 countries of Asia. These programs broke new ground for U.S. democracy assistance, for example by promoting discussion of multi-party political systems in China, assisting development of landmark legislation in Mongolia to strengthen parliamentary committees, and introducing political polls to Bangladesh, Cambodia, East Timor, and Malaysia. Oversaw 35 staff and $7 million annual budget. Supervised development of successful proposals for over $16 million. Managed program design, assessment of program impact, and reports to funders. Represented IRI to Asian political leaders and maintained relations with USAID, State Dept., NSC, Congress, and others.

**Deputy Director for Eastern Europe, International Republican Institute**, Washington, 6/01-8/02. Developed programs, recruited staff, oversaw expenditures, and raised $5.3 million. Executed Eastern Europe division director's responsibilities in his absence. Represented division to foreign political leaders and to USAID, State Dept., NSC, Congress, and others. Set up new country program in Bosnia and managed programs in Serbia and Bulgaria. Initiated and directed comprehensive study of challenges facing Bulgaria's former ruling party and presented study's findings to party leader. Designed IRI's first-ever program on e-government.

**Program Officer, International Republican Institute**, Washington, 7/98-5/01. Designed and conducted programs to strengthen democratic governance, parliaments, political parties, elections, and civil society in Albania, Bulgaria, Romania, and Serbia. Wrote proposals that raised $3 million. Managed IRI's programs to assist Serbia's opposition parties and student movement "Otpor" to defeat Milosevic. Directed program to train over 15,000 opposition party monitors who prevented Milosevic from stealing September 2000 elections. Launched first-ever series of hearings with independent experts at Albania's Parliament. Designed and co-taught capstone course for Romania's diplomatic training academy.

**Instructor, USDA Graduate School**, Washington, Fall 1998. Taught course on *Democratic Transition and Consolidation in Post-Communist Europe*.

**Assistant Program Officer, International Republican Institute**, Washington, 7/97-7/98. Managed programs to strengthen democratic governance in Bulgaria and Romania. Designed seminars on government ethics in Bulgaria and Romania for cabinet ministers and MPs. Organized series of workshops to foster institutional development of Romania's Parliament. Designed program of public management and communications assistance to Romanian government.

**Director of Regional Needs Assessment, Civic Education Project,** Budapest, 4/95-3/97. Directed unprecedented study entitled *Education for the Transition* on impact of foreign assistance to universities in 9 post-communist countries. Study used survey research among 1,800 university administrators, professors, and students at 77 sites. Assembled and coordinated advisory committee. Raised funds from 5 foundations. Organized conference at Salzburg Seminar with donor organizations, senior government officials, university rectors, and higher education experts to design assistance strategy. Wrote report on study's findings and on conference's policy recommendations.

**Deputy European Director, Civic Education Project**, Prague and Budapest, 7/94-12/95. Supervised university reform programs with 62 university lecturers and 5 country directors in Baltic states, Poland, Russia, and Ukraine. Set guidelines for development of CEP country programs. Launched expansion of CEP to Belarus and Kazakhstan. Designed policies to promote curriculum development. Revised CEP course catalogue. Wrote grant proposals and reports to funders on program impact.

**Country Director for Ukraine, Civic Education Project**, Kiev, 8/93-6/94. Supervised work of 25 university lecturers in 7 cities. Negotiated contracts with Ukrainian universities to host CEP lecturers. Organized national student conference. Supervised curriculum development workshops in 5 disciplines.

**Research Associate, BDM International**, McLean, Virginia, 8/92-7/93. Prepared reports for U.S. Defense Department on future security environment in Eurasia and on Soviet strategic intentions during the Cold War. Presented research findings on Russian defense industry conversion to U.S. Arms Control and Disarmament Agency.

**Consultant, RAND Corporation**, Washington, 9/91-7/92. Conducted studies on Eurasia's political and military futures and on Soviet strategic intentions during the Cold War. Organized political-military forecasting workshops with leading policy analysts.

