POSITION QUESTIONNAIRE

A.   General Information

Name of Incumbent: Vacant                           Date:  January 10, 2003

Phone #: 

Position Title:  Staff Assistant                    Current Position No.:

Supervising Position Title:   Executive Assistant to the Vice President of International Affairs (50%)

Executive Assistant to the Vice President of Development (50%)

Supervisor's Name and Phone #:   

Home Department:   Office of International Affairs (50%)       Home Dept. No.

Office of Development (50%)       Home Dept. No:

B.   **Position Summary** (This statement briefly describes why the position exists.): The Staff Assistant will provide administrative support as a receptionist to the Office of International Affairs and the Office of Development. In addition, the Staff Assistant will provide research and operational support to the Vice President of International Affairs; the Vice President of Development; the Deputy to the Vice President of International Affairs; the Associate Director, Center for Democracy and Election Management; the Associate Director, Center for North American Studies, the Executive Assistant to the Vice President of International Affairs; the Executive Assistant to the Vice President of Development; and other staff in the Office of International Affairs and the Office of Development.

C.   **Organizational Characteristics:** This position reports directly to the Executive Assistant to the Vice President of International Affairs and the Executive Assistant to the Vice President of Development.

D.   **Principal Accountabilities:**

ADA "Essential" Functions:
1. (50% of Time): Function as receptionist for the Office of International Affairs and the Office of Development. This function includes accurately, clearing, and politely answering the main telephone number and the auxiliary numbers for the Office of International Affairs and the


EXHIBIT 11

Office of Development and forwarding calls to the appropriate individuals. The Staff Assistant will greet and announce all visitors to the Office of International Affairs and the Office of Development. He or she will receive and sign for courier packages and other deliveries to both offices. The Staff Assistant will validate parking for guests and delivery personnel related to either offices.

2. (25% of Time): Provide administrative support to all members of the staff in the Office of International Affairs. This includes, but is not limited to, data-entry, updating databases, providing research, drafting letters, helping with mailings.

3. (25% of Time): Provide administrative support to all members of the staff in the Office of Development. This includes, but is not limited to drafting, preparing, proofreading, and finalizing correspondence, reports, meeting materials, proposals, and presentation materials. Provide phone coverage, maintain calendar, and coordinate travel arrangements for the senior director in the Office of Development.

ADA "Non-Essential" Functions:
1. (0% of Time)

---

E.   **Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) : In this function, the Staff Assistant provides the first point of contact (i.e., first impression) for those communicating by phone or in person with the Office of International Affairs and the Office of Development. In addition, the Staff Assistant provides direct support for the senior director in the Office of Development and as-needed support to more than ten (10) individuals in the Office of International Affairs and the Office of Development.

---

F.   **Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.): A bachelors degree or equivalent is required. Professional and polished communication skills, both written and oral, are required. Three to five years of experience as an administrative assistant with experience as a receptionist is preferred. Superior word processing, spelling, and proofreading skills and an ability to manage a wide variety of projects are highly desired; experience with database use (e.g., Excel) preferred. Knowledge of Spanish and/or French is preferred. Knowledge of American University is preferred. Experience in higher education is preferred. This position requires exceptional organizational and customer service skills.

---

G.   **Additional Information About the Position** (Any additional aspects, not covered above, relevant

to the position.): The Staff Assistant will be expected to work Monday through Friday from 8:30 a.m. to 5:30 p.m.

---

H.    Approval, Authorizing Signatures:


Incumbent_____


Supervisor_____


Department Head_____

HIRED APPLICANT

Redacted

# OBJECTIVE
- To expand my understanding of global society and applying that knowledge to constructive social change.

# SUMMARY
- Received a BA from the University of Dayton in General Studies with three minors in Anthropology (was awarded student of the year in Anthropology for academic excellence), Women's Studies and Psychology.
- Student Assistant in the Women's Studies office, University of Dayton.
- Lived in Egypt for 6 months. Studied Arabic and completed one semester of graduate work in the field of Anthropology at the American University in Cairo.

