## POSITION DESCRIPTION

A.  General Information

Name of Incumbent: Vacant                    Date: Feb 1, 2005, or sooner

Phone #: TBD

Position Title (Formal): Producer (12 month temp FT position)   Position #:   TBD
Functional: Outreach Producer

Supervising Position Title: Senior Talk Host
Supervisor's Name and Phone #: ▮▮▮▮▮▮▮▮▮▮

Home Department: WAMU        Split-funded position: 10-361502-51103-00000 – 34%
                                                  11-361501-51103-04361 – 66%

---

B.   **Position Summary** (The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

**Working closely with the Senior Talk Host, the Outreach Producer creates topical issue-oriented daily live interview/listener call-in programs. The Producer is also responsible for marketing the Diane Rehm Show to other media organizations as directed by the Senior Talk Host, in collaboration with the marketing departments of WAMU and NPR.**

---

C.   **Organizational Characteristics** (Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.):

This position reports directly to the senior talk host. This position may supervise one or more volunteers, interns, and or part time telephone screeners. The producer works in a collaborative environment with the Senior Host choosing topics for the program. Once topics are chosen the producer must work independently with little supervision to choose the proper guests and schedule the segment. The producer is also expected to use available marketing materials, and hold regular conversations, to publicize the program to other media outlets, with the goal of increasing national carriage.

D.   **Principal Accountabilities** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs,



EXHIBIT 12

such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

ADA "Essential" Functions:
1. (15% of Time) **Conceptualize, research and create up to two hours' worth of live, interactive public affairs radio programming daily. Review newspapers, wire dispatches, magazines, academic papers, book releases, and other materials. Decide topics, identify potential guests, research topics in greater depth and prepare background materials to aid host's preparation.**

2. (35% of Time) **Pre-interview guests to determine suitability for broadcast, and to obtain information to be included in host's background briefing materials. Book and schedule guests chosen. Write scripts and prepare suggested questions.**
**Marketing assistance and station services.**

3. (35% of time) **Working with the marketing departments of WAMU and NPR, encourage new stations to add the program to their schedules via telephone conversations, meetings and by making use of available printed and web-based materials. Provide affiliated stations with fundraising promos, and other materials need for their promotion of the program.**

4. (10 % of Time) **Preparing and distributing information about daily program internally to the public information department, programming assistant, and externally to network stations.**

ADA "Non-Essential" Functions:

5. (5% of Time) **Working with guest hosts. Provide guest hosts with scripts and other assistance to insure a smooth program when the host is away. Outreach Producer may also be asked to evaluate potential guest hosts.**

E.    Dimensions (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :
**The producer is responsible for more than 100 program segments a year. S/he supervises**

volunteers and call-screeners. S/he publicizes the program externally to the public radio system and other media using the resources of WAMU and NPR, with the aim of increasing carriage nationally and internationally.

The Diane Rehm Show has come to define the station as one of the leaders in the news/talk format in public and commercial radio.

The producer interacts regularly with leaders from the community, politics and academia, in the course of the booking duties, and also talks regularly with leaders in the public radio system.

---

F.     **Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

Bachelors degree, or a combination of education and experience that demonstrates the necessary skills and abilities required for this job. Two year's experience in journalism, news or publishing. Very strong written and oral communications skills. Demonstrated ability to communicate effectively, patiently and persuasively with the widest possible variety of people. Must be comfortable working with computers, knowledge of word processing required. General office skills necessary.

Must have demonstrated skill working with creative individuals. Must have experience working under constant deadline pressure.

Preferred: Knowledge of radio production techniques. Previous talk show experience preferred. Experience with computer based research tools very helpful.

