## POSITION DESCRIPTION

### A. General Information

Name of Incumbent: vacant

Date: July 19, 2004

Phone #:

Position Title (Formal): Administrative Assistant
(Functional): Administrative Assistant

Position No.: 001717

Supervising Position Title: Director of Graduate Advising

Supervisor's Name and Phone #:

Home Department: School of Communication

Home Dept. Number: 008.0131

### B. Position Summary
(The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

Assists Director of Graduate Admissions and Director of Graduate Advising in execution of all administrative duties pertaining to recruitment, admissions, conversion, and matriculation of graduate students within the School of Communication. Engage in some marketing activities: event planning, recruiting fairs, and newsletter. Occasionally provide general administrative support for Division Directors and/or Undergraduate Advising Office as needed. Will have occasion to work some evening/weekend hours.

### C. Organizational Characteristics
(Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.):

Reports directly to Director of Graduate Advising. This position is responsible for providing administrative support in the office as well as maintaining graduate applicant and student files. This position works under general supervision.

### D. Principal Accountabilities
(This section should give clear and concise statements of what the position does to accomplish its



EXHIBIT 13

basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

ADA "Essential" Functions:
1. (40% of Time)
Respond to walk-in, phone and e-mail program inquiries to provide information concerning SOC programs. Duties include: answering general questions concerning program requirements and opportunities; distributing application materials; familiarizing potential applicants with programs, awards and other available resources and give tours and/or arrange appointments with Director of Graduate Admissions or Director of Student Services whenever appropriate; and communicating with Enrollment Services regarding inquiry statistics and processes whenever necessary.

2. (25% of Time)
Maintain graduate applicant files to ensure that they are accurate and up to date. Duties include: collecting and organizing application documents; maintaining applicant database; communicating with applicants regarding the status of their files whenever necessary and answer questions concerning the application process; referring applicants to any appropriate departments (financial aid, admission, SOC division, etc.); preparing file for review. Notify Director of Graduate Admissions within SOC and Associate Director of Graduate Admissions of departmental decision and any corrections or modifications to applicant summary reports.

3. (25% of Time)
Provide general administrative support to Associate Dean, Assistant Dean, Director of Graduate Admissions, Director of Graduate Advising and Division Directors to assist them in providing services to students. Assist the Director of Graduate Admissions and Director of Student Services upon request in areas of graduate student conversion and matriculation, including file maintenance, orientation, registration, change of grades, petitions, comprehensive exams and graduation clearances. Notify student of course schedule changes. Post or mail relevant notices or contact student by phone/email as necessary. Other administrative tasks as requested by the Director of Graduate Admission and Director of Graduate Student Services.

4. (10 % of Time)
Produce SOC graduate student directory to provide a convenient reference for students, faculty, and staff. Maintain E-group and other e-mail lists and accounts.
5. (___ % of Time)

ADA "Non-Essential" Functions:
6. (__ % of Time)


7. (__ % of Time)


E.  **Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

Maintains approximately 600 graduate applicant files and 350 graduate student files. Handles approximately 5-10 walk-in and 15-25 phone and e-mail inquiries daily. Assists approximately 20-30 students daily.


F.  **Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

High school diploma/GED. Substantial administrative support experience; excellent written (incl. editing skills) and oral communication skills; some computer (word processing, database) experience required. B.A. preferred.

G.  **Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):




H.  **Approval, Authorizing Signatures:**


Incumbent_____


Supervisor_____


Department Head_____

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.

Redacted

HIRED APPLICANT

An excellent communicator with an enthusiastic commitment to social change gained through diverse life experiences. Cross-cultural immersion, four years of customer service and proven leadership skills have nurtured my ability to bring people together to reach a common goal.

## EXPERIENCE

**University Lecturer**     2002-2004
*St. Augustine University of Tanzania*     *Mwanza, Tanzania*
- Designed and taught courses in English, Public Relations and Advertising to class sizes of 30 to 40 students in the department of Mass Communication and Journalism
- Tailored teaching methods to meet needs of various levels of students who lacked a reading background at an under-resourced university
- Developed and led small, skill-building workshops for struggling students on effective writing and public speaking
- During summer breaks, tutored primary level AIDS orphans in English and participated in group discussions on AIDS-related issues with adult guardians of orphans

**Senior Registered Client Associate**     1998-2002
*The Menick-Friese Group, Merrill Lynch*     *Washington, DC*
- Managed client relationships by providing exceptional customer service to top 100 clients with multi-million dollar portfolios for a financial advisory team in a highly pressured environment
- Served as first point of contact for clients on the telephone, in person, and at events
- Promptly researched client requests online and by telephone
- Crafted all written correspondence within regulatory guidelines and edited portfolio proposals and reports
- Reviewed family accounts carefully and made quarterly service calls to ensure regular contact and smooth service
- Transitioned new clients to the firm by preparing account applications and documentation and handling every detail of account transfers
- Monitored and supported prospecting efforts by reporting on progress and scheduling calls and meetings
- Interviewed and supervised interns
- Trained newly hired Client Associates on company procedures and computer systems as a Mentor

