## POSITION DESCRIPTION

**A.   General Information**

Name of Incumbent: Redacted                      Date: February 13, 1997

Phone #: 

Position Title  (Formal):  Document & Imaging Specialists
                (Functional):

Supervising Position Title: Manager, Document Management and Imaging Center
                           Asst. Manager, Document Management and Imaging Center

Supervisor's Name and Phone #: [redacted]

Home Department: Enrollment Services           Home Dept. Number: 016

**B.   Position Summary** (The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

This position is responsible for the maintenance, control, processing, and auditing of all Financial Aid documents and Graduate and Undergraduate applications.

**C.   Organizational Characteristics** (Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. **AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.**):

This position reports directly to one of two supervisors: Assistant Manager/Imaging Center and Manager/Imaging Center.

This position processes, prepares and maintains all Graduate and Undergraduate Admissions files (over 12,000 applications per year). Functions performed include data entry into the mainframe database, computer tracking, scanning, indexing and quality control. This position works under general supervision.



EXHIBIT 14

**D.**   **Principal Accountabilities** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.)**:**

ADA "Essential" Functions:
1. (80% of Time) Process, prepare and maintain all Graduate and Undergraduate Admissions files (over 3,000 applications per year) to ensure that financial aid, graduate and undergraduate applications and records are accurate. Duties include evaluating, tracking and processing approximately 25,000 documents (transcripts, recommendations, test scores, essays, immigration forms, etc); conducting appropriate follow up for missing documents; searching database for matching inquiry, assess folder contents for discrepancies and/or coding errors; scanning, indexing, inputting, and tracking all admissions applications and financial aid documents using a highly technical network-based electronic maintenance system; identifying processing procedures for approximately sixty various financial aid documents. Perform quality control checks for the most important financial aid documents, research discrepancies between mainframe entry and the imaging system.

2. (18% of Time) Input student inquiries into the mainframe computer in a timely and accurate manner in accordance with departmental objectives and procedures  Purge duplicate records, maintain accuracy of database, and apply the departmental procedures for entering different types of inquiries

3. (2% of Time) Assist in the training of work-study and part-time personnel on processing/entering admissions and financial aid documents.

**E.**   **Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.)

Process, prepare and maintain all Graduate and Undergraduate Admissions files (approximatley 3,000 applications each per year) Evaluate, track and process approximately 25,000 documents

(transcripts, recommendations, test scores, essays, immigration forms, etc) a year.

**F.    Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

High school degree required. Familiarity with college and/or universities is required to understand fundamental and critical concepts of document management, file maintenance, evaluations and document coding. Computer skills and familiarity with Windows-based operating environment are required but are included in the training module. Two years of college education preferred.

**Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

**H.    Approval, Authorizing Signatures:**

Incumbent_ *Redacted*

Supervisor_

Department Head_ *[signature]*

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.

 

## OBJECTIVE

I would be interested in any type of work such as:
Record keeping, clerical, filing, data entry, cashier, window decorating, stock room, in store sales, artistic work. A position with a company where I can advance into higher positions.

## EMPLOYMENT HISTORY

**American University, Washington DC**  2004
Worked as data entry clerk in the student records department for three months, left to move back to New York.

**Private and Freelance work, Hungary**  1980-2000
Authored and published eight novels.
Worked as a store window decorator.
Managed a textile store.
Wrote numerous articles for health, family and women's magazines and various newspapers.
Did various types of artwork; drew cartoons, designed and painted posters, commercial art and painting.

**Banki Donat Industrial & Vocational High School, Bookkeeper, Hungary**  1987-1996
A vocational high school with a student body of five thousand students. In a team of three bookkeepers responsible for all computerized bookkeeping functions of the school as well as the preparation of monthly, quarterly and yearly financial statements.
Also supervised a custodial staff of 10 persons.

**Szechenyi Istvan School of Economics, Bookkeeper, Hungary**  1978-1987
A school with two thousand students.
Responsibilities same as above.

**KEMEV Construction Company Statistician, Hungary**  1972-1978
A firm of several thousand employees.
Prepared all types of statistical information and analytical data for the company.

## EDUCATION

Completed a one-year special course in communications and writing skills.  1994-1995
Completed a two-year course in advanced bookkeeping.  1992-1994
Completed a one-year course in computer technology.  1991-1992
Szechenyi Istvan High School of Economics.  1972-1976
Studied; economics, statistics, bookkeeping and business administration.
Secretarial School.  1970-1972
Studied; short hand writing, speed typing and business correspondence.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH SLOVINEC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0455 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT OF Gabriella Piazza

I HEREBY CERTIFY that on this __20TH__ day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Gabriella Piazza.

2. I am employed by American University as the Manager of Document Imaging Department.

3. In this position, I make the personnel decisions for job position #1897 Documents and Imaging Specialist.

4. I initiated the hiring process for job position, #1897 Documents and Imaging Specialist on or around January 14, 2005.

5. I received approximately 21 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovinec's resume, I did have a chance to review his resume attached as exhibit A.

8. Based on the attached resume, he would not have been a proper fit because he clearly states on his resume as his objective attainment of new entry level position in writing, editing, education communication, public administration business or real-estate development. This position has none of those components. I would have disregarded his resume based on this point.

1

9. The Imaging Specialist responsibilities include the maintenance, control, processing, and auditing of Financial Aid documents and Undergraduate applications.

10. After posting the position on the University Human Resources web site, I was forwarded all resumes sent in response to the posting. After reading the resumes, I selected a number of candidates for interview. The candidate I selected had previous experience as a data entry clerk in my office. She was familiar with the duties and received high rating for her job performance. At the time I hired her, she was over 40 years old.

*Gabriella Piazza 11-20-06*
Gabriella Piazza

STATE OF __District of Columbia__,

CITY\COUNTY OF __Washington__ : to wit:

SUBSCRIBED AND SWORN TO before me this __20th__ day of __November__, 2006.

_____
NOTARY PUBLIC

CHRISTIAN A. VIDELA
Notary Public, Montgomery County, Maryland
My Commission Expires Sept. 8 2009

MY COMMISSION EXPIRES: __09/08/2009__

2