## POSITION DESCRIPTION

A. **General Information**

Name of Incumbent:                                                          Date: 12/05/03

Phone #: x2875

Position Title (Formal): Research Assistant/Justice System Operations

Current Position No.:

Supervising Position Title: Associate Director, JPO;
          Alternate Supervisor: Director, JPO

Supervisor's Name and Phone #:   Caroline S. Cooper, x2875
          Alternate Supervisor: Joseph A. Trotter Jr., x 2875

Home Department: Justice Programs Office   Home Dept. No.: restricted accts
                    (Area/Organ. Code)

---

B. **Position Summary** (The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

This position provides research, writing, and administrative support to national justice system technical assistance, research and training projects conducted by the Justice Programs Office of the School of Public Affairs under contract between American University and the U.S. Department of Justice and other sponsor agencies.. The position involves providing information and other assistance to judges and other senior court system practitioners and elected officials throughout the country; substantial data gathering and analysis, working collaboratively with staff and professionals, both internal and external to the university; preparation of various written memoranda and other documents; development, maintenance, and updating of a variety of data bases, and performing managerial/administrative functions to ensure maintenance of accurate fiscal records and programmatic reporting to government and other sponsoring agencies for JPO projects. This position requires excellent analytic and writing skills; ability to manipulate as well as develop a variety of data bases and synthesize a wide range of research sources; ability to set deadlines to assure timely and quality performance of multiple tasks simultaneously, with minimal supervision; and self direction. This position also oversees part-time and student assistants and establishes work schedules and assignments necessary to meet JPO deadlines and task requirements. This position has signature authority over purchases of up to $400 without the approval of the JPO director or associate director. *This position is grant funded and continuance ~~of both the~~ position is ~~the~~ dependent on funding*

EXHIBIT 15

C.   **Organizational Characteristics** (Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.):

This position reports directly to the Associate Director of the Justice Programs Office, who serves as the P.I. for several of the JPO's sponsored projects. Depending upon specific tasks, the position may also report to the JPO Director. The position also reports to the Director in regard to JPO administrative, fiscal, and substantive programmatic reporting tasks. Reporting directly to this position are all part-time staff and student assistants, generally at least 4-5 at any one time. This position also relates directly, on behalf of the JPO, with university staff of other units of the University, including HR, Accounts, and Physical Plant.

The nature of this position within the organizational unit is to provide : critical research, analytic and editorial support for justice system training, technical assistance and research projects the unit is conducting; and overall administrative services for the unit in its relationships with a wide spectrum of professionals, both internal and external to the university.

---

D.   **Principal Accountabilities** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

ADA "Essential" Functions:

1.   (30% of Time): using knowledge of justice system activities and current issues in the field,
     (a)   designing and updating various data bases for U. S Department of Justice and/or other sponsoring agencies that reflect a range of substantive aspects of justice system operations, including court system structure and jurisdiction; legal and policy issues being raised by

judges, legislators and other policy makers; and specialized subject areas of study by the JPO; (b) developing data base queries to provide information on issues of interest; and (c) to compile and disseminate other materials, as needed, to justice system officials to respond to information inquiries and emerging issues;

2. (30% of Time): maintaining contact with justice system officials involved in judicial system activities to obtain information on justice system activities, issues being addressed, innovative programs, etc.

3. (20% of Time): conducting research on a wide range of justice system issues relating to projects conducted by the unit and inquiries received from the field, and preparing succinct summaries of relevant findings which can be disseminated to judges and other justice system officials;

4. (10% of Time): <u>fiscal monitoring and quality control for JPO sponsored projects</u>, including maintaining and updating ledgers of expenditures, encumbrances, obligations and staff time allocations; assuring JPO compliance with University and federal grant financial guidelines; advising the JPO director and associate director of the budget impact of potential programmatic changes; and monitoring expenditure records on the University's DATATEL system.

