# POSITION QUESTIONNAIRE

### A. General Information

Name of Incumbent: VACANT                                Date:

Phone #: 

Position Title  (Formal): Grant and Contract Manager          Current Position No.: 945
              (Functional): Same

Supervising Position Title: Director, Office of Sponsored Programs

Supervisor's Name and Phone #: Vacant

Home Department: Office of Sponsored Programs        Home Dept. No.:

### B. Position Summary
(The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

This position provides technical, budgetary and consultative service to faculty and administrators seeking support for research, programmatic initiatives, technical assistance and training programs from government agencies, corporations and private foundations, assists the OSP Director in representing the university before external sponsoring agencies (federal, state and private) and in negotiating and administering contractual and grant instruments consistent with the university's practices and policies.

### C. Organizational Characteristics
(Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.):

The Grant and Contract Manager reports directly to the Director of the Office of Sponsored Programs, along with three other Grant and Contract Managers, an Assistant Director, and an Operations Administrator.

This position provides essential assistance to faculty and administrators in securing and administering **grants and contracts**, and is responsible for ensuring that programs adhere to the terms and conditions specified in grants and contracts.

### D. Principal Accountabilities
(This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational



EXHIBIT 16

characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

ADA "Essential" Functions:
1. (40% of Time) Leads the University's response to RFP's, research grant announcements, and unsolicited proposals by managing all aspects of proposal production to reduce the administrative burden on faculty, administrators, and staff, thereby encouraging sponsored program development. These functions include: convening initial meeting of all assigned faculty and administrative staff involved in proposal effort, proposal editing, budget development, customizing capability statements, coordination of multi disciplinary and multi institutional proposal information, compliance with federal or private source restrictions, and development of conceptual framework for overall project development and management. Assists in overall proposal development and management. This includes compliance with sponsor requirements, recommendations for pricing and negotiating strategies, **research on federal regulations**, and implications of options considered prior to proposal submission as well as during the course of project administration.

2. (25% of Time) Post award administration: Administers complex grants and contracts to ensure adherence to terms and conditions. Seeks amendments and changes when necessary. Interprets policies, procedures and contract instruments. Provides contractual advice to faculty, staff, and financial units of the individual schools and colleges.

3. (20% of Time) Negotiation and award acceptance: Negotiates on behalf of the university, the value, terms and conditions of the contract and grant awards to obtain funds on acceptable terms. Subject to final review by the Director and ratification by an authorized signatory. Prepares contract and subcontract documents.

4. (10% of Time) Audits: Interface with internal and external auditors to document compliance with grant and contract regulations. Provide information and justification in response to audit questions.

5. (5% of Time) Handles other duties, special projects, and prepares special reports as assigned by the Director of the Office of Sponsored Programs to keep the office running smoothly. Responsible for tracking proposals not funded and for organizing formal debriefings.

E.  **Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

This position manages approximately 60 faculty per year (of **which** approximately 21 are active, each of whom may submit multiple proposals during the year) and oversees the submission of approximately 58 proposals per year for a dollar volume of approximately $4-8 million and administers between 25-30 active contracts totaling between $2-4.5 million in external sponsor awards.

F.  **Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

**Master's degree or 5 years experience in a cradle to grave contract management function.** The Grant and Contract Manager must exhibit special aptitude for critical and analytical thought, project conceptualization and examination of legal/research issues. Two to three years experience in proposal development and project administration required. Coursework in grant and contract law or experience with a research project is desirable to facilitate the success of the faculty liaison model. Knowledge of accounting, contracts, and related grant legal issues preferred. Demonstrated ability to maintain collaborative working relationships with faculty and staff and to relate to faculty member's projects and research interests on a professional level. **Excellent writing skills important.**

G.  **Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):


H.  **Approval, Authorizing Signatures:**

Incumbent_____

Supervisor_____

Department Head_____

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH

**GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT.** You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.

| Today's date |
|---|
| 08 Feb 2005 |
| Date available to begin work |

**HIRED APPLICANT**

# American University
WASHINGTON, D.C.

HUMAN RESOURCES
4400 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20016-8054

