

To
cc
bcc
Subject  Position 2914

Per your request>>>

| | | | |
|---|---|---|---|
| **Requisition:** | 2914-0002 - Research Assistant | | Help |
| **Position:** | 2914 - Research Assistant | | |
| **Department:** | SPA: Justice, Law & Society | | |

**General Information:**

| | | | |
|---|---|---|---|
| **Requisition Status:** | Filled | **Status Date:** | 03/14/2005 |
| **Post to AU Careers:** | No | **Recruitment Type:** | Replacement |
| **Open Date:** | 01/04/2005 | **Close Date:** | 03/14/2005 |
| **Band:** | Specialist | **HR Recruiter:** | |
| **Salary Range for Band:** | $25,935 - $46,501 | **Salary Range for Position:** | |

**Hiring Manager:**

| | | | |
|---|---|---|---|
| **Name:** | | **Phone:** | |
| **e-mail Address:** | | **Fax:** | |

**Contact Information:**

| | | | |
|---|---|---|---|
| **Name:** | | **Phone:** | |
| **e-mail Address:** | | **Fax:** | |

**Educational Requirements**

Bachelor's Degree

**Position Requirements**

Familiarity with multiple data base management software packages as well as Microsoft Office package. Academic background in justice or related field; graduate degree or current enrollment in a graduate degree program preferred. At least three years of relevant experience.

**Job Description**

The Justice Programs Office (JPO) at the School of Public Affairs is seeking a Program Specialist to provide administrative and information system support to several justice system-related technical assistance, research and training projects being undertaken for state and federal government agencies. Duties fall into three areas: (1) Fiscal monitoring and quality control for several multi-year sponsored projects, including maintaining and updating ledgers of expenditures, encumbrances, obligations and staff time allocations; assuring JPO compliance with University and federal grant financial guidelines; advising the JPO director and associate director of the budget impact of potential programmatic changes; and monitoring expenditure records on the University☐s DATATEL system (2) Senior administrative support liaison on behalf of the JPO with other University offices and with sponsor agencies; maintaining the currency of documentation relating to the JPO☐s several hundred member consultant roster; reviewing, auditing and processing all staff and consultant travel and expense vouchers; initiating all invoices for supplies and services; supervision of part-time and work study personnel; and coordination of arrangements for on-campus and off-site JPO training programs; (3) Data base design, development, manipulation and reporting to respond to a wide range of research needs of JPO staff and justice



EXHIBIT 17

system agencies around the country; and (4) contact with justice system officials around the country to update JPO records and address information needs. The position will also entail general office duties, including answering the telephone, copying and mail functions. At least three years of relevant experience. Must be able to manage multiple tasks simultaneously. This is a grant funded position.

**Comments (will not appear on AU Careers):**
None.

**Requisition Tracking:**
None

Click the **Exit** button to exit the requisition.
Exit  Change



American University
Mailing Address: 4400 Massachusetts Avenue, NW, Washington, DC 20016-8054


HIRED APPLICANT


Address:
Phone:            Cell Phone:

# SUMMARY OF QUALIFICATIONS

- Over 4 years of professional experience, including office organization and account management
- Successfully created and maintained filing system
- Record of developing new ideas to improve job preformance
- Experience working with all levels of employees on a daily basis
- Ability to use a variety of computer programs and adaptable to new ones as well
- Conversational Spanish
- Certified Restaurant manage

# EDUCATION

American University, Bachelor of Arts, Political Science, Washington DC, May 2003

Universidad de Acalá de Henares, Madrid, Spain, August 2001-December 2001

# WORK EXPERIENCE

Manager, A K A Friscos, Washington, DC, January 2002- January 2005
- Supervise 5 employees, while maintaining the highest level of customer service
- Manage marketing and public relations efforts for a corporate campaign
- Assist in the recruitment and hiring of new employees
- Maintain purchase and credit account information
- Organize and promote corporate catering business

Intern-Office Manager, YMCA Youth and Government, Washington, DC, October 2002-May 2003
- Developed donor fundraising forms, which successfully allowed several students to attend the Program
- Designed web page to help promote the program
- Collaborated with schools to develop a Program in multiple high schools throughout Washington, DC
- Learned basic principles of conference and event organization

Intern-Assistant to the Director, Cultura Y Comuniccación, Madrid, Spain, August 2001 -December 2001
- Maintained the database of a small Public Relations firm
- Organized the press kit to promote the "Evolution of Man" exhibit in Madrid's planetarium
- Collaborated with several groups to create a week-long scientific and cultural exhibit throughout Spain

Office Aid, American University, Washington Semester, Washington DC, August 2000-August 2001
- Developed and maintained over 200 student records each semester
- Organized communications with students enrolled in the program

