## POSITION QUESTIONNAIRE

### A. General Information

Name of Incumbent: n/a

Date: 10/19/2001

Phone #:

Position Title (Formal): Administrative Assistant, ~~Marketing~~
(Functional): Administrative Assistant, Marketing

Current Position No.:

Supervising Position Title: Marketing Coordinator

Supervisor's Name and Phone #:

Home Department: WSWCP

Home Dept. No.:

### B. Position Summary
(The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.): This position acts as a liaison between WSWCP and its constituents especially students and office visitors. The AA, Marketing will answer incoming phone calls from said constituents, greet students and visitors to the office, record information requests from students, perform data entry, and maintain e-mail communications with students. This position will report directly to the marketing coordinator of the WSWC Programs.

### C. Organizational Characteristics
(Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g.,

This position reports directly to the marketing coordinator and works closely with the marketing assistant. The individual acts as the main and often first point-of-contact with prospective students for all WSWC programs and works to effectively answer their questions, provide information, and channel calls to the appropriate personnel within the office. Individual must have superb communication skills and positive attitude.

AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.): See attached.

### D. Principal Accountabilities
(This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.



EXHIBIT 18

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

The position provides administrative assistance to the marketing department for the Washington Semester and World Capitals Programs to fulfill information needs of prospective students and other constituents. Core responsibilities include greeting students and office visitors and answering incoming calls from program constituents in receptionist function. Position will record prospective student and other phone- and internet-generated information requests and will enter such requests into a database form. Position will also determine nature of incoming calls, answer general questions, and connect individuals to appropriate staff if necessary. Additional responsibilities include student liaison activities-- particularly e-mail communications. Position also responsible for coordination of incoming deliveries such as courier services and mail delivery to WSWC programs. Position may offer opportunity to write press releases, contribute to copy editing, and basic publication design, depending on incumbent's skills.

ADA "Essential" Functions:
1. (65% of Time) Answering incoming phone calls for Washington Semester, World Capitals, Summer Internship, Global Degree, and WINS Program students and other constituents. Providing information to callers and connecting callers to appropriate personnel if necessary. Greeting visitors to WSWCP offices, answering their questions and determining their needs, and informing WSWCP staff of visitors.

2. (15% of Time) Recording telephone information requests for information from prospective students and member representatives. Entering such requests into database. Data-entry of BRC (business replycards) and on-line information requests.

3. (10% of Time) Answering e-mail questions received by students from general e-mail account and forwarding e-mails with very specific questions to appropriate personnel. E-mailing prospective and accepted students as requested by marketing coordinator to build relationship with students.

4. (05% of Time) Coordinate basic front desk operations including incoming mail and courier deliveries and conference room reservation log.

5. (05% of Time) Basic marketing functions such as envelope stuffing for small mailings, as secondary responsibility and as time permits.

ADA "Non-Essential" Functions:
6. (--% of Time)

E.  **Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

n/a

F.  **Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience.* The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

Position requires an associates degree, a bachelor's degree is preferred. Applicant must have strong organizational, communication, and computer skills (mainly e-mail and database). Ability to write clearly and succinctly is a must, as is a friendly and positive attitude. Individual should like working with people and have superb telephone skills. Customer service and/or receptionist experience is desirable.

G.  **Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

H.  **Approval, Authorizing Signatures:**

Incumbent  n/a

Supervisor ████████

Department Head ████████

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.



HIRED APPLICANT

## OBJECTIVE

To acquire a full/part time position involving data entry, customer service, light typing, and/or other office tasks that will allow me to expand my knowledge in the field of administration, or customer service as well as achieve my professional and educational goals.

## EDUCATION

Northern Virginia Community College                                     2002 - 2003
Music, Mathematics

West Potomac High School                                                1998 - 2002
General Studies

## EXPERIENCE

**American University**                                                 2004-Present
*Production Assistant*

- Copy materials for mass mailings
- Sort and stuff envelopes for mass mailing
- Stocking, re-stocking materials in mailrooms
- Up-keep of the supply cabinets, and the lounge areas

**Ritz Camera**                                                         2003-Present
*Data Entry Clerk*

- Enter broken camera's into the Ritz Camera's service system and database
- Research Expanded Service Policy numbers, and purchase and expiration dates
- Conduct detailed examination of inventory for any critical external damage, as they come in for repair
- Package units safely into boxes and ship broken units to manufacturers, as well as repaired unit to the stores
- Responsible for researching for and processing units that have been holding, in our repair center for estimate approval, or refusal, as well as units that have been deemed uneconomical to repair by our service technicians, and need to be sent to their respective manufacturers

**Telesec Corestaff**                                                   2002-2003
*Administrative Temp*

*File Clerk* - Repair Dept
- Filed repair tickets in numerical order
- Pulled tickets for repaired units to be billed and sent back to the store
- Faxed estimate approval/refusals to manufacturers, as they came in
- Light billing, for manufacturers that sent units directly back to the stores
- Entered broken units into database
- Light clerical duties

**American University**                                                                 1997
*Office Assistant*

Responsibilities included photo copying, filing, sorting, mass mailing, front desk reception, and light manual labor.

