# POSITION DESCRIPTION

## GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Date | October 1, 2004 | Current position no. | 5412 |
| Name of incumbent | VACANT | Incumbent's ext. | [redacted] |
| Position title (formal) | Shared Goals Lead Researcher | | |
| Position title (functional) | | | |
| Manager's name | [redacted] | Manager position no. | |
| Manager's position title | Dean School of Education and CAS Assistant to the Dean | Manager's ext. | [redacted] |
| HR Representative name | | HR Representative ext | |
| Department | School of Education | | |

**B. POSITION SUMMARY** (The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

The person in this position will work to assure that the objectives of the *Shared Goals* grant from the Washington, DC, State Education Agency are met. The lead researcher will refine the research design, develop the data collection instruments, oversee the database development and data analysis, and write the project reports for the *Shared Goals* grant.

This position requires self-direction *one-year*

*This position is a grant funded position*

**C. ORGANIZATIONAL CHARACTERISTICS** (Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS DESCRIPTION.):

This position reports directly to the Dean of the School of Education and to the Assistant to the Dean of the School of Education. There will be a Graduate Assistant assigned to the Lead Researcher who reports to he/she for specific projects and activities. The position will be pivotal to the fulfillment of the documentation requirements for The School of Education's tracking of data and other information needed as evidence for project completion and project reports.

**D. PRINCIPAL ACCOUNTABILITIES** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs ... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

American University Human Resources 5/02

EXHIBIT 19

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

The goals for this one-year position are to meet the goals of the Shared Goals project, which are:

- Explore the role of Professional Development Schools within the context of the NCATE Continuum of Teacher Preparation and Development (Quality Assurance Model);
    - Examine the elements of professional development for teachers at each level of the quality assurance continuum;
    - Give voice to teachers along the continuum in terms of their perspectives on the development of teacher candidates;
    - Describe the ways in which student outcome data informs decision making by players throughout the continuum.
- Examine the use of technology to streamline the process of providing induction, mentoring and clinical faculty to it teachers – create an ideal situation/space where teachers can experiment with new methods, watch other teachers and have access to opportunities;
- Explore ways to break down the vertical model of professional development that goes from higher education institution to school to teacher to student;
- Look at the philosophies of leadership at each professional development school and how those philosophies affect the way the school functions;
- Relate philosophies and goals of PDSs in the District of Columbia schools to NCATE standards.
- Develop a blueprint for a feasibility study for a Center for Professional Development Schools.

The lead researcher will develop a mechanism for linking authentic assessment of student achievement to enhanced teacher performance and examine the components of effective PDS relationships. Using information from observation and discourse analysis to focus groups, surveys, interviews and document analysis techniques, the Lead Researcher will present data about Professional Development Schools and the relationship to high-quality teacher development.

ADA "Essential" Functions:

1. Percent of Time:
   15 %

> Develop data collection instruments or mechanisms for linking authentic assessment of student achievement to enhanced teacher performance and examine the components of effective PDS relationships. Through traditional and technology based methods, the Lead Researcher will identify, collect, and analyze both qualitative and quantitative data that relate to the experiences of teachers, teacher-candidates and teacher-educators in PDS and non-PDS settings.

2. Percent of Time:

    15 %

Oversee database development and direct data collection, including coordinating with the technology consultants to ensure that all necessary data collection tools are in place, and will keep track of data that is collected for analysis.

3. Percent of Time:
    30 %

Collect and analyze both qualitative and quantitative data that relate to the experiences of teachers, teacher-candidate and teacher-educators in PDS and non-PDS settings. As part of the data analyses, the lead researcher will work with local education agencies and university to examine current PDS practices, relate those practices to established standards of practice, and describe how PDS relationships impact teacher learning.

4. Percent of Time:

    25 %

Write project reports that meet the requirements outlined by the Shared Goals grant. These reports shall include a record of activities completed and time spent to complete each activity. Reports will explain the data collection instrument that was created, what data was collected, as well as an analysis of the results of data collected. These reports will include an explanation of current PDS practices in local education agencies and universities, and it will address how those practices are related to established standards of practice. The final report will determine, based on data collected and analyzed, how PDS relationships impact teacher learning, and will be prepared for publication and presentations at national conferences.

5. Percent of Time:

    15%

Oversee and supervise research assistant and coordinate with the technology specialist and technology consultant to ensure that all requirements of the grant are met. The lead researcher will be responsible for delegating responsibility to the research assistants and ensuring that their assignments are completed in a timely and acceptable manner. The lead researcher will also communicate regularly with the technology specialist and technology consultant to ensure that the proper data is being collected so that the goals of the grant are being successfully met.

