# POSITION DESCRIPTION

## GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Date | October 1, 2004 | Current position no. | 5422 |
| Name of incumbent | VACANT | Incumbent's ext. | |
| Position title (formal) | TQE Technology Specialist | | |
| Position title (functional) | | | |
| Manager's name | | Manager position no. | |
| Manager's position title | Special Projects Coordinator | Manager's ext. | |
| HR Representative name | | HR Representative ext | |
| Department | School of Education | | |

B. **POSITION SUMMARY** (The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

The technology specialist will work with full and part time university faculty members, staff and School of Education students to ensure that technology is being integrated successfully into methods and content courses and that the students in those classes are fully supported when integrating technology into their classrooms. The Technology Specialist will provide guidance in using technology-based instruction to meet diverse learning needs of students and will support students building their electronic portfolios, including training students and faculty into the use of the online portfolio and assessment management system. The Technology Specialist will serve on the Advisory Board and will be a member of the Professional Development Think Tank. This is a grant-funded position; funding for the second through fifth years is contingent on successful completion of the year's goals and renewed funding.

C. **ORGANIZATIONAL CHARACTERISTICS** (Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS DESCRIPTION.):

This position reports directly to the Special Projects Coordinator along with the Technology consultant. The Technology Specialist will also provide assistance to faculty and students to ensure that they are effectively integrating technology into their coursework and classroom experiences. The Technology Specialist will coordinate with the Technology Consultant(s) to provide training, services and support to students, staff and faculty.

D. **PRINCIPAL ACCOUNTABILITIES** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance

American University Human Resources 5/02


EXHIBIT 20

standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

## ADA "Essential" Functions:

1. Percent of Time:
   25 %

Assisting full and part time university faculty members to ensure that technology is being successfully integrated into methods courses and summer content courses. Work with the Center for Teaching Excellence and other resources to identify specific technology applications for the instruction of literature, life-skills management, mathematics, science, foreign language, social studies, and the arts. Work with School of Education faculty and other academic departments to incorporate strategies for modeling the use of technology in their instruction.

2. Percent of Time:
   25%

Assisting students to ensure they understand how to effectively and efficiently use technology and getting support to help them implement and utilize technology to build their portfolios.

3. Percent of Time:
   20 %

Working with the technical consultant to manage and maintain the portfolio and assessment management systems.

4. Percent of Time:
   15 %

Develop curriculum that replaces a "stand-alone" course on the uses of technology in education with strategies for embedding technology as an instruction tool in methods coursework.

5. Percent of Time:
   10 %

Explore ways technology can be used to create scheduling and delivery models that are conducive to working teachers' schedules, including exploring the use of distance education to maximize the meaningful use of teachers' time.

6. Percent of Time: 5%

Other Duties as assigned.

E. **DIMENSIONS** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student

American University Human Resources 5/02

and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

> The Technology Specialist will coordinate with the university faculty and students to ensure that technology is being effectively integrated into methods courses, that teacher participants are receiving the needed support to integrate technology into their own classrooms, and that teacher participants are receiving needed support during electronic portfolio development as part of a five year $6.4 million program in which 240 teachers will be prepared for licensure and hundreds of additional teachers will pursue coursework in their discipline area, become trained mentors, and prepare for advanced professional assessments. The Technology specialist will coordinate with the Technology Consultants to provide a fully functioning portfolio and assessment management system.

F. **MINIMUM QUALIFICATIONS** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*, not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

> Master's degree in Educational Technology or equivalent experience and education required. Applicants with a bachelor's degree and considerable relevant experience with current educational technologies in a school or university setting will be considered. Must be experienced with Client Server Architecture, Server applications (such as SQL, LDAP, workgroup management, file management and ideally Apple's Open Directory System) and expert with managing open source applications, web design applications such as DreamWeaver, digital and video technologies, and Mac and PC client platforms or have a comparable current skill set. Must have excellent interpersonal and communications skills. An experienced researcher with qualifications typical of advanced graduate students, practicing teachers, academics, or other educational consultants, as well as experience in technology training and support, is preferred.

G. **ADDITIONAL INFORMATION ABOUT THE POSITION** (Any additional aspects, not covered above, relevant to the position.):

H. **APPROVAL, AUTHORIZING SIGNATURES:**

| | |
|---|---|
| Incumbent | Date |
| Supervisor | Date 12/13/04 |
| HR Representative | Date |
| Department Head | Date 12/13/04 |

**Include an organizational chart that depicts this position's place within the organizational unit and includes the names and titles of this and other positions in the department.** You may also attach an existing job description for this position and any other documentation which may provide an understanding of the nature of the position.




## EDUCATION

**COLUMBIA UNIVERSITY – Teachers College** — New York, NY
Master of Arts, Instructional Technology and Media — September 2003 - Present

**CARNEGIE MELLON UNIVERSITY** — Pittsburgh, PA
Bachelor of Science, Information and Decision Systems — 1995 - 1999

## PROFESSIONAL EXPERIENCE

**MCGRAW-HILL – Education** — New York, NY
Project Coordinator — September 2004 – February 2005
- Collaborate with Producers to develop online learning environments and other educational technology media.

