POSITION DESCRIPTION

**A.    General Information**

Name of Incumbent:        Vacant            Date:

Phone #: 202.885.1690

Position Title (Formal): Academic Advisor      Current Position 
                                                Number: 1068

Supervising Position Title: Senior Associate Dean

Supervisor's Name and Phone #:

Home Department: SIS Academic Affairs            Home Dept. Number:

---

**B.    Position Summary** (The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

This position fulfills a core function in academic affairs working directly with SIS students and the SIS Senior Associate Dean to ensure excellence in the SIS student academic experience. The incumbent provides professional advising for students with regard to curriculum, co-curricular opportunities and program development and supports student satisfaction and designs/implements special programs and events in support of excellence in academic affairs. In addition, this position interprets and implements academic and administrative policies and procedures associated with the completion of SIS graduate programs by students. This position reports directly to the Senior Associate Dean and works with the Director of Undergraduate Academic Affairs and the Manager of Graduate programs. Playing a key role in academic affairs from curriculum planning and review to public communication and graduation clearance, the academic advisor as a member of the Academic Affairs team is key to ensuring a quality learning experience for professional academic programs.

---

**C.    Organizational Characteristics** (Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. **AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.**):


EXHIBIT 21

This position reports to the Senior Associate dean and works with the Director of Undergraduate Academic Affairs and Manger of graduate Programs It carries signature authority for academic actions.

**D.     Principal Accountabilities** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

ADA "Essential" Functions:
1. (50% of Time)
Carries out advising and manages, designs, and implements both on-line and real-time special programs, events for academic affairs and handles matters with a focus on ensuring excellence in academic affairs and high satisfaction in student advising. Special focus on ba/ma populations, undergrad recruitment initiatives, and other target student groups as assigned.

2. (30% of Time)

Has responsibility for supporting internal SIS honors and awards and serving as liaison to funding donors/organizations. Provides support for all SIS academic assessment activities as well as all SIS exchange transcript responsibilities. Implements problem-solving and process improvements to serve SIS students.

3. (10% of Time)
Gathers and analyzes data related to Academic Affairs in support of curricular, co-curricular, and related academic initiatives; ensures excellence and student focus and handles academic affairs content/related websites in support of Director of undergrad. Acad. Affairs and Manager, Grad. Programs.

4. (10 % of Time)

Conducts additional projects as assigned by the Senior Associate Dean which include but are not limited to special recruitment and retention events especially new initiatives/program to attract high quality high school students, executive masters students, etc.

ADA "Non-Essential" Functions:

**E.  Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) **:**

Advises approximately 400 of 1600 new and continuing undergraduate and graduate students. Manages academic affairs planning and administration for assigned fields to support high satisfaction in the SIS Student Life Cycle.

---

**F.  Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

Master=s degree or equivalent required. Minimum of three years administrative, higher education or related experience preferred. Strong student support focus required. Must have strong interpersonal, collaborative, organizational and external representation skills. Initiative, drive, flexibility, capacity for detail, writing excellence, and ability to excel in a multicultural environment.

---

**G.  Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

---

**H.  Approval, Authorizing Signatures:**
Supervisor_____
Executive _____
Dean_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN UNIVERSITY, ) <br> ) <br> Defendant. ) | Civil Action No. 06-0455 (GK) |

### AFFIDAVIT OF NANETTE LEVINSON

I HEREBY CERTIFY that on this 1st day of December 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Nanette Levinson.

2. I am employed by American University as an Associate Professor in the School of International Services ("SIS"). In the Spring 2005, I was the Senior Associate Dean of SIS.

3. As Senior Associate Dean, I was responsible for job position 1058, ACADEMIC ADVISOR.

4. I initiated the hiring process for job position 1058 on or around January 25, 2005.

5. I am no longer in the SIS Dean's Office. I cannot remember the overall number of resumes received but I would estimate that it was probably no less than 50 resumes.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovinec's resume specifically, I do recall reviewing the many resumes that were submitted in connection with the search.

8. SIS suspended the search after concluding that the applicant pool was not well qualified to meet the minimum requirements for the position. To the best of my memory, the position was not filled during my tenure in the Dean's Office.

1

9. I have had a chance to review Joseph Slovenic's resume (attached as Exhibit A) in preparing this affidavit. Based on the attached resume, he does not meet the requirements for this position. As stated in the job description, qualified candidates should have "strong student support focus" experience. Mr. Slovinec did not meet the requirements.

_____
Nanette Levinson

~~STATE OF~~ District of Columbia,

CI~~TY\COUN~~TY OF _____: to wit:

SUBSCRIBED AND SWORN TO before me this 1st day of December 2006, 2006.

_____
NOTARY PUBLIC
Phyllis D. Black
Notary Public, District of Columbia
My Commission Expires 3-14-2010

MY COMMISSION EXPIRES: _____

2