

# POSITION DESCRIPTION

### A. General Information

Name of Incumbent: ███████

Date: February 14, 1997

Phone #: ███████

Position Title (Formal): Customer Relations Representative
(Functional):

Current Position No.: 003594
003592
003593
003591

Supervising Position Title: Manager, Customer Relations

Supervisor's Name and Phone #: ███████

Home Department: Enrollment Service

Home Dept. No.: 016.0016

### B. Position Summary (The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

This position serves as the public's initial contact with American University. It provides support for all inquiries from prospective and current students regarding all aspects of graduate and undergraduate admissions and financial aid as well as a wide range of other inquiries. Acting as the first level of problem resolution, a segment of this job involves responding to complaints and internal oversights. This position requires self direction and minimal supervision.

### C. Organizational Characteristics (Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ..., along with ..., ..., and ... Reporting directly to this position are ..., ..., and ..." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.):

This position reports directly to the Manager of Customer Relations for Enrollment Services. Reporting directly to this position are 3-5 part-time and work-study employees. The nature of this position's role within the organizational unit is to provide information regarding admissions and financial aid procedures, to obtain information from other departments for purposes of



EXHIBIT 22

dissemination, and to assist in maintenance of complete and current admissions inquiry database.

---

**D.     Principal Accountabilities** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs . . . to meet, or accomplish . . ." Statements in this section should include specific "action" verbs, such as "operates," "schedules," "prepares," "calculates," "plans," "organizes," "conducts," etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "nonessential functions." Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

ADA "Essential" Functions:
1. (65% of Time) Provides general information to telephone inquiries, ensures entry of individual data into inquiry system, and refers calls to appropriate members of Admissions and Financial Aid staff. This includes assisting part-time and work-study employees with callers' questions. Ensures that customer concerns have been resolved by following up on inquires. This function is performed to ensure that customer questions are answered promptly and fully.

2. (10% of Time) Provides leadership, support, and training to the part-time/work study customer service team in coordinating work flow and team building to ensure that they are prepared to answer a variety of questions from clients competently. Informs employees of pertinent information from Admissions and Financial Aid. Completes payroll for part-time/work-study employees and schedules employees to ensure proper coverage of phones.

3. (10% of Time) Serve as liaison between this office and either Financial Aid, Undergraduate Admissions, Graduate and International Admissions, or the Office of Special Programs. Provide support in the cross training of the other team leaders, part-time, and work-study employees.

4. (8% of Time) Prepare outgoing faxes and mailings to ensure customer needs are met on a timely basis. Correspond with university departments regarding information for tours, financial aid transcripts, open houses, and overnight trips.

ADA "Non-Essential" Functions:
5. (2% of Time) Transcribe inquiries from voice mail regarding admissions and financial aid. Deliver financial aid transcript inquires to financial aid.

---

**E.     Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate

of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

Directly supervises 3-5 part-time/work-study employees. Answers an average of 150-350 calls per day 60% of which are financial aid related, 25% of which are admissions related, 15% of which are general and widely varying inquiries.

---

**F.     Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

High School/G.E.D., bachelor degree preferred or comparable work experience. Two years leadership, computer, and office experience. Ability to work in both a detail oriented and flexible environment. Excellent verbal communication skills required.

---

**G.     Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

This position requires flexibility to effectively prioritize and respond to different departmental needs as they arise and to stay current and informed of these situations in an effort to best advise both the AU community and the public.

---

**H.     Approval, Authorizing Signatures:**



Incumbent

Incumbent

Supervisor

Department Head



Incumbent

Incumbent

**PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT.** You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.


APPLICANT HIRED

## Education

American University, Washington D.C.  May 2005
BS, Psychology, Minor in Education

Williston Northampton School, Easthampton, MA.  June 2000
College Preparatory School
- Peer Educator

## Work Experience

American University, Customer Relations Representative, Washington D.C.  May 2005-Present
- Functioned as a primary liaison to the university for students and their families
- Entered student inquiries and scheduled tours into Datatel
- Answered emails to the office of Undergraduate Admissions
- Trained and helped manage part-time student employees

