# POSITION QUESTIONNAIRE

### A. General Information

Name of Incumbent: Vacant

Date: 07/29/03

Phone #: x2940

Position Title (Formal): Administrative Asst.
(Functional): Receptionist

Current Position No.: 3673

Supervising Position Title: Program Coordinator

Supervisor's Name and Phone #: ████████

Home Department: SPA-Dean's Office

Home Dept. No.:

### B. Position Summary
(The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

The Receptionist position is the initial contact with external and internal visitors to the Dean's Suite at the School of Public Affairs. This position is responsible for all front desk responsibilities, such as answering the phones, greeting visitors, sort incoming mail, order supplies, and answer general questions. This position will assist the Dean's Office in various activities such as mail merges, receiving responses from invitations, and special projects. This position provides vacation and lunch relief and other forms of assistance to the Executive Assistant to the Dean.

This position requires general supervision though certain assignments will require more self-direction.

### C. Organizational Characteristics
(Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e.g., "This position reports directly to ...., along with ...., ..... and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.):

This position reports directly to the Program Coordinator in the Deans Office at the School of Public Affairs. ~~This position reports indirectly to the Executive Assistant to the Dean.~~ The Executive Assistant to the Dean may perform as the supervisor in the absence of the Program Coordinator or on matters that are directly related to the Dean.

### D. Principal Accountabilities
(This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function.

EXHIBIT 23

The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.

ADA "Essential" Functions:
1. (65% of Time) **Receptionist Duties**
Handle incoming calls; greet and direct visitors to office; prepare mail for pick-up and distribute incoming mail; order supplies for Dean's Office

2. (35% of Time) **Special Assignments**
Assist in coordinating events sponsored by the Dean (rsvp list, mailings); maintain mail merge lists, faculty/staff directories; vacation/lunch relief for Executive Assistant

3. (0% of Time)

4. (--% of Time)

5. (--% of Time)

ADA "Non-Essential" Functions
6. (--% of Time)


E.  **Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :
Process timesheets and paychecks/deposit advice forms for 30 full-time staff and 50 part-time and student employees
Answer approximately 400 phone calls per week
Greet approximately 50 visitors per week to the Dean's Suite area


F.  **Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing

activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree or *equivalent in training or experience*. The requirements here are *minimum entry* requirements for the duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

High school diploma required with work towards college degree highly desirable
1-2 years work experience in an office environment required; college work can substitute for work experience
Excellent interpersonal skills, oral and written skills required
Demonstrated competency in Windows based computer programs, especially word processing and spreadsheets required

G. **Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position): This is a 35 hour per week position. Office hours are 9:00 am to 5:00pm so flexible work schedule is not available.

H. **Approval, Authorizing Signatures:**

Incumbent

Supervisor

Department Head

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.

| Today's date | |
|---|---|
| Date available to begin work | |

# AMERICAN UNIVERSITY
W A S H I N G T O N,  D C

HUMAN RESOURCES
4400 MASSACHUSETTS AVENUE, NW
WASHINGTON, DC 20016-8054

An equal opportunity/affirmative action university

**APPLICANT HIRED**

# APPLICATION FOR EMPLOYMENT

| Name | last | first | middle | Social security number |
|---|---|---|---|---|
| Permanent address | Number and street | City | State | Zip |
| Campus address | Hall | Washington, DC | | |
| | | Room number | | Campus extension |
| Home phone | | Business phone — cell | | |
| Name and phone number of local person who would take a message if we are otherwise unable to contact you: | | | | |

| Are you currently enrolled as an A.U. student? ☐ Yes ☒ No | If yes, number of hours: | If hired, will you be able to provide authorization of your right to work in the U.S. for American University? ☒ Yes ☐ No | Job that you are seeking: ☒ Full-time ☐ Part-time |
|---|---|---|---|

Position you are seeking: Administrative Assistant, SPA Dean's Office

## EDUCATIONAL RECORD

| | School name and address | Circle last grade completed | Major course | Did you graduate? | Degree or certificate |
|---|---|---|---|---|---|
| High School | St. Louis Park H.S.  St. Louis Park, MN | 1 2 3 ④ | | yes | |
| College or technical schools | American University W, DC | 1 2 3 ④ | interdisciplinary studies: cinema studies | yes | bachelor's |
| Graduate school or other special school | | 1 2 3 4 | | | |

NAME  last  first

Beginning with your **present** (or **last**) employer, list all previous employment, including military service. (For military service, do not include type of discharge.)

