## POSITION QUESTIONNAIRE

### A. General Information

Name of Incumbent: New Position

Date:

Phone #: 885-3347

Position Title (Formal): Program Coordinator
(Functional): Program Coordinator

Current Position No.: 5473
Salary Band: Coordinator

Supervising Position Title: Director, Gay, Lesbian, Bisexual, Transgender, and Ally Resource Center

Supervisor's Name and Phone #: 

Home Department: GLBTA Resource Center

Home Dept. No.:

### B. Position Summary
(The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

The Gay, Lesbian, Bisexual, Transgender and Ally Resource Center Program Coordinator is responsible for researching, designing, planning, implementing, and evaluating Resource Center programs, including the administration of the Campus Awareness Programming Series and the Rainbow Speakers Bureau peer education program. The Program Coordinator serves on campus committees and represents the office at campus and external events as needed. The position has direct supervision of student workers and volunteers.

### C. Organizational Characteristics
(Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.):

This position reports directly to the Director of the Gay, Lesbian, Bisexual, Transgender, and Ally Resource Center. Reporting directly to this position are 2-4 student workers and over 20 volunteers. The position requires extensive theoretical and practical knowledge of issues related to sexual orientation and gender identity in order to successfully manage assigned responsibilities. The Program Coordinator has the authority to make appropriate decisions in the absence of the Director.



EXHIBIT 24

**D.    Principal Accountabilities** (This section should give clear and concise statements of what the position does to accomplish its basic function in the organizational unit, described in the position summary and organizational characteristics. Each statement of a duty should also describe the result expected from the performance of that duty, e.g., "This position performs .... to meet, or accomplish ....." Statements in this section should include specific "action" verbs, such as "operates", "schedules", "prepares", "calculates", "plans", "organizes", "conducts", etc., to describe each function. The Accountability Statements should also state, or clearly imply the degree of supervision under which each accountability is performed. These Accountability Statements become the basis for performance standards for the position. The percent of time on each duty should also be entered. The percentages of all of the combined Principal Accountabilities should add up to 100%.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

<u>ADA "Essential" Functions</u>:

1. (50% of Time)    **PROGRAM ADMINISTRATION**
The position has direct oversight of the Campus Awareness Programming Series including conceptualizing, designing, and implementing special projects, programs and events (such as a lecture and film series, National Coming Out Week, Awards Ceremony, and social events). Identify need for programs and events through surveys and discussions with students; develop content, create publicity, and identify guest speakers and performers; supervise arrangements for space, equipment and supplies; ensure program offerings are diverse and reflect needs and interests of AU community. The Program Coordinator is also responsible for developing and directing a campus-wide peer-education program, the Rainbow Speakers Bureau, including supervising student staff members, training and managing program volunteers, promotion to and coordination with faculty, and program evaluation. Responsible for program analysis and evaluation for the Campus Awareness Programming Series, the Rainbow Speakers Bureau, and for other program areas, as needed.

2. (25% of Time)    **TRAINING, SUPERVISION & ADVISING**
Provide direct supervision and day to day practical training and coaching for the student assistants responsible for scheduling, programming, and logistics for the peer education program. Develop training curriculum for Rainbow Speakers Bureau volunteers and conduct training workshops as needed. Develop training curriculum for Resource Center student staff. Advise and support students in personal and academic matters to encourage their achievements, satisfaction, and continued enrollment at University. Provide advising and support to GLBTA campus groups and assist students with developing the skills to do effective event planning and coordination, mission development, and goal setting. Serve on university committees as a representative of the Resource Center. Administer the Resource Center and make appropriate decisions in the absence of the Director.

3. (15% of Time)    **RESOURCE DEVELOPMENT**

Research and develop print and electronic materials to better serve and educate members of the campus community. Evaluate resource offerings, and develop new resource and training materials, as needed. Participate in maintaining and enhancing office website and office brochures. Develop weekly electronic newsletter. Ensure that resource offerings are inclusive of all members of campus community; consult with other offices to ensure inclusion of a diverse student population in office materials.

4. (5% of Time)   **ADMINISTRATION**
Assist with administrative tasks of the GLBTA Resource Center. Assist with supervision for student staff responsible for office management such as ordering supplies, front desk duties, database management, visitor logging and tracking, and listserv maintenance. Provide support for office correspondence such as responding to e-mail and phone calls. Assist with reporting and analyzing data for monthly and annual reports.

5. (5% of Time)   **OTHER**
Other duties as assigned.

