# POSITION QUESTIONNAIRE

### A. General Information

Name of Incumbent:                                              Date:

Phone #:

Position Title  (Formal): **Project Coordinator, Carter-Baker Commission on Federal Election Commission**

(Functional):
Current Position No.:  5470            Salary Band:

Supervising Position Title: **Executive Director, Carter-Baker Commission on Federal Election Reform/Director, Center for Democracy and Election Management**

Supervisor's Name and Phone #: 

Home Department:  **Center for Democracy and Election Management**

Home Dept. No.:

---

### B. Position Summary:
American University is seeking a Project Coordinator for a Federal Election Reform project, which will be organized by the Center for Democracy and Election Management (CDEM). The temporary less-than-one-year project will assess the adequacy of the Help America Vote Act (HAVA) of 2002 and by August 2005 prepare a report with recommendations for making the U.S. electoral system a model for the 21st century. Findings will be disseminated to key audiences and the wider public beginning in September 2005. The project will address specific electoral challenges, such as paper-verifiable ballots for electronic voting machines, uniform voting standards, and poll-worker training and recruitment.

The Project Coordinator must be familiar with both organizations dedicated to Federal election issues and with the issues themselves. The incumbent will direct the organization and coordination of all day-to-day activities related to the Commission's work, including the extensive logistics of Commission hearings and meetings for members of the Commission, project staff, academic advisors, and NGO representatives throughout the life of the project. The position will be the primary liaison between the Commission staff and the project's academic research advisors as well as staff at external NGOs focused on election issues. The position will be responsible for compiling and organizing public papers and other materials as research is conducted and drafts of the Commission report are prepared for dissemination.

---

### C. Organizational Characteristics (Relative to Campus and/or Department)

The position reports to the Vice President of International Affairs who is also Executive Director of the Carter-Baker Commission on Federal Election Reform and Director of the Centers for Democracy



EXHIBIT 25

and Election Management and North American Studies. The position will work closely with the staff of the Commission on Federal Election Reform and the Office of International Affairs.

### D.   Principal Accountabilities

The successful candidate must be able to manage the project with a high degree of proficiency and professionalism. Excellent writing, verbal, and problem-solving skills; attention to detail; the capacity to handle multiple tasks concurrently in a fast-paced environment; and the strict adherence to deadlines are all essential. The successful candidate will enjoy working collaboratively with a wide range of personnel both within and outside the University.

In order to comply with the Americans with Disabilities Act (ADA), the "essential" functions of a position must be identified. The focus should be on the purpose of the function, or the result expected, rather than the manner in which the function is performed. A function is "essential" *to the position*, for ADA purposes, if the position exists to perform that function, a substantial portion of the position's time is required in the function, the nature of the organization is such that the function cannot reasonably be assigned to another position, the function requires a highly specific, specialized skill, and/or the consequences of *this position* not performing the function are serious. There are designated spaces for "essential" and "non-essential functions". Note that the term "essential" is in the context of ADA definitions only, and does not indicate relative importance to the organization.):

ADA "Essential" Functions:
1. (50% of Time)   Direct operatons of the Carter-Baker Commission on Federal Election Reform to assure efficiency and compliance with University regulations.
2. (25% of Time)   Coordinate activities between Commission/OIA and other offices within the University to assure maximum support for the Commission.
3. (15% of Time)   Working with the Associate Director, Media and Public Affairs, Carter-Baker Commission on Federal Election Commission, coordinate activities between the Commission/OIA and external constituencies to assure cohesive support for the Commission.
4. (10% of Time)   Perform other duties as may be assigned by the Executive Director.

ADA "Non-Essential" Functions:
5. (--% of Time)

### E.   Dimensions (The dimensions of a position are the numbers associated with the position. Number of personnel supervised, "dynamic" dollars affected by the position (expenses, budget, revenue generated, collections, rate of return), student and research activity, extramural activity, etc., with which the position has active interaction on a regular basis, all give a sense of size to the position.):

This position will work frequently with staff of the Commission's co-chairs; members of the Commission; special event and security staff at AU, the Baker Institute at Rice University, and The Carter Center at Emory University; members of the Commission's academic advisory board, and various staff at NGOs involved with this initiative. This position has the main responsibility for organizing and managing all logistical matters for the Commission utilizing a projected budget of approximately one million dollars but final operations will depend upon the scope of external funding.

### F.   Minimum Qualifications

Qualified candidates should have a minimum of five to seven years' professional experience, ideally in

an organization focused on U.S. election issues. Experience working with high-profile individuals is a plus.

**Education, Training, and/or Experience Required:** A bachelor's degree is required; a master's degree is strongly preferred.

**Other Skills and Abilities Required:** Qualified candidates should be proficient in standard computer applications including Microsoft Office.

---

G. **Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):

---

H. **Approval, Authorizing Signatures:**

Incumbent_____

Supervisor_____

Department Head_____

PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,

        Plaintiff,

v.

AMERICAN UNIVERSITY,

        Defendant.

Civil Action No. 06-0455 (GK)

### AFFIDAVIT OF ROBERT A. PASTOR

I HEREBY CERTIFY that on this first day of December 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Robert A. Pastor.

2. I am employed by American University as the Director of the Center for Democracy and Election Management (CDEM) & Vice President of International Affairs.

3. In this position, I make the personnel decisions for job position 5470, Project Coordinator, Carter Baker Commission.

4. I initiated the hiring process for job position 5470, Project Coordinator, Carter Baker Commission on or around April 18, 2005.

5. We did not retain resumes for this position. Therefore, I cannot state how many resumes I received.

6. I do not recall Joseph Slovinec's resume.

7. While I do not recall Joseph Slovienc's resume specifically, this position was never filled.

8. I suspended the search after concluding the position was no longer necessary. The position was withdrawn and has not been reposted.

_____
SIGNATURE

1

~~STATE~~ DISTRICT OF __Columbia__,

~~CITY~~\COUNTY CITY OF __Washington__: to wit:

SUBSCRIBED AND SWORN TO before me this __1st__ day of __December__, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: Rebecca M. Butler
Notary Public, District of Columbia
My Commission Expires 8-14-2010

2