POSITION QUESTIONNAIRE

A. **General Information**

Name of Incumbent: tba                                     Date: July 2003

Phone #: x1690                                             Grade # Associate

Position Title :                                           Current Position Number
    Graduate Advising Assistant

Supervising Position Title: Senior Academic Counselor

Supervisor's Name and Phone #:

Home Department:  SIS                                      Home Dept. Number:
                                                                            (area/org. code)

B. **Position Summary:**

Responsible for supporting the counselors in directing academic operations of the graduate programs of the school. Responds to a wide variety of inquiries on graduate matters from prospective and enrolled students, University staff, alumni, and others. Office management responsibilities include but are not limited to word processing and database management functions and receptionist and clerical duties.

C. **Organizational Characteristics** (Relative to Campus and/or Department):

This position reports directly to the Senior Academic Counselor. Also works with other academic counselors. Supervises work-study students.

D. **Principal Accountabilities**

ADA "Essential" Functions:
1. (30% of Time)    Assist with academic advising of graduate students:
Serve students on walk-in , phone-in basis and e-mail basis. Answer questions, arrange appointments, return messages, relay correspondence, assist in scheduling courses, deliver registrations, notify counselors and AU liaison offices of problems/issues in individual cases and meet special needs.

2. (30% of Time)    Support on-going conversion and retention efforts for Masters and professional certificate students:  Receive certificate applications and supporting materials, assemble and distribute files for decision, records and handles correspondence regarding admissions decisions. Manages certificate completion process. Represent SIS and the Graduate Office at open houses, orientations, and similar events.



EXHIBIT 26

3. (20 % of Time)   Database management and correspondence:
Maintain graduate student databases to identify and track specific student populations, including internship and cooperative education evaluations and graduation clearance. Prepare, send and track mailings, including electronic mailings. Assist in managing and troubleshooting graduate student listserves and web-based information.

4. (20 % of Time)   Assist with meetings and programs:
Supports administration of Presidential Management Internship (PMI) and other fellowship nominations and invitation-only programs. Reserve rooms, order setup and AV support, and inspect/test prior to meetings. Notify attendees. Prepare and deliver supporting materials.

ADA "Non-Essential" Functions:
6.(__ % of Time)

7. (__ % of Time)

E.   **Dimensions :**

Serves the needs of 1300 current graduate students and four professional graduate advisors Responds to numerous requests from deans and 65 full-time faculty members. Meets with prospective certificate students and fields @ 40 phone calls, 25 visits and 30 emails daily.

F.   **Minimum Qualifications:**

Bachelor=s Degree and two years of office experience preferred. University work experience desirable. Word processing skills and prior experience using Microsoft Office applications Word and Excel required. Familiarity with computer applications in listserve and web operations preferred. Interpersonal skills, organizational skills, and ability to accomplish tasks simultaneously required.

G.   **Additional Information About the Position** (Any additional aspects, not covered above, relevant to the position.):


H.   **Approval, Authorizing Signatures:**


Incumbent_____


Supervisor_____


Department Head_____
PLEASE ATTACH AN ORGANIZATIONAL CHART, WHICH INCLUDES NAMES AND TITLES, AND WHICH GRAPHICALLY DEPICTS THIS POSITION'S PLACE WITHIN THE ORGANIZATIONAL UNIT. You may also

attach any existing job description for this position, and any other documentation, which may help provide an understanding of the nature of the position.

