JOSEPH SLOVINEC
P.O. Box 127
636 W. Diversey
Chicago, IL 60614
Phone: 773-935-2802

Objective: Search includes new entry-level positions in writing, editing, education communications, public administration business, or real estate development.

## HIGHLIGHTS OF QUALIFICATIONS
Research, writing, and editing in history, international affairs, and public relations.
Public Administration managerial skills including auditing and verification of eligibility for Medicaid.

## PROFESSIONAL EXPERIENCE
Illinois Department of Human Services, Chicago, IL                    July 1999-June 2000
**Social Services Career Trainee**
Caseworker for Nursing Home Services, verification of eligibility of patients for Medicaid. Includes processing of admits, discharges, and changes in income levels for patients with extensive use of Windows 95 software.

Realty Associates Network Incorporated, Prospect Heights, IL          1998-2003
**Real Estate Sales Associate**
Sponsorship of official state real estates license; could renew it.
United States Census Bureau, IL
**Enumerator/Canvasser**                                              1980, 1990, 2000

Chicago Board of Education, Chicago, IL                               1999
**Substitute Teacher**
Passed Illinois Skills Basic Test and Content Area of History test for certification of Grade 6-12 teachers, 1997, and all required class work.
Chicago Historical Society, Chicago, IL                               1994
**Intern – Archives and Manuscript Section**
Researched and catalogued papers in files for collection of Senator Paul Douglas as author of legislation which created today's Economic Development Administration and for freedom in West and East Europe.

South Suburban College, South Holland, IL                             1988
**Adjunct Professor**
Taught classes in American National Government

Circuit Court of Cook County, Chicago, IL                             1986-1992
**Clerk**
Performed financial accounting of fees and record keeping tasks.
## EDUCATION
George Washington University, Washington, D.C.                        Spring 2003
    **Writing in Public Relations** class
Roosevelt University, Chicago, IL
    **Education classes**                                          2003-
    **Hospitality Management and Business classes**              2000-2001
DePaul University, Chicago, IL                                        1996
    Master of Arts in History: of U.S. and Europe; School of Education 1995-1998
    Corporate Communications – Public Relations Writing 1998
Columbia University, New York City, NY                                1982
    Master's Degree in International Affairs, Specialization – International Security Policy
University of Notre Dame, Notre Dame, IN                              1980
    Bachelor of Arts   Major: Government and International Studies   Honors Student




## FOREIGN AFFAIRS RESEARCH AND PUBLICATIONS

DePaul University, Chicago, IL                                                                                                1996
    Master of Arts Thesis: "The Algeciras and Portsmouth, New Hampshire Peace Conferences:
    Cooperation Between President Theodore Roosevelt and Kaiser Wilhelm II of Germany"
    On President Theodore Roosevelt's ability to persuade France and Germany to peacefully
    resolve crisis on ambitions in Morocco at conference and his gaining of reduction of German
    tensions with Russia during Bjorko, Finland conference at same time as Portsmouth.

Initiative for World Without War Council, Chicago, IL                                                                       1984
    "Uniform Reporting of Military Expenditures": On Reporting of National Military Budgets to the
    United Nations for arms control and support of disarmament with more funds for development.

Democratic Congressional Campaign Committee, Washington, DC                                                 1984
    "The 1980 Campaign Promises of Ronald Reagan": Update 1984. Research soon after Columbia
    education on Democratic viewpoints that Reagan had not achieved enough on peace negotiations
    for the Middle East, new democracies in Central America, and U.S.-Soviet arms control.

United Nations Association of the USA, New York City, NY                                                           1983
    Assistant Editor, *Issues Before the General Assembly*: edited chapter on arms control and
    Disarmament with nuclear, chemical, outer space, conventional weapons, and sea issues;
    And chapter on dispute settlement and decolonization with articles on the Middle East, Central
    America, Cambodia, Afghanistan, and Iraq-Iran war. Author of article about non-nuclear
    arms control. Applied lessons from Kennedy and Carter Administration advisers who taught at
    Columbia University.

## NATIONAL AFFAIRS RESEARCH AND WRITING

Presidential Studies Quarterly: of the Center for the Study of the Presidency, Washington, DC, and           1997
  New York, NY
    "Second Term Presidents in U.S. History." Introduction to Winter 1997 edition included a note
    about research on this paper. My research described several categories of second-terms:
    coasting-along with less vigor than the first term (Washington, Jefferson, Monroe, Jackson,
    and Eisenhower); worsening scandals like Grant, Nixon, and Iran-contra under Reagan,
    wars, and recessions. Paper noted Clinton split power with a Republican Congress like
    Cleveland's first term and had my accurate prediction on general national moods:
    "In a second term, Clinton could probably coast along like Eisenhower with a stable
    peace and popularity, and Clinton's continuation of the most prosperous Presidency since the
    1960's with no recessions."

Other national research: Memo for Senator Durbin's re-election campaign on budget deficit reduction
1996, Senator Dixon's re-election and Shawn Collins for Congress – issues 1986, Geraldine Ferraro for Vice President 1984 on U.S.-Japan trade and Africa, John Glenn for President Campaign Committee, 1984 including foreign and domestic issues like education, federal aid to cities, and worker retraining, Research Assistant for Columbia University Vice-President for Government Relations and Community Affairs 1981-1982 in New York including research on federal student aid, international educational exchange legislation and basic research, and student lobbying of Congress for aid.
Intern for Congressman Martin Russo (D-Il.) with research on Cyprus, Captive Nations Week, and hazardous wastes In Washington, D.C. office 1980

## PUBLIC RELATIONS ARTICLE AND SCRIPT WRITING

**Public relations writing assignments included: news release with biographies of corporate executives, pitch letter for a charity, press kits on educational computer program for DePaul class, backgrounders, short television commercial script, short radio script, and newsletter during previous classes at DePaul in Chicago and George Washington University in Washington, D.C. with a project on AFL-CIO labor union leaders and lobbying for economic stimulus with jobs, against Republican 2003 tax cut, and for keeping federal funds for states. Available to work on public relations writing immediately.**
Francis Parker School, Chicago, IL                                                                                                     1991
    Screenwriting on how to write television and film scripts
NOTE: Thanks for attention to expanding job search: A test grades were received for return to most recent job and Library Associate from Illinois Department of Central Management Services yet no hire with recent hiring freezes.