1  knowledge, I did not include anything else besides
2  this in the complaint.  I hope that we're not
3  quarreling.  Insofar as this is a complete list and
4  it is not among the issues that I chose to raise in
5  the complaint.  So in regards to my trying to
6  present myself as somebody who has police
7  credentials, I don't believe that I have done that,
8  no.
9        Q    What about the Associate Director Center
10 for Democracy?
11       A    Yeah.  And I had worked for five summers
12 in the elections department office at Cook County
13 and it is on the list.  And I also was raising a
14 question that I noticed there was a big forum here
15 in April 2005 with former President Jimmy Carter
16 and Secretary of State Baker.  I had about on the
17 correspondence list of the Carter Center for many
18 years.  Jimmy Carter had written letters to my
19 mother and me when we ran for president.  I think I
20 sent a letter on this and I sent one to Dr. Pastor.
21 There is a reference from Susan Nan who worked for
22 Jimmy Carter at the Carter Center.  She's among my

Capital Reporting Company

Page 78

1 references. I got about a B+ in my class. And it
2 would have been better, even if the university
3 didn't want to invite me to interview for associate
4 director, to try to include me in that effort
5 somehow rather than having this disastrous
6 occurrence of my staying in a homeless shelter and
7 food stamps for a year. So I'm disappointed that
8 no one responded, but it is on the list. I think I
9 might have applied for two positions.
10     Q    Before you get off on that one, let's
11 just finish with this one for a second. Do you
12 know who was hired into that position?
13     A    No.
14     Q    Do you know who made the selection
15 process for that position?
16     A    Was Dr. Pastor involved? I'm not sure if
17 he was or not.
18     Q    Do you know whether it was Dr. Pastor or
19 someone else?
20     A    No, because I've been kind of discouraged
21 from communicating with the community. No.
22     Q    I'm just asking you what you know as you

Capital Reporting Company

Page 79

1  sit here today.
2        A    No.
3        Q    Do you know the criteria used in order to
4  make that selection?
5        A    I would emphasize that I had applied for
6  the Project Coordinator, 5470, for the same
7  commission, and Associate Director, 4299.  I think
8  the Associate Director probably required a little
9  more experience than the 5470, but I think I might
10 have been chancing it by applying for both.  The
11 Associate Director might have wanted maybe a little
12 bit more experience than I had.  If they talked
13 about five years of elections experience, I was at
14 the Cook County Clerk Elections Department for five
15 summers.  So including me in commission work would
16 have been logical because I was a specialist to an
17 extent on elections records in Cook County.
18       Q    What's the answer to the question, do you
19 know the criteria used by people in making the
20 selection process for that position?
21       A    Work on elections I would say.
22       Q    You know that for a fact, that that's the