Page 92

1      Q    Do you know who was hired in that
2   position?
3      A    No.
4      Q    Grant and Contract Manager, 3617,
5   Research Development, you applied for that?
6      A    Yes.
7      Q    You have experience in administering
8   grants?
9      A    No, but I have a lot of experience in
10  research with a Masters in International Affairs
11  and a Masters in History.
12     Q    Do you know what they were looking for,
13  the people who made the selection process, what
14  their criteria was?
15     A    Again, you're asking for too much if I
16  haven't seen the description recently.  I think I
17  didn't see any prohibition.  I think it was
18  something I was interested in doing.  I would have
19  to see the written description.  I think it was
20  something that did not seem out of the question.
21     Q    But, Mr. Slovinec, there's a difference
22  between saying that it's not out of the question