Page 120

1   Q    What makes you eligible for that position

2   in your view?

3   A    Well, I worked for a paper in a gay

4   relations office, and I want to be respectful to

5   the gay community.  I did live in the 44th ward,

6   which is your heavy gay population.  I was

7   interested in the position and I felt I could be

8   effective, but I think I was kind of depending on

9   some informal democratic ties with some gay

10  political groups in Chicago and I did sense some

11  hostility from McNair's Unit about my applying for

12  that position.  And I think he probably didn't like

13  me applying for it.

14  Q    And who didn't like you applying for it?

15  A    Public Safety Chief, Michael McNair,

16  invoking barring orders, bringing up things about

17  law schools barring military recruiters to the gay

18  right policy.  I could have done the job

19  effectively.

20  Q    I'm not asking you if you could have done

21  the job.  I'm asking you what made you eligible to

22  do the job.

**Capital Reporting Company**

Page 121

1   A   I'm very knowledgeable on gay rights
2   issues.
3   Q   Do you have experience in sexual
4   orientation or gender identity issues?
5   A   Very informal experience rather than paid
6   experience.
7   Q   Do you have any course work related to
8   those issues?  Do you have an MA in the related
9   field?
10  A   Well, no.
11  Q   Do you know the criteria for the
12  selection for that position?
13  A   I'm a little bit vague, but I just
14  believe in trying for it.  That's all I can say.
15  Q   Do you know who was hired in the
16  position?
17  A   No.
18  Q   Okay.  Project Coordinator, 5470, Federal
19  International Affairs, do you remember applying for
20  that position?
21  A   Yeah, and I made a note.  Did we already
22  go over 5470?  Did we already discuss 5470, do you