UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH SLOVENIC, )<br>)<br>Plaintiff )<br>-v- )<br>)<br>AMERICAN UNIVERSITY, )<br>)<br>Defendant )<br>) | Charge No. 06-CV-455(GK) |

## ORDER

This is before me on the Defendant's **Motion for Summary Judgment and Plaintiff's Opposition thereto**. The motion is **GRANTED** and the case is dismissed with prejudice.

_____
Judge Gladys Kessler