IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,   06-455
  Plaintiff,   (gk) Judge Gladys Kessler
    Vs.
American University,
  Defendant

PLAINTIFF J. SLOVINEC'S MEMO AND COMPLAINT TO UNITED STATE SENATE LEADERSHIP AND FINANCE COMMITTEE ABOUT AMERICAN UNIVERSITY

      Please file this in the court file. It specifies the role of the Senate Finance Committee investigation and makes their testimony voluntary.

PROOF OF SERVICE: To: Interim President Cornelius Kerwin, American University, 4400 Massachusetts Avenue., N.W., Washington, D.C. 20016
and American University Legal Counsel Hisham Khalid, 3201 New Mexico Av., N.W., Washington, D.C. 20016

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   December 21, 2006

RECEIVED
DEC 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MESSAGE TO U.S. SENATE DEMOCRATIC LEADER HARRY REID AND MAJORITY AND MINORITY STAFFS ON U.S. SENATE FINANCE COMMITTEE
FROM: JOSEPH SLOVINEC, 425 2ND ST., N.W., WASHINGTON, D.C.
IN PUBLIC COURT FILE FOR U.S. DISTRICT COURT CASE 06-455, SLOVINEC V. AMERICAN UNIVERSITY, AN E.E.O.C. CASE

1. This memo has two main purposes: a description of the main purposes of my Graduate Certificate in Peacebuilding program at American University with a public invitation to Senator Reid to start a dialogue with me on whether or not I should try to complete it: this will later go to Congresswoman Pelosi and U.S. Democratic House leadership, and a followup on earlier statements about Senator Grassley and the U.S. Senate Finance Committee investigation of American University.

2. I started work on a two-semester Graduate Certificate in Peacebuilding program at American University in January 2005. The program was not completed and it became enmeshed in a series of controversies about lawsuits and funding. I would like to describe the main objectives in my two classes with the program's director, Ronald Fisher, and Professor Susan Nan who is now at George Mason and who worked for the Carter Center:
    a. Dr. Fisher gave me an A on a project where I did research on the history of peace talks between India and Pakistan and Kashmir where I agreed with Bush Administration views.
    b. I rated Dr. Fisher and the program badly on Afghanistan where I included my study at Columbia under U.S. Ambassador to Iraq and Afghanistan Zalmay Khalilzad and Dr. Fisher did not follow up with encouraging me to do research or seek employment based on my Columbia interests: when I tried to transfer my classes into Master's Degree in International Service where it was eligible for federal loans, unlike the Peacebuilding program which only used private bank loans, American U. School of International Service Admissions Director Amanda Taylor told me I was not qualified to seek a Master's: I told her I already had a Master's degree in the field in International Affairs at Columbia University.
    c. Dr. Fisher gave me an A- on a talk about the Carter Center election observers and Venezuela: there was friction with the Bush Administration on this until President Chavez was re-elected in 2006 without U.S. interference. It was important that U.S. Secretary of State Powell opposed the 2002 coup attempt against Chavez.
    d. I got about 88% on a project about Colombia's talks with the FARC rebels In 2002 for Professor Nan's class. However, Dr. Fisher did not seemed tuned in to welcoming visitors from Chicago where government officials needed better briefings than his on Colombia and FARC, Drug Enforcement Administration goals including economic development and crop substitution for coca, and the agenda of U.S. Attorney General Alberto Gonzales on later indictments of FARC leaders for drug trafficking.

  e. I got 100% on an assignment for Professor Nan's class where I talked about the success of the Arab League including the powerful, charismatic President Nasser of Egypt and Saudi Arabia to persuade Iraq to not attack Kuwait in 1961 where my Learning Partners presentation partner Russell talked about the OAS mediation of the El Salvador-Honduras war.

However, I believe it was bad when after grading 60% of my work, Professor Fisher refused to grade the remainder of my work including a term paper on the Arab League and a final exam. I hope you and Nancy Pelosi discuss these topics with President Bush where I was offended when after research in support of State Department positions on Kashmir and a Sallie Mae loan deferment, all my financial aid funds were cut off, Secretary Spellings refused to loan me money to return to Chicago to attend Roosevelt and yesterday tried to send me a $70,000 bill when I have been on food stamps and resided in a homeless shelter since August 2005, and I have only earned $1700 since January 2005. It seems Fisher refused to grade the paper partially because I criticized President George W. Bush's administration for not discussing more with the Arab League a proposal by Kuwait and United Arab Emirates to send Saddam Hussein into exile, which I called a better idea than war.

FINANCE COMMITTEE: I am not requesting formal testimony, yet I notify Senator Grassley and Senator Baucus of my support of their criticisms of Mr. Ladner and Board o f Trustees where chaos was caused because they refused indirectly to give me a $14,000 emergency loan which was advertised in the catalog, and I have complained to the U.S. Department of Justice that Ladner or someone falsely accused me of disrupting his meeting to the Deans which was open to the public and their lawyer Mr. Hassell also falsely wrote Judge Kessler that American U. does not support free expression and the First Amendment. I caution Mr. Kerwin about Dr. Fisher's e-mailed demand for me to pay a $10,700 bill when I was at the homeless shelter with only 88 cents in my only D.C. account and that in the past I had not used Democratic party contacts to try to accuse American U. of discriminating against Democrats. Illinois had fine bipartisan cooperation with Senator Dirksen and Speaker Hastert: I'm sorry bipartisanship did not seem to work in my situation. Any voluntary testimony is welcome.