PUBLICATIONS:

*Soviet Nuclear Policy Under Gorbachev: A Policy of Disarmament* (New York: Praeger, 1991).

"Nuclear Weapons and the Korean War," *Journal of Strategic Studies*, June 1988.

**TECHNICAL REPORTS:**

Principal author and editor, *Education for the Transition, Part I: A Conference Report on International Cooperation in Social Science Higher Education, Part II: A Needs Assessment of Social Science Teaching at Central and East European Universities, Part III: Country Reports on Higher Education Policy in Central and Eastern Europe*, Civic Education Project in association with the Institute for Human Sciences, April 1997.

Co-author with John G. Hines, "Soviet Strategic Intentions 1965-1985: A Review of U.S. Interpretations," a BDM International, Inc. report prepared for the Director of Net Assessment, Office of the Secretary of Defense, July 1993.

Co-author with John G. Hines, "Long-Range Forecast of Security Environments in Eurasia," a BDM International report to Director of Net Assessment, Office of Secretary of Defense, July 1993.

Co-author with John G. Hines, *Soviet Strategic Intentions 1973-1985: A Preliminary Review of U.S. Interpretations*, RAND Corporation, WD-6305-NA, December 1992.

Principal author, "Sustaining Non-Proliferation Programs in the Former Soviet Union," a BDM International report to Defense Programs and Analysis Division, Bureau of Nonproliferation Policy, U.S. Arms Control and Disarmament Agency, November 1992.

Co-author with John G. Hines, *Political and Military Futures in Central Eurasia: Russia, Ukraine, Caucasus, and Central Asia Beyond the Year 2000*, RAND Corporation, WD-6007-NA, May 1992.

**LECTURES/BRIEFINGS**

Spoke on panel "Civil Society Organizations and Accountability" at IFES Civil Society Summit, October 2005.

Presentation on "Influence of Elite Thinking on Democratization in Russia and Kazakhstan" at State Department Roundtable on U.S. Democracy Promotion in Post-Communist Societies, May 2005.

Testimony on "Prospects for a Democratic Election in Cambodia" before Subcommittee on East Asia and Pacific, International Relations Committee, U.S. House of Representatives, June 2003.

Spoke on panel "From Marx to Free Markets" at Georgetown Law Center, April 2002.

Presentation on U.S. contribution to Serbia's democratic breakthrough, USAID Democracy and Governance Partners Conference, Washington, Dec. 2000.

Briefed U.S. Ambassador-designate on Albania's parliament at Meridian International Center, Washington, July 1999.

Briefed business executives and U.S. government officials on political situation in Romania at European Institute, Washington, June 1998.

Presented preliminary findings from study on *Education for the Transition* at:
- Woodrow Wilson Center, Smithsonian Institution, Washington, November 1997
- New School for Social Research, New York, November 1997
- Russian Academy of Sciences Institute of Sociology, Moscow, October 1997
- University of the Ruhr, Bochum, Germany, October 1997
- Central European University, Budapest, September 1997

Presented paper entitled "Has Moscow Finished with Strategic Arms Cuts?" at Kennan Institute for Advanced Russian Studies, Smithsonian Institution, Washington, May 1991.

## MEDIA INTERVIEWS

Quoted in "Paper Trail Urged as e-Voting Fix," *Wired*, Sept. 23, 2005.

Interviewed on Burma's democracy movement, CNN International, June 8, 2003.

Quoted in "U.S. Democracy Group Worried About Cambodian Poll," Reuters, April 28, 2003.

Quoted in "Who Really Brought Down Milosevic?" *New York Times Magazine*, Nov. 26, 2000.

Interviewed on "Report Notes Progress and Many Lingering Problems at East Europe's Universities," *Chronicle of Higher Education*, May 9, 1997.

Quoted on university reform in "Russians Lag on the Western Front," *The Times Higher Education Supplement*, Nov. 1, 1996.