# EDUCATION
Bachelor of Arts in General Studies, Minors in Anthropology, Psychology and Women's Studies, University of Dayton (Dayton, Ohio)                                  Dec. 2003

- Graduated with the Margaret Mary Edmonds Boyd Memorial Award of Excellence to the Outstanding Senior in Anthropology.
- Have completed 6 credits of graduate work.

# PROFESSIONAL EXPERIENCE
Staff Assistant at the Women's Studies Office of the University of Dayton    Sept. 2000 – Dec. 2003
- Assist with projects and organizational tasks, answer calls, carry out miscellaneous office duties

Volunteer at the Miami Valley Literacy Council                                  Jan. 2003-May 2003
- Taught English to immigrants as part of an independent study project in Anthropology.

# INTERNATIONAL EXPERIENCE
- Lived in Morocco for the academic year, 1994-1995, and the semester, July to December 1998, while attending the Rabat American School.
- Lived in Egypt for 6 months, directly after graduating from the University of Dayton. During my time in Egypt, I studied Arabic and attended graduate school at the American University in Cairo.
- Travel in Spain and Italy.

# LANGUAGE PROFICIENCY
- Native English, Proficient Arabic.

# ACTIVITIES/HONORS
- Received Margaret Mary Edmonds Boyd Award of Excellence.
- Remained on the Dean's list for my last 3 semesters at the University of Dayton, 2002-2004.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH SLOVINEC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0455 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF ROBERT A. PASTOR

I HEREBY CERTIFY that on this first day of December 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Robert A. Pastor.

2. I am employed by American University as the Vice President of International Affairs.

3. In this position, I make the personnel decisions for job position 4490, Staff Assistant.

4. I initiated the hiring process for job position 4490, Staff Assistant, on or around January 12, 2005.

5. I received many resumes for this position but do not recall the exact number since we did not retain all the resumes. I recall interviewing 8 candidates.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovienc's resume, I did have a chance to review his resume (attached as Exhibit A) in preparing this affidavit. Based on the attached resume, he would not be a proper fit for this position because he clearly states as his objective the attainment of "new entry-level positions in writing, editing, education communications, public administration business, or real estate development." This position was administrative. Furthermore, one of the preferred requirements, as stated in the job description, is three to five years of experience as an administrative assistant with experience as a receptionist. Mr. Slovienc did not posses such qualifications.

8. After posting the position on the University's human resource website, I was forwarded all resumes sent in response to that posting. A first reading was conducted to eliminate

1

unqualified candidates, after which a closer look was taken at the remaining resumes to select the candidates to be interviewed. They were then interviewed by the entire office of international affairs staff and rated based on experience, accuracy, interpersonal skills, fit with office and professionalism. For the final selection, the staff met as a group and we discussed the strengths and weaknesses of each candidate. After offering the job to the best qualified individual and confirming acceptance of the position, those interviewed and not selected were notified of the decision.

9. The candidate selected received an excellent rating based on the interview criteria detailed above. Furthermore, she had over three years of experience as a staff assistant at another university.

10. While at the university, I have supervised and hired employees that were over the age of 40.

_____
SIGNATURE

DISTRICT OF COLUMBIA,

CITY OF WASHINGTON : to wit:

SUBSCRIBED AND SWORN TO before me this 1st day of December, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:  Rebecca M. Butler
Notary Public, District of Columbia
My Commission Expires 8-14-2010

2

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL           July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.           1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser                                          1980, 1990, 2000

Chicago Board of Education, Chicago, IL                       1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                       1994
Intern – Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                    1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                     1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.
EDUCATION
George Washington University, Washington, D.C.                Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes                                         2003-
    Hospitality Management and Business classes               2000-2001
DePaul University, Chicago, IL                                1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                        1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                      1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student


DEPOSITION EXHIBIT /
Slovinec
9/27/06 RW

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                             1996
    Master of Arts Thesis:  "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                              1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                       1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984.  Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                  1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war.  Author of article about non-nuclear
    arms control.  Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and        1997
New York, NY
    "Second Term Presidents in U.S. History."  Introduction to Winter 1997 edition included a note
    about research on this paper.  My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions.  Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research:  Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-IL) with research on Cyprus, Captive Nations Week, and hazardous wastes
In  Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                          1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent jobs and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.