---

G.     **Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

This is a position requiring a variety of different skills. First and foremost, the producer must possess absolutely clear and accurate knowledge of current events. The producer must possess the judgement to predict which stories will work on the radio and which will have currency as much as a week away. The producer must be capable of doing complex research and writing in order to compile and provide support material for the host. The producer must be able to write in a clear and concise "radio" manner, understanding what works on-air and what doesn't. The producer must have an excellent phone manner, especially when pre-interviewing potential guests for the program and when answering the phones. The producer must be able to formulate clear and insightful answers to questions and provide the answers before the show goes on the air. The producer must be able to work under enormous stress and react to breaking news and unexpected events with calm

and clear thinking. The producer must be able to articulate clearly and forcefully what the program stands for and why it is a vital part of the American media, and also possess the drive to convince others in the industry of its value.

H.   Approval, Authorizing Signatures:

Incumbent _____

Supervisor _____

Department Head _*signature*_

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.



## JOURNALISM EXPERIENCE

**Producer** - The Diane Rehm Show, WAMU, Washington, D.C.
Present
October 2002 -

- One of five producers of The Diane Rehm Show; an award-winning, live, nationally-syndicated weekday public radio program distributed by National Public Radio that offers in-depth analysis of politics, public policy, campaigns, science, the arts and more with a weekly audience of 1.4 million.
- Responsibilities include: conduct research and write scripts. Prepare introductions and promos, help select topics and guests, respond to listener emails and phone calls.
- Schedule and book panel discussions of news topics and author interviews.
- Formulate and discuss story ideas with Diane Rehm and fellow producers.

**Part-time Producer** – The Diane Rehm Show, WAMU, Washington, D.C.
May 2002 - October 2002

- Fill in for vacationing Diane Rehm Show producers. Responsibilities same as above.

**Volunteer** – The Diane Rehm Show, WAMU, Washington, D.C.
2002
May 2001 - May

- Research and write scripts, billboards, and introductions for The Diane Rehm Show.
- 2002 WAMU Volunteer of the year.

**Temporary Producer** – Public Interest with Kojo Nnamdi, WAMU, Washington, D.C.
July 2002 - October 2002

- Research topics and write scripts for a nationally syndicated talk-radio program distributed by N.P.R.
- Write introduction, billboard, questions and answers for host and guest hosts.
- Submit and discuss story ideas with producers.
- Pre-interview potential and scheduled guests.

**Producer and Host** - Section Break, WEBR, Fairfax, VA.
2002
August 2001- May

- Produce and host hour-long weekly radio program for public access radio.
- Responsible for program themes, guests, play lists, public service announcements and promotions.

## EMPLOYMENT HISTORY

**Researcher** – Energy Data Corporation, Washington, D.C.
2002
October 2001 - October

- Provide research services to energy companies, consultants and law firms. Monitor and apprise clients of developments in energy matters before the Federal Energy Regulatory Commission (FERC).
- Respond to information requests from clients regarding gas, electric, oil and hydroelectric matters.

**Project Manager** - Jameson Broadcast, Washington, D.C.
2001
March 2001 - December

- Developed short-form program ideas to air on radio stations across the U.S.
- Cleared current Jameson-syndicated programs with stations in all markets.
- Liaison to station program directors regarding show and web site content and information.

Quality Strategies, Inc., Washington, D.C.    September 2000 - February

- Performed market research and analysis for telecommunication industry professionals. Provided reports, updates, presentations and analyses, internally and externally, as required.
- Provided leadership and direction to in-house sales, analyst and support personnel as required. Intermediary between telecom executives of marketing/product development and staff.

Analyst - Strategic Initiatives, Columbia Gas Transmission Corp., Fairfax VA.    July 1999 - September 2000

- Provided internal consulting services to business units related to competitive intelligence and business analysis.
- Advised senior staff of new and relevant developments in energy and related industries (fiber optics, hydrogen fuel, fuel cells, etc.) Researched and reviewed best practices, benchmarking and business process improvements.

Regulatory/ FERC Administrator, Columbia Gas Transmission Corp., Fairfax, VA.    August 1997 - July 1999

- Supervised review and disposition of documents arising out of the proceedings of the Federal Energy Regulatory Commission and other related agencies.
- Coordinated and supervised case reports, case management scheduling, and paralegal support for the regulatory section of the Columbia legal department.