**Caterer and Account Manager**     1996-1997
*The Artful Party (1997)*     *Bethesda, MD*
*Catholic University (1996)*     *Washington, DC*
- Planned, prepared, delivered and managed catering services
- At Catholic University I managed the account for a worldwide catering corporation and supervised a full- and part-time staff of 25 union and student employees
- At The Artful Party I assisted with all aspects of a start-up catering business as part of a three-woman team

**Research Assistant**     1994-1995
*Project HOPE*     *Bethesda, MD*
- Worked as an Alzheimer's researcher on the National Evaluation of Special Care Units project
- Conducted telephone interviews with health care professionals in order to collect data for a national study
- Developed statistical analyses and reports for publication
- Edited quarterly newsletters

*Redacted*

## OTHER VOLUNTEER EXPERIENCE

**In2Books Pen Pal** — 2004
*Washington, DC public schools* — *Washington, DC*
- Engaging elementary school students in the reading process by creating a dialogue about books
- Modeling effective writing and critical thinking skills through well-constructed letters
- Mentoring young readers in a one-on-one situation to ensure individualized attention

**Young Adult Group Leader** — 2000-2002
*St. Thomas Apostle Church* — *Washington, DC*
- Collaborated with another parishioner to establish the group in 1999 and took over leadership from her in the following year
- Directed weekly meetings and facilitated discussions on current issues in the Church
- Arranged social outings to pubs and restaurants and initiated movie nights and holiday parties
- Organized service projects such as gleaning after-market produce for local food banks, gardening church grounds, and baking for a nearby homeless shelter

**Youth Ministry Teacher** — 1994-1996
*St. Bartholomew's Church* — *Bethesda, MD*
- Assisted in a retreat-based religious outreach program for high school teenagers
- Planned and co-taught weekly classes using upbeat, informal teaching methods
- Helped design and implement three, fun, interactive weekend retreats per year
- Coordinated service and social activities for youth

## EDUCATION

**Bachelor of Arts in Political Science** — 1994
*McGill University* — *Montreal, Canada*

**Certificate of Italian Language and Culture** — 1995
*University of Florence, Honors in Italian* — *Florence, Italy*

## SKILLS

- Microsoft Word, Excel
- ACT client database management
- Intermediate knowledge of Swahili, Italian, and French

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITY,<br><br>      Defendant. | Civil Action No. 06-0455(GK) |

## DECLARATION OF MERRY MENDELSON

I HEREBY CERTIFY that on this 30 day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Merry Mendelson

2. I was employed by American University as the Assistant Dean for Student Services in the School of Communication during the Spring 2005.

3. In this position, I made the personnel decisions for job position 1717, Administrative Assistant

4. We hired someone to fill the position on or around March 22, 2005.

5. While I don't recall the actual number of resumes we received for the position, I believe we received approximately 15 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovienc's resume, I did have a chance to review his resume attached as exhibit A. Based on the attached resume, he would not be a proper fit for this position because he did not have the relevant administrative support experience needed for the job. In addition, he states as his objectives the attainment of a new entry level position in writing, editing, education, communications, public administration, business or real estate development. This position was a front desk position. I would have disregarded his resume based upon his stated objectives alone.

8. The position duties include answering general walk-in questions, phone, email inquiries about SOC programs; providing tours to visitors; maintaining graduate applicant files; collecting and organizing documents; maintaining applicant database; communicating with applicants as to status of their file; referring applicants to appropriate departments; providing general administrative support; engaging in some marketing activities – event planning (Open Houses), recruiting fairs, electronic newsletter.

9. The minimum qualifications for the job include high school diploma/GED, substantial administrative support experience, excellent written and oral communication skills, some computer experience required. A Bachelor's Degree was preferred.

10. The successful candidate had four years of administrative experience in client relations at Merrill Lynch. In that position, she was the first point of contact for clients on the telephone, in person and at events. She also possessed event planning experience, some of which was obtained at a university. This was an important factor in our decision to select her because it evidenced her ability to help with the School's event planning functions.


_____          _4/26/06_____
Merry Mendelson                     Date

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL             July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.             1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser             1980, 1990, 2000

Chicago Board of Education, Chicago, IL             1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL             1994
Intern – Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.             1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL             1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.
EDUCATION
George Washington University, Washington, D.C.             Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes             2003-
    Hospitality Management and Business classes             2000-2001
DePaul University, Chicago, IL             1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY             1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN             1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student


DEPOSITION EXHIBIT /
Slovinec
9/27/06 RW

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                                    1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                    1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                                1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                         1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and      1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                                  1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent jobs and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.