5. (10% time): <u>senior administrative support</u>, including maintaining liaison on behalf of the JPO with other University offices and with sponsor agencies; overseeing the maintenance of documentation relating to the JPO's several hundred member consultant roster; reviewing, auditing and overseeing the processing of all staff and consultant travel and expense vouchers, overseeing the ordering and payment for supplies and services; supervision of part--time and work study personnel; and overseeing coordination of arrangements for on-campus and off-site JPO training programs

---

**E. Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

This position provides essential research, analytic, editorial, data base and administrative support for multiple projects conducted by the JPO, entailing $ 500,000 - $ 1,000,000 or more annually of sponsored agency funds. The position interacts with all professional and administrative staff of the JPO, staff of all key units of the University; faculty of SPA; professionals throughout the country who serve as consultants for the JPO sponsored projects; and other justice system officials who are served by the JPO training, technical assistance, and research projects. *This position is based on grant funds + continuation is dependent on sufficient external funds. Quinly*

**F. Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly

publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

Bachelor's Degree, majoring in justice administration or related field.

Experience in performing tasks relevant to the provision of research, analytic and administrative and support of justice system technical assistance, training and research services such as those conducted by JPO.

Excellent writing and verbal communication skills and demonstrated analytical ability to research, compile and interpret information and communicate findings to a variety of audiences. Must be able to communicate professionally and effectively with the public, including senior public officials. Must be able to work with minimal supervision.

Knowledge of word processing and relational data base software and current proficiency in WP/Windows, Word, Paradox and Excel.

**G.    Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

This position provides essential support to the Drug Court Clearinghouse Project, which is funded by the U.S. Department of Justice (DOJ), and has changed significantly in terms of the volume of tasks and their complexity as a result of reorganization at DOJ and the elimination of the Drug Courts Program Office which originally handled many of the information requests now sent to the Clearinghouse at AU.

In addition to the competencies noted above, the position also requires:
(1) knowledge of state and local justice system operations generally and familiarity with court operations in particular; and
(2) Knowledge of fiscal and programmatic reporting requirements of Federal Government-sponsored projects, particularly those of the Department of Justice.

**H.    Approval, Authorizing Signatures:**

Incumbent_____

Supervisor _Caroline Cooper_ (signature)

Department Head _Joseph O. Trotter_ (signature)

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.

# Recruiting Management / Full-Time Staff

| Menu | Requisition | Web Posting |

## Requisition: 4928-0003 - Program Coordinator     Help

**Position:** 4928 - Program Coordinator
**Department:** Public Affairs, School of

### General Information:

| | | | |
|---|---|---|---|
| **Requisition Status:** | Open - Posted | **Status Date:** | 10/17/2005 |
| **Post to AU Careers:** | Yes | | |
| **Open Date:** | 10/12/2005 | **Close Date:** | 12/31/2005 |
| **Band:** | Coordinator / Analyst | **HR Recruiter:** |  |
| **Salary Range for Band:** | $33,579 - $60,424 | **Salary Range for Position:** | $33,579-$39,850 |

**Hiring Manager:**
Name: ▓▓▓▓▓▓▓▓▓▓ Phone: ▓▓▓▓▓▓
e-mail Address: ▓▓▓▓▓▓▓▓▓▓ Fax: ▓▓▓▓▓▓

**Contact Information:**
Name: ▓▓▓▓▓▓▓▓▓▓ Phone: ▓▓▓▓▓▓
e-mail Address: ▓▓▓▓▓▓▓▓▓▓ Fax: ▓▓▓▓▓▓

### Educational Requirements
Bachelor's degree in Justice Administration or related field

### Position Requirements
Experience in performing tasks relevant to the provision of research, analytic and administrative and support of justice system technical assistance, training and research services. Excellent writing and verbal communication skills and demonstrated ability to research, ability to analyze data and present findings. Knowledge of word processing and relational database software, WP/Windows, Word, Paradox, and Excel.