An equal opportunity/affirmative action university

# APPLICATION FOR EMPLOYMENT

| Name | last | first | middle | Social security number |
|---|---|---|---|---|
| | Redacted | | | |

| Permanent address | Number and street | City | State | Zip |

| Campus address | Hall | Room number | Campus extension |

| Home phone | | Business phone | |

Name and phone number of local person who would take a message if we are otherwise unable to contact you:

| Are you currently enrolled as an A.U. student? ☐ Yes ☑ No | If yes, number of hours: | If hired, will you be able to provide authorization of your right to work in the U.S. for American University? ☐ Yes ☐ No | Job that you are seeking: ☑ Full-time ☐ Part-time |

Position you are seeking:
**#3617 Grant and Contract Manager**

## EDUCATIONAL RECORD

| | School name and address | Circle last grade completed | Major course | Did you graduate? | Degree or certificate |
|---|---|---|---|---|---|
| High School | Raytown (MO) South High School 8211 Sterling Raytown, MO 64138 | 1 2 3 ④ | general | yes | diploma |
| College or technical schools | University of Kansas Lawrence, KS 66045 | 1 2 3 ④ | English, philosophy, history | yes | B.A. |
| Graduate School or other special school | University of Kansas Lawrence, KS 66045 | 1 2 3 4 | Soviet & East Euro. Studies | yes | M.A. |
| | University of Colorado School of Law Boulder, CO 80026 | ① | law | no | — |

# EMPLOYMENT RECORD

Beginning with your **present** (or **last**) employer, list all previous employment, including military service.
(For military service, do not include type of discharge.)
Please complete all sections of this page, even if you have enclosed a resume.

**1**
- Name of employer: EERC/Eurasia Foundation
- Address: 1350 Conn. Ave, NW, Wash, DC 20036
- Type of business: int'l development
- Immediate supervisor: [redacted]
- Supervisor's title and telephone number: executive director, [redacted]
- Title of your position: senior program officer
- Reason for leaving:
- Starting date: Feb 1999
- Final date: present
- Starting pay: $54,600?
- Final pay: $76,500
- Hours worked per week: 40+
- Duties: Part of senior management team of int'l public-private partnership designed to modernize economics profession in former Soviet Union. Managed finances and oversaw spinoff of project to independent status as 501(c)(3) charity.
- May we contact your present employer? ☐ Yes ☐ No ☐ Please call me first.

**2**
- Name of employer: EERC/Eurasia Foundation
- Address: Kiev-Mohyla Academy, Kiev, Ukraine
- Type of business: int'l development
- Immediate supervisor: [redacted]
- Supervisor's title and telephone number: program director, [redacted]
- Title of your position: program administrator
- Reason for leaving: return to U.S.
- Starting date: March 1997
- Final date: Feb 1999
- Starting pay: $48,000
- Final pay: $54,600
- Hours worked per week: 40+
- Duties: With academic director, managed English-language master's program in economics. Managed budget and grants to host university and local faculty. Placed students in internships, professional positions, Ph.D. programs in West. Managed local staff, logistics, construction.

**3**
- Name of employer: Am. Councils for Int'l Education
- Address: 1776 Mass. Ave, NW, Wash, DC
- Type of business: academic exchange
- Immediate supervisor: [redacted]
- Supervisor's title and telephone number: Vice President, [redacted]
- Title of your position: program manager
- Reason for leaving: took overseas position with different organization
- Starting date: Sept. 1995
- Final date: March 1997
- Starting pay: $42,000
- Final pay: $45,450
- Hours worked per week: 35+
- Duties: Sept 95 - May 96: prepared grant proposals and reports for Dep'ts of State, Educ., etc. June 96 - Aug 96: managed bilateral scholarly exchange programs. Aug 96 - March 97: managed the Edmund S. Muskie and Freedom Support Act Graduate Fellowship Programs.