Intern-Congressional Aid, Representative Rick Boucher, Washington, DC, January 2000-May 2000
- Maintained contact between Congressman Boucher and constituents
- Researched relevant news articles on the Congressman's activities, which were used to create press kits

# MILITARY EXPERIENCE

Radio Operator, United States Marine Corps, USA, August 1994-August 1998
- Received an Honorable discharge in 1998
- Taught classes on the operation of radio equipment
- Supervised 4-6 Marines in the Officer Uniform Service Facility while serving on the USS Kearsarge
- Participated in Operation "Guardian Retrieval" to evacuate diplomats from Zaire (1997)

# COMPUTER SKILLS

- Proficient in: Microsoft Word; Excel; Access; Power Point; Word Perfect; Design Pro; Lexis-Nexis; Internet; Thomas Congressional Database; National Security Archives Database  Basic knowledge of HTML and SQL

  

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, | ) |
| Plaintiff, | ) Civil Action No. 06-0455 (GK) |
| v. | ) |
| AMERICAN UNIVERSITY, | ) |
| Defendant. | ) |

### AFFIDAVIT OF CAROLINE S. COOPER

I HEREBY CERTIFY that on this 26th day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Caroline Schaefer Cooper.

2. I am employed by American University as a Research Professor in the School of Public Affairs and Associate Director of the Justice Programs Office (JPO) in the School of Public Affairs.

3. In this position, I and Joseph A. Trotter, Jr, Director of the JPO, make the personnel decisions for all positions at the JPO, including job position No 2914: Research Assistant.

4. We initiated the hiring process for job position No. 2914: Research Assistant on or around January 2005.

5. In response to our recruitment efforts for job position No. 2914: Research Assistant. I do not recall how many applicants we received.

6. I do not recall Joseph Slovinec's resume for this position. It may have been sent with other resumes but was not given any further consideration because Mr. Slovinec did not meet the basic requirements for the position. In addition, he states on his resume that his position objectives are to obtain an entry level in "writing, editing, education communications, public administration business or real estate development." This position involved none of those elements and therefore I would have disregarded his resume based on this point alone.

1

7. While I do not recall Joseph Slovienc's resume, I did have a chance to review his resume attached as Exhibit A. Based on the attached resume, he would not have been a proper fit for this position because the position was an administrative one requiring, among other credentials, substantial office and project management experience and familiarity with various data bases necessary to monitor, manage, and analyze a variety of programmatic and fiscal information relevant to the various sponsored projects conducted at the JPO under contract with the U.S. Department of Justice and other government agencies and organizations and, in particular, the Drug Court Clearinghouse project which we administer for the U.S. Department of Justice. Mr. Slovienc's resume indicated no experience or expertise whatsoever with project management functions and or data base software other than Windows 95 relating to nursing home/Medicaid eligibility functions.

9. We hired Aaron Madhavan in the position. Mr. Madhavan holds a B.A. in political science from the School of Public Affairs at American University and had extensive computer skills, including microsoft word, excel, access, powerpoint, word perfect, design pro, lexus nexus and web maintenance and development functions – all critical aspects of the JPO's needs and required for the position. His prior experience as manager of a small restaurant and the YMCA Youth and Government Office for several years also was a determining factor since this experience evidenced his ability to manage and perform multiple tasks simultaneously and meet deadlines. He had also performed webpage design functions for the YMCA, also a critical function of the position. Mr. Slovinec's resume reflected none of this type of experience or expertise.

10. While at the University, and at JPO in particular, we have hired employees over the age of 40 on a number of occasions. We have recently hired another employee over the age of 40 who will begin employment tomorrow. In addition, we retain and work closely with a large pool of consultants under long-term contracts, almost all of whom are over the age of 40.

_____
Caroline S. Cooper

STATE OF __MARYLAND__,

CITY\COUNTY OF __MONTGOMERY__: to wit:

SUBSCRIBED AND SWORN TO before me this __30__ day of __October__, 2006.
2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __06/06/2010__

2

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                                     July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.                         1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser                                                                  1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                               1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                               1994
Intern – Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                                            1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                             1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.
EDUCATION
George Washington University, Washington, D.C.                                        Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes                                                                 2003-
    Hospitality Management and Business classes                                       2000-2001
DePaul University, Chicago, IL                                                        1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                                1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                              1980
    Bachelor of Arts    Major: Government and International Studies    Honors Student

DEPOSITION EXHIBIT /
Slovinec
9/27/06 RW

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                                      1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                    1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                              1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984.  Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                         1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war.  Author of article about non-nuclear
    arms control.  Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University..

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and            1997
New York, NY
    "Second Term Presidents in U.S. History."  Introduction to Winter 1997 edition included a note
    about research on this paper.  My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions.  Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research:  Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President 1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter for a charity, press kits on educational computer program for DePaul class, backgrounders, short television commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                                1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.