## Volunteer Experience

**Bethesda International Church of the Lord Jesus Christ**
*Music Department, Musician*
Keyboards, Assistant Choir Director
*Youth Department, Secretary*
Meeting minutes, group emails, draft letters, general administrative duties

**Bucknell Elementary School**
*Teacher's Aide*
Assisted students with developmental and behavioral challenges with their afternoon activities.

**West Potomac High School**
*Teacher's Assistant - Women's Choir*
Responsible for copying music for 50+ women and assisting the teacher with directing, such as warm-ups, rehearsing music, etc.

*Office Assistant - Main Office*
Responsible for answering phones, transferring calls to their respective destinations, mass mailing, and greeting visitors of the main office and guiding them to the appropriate destination.

*Administrative Assistant - Assistant Principal for 9th Grade*
Responsible for filing documents by student name, pulling problem students from classes to meet with the assistant principal, running documents between offices, and receiving mail for the assistant principal.

*Student Director - Colonial Singers*, advanced mix ensemble.
Responsible for teaching and rehearsing music during class time. Directed the group at various engagements.

Today's date: 9/30/04
Date available to begin work: ASAP

# American University
WASHINGTON, DC

HUMAN RESOURCES
4400 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20016-8054

An equal opportunity/affirmative action university

## APPLICATION FOR EMPLOYMENT

Name: last / first / middle — [redacted]
Social security number: [redacted]
City / Zip: [redacted]
Campus address / Hall / Room number / Campus extension: [redacted]
Home phone: [redacted]
Business phone:
Name and phone number of local person who would take a message if we are otherwise unable to contact you:

Are you currently enrolled as an A.U. student? ☐ Yes  ☒ No
If yes, number of hours:
If hired, will you be able to provide authorization of your right to work in the U.S. for American University? ☒ Yes  ☐ No
Job that you are seeking: ☒ Full-time  ☐ Part-time

Position you are seeking:
4041 - Administrative Assistant

## EDUCATIONAL RECORD

| | School name and address | Circle last grade completed | Major course | Did you graduate? | Degree or certificate |
|---|---|---|---|---|---|
| High School | West Potomac High School, Alexandria, VA | 1  2  3  ④ | General Studies | yes | diploma |
| College or technical schools | Northern VA Comm Coll, Alexandria, VA; Montgomery College Rockville, MD | ①  2  3  4 | Music Math | no | |
| Graduate School or other special school | | 1  2  3  4 | | | |

# EMPLOYMENT RECORD

Beginning with your present (or last) employer, list all previous employment, including military service. (For military service, do not include type of discharge.)
Please complete all sections of this page, even if you have enclosed a resume.

**1**
- Name of employer: Childrens National Medical Center
- Address: Washington, DC
- Type of business: Medical
- Immediate supervisor: [redacted]
- Supervisor's title and telephone number: [redacted] — Admin. Manager
- Title of your position: Medical File Clerk - Temp
- Reason for leaving: Presently Employed
- Starting date: 9/15
- Final date:
- Starting pay: 10.50
- Final pay:
- Hours worked per week: 40
- Duties: Filing medical files, answering telephones, booking appointments, registering patients to be seen by doctors, breaking down files to be filed.
- May we contact your present employer? [X] Yes  [ ] No  [ ] Please call me first.

**2**
- Name of employer: American University
- Address: Washington DC
- Type of business: Education
- Immediate supervisor: [redacted]
- Supervisor's title and telephone number: Production Assistant
- Title of your position: Production Assistant - temp
- Reason for leaving: Temperary as needed
- Starting date:
- Final date:
- Starting pay: 8.00
- Final pay: 8.00
- Hours worked per week: 20
- Duties: Responsible for copying, stuffing folders for incoming students. Decorating for upcoming events.

**3**
- Name of employer: Ritz Camera
- Address: Beltsville, MD
- Type of business: Photography
- Immediate supervisor: [redacted]
- Supervisor's title and telephone number: National Service Manager
- Title of your position: Data Entry Specialist - Repair dept.
- Reason for leaving: found better pay
- Starting date: 9/17/03
- Final date: 9/8/04
- Starting pay: 9.00
- Final pay: 9.00
- Hours worked per week: 40
- Duties: Responsible for entering broken camera's into their Ritz service system. I sent units to their respective manufacturers to be repaired.