E. **DIMENSIONS** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

> The position coordinates the day-to-day operation of the Shared Goals grant, which includes the objectives stated above as well as the management of portfolio development system to support teacher development. The position involves direct supervision of a research assistant and ongoing coordination with The Dean of the School of Education and Director of Teacher Education, as well as supervision of technical consultants and graduate students for specific projects and tasks.
> These data, collected via traditional and technology-based mechanisms will

give insight into current PDS relationships in order to build the capacity for meaningful new PDS partnerships.

---

**F. MINIMUM QUALIFICATIONS** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*, not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

Qualifications include a Ph.D. (or equivalent graduate coursework or experience beyond the Masters) in the Social Sciences and/or a high level of research experience. Must be skilled in questionnaire design, qualitative and quantitative research, and data analysis. K-12 experience is preferred. Must be technologically proficient. An understanding of teacher licensure systems is also desired. Strong writing and communication skills are required.

---

**G. ADDITIONAL INFORMATION ABOUT THE POSITION** (Any additional aspects, not covered above, relevant to the position.):

---

**H. APPROVAL, AUTHORIZING SIGNATURES:**

| | |
|---|---|
| Incumbent | Date |
| Supervisor | Date |
| HR Representative ████████ | Date 1/27/05 |
| Department Head | Date |

Include an organizational chart that depicts this position's place within the organizational unit and includes the names and titles of this and other positions in the department. You may also attach an existing job description for this position and any other documentation which may provide an understanding of the nature of the position.





## OBJECTIVE

- *Lead Researcher, Shared Goals (5412)* position allowing for practice of demonstrated evaluation, research design, communication, organizational and interpersonal skills

## PROFILE

- **Motivated, personable professional.** Diplomatic and tactful with professionals and nonprofessionals at all levels. Ability to quickly master technology.

- **Flexible and versatile** – able to maintain focus and remain optimistic and persistent while dealing with pressure in an effective manner. Poised and competent with demonstrated ability to thrive in deadline-driven environments.

## SKILLS AND KNOWLEDGE SUMMARY

- Excellent knowledge of research methods and design (Quantitative, Qualitative, Survey and Evaluation Research, Data Analysis)
- Proficiency with SPSS statistical analysis software
- Computer proficiency (Word, Excel, Access, WordPerfect, PowerPoint, Internet, Adobe, Windows, MAC)
- Experience with large data sets and survey research
- Excellent Oral and Written Communication skills
- Strong attention to detail with superior multi-tasking abilities
- Excellent Project Management, Administrative and Supervisory skills
- Organizational, Conceptual and Analytical skills
- Customer Service and Interpersonal skills
- Typing (approx. 40 wpm) and Data Entry

## EDUCATION

01/2001-12/2004   **Ph.D., Sociology**
Virginia Polytechnic Institute and State University
Blacksburg, Virginia
*Dissertation*:   "Exploring Educational Initiatives in Nanotechnology Networks"
*Honors and Awards*: Graduate Assistantships (01/2001-12/2004)

| | |
|---|---|
| 08/1997-12/1999 | **MA, Sociology**<br>Morgan State University<br>Baltimore, Maryland<br>*Thesis*: A Quantitative Study of Selected Social Variables and Religiosity Among Two Religious Communities in Baltimore<br>*Honors and Awards*: Distinguished Scholar Award for Outstanding High Academic Achievement (May 1999) Graduate Assistantships (08/1997-05/1999) |
| 08/1991-05/1995 | **BBA, Business Administration** (concentration in Management)<br>Andrews University (extension campus at Caribbean Union College)<br>Port of Spain, Trinidad<br>*Honors and Awards*: Cum Laude; Dean's List (1993-1995) |

## RESEARCH-RELATED EXPERIENCE

06/2002-01/2005    **NSF Program Evaluator**, Virginia Tech/Geosciences Department
- Served as external assessor on a National Science Foundation (NSF) funded series of summer workshops that brought Virginia Tech geo-scientists and high school science teachers together to develop nanotechnology K-12 curriculum.
- Developed interview schedules for various stakeholders and conducted qualitative research techniques such as in-person, telephone and focus group interviews and field site visits.
- Analyzed and assessed effectiveness of project administration, activities and goals, identifying project weaknesses, strengths, policy implications, advising project leaders, making recommendations to participants regarding improvements, ensuring that project goals were adequately achieved.
- Wrote annual summative and formative evaluation reports for submission to stakeholders including the National Science Foundation, principal research investigators, project directors, scientists and high school teachers.