**COLUMBIA UNIVERSITY – Teachers College** — New York, NY
Educational Technology Intern — September 2003 – September 2004
- Collaborate with Director and Associate Directors of Career Services and Student Life to ensure optimal functionality of web-sites for student users
- Develop online applications using ASP, SQL, Javascript, and Cascading Style Sheets (CSS)

**NEW YORK STATE TECHNICAL ASSISTANCE PROJECT** — New York, NY
Freelance Web Developer — January 2004 – Present
- Developing an online application and database system using ASP, SQL, Javascript, and SQL Server

**KOREA INSTITUTE OF SCIENCE AND TECHNOLOGY INFORMATION (KISTI)** — Seoul, Korea
Web Developer/Technical Trainer — October 2001 – June 2003
- Developed a community website for a joint project between the Association of Southeast Asian Nations (ASEAN) and the Science and Technology Policy Institute (STEPI) of Korea
- Prepared the curriculum and materials in order to conduct training to the members of ICA in SQL Server and CDS/ISIS

**CVENT.COM** — Arlington, VA
Web Developer — May 2000 - July 2001
- Responsible for large-scale, Internet-based applications
- Translated written requirements into bug-free applications using ASP, COM/DCOM, SQL

**DATASOURCE, INC.** — Silver Spring, MD
Systems Analyst — December 1999 - May 2000
- Gathered functional and design requirements through client interviews and authored technical documentation
- Created logical models, including context flow and process flow diagrams and data dictionaries

Technical Specialist — August 1999 – December 1999
- Created tables, queries, and reports in Access
- Managed teams of technical specialists who tested PCs for Year 2000 compliance

**ALLSTATE INSURANCE COMPANY** — Northbrook, IL
Information Systems Intern — May 1998 – August 1998
- Analyzed data associated with insurance fraud through Data Manipulation Language (DML)
- Assisted VPs, managers and administrative staff in implementing databases in MS Access

## TEACHING EXPERIENCE

Volunteer Teaching at the Kang-Nam Welfare Center in Seoul, Korea — October 2001 – June 2003

## SKILLS

- **Programming:** JAVA, JSP, ASP, SQL, Visual Basic, C++, Java-Script
- **Applications:** SQL Server, Dreamweaver MX 2004, MSVisual Basic, MS Visual InterDev 6.0, MS Access, Novella
- **Languages:** Conversational Korean

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH SLOVINEC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0455 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF DANIELLE GERVAIS SODANI

I HEREBY CERTIFY that on this 17 day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Danielle Gervais Sodani.

2. I am employed by American University as the Special Projects Coordinator for the School of Education, Teaching, and Health.

3. In this position, I make the personnel decisions for job position 5422, EDUCATIONAL TECHNOLOGY SPECIALIST.

4. I initiated the hiring process for job position 5422, EDUCATIONAL TECHNOLOGY SPECIALIST on or around February 9, 2005.

5. I received approximately 23 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovienc's resume, I did have a chance to review his resume attached as Exhibit A. Based on the attached resume, he would not meet the minimum qualifications for this position because we were looking for someone with a degree in educational technology, who has experience training adults and someone who has technological skills with servers, web-based database applications and SQL skills.

8. The position was posted on the American University Human Resources website, in the Washington Post, and in the Chronicle of Higher Education. I received the resumes from Mary Schellinger in the College of Arts and Sciences of who received them from Human Resources. I reviewed the resumes with Sarah Irvine Belson, Dean of the

1

School of Education. I conducted interviews with the four top candidates, called references for the top candidate and choose the most qualified candidate.

9. The candidate hired for this position had a MA in Instructional Technology and Media from Columbia University with experience working at a college of education and with teachers. She also had the technical skills we needed including SQL Server and experience with web-based database applications.

_AG Sodani_____    _11/17/06_____
SIGNATURE                                  DATE

STATE OF __Maryland__,

CITY\COUNTY OF __Montgomery__ : to wit:

    SUBSCRIBED AND SWORN TO before me this __17th__ day of __November__, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __09/08/2009__

CHRISTIAN A. VIDELA
Notary Public, Montgomery County, Maryland
My Commission Expires Sept. 8, 2009

2

# JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

## HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

## PROFESSIONAL EXPERIENCE

Illinois Department of Human Services, Chicago, IL                              July 1999-June 2000
**Social Services Career Trainee**
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.                   1998-2003
**Real Estate Sales Associate**
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
**Enumerator/Canvasser**                                                        1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                         1999
**Substitute Teacher**
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                         1994
**Intern – Archives and Manuscript Section**
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                                      1988
**Adjunct Professor**
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                       1986-1992
**Clerk**
Performed financial accounting of fees and record keeping tasks.

## EDUCATION
George Washington University, Washington, D.C.                                  Spring 2003
   **Writing in Public Relations** class
Roosevelt University, Chicago, IL
   **Education classes**                                                        2003-
   **Hospitality Management and Business classes**                              2000-2001
DePaul University, Chicago, IL                                                  1996
   Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
   Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                          1982
   Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                        1980
   Bachelor of Arts    Major: Government and International Studies    Honors Student

DEPOSITION EXHIBIT
Slovenic
9/27/06 RW

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                           1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                           1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                       1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                  1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and       1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President 1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress for aid.
Intern for Congressman Martin Russo (D-IL) with research on Cyprus, Captive Nations Week, and hazardous wastes In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

**Public relations writing assignments included: news release with biographies of corporate executives, pitch letter for a charity, press kits on educational computer program for DePaul class, backgrounders, short television commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states. Available to work on public relations writing immediately.**
Francis Parker School, Chicago, IL                                                                                        1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.