American University Admissions Department, Intern, Washington D.C.  Spring 2005
- Analyzed Freshman and Transfer applications
- Calculated transfer credit for transfer students
- Assisted in interviewing potential American University Students
- Communicated with applicants about University events
- Participated in important recruiting events

The Malt Shop, Cook, Washington D.C.  6/2004-Present
- Single handedly prepared and cooked food
- Developed new dishes for the restaurant

Private Family Employment, ABA Therapist, Bethesda, Maryland  Summer 2003
- Lauded by parents for rapport with their Autistic child

Ocean Edge Resort, Grounds maintenance, Brewster, MA.  Summer 2001

Mass. Public Interest Research Group, MASSPIRG representative, Hyannis, MA.  Summer 2001
- Dealt directly with the public on environmental issues.

Boston Household Packing, Crew Leader, Tyngsboro, MA.  Summer 99-00
- Youngest site manager on staff
- Supervised four older employees
- Praised by manager for maturity, reliability, and work ethic

## Extracurricular Activities

Phi Sigma Kappa, Elected to Executive Board, American U, Washington D.C.  Fall 2002
- Pledge Class President
- Rush Chairman
- Chapter Representative to two national conferences

American University, Excel Program Mentor, Washington D.C,  Fall 2001
- Provided peer guidance and counseling to fellow students

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSEPH SLOVINEC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0455 (GK) |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT OF MEGAN CARROLL

I HEREBY CERTIFY that on this 20 day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Megan Carroll.

2. I am employed by American University as the Supervisor, Customer Relations.

3. In this position, I make the personnel decisions for job position 1877, Customer relations representative

4. I initiated the hiring process for job position 1877, customer relations representative on or around March 2005.

5. I received approximately 59 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovienc's resume, I did have a chance to review his resume attached as Exhibit A. Based on the attached resume, he would not be a proper fit for this position because he has no relevant customer relations experience and he clearly states on his resume the objective of attainment of new entry level positions in writing, editing, education communications, public administration business, or real estate development. This position does not have any of these components. . I would have disregarded his resume based on this alone; his objectives coupled with a lack of experience with customer interaction made him a poor fit for the position.

1

8. This position serves as the public's initial contact with American University. It provides support for all incoming inquiries from prospective and current students regarding all aspects of graduate and undergraduate admissions and financial aid. He also had no experience in higher education admissions or enrollment services at the time he applied for the job.

9. I reviewed the resumes that were submitted looking for candidates with customer service (i.e. interaction with the public), and university admissions/enrollment services experience.

10. The candidate selected had experience in customer relations work in several prior jobs; he was working in my office at the time as an intern and had performed exceptionally well. He was also a recent graduate of American University. All of these factors led me to conclude that he was the best candidate for the position.

11. While at the University, I have supervised or hired employees that were over the age of 40.

_____
Megan Carroll


STATE OF ___MARYLAND___,

CITY\COUNTY OF ___Montgomery___: to wit:

SUBSCRIBED AND SWORN TO before me this __20th__ day of __November__, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: ___09/08/2009___

CHRISTIAN A. VIDELA
Notary Public, Montgomery County, Maryland
My Commission Expires Sept. 8, 2009

2

# JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, IL 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

## HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

## PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                July 1999-June 2000
**Social Services Career Trainee**
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.          1998-2003
**Real Estate Sales Associate**
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
**Enumerator/Canvasser**                                          1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                  1999
**Substitute Teacher**
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                  1994
**Intern – Archives and Manuscript Section**
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, IL                                1988
**Adjunct Professor**
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                              1986-1992
**Clerk**
Performed financial accounting of fees and record keeping tasks.

## EDUCATION
George Washington University, Washington, D.C.                        Spring 2003
   Writing in Public Relations class
Roosevelt University, Chicago, IL
   Education classes                                                    2003-
   Hospitality Management and Business classes                       2000-2001
DePaul University, Chicago, IL                                         1996
   Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
   Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                 1982
   Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                               1980
   Bachelor of Arts    Major: Government and International Studies    Honors Student


DEPOSITION EXHIBIT / Slovinec 9/27/06

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                    1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                        1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                       1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                              1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and    1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In  Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                    1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.