Please complete all sections of this page, even if you have enclosed a resume.

---

**Name of employer:** Key Theatre Enterprises
**Address:** [redacted]
**Type of business:** Film club
**Immediate supervisor:** [redacted]
**Supervisor's title and telephone number:** Vice President
**Title of your position:** regional marketing & print coordinator
**Reason for leaving:** moved to Minnesota
**Starting date:** 1/04
**Final date:** 08/04
**Starting pay:** $10/hr.
**Final pay:** $10/hr
**Hours worked per week:** 20
**Duties:**
- Processed 1,500 memberships for each four to five month season in nine cities nationwide.
- Handled $200,000 in membership fees per season & made bank deposits. Designed flyers & other advertising materials using QuarkXpress. Served as liason between film distributors & exhibitors.

**May we contact your present employer?** ☐ Yes  ☐ No  ☒ Please call me first.

---

**Name of employer:** American University
**Address:** [redacted]
**Type of business:** school
**Immediate supervisor:** [redacted]
**Supervisor's title and telephone number:** Sr. Administrative Asst.
**Title of your position:** office assistant
**Reason for leaving:** graduated
**Starting date:** 01/01
**Final date:** 05/04
**Starting pay:** $9/hr
**Final pay:** $12/hr
**Hours worked per week:** 20
**Duties:** Processed and entered data, prepared materials for review by tenured faculty for multiple faculty searches. Answered 3 phone lines for staff of Literature Dept. Assisted 100-200 students & 50-70 instructors w/ questions about the dept. per week.

---

**Name of employer:** Loews Outer Circle Movie Theatre
**Address:** n/a
**Type of business:** movie theatre
**Immediate supervisor:** [redacted]
**Supervisor's title and telephone number:** Theatre manager  n/a
**Title of your position:** sales associate
**Reason for leaving:** got new job
**Starting date:** 06/03
**Final date:** 12/03
**Starting pay:** $6.75/hr
**Final pay:** $6.75/hr
**Hours worked per week:** 20
**Duties:**
- sold tickets & concessions to 500 to 1,000 customers each week
- Theatre does not exist anymore.

---

**Name of employer:**
**Address:**
**Type of business:**
**Immediate supervisor:**
**Supervisor's title and telephone number:**
**Title of your position:**
**Reason for leaving:**
**Starting date:**
**Final date:**
**Starting pay:**
**Final pay:**
**Hours worked per week:**
**Duties:**

| Question | Answer | If yes, explain |
|---|---|---|
| Have you ever been suspended, discharged or asked to resign from a job? | no | |
| Have you ever been convicted of a crime, apart from traffic offenses? | no | |
| Have you ever been employed by American University? | yes, work study job | Literature Dept.  01/01 – 05/04 |
| Are you related to anyone employed by American University? | no | |
| What source referred you to American University for employment? | from working at AU in the past | (Please be specific) |

## JOB RELATED SKILLS

Typing speed: _____ wpm    Bookkeeping: ☐ Yes  ☒ No    Foreign language skills: n/a

Computer/Word Processing Skills

Platforms: ☐ IBM - DOS   ☒ IBM - Windows   ☒ Macintosh   ☐ Other _____

Software: ☐ Access   ☒ Excel   ☒ Microsoft Word   ☐ Paradox   ☐ Quattro Pro   ☐ WordPerfect   ☐ Other _____

Professional license or certificate: _____    State of Issue: _____    Expiration date: _____

Do you have a valid motor vehicle operator's license? ☒ Yes  ☐ No    State: MN    License number: [redacted]

What are your immediate and long-range career goals?
Right now to be employed and in the future to work in film distribution or exhibition

Please explain briefly why you are applying for employment at American University
Because I know how AU works and I like the tuition remission for grad school & the benefits.