---

E.   **Dimensions** (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.) :

Supervise 2-4 para-professional student staff and 20 volunteer peer educators. Administer and evaluate approximately 20 peer education programs taking place both on and off campus each year reaching over 500 students and community members.

Administer approximately 25-30 Resource Center events each year as part of the Campus Awareness Programming Series, including events associated with National Coming Out Week and the Resource Center Annual Awards Ceremony. Attendance at events can range from 5 people to 130 people.

Advise and provide resources to approximately 75 students per month on issues of sexual orientation and gender identity. Advising includes independent assessment of necessary resources, referrals to on and off-campus resources, and academic and practical support for students exploring the intersections of sexual orientation and gender identity with family relationships, peer networks, and other aspects of identity such as race, religion, and national origin.

---

F.   **Minimum Qualifications** (This section describes the minimum requirements, in terms of academic degrees, directly related or indirectly related work experience, or other credentials, a candidate must have to enter the position with a reasonable expectation of success, within an acceptable time frame. Academic degrees and/or scholarly publishing activities should be included here. In most cases a certain level of understanding can be expressed using an academic degree *or equivalent in training or experience*. The requirements here are *minimum entry* requirements for the

duties performed by *this position*; not necessarily reflecting the background of an incumbent. These requirements must be related to the essential functions of the position to be defensible. Qualifications that are preferred, or desirable can be included here, as long as such is clearly stated.):

Bachelor's Degree required; Master's Degree in related field preferred (or equivalent in experience). Previous experience working with gay, lesbian, bisexual, transgender populations required. Must have an academic and practical understanding of how sexual orientation intersects with race, class, gender, and nationality and have knowledge of issues relating to gay, lesbian, bisexual, transgender and ally communities. Demonstrated ability to plan and implement educational and informational programs in a diverse cultural environment and to work collaboratively with a wide variety of students, faculty, and staff. Strong problem-solving and decision-making skills and demonstrated ability to work independently. Well developed written, verbal, organizational, time management and interpersonal communication skills. Willingness to work some evenings and weekends.

---

**G.   Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

Requires remaining current with knowledge about gay, lesbian, bisexual, and transgender issues.

Familiarity with software such as the Microsoft Word, Access, and Publisher and Lotus Notes.

---

**H.   Approval, Authorizing Signatures:**


Incumbent_____


Supervisor_____


Department Head_____

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.



*APPLICANT HIRED*

## WORK EXPERIENCE

**Director**, LGBT Student Empowerment Project, U.S. Student Assoc. Foundation (June 2003 to Present)
- Organized all aspects of the first ever LGBT Student of Color National Summit.
- Train hundreds of college students nationally in organizing, advocacy, and electoral skills.
- Increased Day of Silence participation by 62% from 430 campuses in 2003 to 700 in 2004.

**Trainer**, Organization of Chinese Americans (October 2004 to Present)
- Train Asian and Pacific Islander American college students nationally in leadership skills.

**Assistant**, Office for LGBT Concerns – U. Illinois at Urbana (January 2002 to May 2003)
- Designed and carried out major programming and trainings around LGBT issues.
- Wrote reports on policy change initiatives and presented successful funding proposals.

**Teaching/Residential Assistant**, Center for Talented Youth – Johns Hopkins U. (Summers 2001, 2002)
- Taught lessons, led study halls and tutoring in Logic (humanities) and Math Reasoning courses.

**Teacher**, Summerbridge Cincinnati, Inc. (Summers 1997, 2000)
- Chaired the mathematics department and taught mathematics to ninth graders as a core course.

## EDUCATION

**University of Illinois at Urbana-Champaign (UIUC)**, Urbana, Illinois (August 1999 to May 2003)
- Bachelor of Arts: Sociology major, Computer Science minor.

**School for International Training**, Semester Abroad, Amsterdam, The Netherlands (Spring 2001)
- Rigorous integrated studies focused on sexuality, gender, and identity topics and Dutch culture.

## ACTIVITIES

**Board Member**, Youth Guardian Services, a national non-profit serving youth (November 2003 to Present)

**Peer Educator**, Youth Resource, a project of Advocates for Youth (October 2002 to December 2004)
- Provided referrals and information to youth who have LGBT and health-related questions.

**Appointee**, Chancellor's LGBT Advisory Committee at UIUC (August 2002 to May 2003)
- Examined, prioritized, and resolved issues related to LGBT concerns across campus.
- Successfully advocated for increased representation of people of color on the committee.