███████████████
███████ashington, DC 20012████████

**APPLICANT HIRED**

| | |
|---|---|
| **EDUCATION** | **American University, Washington, DC**<br>**M.A. International Communication**, May 2005<br>Research Focus: Open Source Networks<br><br>**Washington University, St. Louis, Missouri**<br>**B.A. German**, May 1999<br>**B.A. English Literature**, May 1999<br><br>**Eberhard-Karls-Universität, Tübingen, Germany**<br>Year Abroad Study, September 1997—August 1998 |
| **LANGUAGE SKILLS** | German: *Fluent*<br>Tongan: *Advanced* |
| **EXPERIENCE** | **Intercultural Management Institute, Washington, DC**<br>**Intern**, January—May 2005<br>• Helped market and organize the institute's 6th annual two-day conference hosted at American University<br>• Assisted clients in cross-cultural training exercises<br><br>**United States Peace Corps, Nuku'alofa, Tonga**<br>**Peace Corps Volunteer**, February 2000—May 2002<br>• Secured grants and donations to renovate school facilities, including an assembly hall and computer lab<br>• Co-designed and built a Linux client-server network from 33 donated computers<br>• Co-wrote a Tongan language e-mail program using open source software<br>• Wrote original computer curriculum for 5 grade levels and trained Tongan faculty members in basic computer use<br>• Taught English as a foreign language to four grade levels over two academic years<br>• Organized and coordinated a national Children's Fair, attended by over 5,000 students, teachers, parents and government officials; focusing on domestic abuse and implementing non-violent methods of classroom management in Tongan schools<br><br>**Parkway School District, St. Louis, Missouri**<br>**Substitute English and German Teacher**, September 1999—February 2000<br>• Taught and prepared lessons for junior high and high school students |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVINEC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN UNIVERSITY, <br><br> Defendant. | Civil Action No. 06-0455 (GK) |

### AFFIDAVIT OF Joseph Clapper

I HEREBY CERTIFY that on this 28 day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Joseph Clapper.

2. I am employed by American University as the Assistant Dean for Budget and Administration, School of International Service.

3. In this position, I make the personnel decisions for job position 1713, Senior Administrative Clerk.

4. I initiated the hiring process for job position 1713, Senior administrative Clerk on or around in the Spring of 2005.

5. I received approximately 35 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While do not recall seeing Joseph Slovenic's resume, I did have a chance to review his resume attached at Exhibit A in preparing this Affidavit. Based on the attached resume, he does not meet the preferred skills for the position because he does not have administrative support experience. In addition, he states as his objective on his resume the attainment of a new entry level position in "writing, editing, education communications, public administration business or real estate development." This position was administrative and I would have discarded his resume based on this point alone.

8. Te search was abandon while the administration in SIS considered a reorganization. The search was reopened in late summer and resulted in the hiring of Joshua Robbins.

9. The successful candidate had already worked an the School of International Service (SIS) while a graduate student. He also graduated with a Masters degree from SIS and was completely conversant with the operations of the office and the academic programs of SIS. Moreover, he had successfully worked on a critical partnership project between SIS and International Management Institute to put on a two day conference. The program was a great success and his participation was instrumental in that success. In short, he had demonstrated administrative skills that matched the duties needed to perform the job.

10. WHILE AT THE UNIVERSITY, I HAVE SUPERVISED OR HIRED EMPLOYEES THAT WERE OVER THE AGE OF 40.

*[signature]*

STATE OF _Virginia_,

CITY\COUNTY OF _Fairfax_ : to wit:

SUBSCRIBED AND SWORN TO before me this _29th_ day of _November_, 2006.

_____[signature]_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: _9/30/2007_

2

JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, Il. 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                    July 1999-June 2000
Social Services Career Trainee
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid.
Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL.                    1998-2003
Real Estate Sales Associate
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
Enumerator/Canvasser                                                              1980, 1990, 2000

Chicago Board of Education, Chicago, IL                                           1999
Substitute Teacher
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                                           1994
Intern – Archives and Manuscript Section
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, Il.                                        1988
Adjunct Professor
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                                         1986-1992
Clerk
Performed financial accounting of fees and record keeping tasks.

EDUCATION
George Washington University, Washington, D.C.                                    Spring 2003
    Writing in Public Relations class
Roosevelt University, Chicago, IL
    Education classes                                                             2003-
    Hospitality Management and Business classes                                   2000-2001
DePaul University, Chicago, IL                                                    1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                            1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                                          1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student

DEPOSITION EXHIBIT /
Slovinec
9/27/06 RLJ

## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                                1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                    1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                          1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research seen after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                       1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and         1997
New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President
1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and
domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University
Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on
federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress
for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes
In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

Public relations writing assignments included: news release with biographies of corporate executives, pitch letter
for a charity, press kits on educational computer program for DePaul class, backgrounders, short television
commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and
George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying
for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states.
Available to work on public relations writing immediately.
Francis Parker School, Chicago, IL                                                                                                1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and
Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.