## EDUCATION

D.Phil. in Russian and East European Studies, Oxford University, England, July 1991
- Institute for the Study of World Politics Fellowship, 1988-89

M.Phil. in Russian and East European Studies, Oxford University, England, June 1988

B.A. in International Relations, Tufts University, Medford, Massachusetts, May 1986
- Graduated *Summa Cum Laude with Special Honors*
- Distinguished Achievement Award in International Relations
- Phi Beta Kappa

## LANGUAGES

Italian, advanced
Russian, working knowledge

## ACTIVITIES

Term Member, Council on Foreign Relations, 1999-2004
- Initiated and organized series of debates with fellow D.C. term members, 10/02-11/03
- Member of D.C. Term Member Advisory Committee, 9/03-7/04

Member, Board of Directors, Georgetown Symphony Orchestra, 10/00-1/03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0455 (GK) |
| ) | |
| v. ) | |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF ROBERT A. PASTOR

I HEREBY CERTIFY that on this first day of December 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Robert A. Pastor.

2. I am employed by American University as the Director of the Center for Democracy and Election Management (CDEM) & Vice President of International Affairs.

3. In this position, I make the personnel decisions for job position 4299, Associate Director of the Center for Democracy and Election Management (CDEM).

4. I initiated the hiring process for job position 4299, Associate Director of CDEM on or around January 2005.

5. I received approximately 20 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall seeing Joseph Slovienc's resume, I did have a chance to review his resume (attached as Exhibit A) in preparing this affidavit. Based on the attached resume, he does not meet the requirements for this position. As clearly stated in the job description, qualified candidates should preferably possess a Ph.D. in political science, international affairs, or a related discipline with experience in democracy-support work or elections internationally as well as in the United States. Mr. Slovinec has neither of these requirements.

8. After posting the position on the University's human resource website, I was forwarded all resumes sent in response to that posting. A first reading was conducted by a small

1

group in my office to eliminate unqualified candidates, after which a closer look was taken at the remaining resumes to select the candidates to be interviewed. Writing samples were also requested of these candidates. They were then interviewed by the entire Office of International Affairs staff and rated based on experience, content experience, educational background, communication ability (both written and spoken) and fit with office. For the final selection, the staff met as a group and we discussed the strengths and weaknesses of each candidate. After offering the job to the best qualified individual and confirming his/her acceptance of the position, those interviewed and not selected were notified of the decision.

9. The selected candidate held a doctorate from Oxford University and brought over ten years of experience in democracy programs, including in elections. Furthermore, this candidate successfully demonstrated the ability to not only fund-raise, but also manage multi-million dollar budgets. Lastly, the selected candidate also brought strong managerial skills, having led projects with large staffs. This combination of strong academic credentials and extensive experience met the qualifications listed in the job posting and clearly justify my decision to select this candidate.

10. While at the University, I have supervised and hired employees that were over the age of 40.

_____
SIGNATURE

DISTRICT OF COLUMBIA,

CITY OF WASHINGTON : to wit:

SUBSCRIBED AND SWORN TO before me this 1st day of December, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:   Rebecca M. Butler
Notary Public, District of Columbia
My Commission Expires 8-14-2010

2

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL          July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid. Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.          1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser          1980, 1990, 2000

Chicago Board of Education, Chicago, IL          1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL          1994
Intern -- Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.          1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL          1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.
EDUCATION
George Washington University, Washington, D.C.          Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes          2003-
    Hospitality Management and Business classes          2000-2001
DePaul University, Chicago, IL          1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications -- Public Relations Writing 1998
Columbia University, New York City, NY          1982
    Master's Degree in International Affairs, Specialization -- International Security Policy
University of Notre Dame, Notre Dame, IN          1980
    Bachelor of Arts    Major: Government and International Studies    Honors Student


DEPOSITION EXHIBIT 1
Slovinec
9/27/06

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                              1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                       1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                                                 1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                                    1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and                          1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                          1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.