Regulatory Affairs Manager, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, D.C.    October 1995 - August 1997

- Identified, reviewed and summarized for internal and external clients events in the energy industry. Provided updates and alerted clients to significant developments in proceedings in which they were involved/interested.
- Supervised staff regarding regulatory research and support for energy section of Washington, D.C. and Houston based law offices.

Editor/Legal Assistant, Akin, Gump, Strauss, Hauer & Feld, LLP, Washington, D.C.    August 1992 - October 1995

- Researched, reviewed, tracked and prioritized time sensitive FERC filings and occurrences in the natural gas, oil pipeline and electric utility industries for internal and external clients.
- Researched, wrote and edited a copyrighted trade publication.

Campaign Aide, Congressman Jim Leach Re-election Campaign, Davenport, IA.    July 1988 - February 1989

Campaign Aide, Jim Redfern for Congress, Cedar Falls, IA.    March 1988 - June 1988

Campaign Aide, Pete duPont for President, Des Moines, IA.    June 1987 - February 1988

EDUCATION

- B. A. Political Science, Grinnell College, Grinnell, Iowa. May 1987.

ACCOMPLISHMENTS

Columbia Gas Transmission In-house Facilitator (3/99 to 9/00); Gager and Associates Intensive Three-day Facilitation Skills Seminar (10/99); Baker Communications Win-Win Negotiations (9/99).

COMMUNITY ACTIVITY

- Big Brother, Big Brothers/Big Sisters of the National Capitol Area. October 1995 to present.
- Tutor, Northern Virginia Literacy Council. February 1998 to August 1999.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC, )
 )
       Plaintiff, ) Civil Action No. 06-0455 (GK)
 )
       v. )
 )
AMERICAN UNIVERSITY, )
 )
       Defendant. )

## AFFIDAVIT OF DIANE REHM

I HEREBY CERTIFY that on this __13th___ day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Diane Rehm.

2. I am employed by American University as the Executive Producer/Host, The Diane Rehm Show.

3. In this position, I make the personnel decisions for job position 5396, PRODUCER.

4. I initiated the hiring process for job position 5396, Producer, on or around January 14, 2005.

5. I received approximately 7 resumes for the job position.

6. I do NOT recall Joseph Slovinec's resume.

7. WHILE I DO NOT RECALL JOSEPH SLOVINEC'S RESUME, I DID HAVE A CHANCE TO REVIEW HIS RESUME ATTACHED AS EXHIBIT A. BASED ON THE ATTACHED RESUME, HE WOULD NOT BE A PROPER FIT FOR THIS POSITION BECAUSE HE HAD NO BACKGROUND IN JOURNALISM OR RADIO BROADCASTING.

8. My producers and I went through the resumes offered, seeking an individual who had background and experience in journalism and news gathering and writing. We interviewed two individuals, taking into account personality, congeniality, articulateness, and demonstrated writing ability, as well as marketing experience

1

9. Jonathan Smith was a clear choice for all of us involved in the interview and selection process. He had prior talk show experience, as well as demonstrated marketing and journalism expertise.

10. While at the University, I have supervised and hired employees that were over the age of 40.

*Diana A. Rehm*    DIANA A. REHM

STATE OF Maryland,

~~CITY~~\COUNTY OF ~~Washington, D.C.~~ Montgomery : to wit:

SUBSCRIBED AND SWORN TO before me this 13th day of November, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: July 1, 2008

2

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                     July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.          1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser                                                   1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                1994
Intern – Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                             1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                              1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.
EDUCATION
George Washington University, Washington, D.C.                         Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes                                                  2003-
    Hospitality Management and Business classes                        2000-2001
DePaul University, Chicago, IL                                         1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                 1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                               1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student


DEPOSITION EXHIBIT /
Slovinec
9/27/06 RW

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                              1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                  1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                            1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                          1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and        1997
  New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
      "In a second term, Clinton could probably coast along like Eisenhower with a stable
      peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
      1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                            1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.