### Job Description
This position provides research, writing, and administrative support to national justice system technical assistance, research and training projects conducted by the Justice Programs Office of the School of Public Affairs under contract between American University and the US Department of Justice and other sponsor agencies. The position involves providing information and other assistance to judges and other senior court system practitioners and elected officials throughout the country. The position includes substantial data gathering and analysis, working collaboratively with staff and professionals, both internal and external to the university; preparation of various written memoranda and other documents; development, maintenance and updating a variety of databases, and performing managerial/administrative functions to ensure maintenance of accurate fiscal records and programmatic reporting to government and other sponsoring agencies for JPO projects. This position also oversees part time and student assistants and establishes work schedules and assignments as necessary to meet JPO deadline and task requirements.

This position is funded by external funds. Therefore, continuation of the position will be based on availability of this external funding.

### Comments (will not appear on AU Careers):
None.

### Requisition Tracking:
**Sent to HR by** ▓▓▓▓▓▓ **on** 10/14/2005 at 01:43PM
**Processed in** ▓▓▓▓▓▓ **on** 10/17/2005 at 12:14PM

Click the **Change** button to modify the requisition. Click the **Exit** button to exit the requisition without modifying it.

| Exit | Change |

HIRED APPLICANT

Address: ▮▮▮▮▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮  Cell Phone: ▮▮▮▮▮▮

## SUMMARY OF QUALIFICATIONS

- Over 4 years of professional experience, including office organization and account management
- Successfully created and maintained filing system
- Record of developing new ideas to improve job preformance
- Experience working with all levels of employees on a daily basis
- Ability to use a variety of computer programs and adaptable to new ones as well
- Conversational Spanish
- Certified Restaurant manage

## EDUCATION

American University, Bachelor of Arts, Political Science, Washington DC, May 2003

Universidad de Acalá de Henares, Madrid, Spain, August 2001-December 2001

## WORK EXPERIENCE

**Manager**, A K A Friscos, Washington, DC, January 2002- January 2005
- Supervise 5 employees, while maintaining the highest level of customer service
- Manage marketing and public relations efforts for a corporate campaign
- Assist in the recruitment and hiring of new employees
- Maintain purchase and credit account information
- Organize and promote corporate catering business

**Intern-Office Manager**, YMCA Youth and Government, Washington, DC, October 2002-May 2003
- Developed donor fundraising forms, which successfully allowed several students to attend the Program
- Designed web page to help promote the program
- Collaborated with schools to develop a Program in multiple high schools throughout Washington, DC
- Learned basic principles of conference and event organization

**Intern-Assistant to the Director**, Cultura Y Comuniccación, Madrid, Spain, August 2001 -December 2001
- Maintained the database of a small Public Relations firm
- Organized the press kit to promote the "Evolution of Man" exhibit in Madrid's planetarium
- Collaborated with several groups to create a week-long scientific and cultural exhibit throughout Spain

**Office Aid**, American University, Washington Semester, Washington DC, August 2000-August 2001
- Developed and maintained over 200 student records each semester
- Organized communications with students enrolled in the program

**Intern-Congressional Aid**, Representative Rick Boucher, Washington, DC, January 2000-May 2000
- Maintained contact between Congressman Boucher and constituents
- Researched relevant news articles on the Congressman's activities, which were used to create press kits

## MILITARY EXPERIENCE

**Radio Operator**, United States Marine Corps, USA, August 1994-August 1998
- Received an Honorable discharge in 1998
- Taught classes on the operation of radio equipment
- Supervised 4-6 Marines in the Officer Uniform Service Facility while serving on the USS Kearsarge
- Participated in Operation "Guardian Retrieval" to evacuate diplomats from Zaire (1997)

## COMPUTER SKILLS

- Proficient in: Microsoft Word; Excel; Access; Power Point; Word Perfect; Design Pro; Lexis-Nexis; Internet; Thomas Congressional Database; National Security Archives Database  Basic knowledge of HTML and SQL

  

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSEPH SLOVINEC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0455 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT OF CAROLINE S. COOPER

I HEREBY CERTIFY that on this 26th day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Caroline Schaefer Cooper.