**4**
- Name of employer: Am. Councils for Int'l Education
- Address: Kiev State Univ, Kiev, Ukraine
- Type of business: academic exchange
- Immediate supervisor: [redacted]
- Supervisor's title and telephone number: senior program manager, [redacted]
- Title of your position: country director
- Reason for leaving: return to U.S.
- Starting date: Oct 1992
- Final date: Sept 1995
- Starting pay: $24,000
- Final pay: $42,000
- Hours worked per week: 35+
- Duties: Opened office for U.S. exchange organized and oversaw establishment of satellite offices in four cities. Implemented U.S. gov't-sponsored exchange programs (high school, college, Muskie, Fulbright, etc.) Hired and managed local and U.S. staff, which grew from one in 1992 to 25 - including 9 Americans - by 1994.

| Have you ever been suspended, discharged or asked to resign from a job? | If yes, explain: |
|---|---|
| No | |

| Have you ever been convicted of a crime, apart from traffic offenses? | If yes, explain: |
|---|---|
| No | |

| Have you ever been employed by American University? | If yes, give dates and departments: |
|---|---|
| No | |

| Are you related to anyone employed by American University? | If yes, please give employee's name and relationship: |
|---|---|
| No | |

| What source referred you to American University for employment? | (Please be specific) |
|---|---|
| Washington Post | |

## JOB RELATED SKILLS

Typing speed: 75 wpm
Bookkeeping: ☐ Yes ☑ No
Foreign language skills: Russian, Polish, Ukrainian; elementary German, Spanish

Computer/Word Processing Skills

Platforms: ☑ IBM - DOS   ☑ IBM - Windows   ☐ Macintosh   ☐ Other _____

Software: ☐ Access   ☑ Excel   ☑ Microsoft Word   ☐ Paradox   ☐ Quattro Pro   ☐ WordPerfect
☐ Other _____

Professional license or certificate _____ State of Issue _____ Expiration date _____

Do you have a valid motor vehicle operator's license? ☑ Yes ☐ No   State _____ License number _____

What are your immediate and long-range career goals?
_____

Please explain briefly why you are applying for employment at American University
_____

List any reasons known to you why you might be unable to perform consistently and promptly any of the duties of the job(s) for which you are applying
_____

**PROOF OF U.S. CITIZENSHIP OR IMMIGRATION STATUS WILL BE REQUIRED UPON EMPLOYMENT**

## UNDERSTANDING AND ACKNOWLEDGEMENT OF TERMS AND CONDITIONS

I understand and agree to the following:

1. To the best of my knowledge the information on this application is correct and complete. I understand that any misrepresentation or omission of material, or references unsatisfactory to the University, are sufficient cause for rejection of this application or termination of employment without notice.
2. I authorize the University to make appropriate inquiries to verify the information contained herein, including contacting my past employers.
3. I understand that appointment to employment at the University is not continuous, and can be terminated at will by the University at any time for any reason deemed by the University.
4. I understand that the University may require a physical examination as a condition of appointment or of continuing employment and I agree to submit to such examination if requested.
5. If appointed, I agree to abide by all rules, regulations, etc. affecting employment at the University, and understand that violation of those rules and regulations could result in termination of my employment.

Signed ____Redacted____   Date: 08 February 2005

The security of all members of the campus community is of vital concern to American University. Public Safety provides an Annual Security Report that is distributed to all community members. This report contains information on safety and security, crime prevention, authority of University Police, crime reporting policies, campus disciplinary procedures and crime statistics for the most recent three-year period. Copies are available by calling Public Safety at (202) 885-2566 or on the internet at: http://www.american.edu/handbook/security.html

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH SLOVINEC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0455 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT OF CATHERINE KIRBY

I HEREBY CERTIFY that on this 16th day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Catherine Kirby.