**4**
- Name of employer:
- Address:
- Type of business:
- Immediate supervisor:
- Supervisor's title and telephone number:
- Title of your position:
- Reason for leaving:
- Starting date:
- Final date:
- Starting pay:
- Final pay:
- Hours worked per week:
- Duties:

## GENERAL INFORMATION

Have you ever been suspended, discharged or asked to resign from a job? If yes, explain:
no

Have you ever been convicted of a crime, apart from traffic offenses? If yes, explain:
no

Have you ever been employed by American University? If yes, give dates and departments:
yes.   Washington Semester 7/04 – 9/04

Are you related to anyone employed by American University? If yes, please give employee's name and relationship:
no

What source referred you to American University for employment? (Please be specific)
website, ▮▮▮▮▮ – AU employee

## JOB RELATED SKILLS

Typing speed: 40 wpm
Bookkeeping: ☐ Yes ☒ No
Foreign language skills: none

Computer/Word Processing Skills

Platforms: ☐ IBM - DOS  ☒ IBM - Windows  ☐ Macintosh  ☐ Other ____

Software: ☐ Access  ☒ Excel  ☒ Microsoft Word  ☐ Paradox  ☐ Quattro Pro  ☒ WordPerfect  ☐ Other ____

Professional license or certificate: ____   State of issue: ____   Expiration date: ____

Do you have a valid motor vehicle operator's license? ☒ Yes ☐ No   State: MD   License number: ▮▮▮

What are your immediate and long-range career goals?
My immediate career goals are to be employed in an environment that will allow me room to grow and is fun. Long term is to be teaching.

Please explain briefly why you are applying for employment at American University.
I believe this position will give me the opportunity to meet new people, learn new things, and help me grow academically.

List any reasons known to you why you might be unable to perform consistently and promptly any of the duties of the job(s) for which you are applying

---

**PROOF OF U.S. CITIZENSHIP OR IMMIGRATION STATUS WILL BE REQUIRED UPON EMPLOYMENT**

### UNDERSTANDING AND ACKNOWLEDGEMENT OF TERMS AND CONDITIONS

I understand and agree to the following:

1. To the best of my knowledge the information on this application is correct and complete. I understand that any misrepresentation or omission of material, or references unsatisfactory to the University, are sufficient cause for rejection of this application or termination of employment without notice.
2. I authorize the University to make appropriate inquiries to verify the information contained herein, including contacting my past employers.
3. I understand that appointment to employment at the University is not continuous, and can be terminated at will by the University at any time for any reason deemed by the University.
4. I understand that the University may require a physical examination as a condition of appointment or of continuing employment and I agree to submit to such examination if requested.
5. If appointed, I agree to abide by all rules, regulations, etc. affecting employment at the University, and understand that violation of those rules and regulations could result in termination of my employment.

Sign: ▮▮▮   Date: 9/30/04

members of the campus community is of vital concern to American University. Public Safety provides an Annual Security Report that is ▮▮▮ to all community members. This report contains information on safety and security, crime prevention, authority of University Police, crime reporting policies, campus disciplinary procedures and crime statistics for the most recent three-year period. Copies are available by calling Public Safety at (202) 885-2566 or on the internet at: http://www.american.edu/handbook/security.html

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0455 (GK) |
| ) | |
| v. ) | |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF NICOLE GREENE ROBINSON

I HEREBY CERTIFY that on this _30_ day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Nicole Greene Robinson.

2. I was employed by American University as the Director of Marketing, Washington Semester Program.

3. In this position, I made the personnel decisions for job position 4041, Administrative Assistant.

4. I initiated the hiring process for job position 4041, Administrative Assistant on or around October 9, 2004.

5. I do not recall the number of applications I received for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall seeing Joseph Slovenic's resume, I did have a chance to review his resume attached at Exhibit A in preparing this Affidavit. Based on the attached resume, he does not meet the preferred skills for the position because he does not have customer service or receptionist experience. In addition, he states as his objective on his resume the attainment of a new entry level position in "writing, editing, education communications, public administration business or real estate development." This position was administrative and I would have disregarded his resume based on this point alone.

1

8. The position was posted on the AU Careers website, washingtonpost.com, and an e-mail was sent to the staff listserv stating that position was available and that all were welcome to apply. I selected several applicants to interview based on their experience with receptionist duties, customer service duties, or a unique knowledge of American University.

9. The person hired for job position 4041, Administrative Assistant, had both receptionist experience and specific knowledge of American University and the Washington Semester Program. Specifically, he had relevant receptionist experience at the Children's National Medical Center, as well as prior administrative experience with the Washington Semester Program at American University as a Production Assistant and an Office Assistant. Finally, on his resume he included "data entry, customer service, light typing, and/or other office tasks" as part of his objective, which was a good match for the position.

_____   _11/30/06_____
Nicole Greene Robinson                DATE

# JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, IL 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

## HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

## PROFESSIONAL EXPERIENCE

Illinois Department of Human Services, Chicago, IL                                July 1999-June 2000
**Social Services Career Trainee**
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.                    1998-2003
**Real Estate Sales Associate**
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
**Enumerator/Canvasser**                                                          1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                           1999
**Substitute Teacher**
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                           1994
**Intern – Archives and Manuscript Section**
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, IL                                         1988
**Adjunct Professor**
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                         1986-1992
**Clerk**
Performed financial accounting of fees and record keeping tasks.

## EDUCATION
George Washington University, Washington, D.C.                                    Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    **Education classes**                                      2003-
    **Hospitality Management and Business classes**           2000-2001
DePaul University, Chicago, IL                                                    1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                            1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                          1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student


DEPOSITION EXHIBIT /
Slovinec
9/27/06 RW

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                                         1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                         1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                                    1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                              1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and         1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

**Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.**
Francis Parker School, Chicago, IL                                                                                                           1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.