08/2002-12/2002    **Graduate Research Assistant**, Virginia Tech/Department of Sociology
- Performed quantitative data analysis for substance abuse study using statistical procedures in SPSS (frequency distributions, calculation of rates, measures of central tendencies and significance testing).
- Generated charts, tables and graphs (SPSS and Excel) for presentation of study findings for drug court officials.
- Conducted routine literature reviews and internet searches to monitor funding sources and to support proposal development efforts.

06/1998-12/2000    **Research Associate**, Morgan State University National Transportation Center/Maryland Motor Vehicle Administration
- Developed, administered and analyzed motorcycle safety training surveys, questionnaires and data collection instruments.
- Developed telephone interview schedules and conducted interviews with study participants.

- Created, organized and managed computer databases (SPSS, Excel and Access) and all project files (email and written correspondence, archives, literature reviews, reports, papers, bibliographies, etc).
- Collected, coded, cleaned and tabulated statistical data.
- Conducted quantitative data analyses using statistical procedures such as frequency distributions, calculation of rates, measures of central tendencies, significance testing and other intermediate statistical techniques.
- Assisted project investigators in preparing, writing and presenting annual and interim reports for use by Maryland Motor Vehicle Administration (MVA) officials.
- Supervised a research team of six undergraduate student workers.
- Provided general administrative and clerical support for the research function.

08/1997-05/1999         **Graduate Research Assistant**, Morgan State University/Department of Sociology
- Generated charts, tables and graphs for grant proposals and presentations.
- Worked with Department Chair and an instructor to develop literature reviews, article summaries, bibliographies, archives and other research materials in support of proposal development.
- Gave general and clerical support such as typing, answering phones, faxing and filing to Sociology Department.
- Assisted in editing and proofreading articles, office correspondence and reports.

## OTHER PROFESSIONAL EXPERIENCE

08/2003-12/2004         **Presidential Aide**, Virginia Tech/Department of Sociology
- Provided administrative support to the Southern Sociological Society (SSS) President.
- Coordinated and managed new committee member assignments.
- Served as liaison between committee members and the President to address inquires via email.
- Tested and utilized automated software to develop the annual SSS meeting program.
- Assisted President in preparation of society's annual meeting, committee structure issues and data entry.
- Monitored and scheduled President's "To-Do-List" to ensure tasks were completed in a timely manner.

05/2004-07/2004         **Faculty Instructor**, Virginia Tech/Department of Sociology
- Taught an undergraduate class (*Social Problems*) of approximately 25 students.
- Assisted students in their learning process by selecting appropriate course textbooks, utilizing appropriate staff resources, materials, facilities and educational technologies, preparing appropriate lesson plans and developing a course outline and syllabus.

12/2002-05/2003         **Teaching Assistant**, Virginia Tech/Department of Sociology
- Assisted the course Instructor (*Social Inequality*) in all areas of instruction and classroom management such as classroom discussions, group activities and individual questions.
- Helped students understand course materials and solve homework problems, holding office hours, setting and grading student work.
- On occasion, taught class as sole instructor.

07/2001-07/2002    **Managing Editor**, Virginia Tech/Department of Sociology
- Served as copy editor for the scholarly peer-reviewed science and technology sociology journal (Science, Technology and Human Values), overseeing and coordinating all aspects of development process from manuscript through printed pages.
- Duties included receiving and filing authors' manuscripts, maintaining electronic status reports, serving as the "go to" person for status requests and Editor's final decisions, tracking responses, following up with reviewers and authors, managing manuscript tracking system, managing correspondence with authors, reviewers and the Editor.
- Created and managed computer databases (Excel and Access) to compile and maintain accurate records for the Journal and to monitor the review process.
- Selected appropriate reviewers, reviewed manuscripts, prepared journal issues for publication such as editing, proofreading and performing typesetting.
- Developed annuals report for editorial board meetings.
- Worked closely with the Editor on various improvement options.

## PUBLICATIONS

Contributor: "Nano2Earth, Introducing Nanotechnology through Investigations of Groundwater: A Curriculum for Secondary Biology, Chemistry, and Earth and Environmental Science Teachers". 2005. Blacksburg, VA: Virginia Polytechnic Institute and State University.

Knefel, Ann Callender and Clifton Bryant. 2004. "Workplace as Combat Zone: Reconceptualizing Organizational and Occupational Violence". Journal of Deviant Behavior, Vol. 25 (6): 579-601.