List any reasons known to you why you might be unable to perform consistently and promptly any of the duties of the job(s) for which you are applying

**PROOF OF U.S. CITIZENSHIP OR IMMIGRATION STATUS WILL BE REQUIRED UPON EMPLOYMENT**

### UNDERSTANDING AND ACKNOWLEDGEMENT OF TERMS AND CONDITIONS

I understand and agree to the following:

To the best of my knowledge the information on this application is correct and complete, I understand that any misrepresentation or omission of material, or references unsatisfactory to the University, are sufficient cause for rejection of this application or termination of employment without notice.

I authorize the University to make appropriate inquiries to verify the information contained herein, including contacting my past employers.

I understand that appointment to employment at the University is not continuous, and can be terminated at will by the University at any time for any reason deemed by the University.

I understand that the University may require a physical examination as a condition of appointment or of continuing employment and I agree to submit to such examination if requested.

If appointed, I agree to abide by all rules, regulations, etc. affecting employment at the University, and understand that violation of those rules and regulations could result in termination of my employment.

Signed [redacted]    Date: 4/7/05

The security of all members of the campus community is of vital concern to American University. Public Safety provides an Annual Security Report that is distributed to all community members. This report contains information on safety and security, crime prevention, authority of University Police, crime reporting policies, campus disciplinary procedures and crime statistics for the most recent three-year period. Copies are available by calling Public Safety at (2) 885-2566 or on the internet at: http://www.american.edu/handbook/security.html

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN UNIVERSITY, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 06-0455 (GK) |

AFFIDAVIT OF ANNE B. SCHMITT

I HEREBY CERTIFY that on this 1st day of December 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Anne B. Schmitt.

2. I am employed by American University as the Program Coordinator in Dean's Office of the School of Public Affairs.

3. In this position, I make the personnel decisions for job position # 3673 Administrative Assistant.

4. I initiated the hiring process for job position # 3673 Administrative Assistant on or around March 2005.

5. I received approximately 66 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall seeing Joseph Slovenic's resume, I did have a chance to review his resume attached as Exhibit A in preparing this Affidavit. Based on the attached resume, he does not meet the preferred skills for the position because he does not have administrative support or receptionist experience. In addition, he states as his objective on his resume the attainment of a new entry level position in "writing, editing, education communications, public administration business or real estate development." This position was a front desk position and I would have disregarded his resume based on this point alone.

1

8. We selected 5 candidates for interviews with Associate Dean Margaret A. Weekes and me, called their references, and completed a spreadsheet comparison of their qualifications. We hired the applicant who was rated highest on our qualification spreadsheet.

9. We selected the candidate based on his previous work experience at American University performing receptionist functions in the Dept. of Literature, his extensive computer knowledge using Excel and performing mail merges, and his experience at American University in processing applications for and maintaining databases of faculty searches.

_____    12/1/06
Anne B. Schmitt                    DATE

STATE OF _Maryland_,

CITY\COUNTY OF _Montgomery_ : to wit:

SUBSCRIBED AND SWORN TO before me this _1st_ day of _December_, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: _09/08/2009_

CHRISTIAN A. VIDELA
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES SEPT. 8, 2009

2

# JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, IL 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

## HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

## PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                                                July 1999-June 2000
**Social Services Career Trainee**
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.                                     1998-2003
**Real Estate Sales Associate**
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
**Enumerator/Canvasser**
                                                                                                  1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                                           1999
**Substitute Teacher**
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                                           1994
**Intern – Archives and Manuscript Section**
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                                                        1988
**Adjunct Professor**
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                                         1986-1992
**Clerk**
Performed financial accounting of fees and record keeping tasks.

## EDUCATION
George Washington University, Washington, D.C.                                                    Spring 2003
    **Writing in Public Relations class**
Roosevelt University, Chicago, IL
    **Education classes**                                                                         2003-
    **Hospitality Management and Business classes**                                               2000-2001
DePaul University, Chicago, IL                                                                    1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                                            1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                                          1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student


DEPOSITION EXHIBIT /
Slovinec
9/27/06 RJ

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                               1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                        1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                                                  1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                                     1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and                            1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-IL) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                            1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent jobs and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.