**Executive Board Member/Political Chair**, PRIDE, an LGBT student organization (Spring 2002, 2003)
- Designed and presented a wide variety of interactive educational workshops.
- Spearheaded successful campaigns for full-time staffing and increased space for the campus LGBT office and to establish a Chancellor's LGBT Advisory Committee; worked on winning campaigns for domestic partner benefits; advocated for transgender-inclusive campus policies.

**Founder**, Queers of Color Coalition, a political/educational organization (2000)
- Developed various forums to increase awareness on issues of gender, race, and sexuality.

## AWARDS

- 2003 Procter & Gamble Excellence in Leadership Award for making a "significant impact on the quality of University life through programs, services and/or activities."


E-MAIL ▪ WASHINGTON,



## REFERENCES

Coordinator, GLBT Student Services, the Multicultural Center
Ohio State University

Field Director
National Center for Transgender Equality

Program Manager, Youth Activist Network
Advocates for Youth

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN UNIVERSITY, <br><br> Defendant. | Civil Action No. 06-0455 (GK) |

## AFFIDAVIT OF GARY WRIGHT

I HEREBY CERTIFY that on this 15 day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is GARY WRIGHT.

2. I am employed by American University as the Assistant Vice President of Campus Life.

3. In this position, I make the personnel decisions for the Program Coordinator for the Gay, Lesbian, Bisexual, Transgender and Ally Resource Center [GLBTA], job number 5473.

4. The hiring process for job position number 5473, GLBTA Program Coordinator was initiated on or about April 20, 2005.

5. I probably received two dozen or more resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovenic's resume, I did have a chance to review his resume attached as exhibit A in preparing this affidavit. Based on the attached resume he would not meet the minimum qualifications for the GLBTA program coordinator position because his resume did not reflect experience working with GLBTA populations which is a requirement for the position.

1

8. Generally speaking, positions are normally posted with the university's Human Resource office. Resumes received are forwarded to the GLBTA director. The director convenes a search committee comprised of students, faculty and staff for the purpose of reviewing applicants' resumes and cover letters. The best qualified applicants are selected for interviews. A hiring offer is made to the candidate who best demonstrates the experience and skills specified by the position description.

9. The candidate selected was clearly the best qualified. The decision was based on a combination of the following factors: credentials presented in the resume and the candidate's ability to articulate relevant knowledge about gay, lesbian, bisexual, transgender, and ally matters in both phone and campus interviews.

    The successful candidate had significant experience working with relevant student populations such as, director of the LGBT {lesbian, gay, bisexual, transgender} Student Empowerment Project of the U.S. Student Association Foundation; as an executive member of PRIDE, an LGBT student organization; as a peer educator for Youth Conference, a Project of Advocates for Youth; and one and a half years in the Office for LGBT Concerns at a large mid-western university, and; served on the chancellor's LGBT Advisory Committee.

10. I have hired and supervised, past and present, a number of employees over the age of 40.

SIGNATURE: _____

STATE OF __MARYLAND__,

CITY\COUNTY OF __Montgomery__: to wit:

SUBSCRIBED AND SWORN TO before me this __16th__ day of __November__, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: __09/08/2009__

CHRISTIAN A. VIDELA
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
MY COMMISSION EXPIRES SEPT. 8, 2009

2

# JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

## HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

## PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                July 1999-June 2000
**Social Services Career Trainee**
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.                1998-2003
**Real Estate Sales Associate**
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser                                                   1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                         1999
**Substitute Teacher**
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                         1994
**Intern – Archives and Manuscript Section**
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                                      1988
**Adjunct Professor**
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                   1986-1992
**Clerk**
Performed financial accounting of fees and record keeping tasks.

## EDUCATION
George Washington University, Washington, D.C.                          Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes                                                    2003-
    Hospitality Management and Business classes                     2000-2001
DePaul University, Chicago, IL                                                 1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                         1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                       1980
    Bachelor of Arts    Major: Government and International Studies    Honors Student


DEPOSITION EXHIBIT / Slovinec 9/27/06

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                                        1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                      1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                                    1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                            1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and        1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President 1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress for aid.
Intern for Congressman Martin Russo (D-IL) with research on Cyprus, Captive Nations Week, and hazardous wastes In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

**Public relations writing assignments included: news release with biographies of corporate executives, pitch letter for a charity, press kits on educational computer program for DePaul class, backgrounders, short television commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states. Available to work on public relations writing immediately.**
Francis Parker School, Chicago, IL                                                                                                         1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.