2. I am employed by American University as a Research Professor in the School of Public Affairs and Associate Director of the Justice Programs Office (JPO) in the School of Public Affairs.

3. In this position, I and Joseph A. Trotter, Jr, Director of the JPO, make the personnel decisions for all positions at the JPO, including job position No 4928: Program Coordinator.

4. We initiated the hiring process for job position No. 4928: Program Coordinator on or around January 2005.

5. In response to our recruitment efforts for job position No. 4928: Program Coordinator, we received approximately four resumes from individuals who had some qualifications for the position although no one of them fully met the position requirements, as further discussed below.

6. I do not recall Joseph Slovinec's resume for this position. It may have been sent with other resumes but was not given any further consideration because Mr. Slovinec did not meet the basic requirements for the position. In addition, he states on his resume that his position objectives are to obtain an entry level in "writing, editing, education communications, public administration business or real estate development." This

1

position involved none of those elements and therefore I would have disregarded his resume based on this point alone.

7. While I do not recall Joseph Slovienc's resume, I did have a chance to review his resume attached as Exhibit A. Based on the attached resume, he would not have been a proper fit for this position because the position was an administrative one requiring, among other credentials, substantial office and project management experience and familiarity with various data bases necessary to monitor, manage, and analyze a variety of programmatic and fiscal information relevant to the various sponsored projects conducted at the JPO under contract with the U.S. Department of Justice and other government agencies and organizations and, in particular, the Drug Court Clearinghouse project which we administer for the U.S. Department of Justice. Mr. Slovienc's resume indicated no experience or expertise whatsoever with project management functions and or data base software other than Windows 95 relating to nursing home/Medicaid eligibility functions.

8. Although we interviewed the four candidates who presented some degree of qualifications for the position, we determined that none of these candidates fully met the criteria for the position and therefore we closed the search at that time.

9. Late in 2005 we again tried to recruit for the Program Coordinator position but, at the time, could not guarantee funding for it for more than a few months because the grant providing funds for the position was slated to terminate within a few months. (All positions at the JPO are funded by grants and therefore dependent upon the amount and length of grant funding which is available.) We therefore promoted Aaron Madhavan to the position, in light of the experience and expertise he had demonstrated as well as developed during the eight month period in which he served as a research assistant in the JPO. Mr. Madhavan holds a B.A. in political science from the School of Public Affairs at American University and has extensive computer skills, including microsoft word, excel, access, powerpoint, word perfect, design pro, lexus nexus and web maintenance and development functions – all critical aspects of the JPO's needs and required for the position. His prior experience as manager of a small restaurant and the YMCA Youth and Government Office for several years also was a determining factor since this experience evidenced his ability to manage and perform multiple tasks simultaneously and to meet deadlines. Mr. Slovinec's resume reflected none of this type of experience or expertise.

10. While at the University, and at JPO in particular, we have hired employees over the age of 40 on a number of occasions. We have recently hired another employee over the age of 40 who will begin employment tomorrow. In addition, we retain and work closely with a large pool of consultants under long-term contracts, almost all of whom are over the age of 40.

_____
Caroline S. Cooper

2

STATE OF MARYLAND,

CITY\COUNTY OF MONTGOMERY : to wit:

SUBSCRIBED AND SWORN TO before me this 30 day of November, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 06/06/2010

[Notary seal: Theresa Ramsaroop, Notary Public, Prince George's County, State of Maryland, My Commission Expires June 6, 2010]

3

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.             1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser                                                       1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                    1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                    1994
Intern – Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                                 1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                  1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.
EDUCATION
George Washington University, Washington, D.C.                             Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes                                                      2003-
    Hospitality Management and Business classes                            2000-2001
DePaul University, Chicago, IL                                             1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                     1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                   1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student



## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                                    1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                            1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                     1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and    1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                              1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.