2. I am employed by American University as the Director of the Office of Sponsored Programs.

3. In this position, I make the personnel decisions for job position 3617, Grant and Contract Manager.

4. I initiated the hiring process for job position 3617, Grant and Contract Manager on or around November 1, 2004.

5. I received approximately 25 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovinec's resume, I did have a chance to review his resume attached as Exhibit A. Based on this attached resume, he would not be a proper fit for this position because the minimum requirements for this position are 2-3 years experience in proposal development and project management for grants which Mr. Slovinec does not possess. Preferred skills include coursework in grant and contract law, knowledge of accounting, contracts, and related grant legal issues. Mr. Slovenic does not have experience in these areas.

8. The Grant and Contract Manager position was advertised internally at AU; on a list serv specifically for research administrators; and in the Washington Post. As resumes were

1

received, candidates were evaluated using the minimum qualifications as a baseline. Five candidates were interviewed initially by the Office of Sponsored Programs. All had at least a master's degree and experience in the administration of grants and contracts. From this pool, three candidates were selected for second interviews which included other members of the AU community. For the final three, one candidate had a Ph.D. in Public Administration; one had attended law school for a year; and one was preparing for the C.P.A. exam

9. This Grant and Contract Manager position serves the Washington College of Law. The Law School Portfolio includes work with international programs and private sponsor organizations. The candidate selected had a Master's degree and had attended law school for a year. He had over ten years experience in sponsored programs administration. He had a wide range of experience in educational and research administration which included proposal development, donor reporting, and grant administration. He had proficiency in five languages. His previous position was as a senior manager for a consortium of international donors which included foreign governments, major US foundations, and other non-governmental organizations. This organization supported the revitalization of the economics profession throughout the former Soviet Union. The organization was disbanding as its mission had been completed and so this candidate was available. His offer letter was dated February 23, 2005. He accepted the position with a start date of April 4, 2005 as he was assisting his former organization in closing down. On or about March 31, 2005, he called to tell me that the World Bank had offered him a position and he would be taking that position instead.

The search was re-opened and another candidate was hired on June 14, 2005. She had a masters degree and four years experience with grants and contracts. She had experience in the university environment doing the same type of work as the AU grant and contract managers and also in working for non-profit organizations in the area of grants and contracts. Before she came to AU, she spent two years as a Grants Coordinator at Washington University. She assisted WU faculty with the budget and proposal development and was involved in the management of their grant and contracts. In the two years prior to that, she was a grant specialist for two non-profits developing budgets and proposals for corporate, federal, and private sponsors. She also managed the subsequent grants and contracts and coordinated progress reports.

10. I supervise six people. Four of my staff are over the age of 40. In the last 24 months, I have hired three people. Two of them are over the age of 40.

_____     11/16/06
Catherine Kirby                             Date

STATE OF ___Maryland___,

CITY\COUNTY OF ___Montgomery___: to wit:

SUBSCRIBED AND SWORN TO before me this __16th__ day of __November__, 2006.

2

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 09/09/2009

CHRISTIAN A. VIDELA
Notary Public, Montgomery County, Maryland
My Commission Expires Sept. 8, 2009

3

# JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

## HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

## PROFESSIONAL EXPERIENCE

Illinois Department of Human Services, Chicago, IL                 July 1999-June 2000
**Social Services Career Trainee**
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.                 1998-2003
**Real Estate Sales Associate**
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
**Enumerator/Canvasser**                                                        1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                           1999
**Substitute Teacher**
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                           1994
**Intern – Archives and Manuscript Section**
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                                        1988
**Adjunct Professor**
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                         1986-1992
**Clerk**
Performed financial accounting of fees and record keeping tasks.

## EDUCATION
George Washington University, Washington, D.C.                                    Spring 2003
   **Writing in Public Relations** class
Roosevelt University, Chicago, IL
   **Education classes**                                                          2003-
   **Hospitality Management and Business classes**                                2000-2001
DePaul University, Chicago, IL                                                    1996
   Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
   Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                            1982
   Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                          1980
   Bachelor of Arts   Major: Government and International Studies   Honors Student


DEPOSITION EXHIBIT /
Slovinec
9/28/06

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                          1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                          1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                       1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and        1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                      1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.