Perrino, Carrol, Ashraf Ahmed, Ann Callender, Elizabeth Rozier, April Cantwell, Oryne Stewart, Robert Raleigh and Jack Joyce. 2002. "The Role of the Maryland Motorcycle Safety Course on Rider Behaviors and Attitudes". Baltimore, MD: National Transportation Center, 2002.

Perrino, Carrol, Ashraf Ahmed, Ann Callender, Elizabeth Rozier, Elizabeth Callender, Oryne Stewart, and Raina Johnson. 2000. "A Prospective Analysis of Motorcycle Safety Training in Maryland: Methodological Considerations". Baltimore, MD: National Transportation Center.

Perrino, Carrol, Ashraf Ahmed, April Cantwell and Ann Callender. 1999. "Motorcycle Training in Maryland: Preliminary Outcome Analysis of a Prospective Study." Baltimore, MD: National Transportation Center.

## CONFERENCE PRESENTATIONS

March 2003        "Workplace as Combat Zone: Some Conceptual Schemes for Understanding Organizational and Occupational Violence". Southern Sociological Society. New Orleans, Louisiana.

October 2002      "Finding the Big Picture in the Science of Small". Mid-South Sociological Society. Memphis, Tennessee.

April 2002    "A Quantitative Study of the Relationship between Selected Social Variables and Religiosity in Two Adventist Churches in Baltimore". Southern Sociological Society. Baltimore, Maryland.

## PROFESSIONAL SERVICE

2004-Present   Editor, *Active Voices* (interdisciplinary graduate student centered journal for topics on public policy and social change).

2004   Reviewer, *American Journal of Criminal Justice*.

## PROFESSIONAL MEMBERSHIPS

American Sociological Association
Southern Sociological Society
Mid-South Sociological Society
American Association for the Advancement of Science

## OTHER ACCOMPLISHMENTS

Alpha Kappa Delta (International Sociology Honor Society)
Phi Beta Delta (Honor Society for International Scholars)
Phi Kappa Phi (National Honor Society)
The Outstanding Student Honor Society
Andrews University/Caribbean Union College Honors Society

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC, )
)
       Plaintiff, )    Civil Action No. 06-0455 (GK)
)
v. )
)
AMERICAN UNIVERSITY, )
)
       Defendant. )

## AFFIDAVIT OF SARAH IRVINE BELSON

I HEREBY CERTIFY that on this 17th day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Sarah Irvine Belson.

2. I am employed by American University as the Dean of the School of Education, Teaching and Health.

3. In this position, I make the personnel decisions for job position 5412, Lead Researcher, Shared Goals.

4. I initiated the hiring process for job position 5412, Lead Researcher, Shared Goals on or around January 31, 2005.

5. I received approximately 15 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovienc's resume, I did have a chance to review his resume attached as Exhibit A. Based on the attached resume, he would not meet the minimum qualifications for this position because the candidate was required to refine the research design, develop the data collection instruments, oversee the database development and data analysis, and write the project reports for the Shared Goals grant. This required a background, including research and training in quantitative research and the use of statistical analysis software.

8. The position was posted in the Washington Post and on the American University HR website in February of 2005. My colleague, Mary Schellinger, and I reviewed the

1

applications and resumes we received, and conducted interviews in March of 2005 with a total of 3 of the top candidates.

9. The candidate hired for this position had a PhD in Sociology with extensive experience and training in data analysis and experience working with data collection instruments, statistical analysis software and with running focus groups and interviews. She also has a background in Teacher Education and Educational Policy.

10. While at the University, I have supervised or hired employees that were over the age of 40.

Signed: _____   17 NOV 2006
Sarah Irvine Belson


STATE OF _____Maryland_____,

CITY\COUNTY OF _____Montgomery_____: to wit:

SUBSCRIBED AND SWORN TO before me this __17th__ day of __November__, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __09/08/2009__

CHRISTIAN A. VIDELA
Notary Public, Montgomery County, Maryland
My Commission Expires Sept. 8, 2009

2

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                     July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.          1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser                                                    1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                 1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                 1994
Intern – Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                              1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                               1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.
EDUCATION
George Washington University, Washington, D.C.                          Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes                                                   2003-
    Hospitality Management and Business classes                         2000-2001
DePaul University, Chicago, IL                                          1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                  1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student


DEPOSITION EXHIBIT
Slovinec
9/27/06 RL

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                          1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                   1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                                             1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                                1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and                      1997
  New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                      1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.