APPENDIX A 12/29/06 J. SLOVINEC JR.

Slovinec, Joseph

University Positions Applied For

DOB 02/26/1958

| POS # | POS Title | Department | Division | Date Opened | Date Closed | Slovinec's Application Rec'd | # of Candidates Interviewed | Interviewed Candidates; Resumes on file | Age of the Person Hired |
|---|---|---|---|---|---|---|---|---|---|
| 1402 | Communications Specialist | Safety and Security | Office of Finance & Treasurer | 5/6/2004 | 1/24/2005 | 1/19/2005 | Three | Three | |
| 4299 | Assoc. Dir. of the Cntr for Democra | VP of International Affairs | Office of International Affairs | 12/14/2004 | 3/11/2005 | 1/19/2005 | No Documentation | One (candidate hired) | |
| 4490 | Staff Assistant | VP of International Affairs | Office of International Affairs | 1/12/2005 | 2/23/2005 | 1/19/2005 | Five | Five | |
| 5396 | Producer | WAMU - 88.5 | Office of the President | 1/4/2005 | 1/24/2005 | 1/19/2005 | Five | | |
| 1717 | Administrative Assistant | Communication, School of | Office of the Provost | 1/14/2005 | 3/2/2005 | 1/19/2005 | Nine | Six | |
| 1897 | Document & Imaging Specialist | Office of Enrollment | Office of the Provost | 1/10/2005 | 1/24/2005 | 1/19/2005 | Six | Three | |
| 4928 | Program Coordinator | Public Affairs, School of | Office of the Provost | 1/14/2005 | 2/1/2005 | 1/19/2005 | Three | Four | |
| 3617 | Grant and Contract Manager | Research Development | Office of the Provost | 1/4/2005 | 3/17/2005 | 1/19/2005 | Four | Four (including person hired) | 49 |
| 2914 | Research Assistant | SPA, Justice, Law & Society | Office of the Provost | 11/12/2004 | 2/24/2005 | 1/19/2005 | Five | One (candidate hired) | 27 (hired applicant declined position) |
| 4041 | Administrative Assistant | Washington Semester Program | Office of the Provost | 1/14/2005 | 3/14/2005 | 1/19/2005 | Six | Five | |
| 5412 | Lead Researcher, Shared Goals | Education | Office of the Provost | 1/10/2005 | 2/5/2005 | 1/19/2005 | Five | Three | No person hired for the position |
| 5422 | Educational Technology Specialist | Education | Office of the Provost | 2/8/2005 | 4/19/2005 | 4/5/2005 | Three | Four | 30 |
| 1058 | Academic Counselor | International Service, School of | Office of the Provost | 2/9/2005 | 4/26/2005 | 4/5/2005 | Four | No Documentation | 21 |
| 1877 | Customer Relations Representative | Office of Enrollment | Office of the Provost | 1/25/2005 | 4/2/2005 | 4/5/2005 | No Documentation | Seven | 33 |
| 3673 | Administrative Assistant | Public Affairs, School of | Office of the Provost | 3/4/2005 | 4/6/2005 | 4/5/2005 | Seven | One (candidate hired) | No person hired for position |
| 5473 | Program Coordinator, Gay Lesbian Bi | AVP Campus Life | Office of Campus Life | 3/1/2005 | 5/27/2005 | 4/25/2005 | Five | One (candidate hired) | 26 |
| 5470 | Project Coordinator-Commission on F | VP of International Affairs | Office of International Affairs | 4/20/2005 | | 4/25/2005 | No Documentation | One (candidate hired) | 23 |
| 1713 | Senior Administrative Clerk | International Service, School of | Office of the Provost | 4/18/2005 | 6/6/2005 | 4/25/2005 | Zero | Zero | 23 |
| | | | | 4/21/2005 | | 4/25/2005 | Three | Three | 24 |

None of the interviewed candidates were hired. Position later filed on 06/08/05. Age-29.

EXHIBIT 8

APPENDIX 3, 12/29/06

MEMO
TO: SENATOR BIDEN
FROM: JOSEPH SLOVINEC     *Joseph Slovinec, Dec 29 2006*

   Please read my attached letter to Governor Rod Blagojevich where I want to complain to him and Tammy Duckworth in his cabinet on the poor quality of the Kriesberg textbook in Professor Ronald Fisher's class at American University with only five pages on Iraq and Kuwait. I gave a better talk myself from Hussein Hassouna's book on the Arab League about peaceful resolution of the 1961 Iraq-Kuwait crisis: it was unfortunate when Iraq wrongfully started another war on the issue in 1990. Kuwait implemented voting for women a few weeks after I called for it in 2005. Dr. Fisher gave me an A on a Kashmir peace project he managed well: yet he too stubbornly tried to pressurize me to use Illinois government or connections to pay his bill without an emergency loan and I could not, and Fisher repressed a paper I wrote about Mr. Hassouna's book and 2003 talks to exile Saddam which I called "a better idea than war". Saddam had supported free education and health care with tolerance towards women and Christians: many Sunnis feel police protection worsened after he fell.

   I express opposition to rumors about an execution of Saddam Hussein on Dec. 30, tomorrow after false accusations against him on weapons of mass destruction charges and involvement in September 11. Both sides were responsible for the Iraq-Iran war and I hoped President Talabani or his Sunni Vice President would oppose Saddam's execution which would cause more violence in Iraq. I will write more next week. Thanks.

*I called Senator Biden's office Dec. 29 2006, at about 4:15 P.M. to express opposition to execution and noted with respect attached article where the late Saddam called for no hate and reconciliation*

I CALLED SENATOR BIDEN'S OFFICE DEC 29 2006 AT ABOUT 4:15 PM TO EXPRESS OPPOSITION TO EXECUTION AND NOTED WITH RESPECT ATTACHED ARTICLE WHERE THE LATE SADDAM CALLED FOR NO HATE AND RECONCILIATION.

*JS 12/30/06*

THE PHILADELPHIA ENQUIRER    Thursday, December 28, 2006

## Saddam Hussein's Farewell

*Following are excerpts from a letter in the name of Saddam Hussein posted on a Web site yesterday, and translated from the Arabic by the Associated Press:*

Many of you have known the writer of this letter to be faithful, honest, caring for others, wise, of sound judgment, just, decisive, careful with the wealth of the people and the state ... and that his heart is big enough to embrace all without discrimination. ...

Here, I offer my soul to God as a sacrifice, and if He wants, He will send it to heaven with the martyrs, or, He will postpone that ... so let us be patient and depend on Him against the unjust nations. ...

I call on you not to hate because hate does not leave a space for a person to be fair and it makes you blind and closes all doors of thinking and keeps away one from balanced thinking and making the right choice. ...

I also call on you not to hate the peoples of the other countries that attacked us and differentiate between the decision-makers and people. ...

Anyone who repents — whether in Iraq or abroad — you must forgive him. ...

You should know that among the aggressors, there are people who support your struggle against the invaders, and some of them volunteered for the legal defense of prisoners, including Saddam Hussein. ...

Dear faithful people, I say goodbye to you, but I will be with the merciful God ... God is great ... Long live our nation ... Long live Iraq... Long live Palestine ... Long live our great struggling people ... Long live jihad and the mujahideen.

Saddam Hussein
President and Commander in Chief of the Iraqi Mujahid Armed Forces



"Hate ... makes you blind and closes all doors of thinking," Saddam Hussein wrote Nov. 5.

NICOLA SOLIC / Associated Press Pool

## Facing death, urging conciliation

**HUSSEIN** from A1

Against the backdrop of sectarian killings that have dragged Sunni Arabs and Shiite Muslims into civil warfare over the last year, Hussein urged his countrymen to "remember that God has enabled you to become an example of love, forgiveness and brotherly coexistence."

But he also voiced support for the Sunni Arab-dominated insurgency, saying: "Long live jihad and the mujahedeen."

Despite his calls for conciliation among Iraqis, Hussein's legacy is brutal. He put suspected foes to death without trial, oppressed Kurds and Shiites, waged war on Iran, and twice fought U.S.-led armies. He left an impoverished nation now gripped by sectarian



**An Iraqi man goes through debris** after a car bomb killed eight civilians near an Iraqi army checkpoint in Baghdad. Ten people were wounded.

KHALID MOHAMMED / Associated Press

said the Hussein letter was released Tuesday and published yesterday on the Web site of Hussein's former Baath Party.

The deposed leader said he was writing the letter because his lawyers had told him the Iraqi High Tribunal that tried his case would give him an opportunity to say a final word.

"But that court and its chief judge did not give us the chance to say a word, and issued its verdict without explanation and read out the sentence — without presenting the invaders — dictated by the invaders," Hussein wrote.

"Dear faithful people," he added, "I say goodbye to you, but I will be with the merciful God who helps those who take refuge in him and who will never disappoint

## Chr[is] to his [life,] then fatal i[n]

**SOLDIERS** from A1

fense. Bubeck died the next day. Military representatives delivered dith Bubeck around noon on Tuesday birthday.

Bubeck and the other soldiers were Ninth Engineer Battalion, Second Briga of the Army's First Infantry Division o Germany. He had been in Iraq less tha Bubeck enlisted in the Army in Au string of jobs cooking in mom-and-Always the joker, Bubeck had troubl mother that he was trading in his el nights with friends listening to the C basic training.

He preferred dirty work to paperwo combat engineer. Although he was soldier, he was less than pleased photograph.

"He said he looked like a Chihuahu said.

After stops in South Korea, Tex Bubeck's battalion was sent to Kuw August, and then to Iraq in October

"I was very proud of him, more pr his mother said. "I knew he'd done t he was prepared.

"He was looking forward to it. He kep of sitting on the bench in the game. I His mother excitedly recalled a recent conv he talked excitedly about a ride h Black Hawk helicopter.

"He was my risk-taker. He liked t he liked to be where the action was "I could just picture him in his Su continued.

On Bubeck's MySpace Web page, in the military and posted snapsh other soldiers in his unit.

"For the last few years, I've been doing the do for Uncle Sam," Bube reads.

"My talent as a bulls— artist paid o ed me Sergeant stripes. Suckers! I'm term 'business trip' to the Middle East Almost 3,000 members of the U.S

IN PUBLIC FILE FOR CASE 06-455, SLOVINEC V. AMERICAN UNIVERSITY

December 28, 2006

Governor Rod Blagojevich
State of Illinois Office
444 North Capitol Street
Washington, D.C.

Dear Rod:

    Congratulations to you and the state officials as you start your second term. In January 2003 I had attended your inaugural and a party in Washington, D.C. for the start of Senator Durbin's second term. I was pleased to receive a Christmas 2006 message from Lisa Madigan.

    I am sorry I have become disorganized in the second half of your first term. There is uncertainty on resolving my EEOC age discrimination lawsuit against American University where a trial a few months from now could result in a court order for American University to hire me: a fight continues over it. If you would like to consider hiring me or favoring a plan for my schooling or worker training in Illinois, please write to me now and Judge Kessler would also like to find out. If there is a hire in or related to Illinois, I would only request compensatory damages from American U. and not seek to work there.

    My Statement of Purpose for American U. included my reference to applications with the Illinois civil service with A grades which included Library Associate from February 2005 to February 2006. I was less able to interview for that job when under economic duress, I was pressurized to stay at the Community for Creative Nonviolence homeless shelter in Washington, D.C. when U.S. Secretary of Education Margaret Spellings declared my loans in default in June 2005 and cut off financial aid so I could not accept Roosevelt University's invitation to attend classes in Education either in September 2005 or September 2006. Please inform us if you have interest in seeking funding for me to attend Roosevelt either on Jan. 22 or more likely by September. I will ask U.S. Attorney General Gonzales to review any deal for me to return to Illinois which would include my lawsuit against George Ryan's administration which was actually not resolved when or since I received my last communication on U.S. District Court Case 02 C 4124's appeal from U.S. Court of Appeals in May 2005.

    Please show the attached letter to Senator Biden to Tammy Duckworth who I learned is your new secretary for veteran's affairs. I want to ask you and Lisa to oppose any new recruiting of Illinois students for American University's Graduate Certificate in Peacebuilding unless the administration of Interim President Cornelius Kerwin is willing favor these reforms after my difficulties with Ronald Fisher, its director: either canceling

the classes within the first two weeks if tuition is not paid, or giving an emergency loan to Illinois students at the end of the semester. I have suspicions of Fisher's continued demands for me to pay tuition from my own pocket including an e-mail in September 2005 when I only had 88 cents at the homeless shelter: he tried to demand money I already spent from an inheritance and could try to prey upon wealthy peace activists in Illinois. Fisher is a military trainer with probable CIA links and seems hostile to Chicago-area liberal Democrats: this is evidenced since he seems to feel I should pressurize Democratic politicians or Chicago businesses to pay his bill, and since I was unable to pay it, Fisher does not want to recommend me for or effectively aid my job search and created pressures for me to sit around a homeless shelter and use food stamps. I can only narrowly agree to finish his program if I can get a grant and any agreements for me to continue at American U. need court supervision. It is also unfair to exclude Illinois businesses from interviewing me and we need change. Please write me at 425 2nd St., N.W., Washington, D.C. 20001.

Sincerely yours,

*Joseph Slovinec*

Joseph Slovinec

MEMO TO SENATOR LEAHY ON CASE 06-455
FROM: JOSEPH SLOVINEC         *Joseph Slovinec*

    I have reason to believe there is connection between hostility of conservatives at AU to your civil liberties views and Dr. Said's office (Zen Hunter) invitation where I attended a memorial service for Marla Ruzicka (hope spelling is OK) in May 2005 to a harassing barring order where I cannot visit American U.'s campus. I inform Judge Kessler I only believe justice can be done if I ask Democrats in Congress to investigate it.



*[handwritten: √ SUNVINEE - APPENDIX C - ON UNRESOLVED LAWSUIT AGAINST EX-GOVERNOR GEORGE RYAN'S ADMINSTRATION (OR LAYER - ATTEMPTED APPEAL SEE 02 C4124C]*

## New FOIA Decisions, January-March 2005

The following Freedom of Information Act decisions were received by the Office of Information and Privacy during the months of January through March 2005. OIP encourages all agencies to make use of telefax transmission -- to (202) 514-1009 -- in forwarding recent FOIA decisions for timely compilation in *FOIA Post*.

**Appeals Courts**

*Cathedral Candle Co. v. United States Int'l Trade Comm'n*, 400 F.3d 1352 (Fed. Cir. 2005) (subsection (a)(1)(D): considering the possible effect of subsection (a)(1)(D) on the question before it of the proper interpretation of part of the Tariff Act, finds that the Commission need not publish an interpretive rule about the confidentiality of questionnaire responses).

*City of Chicago v. United States Dep't of the Treasury*, No. 01-2167 (7th Cir. Dec. 21, 2004) (the government's petition for rehearing en banc is granted to the extent that panel rehearing is granted; the parties must file supplemental memoranda addressing the impact of the 2005 Appropriation Act by January 11).

*Edwards v. Dep't of Justice*, No. 04-5044, 2004 WL 2905342 (D.C. Cir. Dec. 15, 2004) (Exemption 7(C): "it is immaterial" whether DEA initially erred when it refused to confirm or deny the existence of records that plaintiff requested under the FOIA; the records were compiled for law enforcement purposes, and disclosure "could reasonably be expected to constitute" an invasion of personal privacy; plaintiff has failed to show that this exact information exists in the public domain; plaintiff has failed to show "compelling evidence" of illegal activity on the part of DEA or to raise "substantial doubt" as to the adequacy of its search).

*Flowserve U.S., Inc. v. Dep't of Labor*, No. 05-10048, 2005 U.S. App. LEXIS 4731 (5th Cir. Mar. 23, 2005) (per curiam) (grants unopposed motion to dismiss appeal in this FOIA action; formally vacates district court's ruling below that witness statements compiled during OSHA's civil investigation of an oil refinery fire had to be only minimally redacted in a manner that would fail to adequately protect personal privacy and then released; remands with instructions that the case be dismissed as moot).

*Lopez v. Dep't of Justice*, 393 F.3d 1345 (D.C. Cir. 2005) (Exemption 3 [Rule 6(e)]: affirms district court ruling that disclosure of the dates of grand jury subpoenas, requests for production of prisoners, writs ad testificandum, and post-testimonial witness interviews would reveal secret matters occurring before a grand jury; with respect to any dates of prospective witness interviews, reverses and remands the case to the district court with instructions to order the defendant agency to release such dates, assuming that they do in fact exist in the file).

*McDonnell Douglas Corp. v. United States Dep't of the Air Force*, No. 02-5342 (D.C. Cir. Dec. 16, 2004) (government's petition for rehearing en banc denied in this "reverse" FOIA action in which the court had found that the Air Force's decision to disclose option year prices and Vendor Pricing Contract Line items

*Slovinec v. Ill. Dep't of Human Servs.*, No. 02 C 4124, 2005 WL 442555 (N.D. Ill. Feb. 22, 2005) ("not an agency" defense: the federal FOIA does not apply to states and state governments; plaintiff has no standing to complain about the disclosure of other people's personal information).

*Three Forks Ranch Corp. v. Bureau of Land Mgmt.*, 358 F. Supp. 2d 1 (D.D.C. 2005) (a request for information made by a corporation's attorney did not give the corporation standing to pursue the FOIA action, because the attorney did not indicate specifically that he was making the FOIA request "on behalf of" his client; it is "unreasonable to expect overburdened FOIA administrators to interpret whether a request is being made by the individual writing the request letter, by someone else mentioned in the letter, or both").

*United States Ass'n of Imps. of Textiles & Apparel v. United States*, 366 F. Supp. 2d 1280 (Ct. Int'l Trade 2005) (jurisdiction: the Court of International Trade has jurisdiction under 28 U.S.C. § 1581(i) to consider claims implicating the affirmative publication provisions of the FOIA in subsection (a)(1)).

*W&T Offshore, Inc. v. United States Dep't of Commerce*, No. 03-2285, 2004 WL 2984343 (E.D. La. Dec. 23, 2004) (attorney fees: denies plaintiff's motion for reconsideration; while the Fifth Circuit has yet to apply *Buckhannon Board & Care Home, Inc. v. West Virginia Department of Health & Human Resources*, 532 U.S. 598 (2001), to a FOIA case, other circuit courts have found that the Supreme Court's rejection of the catalyst theory precludes the award of attorney fees where there is neither a judgment on the merits nor a settlement enforced through a consent decree; applying *Buckhannon,* finds that plaintiff has not "substantially prevailed" in this FOIA action because the agency properly withheld all portions of the documents at issue; attorney fees denied).

*Wolk v. United States*, No. 04-CV-832, 2005 WL 465382 (E.D. Pa. Feb. 28, 2005) (Exemption 7 (threshold): requirement met by records compiled by the FBI in the course of its background investigation of a federal judicial nominee) (Exemption 7(C): protects personal background-investigation information about a federal judicial nominee, given that only "'[u]nsubstantiated allegations'" of wrongdoing are involved, which are "'insufficient'" (quoting the "Justice Department Guide to the FOIA") to countervail a privacy interest; "officials do not surrender all of their rights to personal privacy when they accept a government appointment"; there is no evidence that the FBI engaged in any illegality) (Exemption 6: judicial nominee's background-investigation information is certainly a "similar file"; court finds that the nominee's privacy interest in this information "substantially outweighs" the asserted public interest in disclosure) (in camera inspection: in camera inspection is unnecessary because the FBI's affidavit is sufficient).

*Yoonessi v. N.Y. State Bd. for Prof'l Med. Conduct*, No. 03-CV-871, 2005 WL 645223 (W.D.N.Y. Mar. 21, 2005) ("not an agency" defense: state and local agencies and plaintiff's medical colleagues are not "agencies" subject to the federal FOIA). *(posted 3/31/05)*

Go to: Main *FOIA Post* Page// DOJ FOIA Page // DOJ Home Page

*[Handwritten note:]* I INTEND TO FILE MORE. BOTH ILLINOIS AND US HAVE FOIA. I WAS PATIENT'S CASEWORKER C-2

IN THE UNITED STATES COURT OF APPEALS, SEVENTH CIRCUIT, CHICAGO, ILLINOIS

Joseph Slovinec,

    Plaintiff,

Vs.

Illinois Department of Human Services,
Illinois Labor Relations Board, and
Illinois Skills Match, of the Illinois Dept.
   Of Employment Security

    Co-Defendants

05-1699

Appeal on: Judge Filip
02 C 4124 District Court
Magistrate Judge Nolan

MOTION TO EXPUNGE MATERIALS JUDGE FILIP PUT UNDER SEAL SINCE PLAINTIFF WAS NEVER INFORMED OF ANYTHING ABOUT THEM

    Plaintiff Joseph Slovinec moves to strike from public record and expunge two items Judge Filip put under seal: for these reasons: Plaintiff was never informed of what they were by either U.S. District Court or U.S. Court of Appeals, and thus does not know which statute would apply to keeping items under seal. Judge Filip refused custody of, and did not actually receive, one item Plaintiff wanted to keep under seal with a Social Security number of a patient who was illegally and fraudulently listed as discharged from Columbus Manor against her will, **and with use of Plaintiff's computer against his wishes which Filip irresponsibly ignores,** which Plaintiff legally seized on condition of request for fraud investigation under 89 Ill. Adm. Code 505.40 e, et seq.: the office of U.S. Attorney Patrick Fitzgerald also received it and has not corresponded with Plaintiff on wanting to keep it under seal. Plaintiff suspects it is some type of fraudulent claim of a state investigation to discredit Plaintiff. Judge Filip has a high rate of error or difficulty remembering his own orders on whether or not to put items under seal: In Docket Item 178, 10/17/2004, Judge Filip denied Plaintiff's motion for protective order to keep item under seal and Plaintiff respected it, and this meant there was no qui tam lawsuit: on transcripts of Dec. 8, 2004 and Dec. 13, 2004 status hearings D. Allen manipulated Judge Filip by her lying and deceit to believe Plaintiff had filed qui tam lawsuit in defiance of his wishes, and D. Allen caused Judge Filip to threaten sanctions against Plaintiff for something he did not do at a Dec. 8, 2004 hearing when Plaintiff was not there and had not received written notice, which is probably unconstitutional. This was one reason Plaintiff accused Allen of dishonorably slandering him at Jan. 5, 2005 hearing with Plaintiff's call for desirability of F.B.I. investigations, which Filip omits from record. Please rule by mail: Plaintiff is not available for routine motions after April 25 visit..
PROOF OF SERVICE: To: Brian Barov, 100 W. Randolph, Chicago, Il. 60601
Joseph Slovinec, P.O. Box 282, 4410 Massachusetts Ave., N.W., Washington, D.C. 20016 April 25, 2005 - 3 copies mailed from D.C. area in case of 4/25 trip delay



# Seventh Circuit Court of Appeals

Public Access to Oral Argument recordings,
Opinions, Nonprecedential Dispositive Orders,
and other selected case materials

## Select a Case

Case Number: [Year] [Number Fragment]  [List Case(s)]

Recent Uploads: [Today] [Past Week] [Past Month] [Opinion ▼]

**Locate a Document by Person:**

Last Name or Corporation: ⦿ Begins, or ○ Contains: Slovinec

First Name (if Individual): ⦿ Begins, or ○ Contains: Joseph

[Search for Person]

[Help] [Reset]

**Judicial Conference Privacy Policy**

Handwritten notes:
→ ONLY ONE CASE DEPAUL WAS FOUND SEE C-5

SEARCH FOR APPEAL OF 02 C 4124 PROBABLY 05-6199 OR 05-1699

IT SEEMS IT WAS DELETED FROM SYSTEM WITHOUT INFORMING ME & maintain if true, it was unconstitutional J Slovinec   C.P.



# Seventh Circuit Court of Appeals

Public Access to Oral Argument recordings,
Opinions, Nonprecedential Dispositive Orders,
and other selected case materials

# Opinion Search by Person

---

02-3837   Slovinec, Joseph v. DePaul University   Opinion

THIS IS EVIDENCE
NO OPINION OR DECISION
WAS RENDERED IN
APPEAL OF 02 C 4124
ONLY ONE RULING-DEPAUL



(C-S)



# Seventh Circuit Court of Appeals

Public Access to Oral Argument recordings,
Opinions, Nonprecedential Dispositive Orders,
and other selected case materials

# Case Listing

If the case you are looking for is not in the system, check the docket first to verify the case number, then contact the Clerk's Office to see the hard-copy file.

Case #  Short Caption

## 05-6199 is not in the system!

Help  Select a Case

SEARCH ON APPEAL
1K12 C 4/24



(C-6)



# Seventh Circuit Court of Appeals

Public Access to Oral Argument recordings, Opinions, Nonprecedential Dispositive Orders, and other selected case materials

# Case Listing

If the case you are looking for is not in the system, check the docket first to verify the case number, then contact the Clerk's Office to see the hard-copy file.

Case # Short Caption

## 05-1699 is not in the system!

[Help]  [Select a Case]

SEARCH ON
APPEAL OF 12 C 4124



(C-7)



American University | Interactive
Contact Us | School of Inter

Degrees   Courses   Faculty   Students   Alumni   Publications   Peace & Dev Institute   News   Events   Our
IPCR Interactive   Community Announcements   Community Photos   Jobs & Internships   Scholarships   International N

# Entry Level position at the Institurte for International Education

Submitted by IPCR Office on Mon, 09/25/2006 - 12:36pm.

**Country:**

**Job description:** A new position just opened up in the division at the Institute of International Education. The position would work on the National Security Education Program (undergraduate Scholarships, graduate Fellowships, English for Heritage Language Speakers, and the National Flagship Language Program), Japan Fulbright Memorial Fund, and the Korea Studies Workshop. Feel free to contact Ja'net Carter with any questions. Please send resumes and cover letters to HR manager Lissa Lewis (llewis@iie.org) or to me at jcarter@iie.org. Ja'net Y. Carter Program Manager National Security Education Program David L. Boren Undergraduate Scholarships and Graduate Fellowships Institute of International Education 1400 K Street NW, 6th Floor Washington, DC 20005-2403 Phone: 1-800-618-NSEP (6737) Fax: 202-326-7672 www.iie.org/nsep

Search all jobs

email this page | printer friendly page

## Latest IPCR News

View the IPCR September 2006 Newsl
*more*

View the IPCR August 2006 Newslette

View the IPCR July 2006 Newsletter...

## Login to IPCR Interactive

[Log in]
new user? Register here

## About Our Program

International Peace and Conflict Resolution (IPCR) at American University is a multi-disciplinary program in the School of International Service designed for students and faculty concerned with the causes of conditions for peace. Read more abou program...

Learn about our program:
About IPCR | Degrees | Courses | Fa

Learn about our community:
Students | Alumni | Featured Peacel
Events | Jobs & Internships

©2005 American University • School of International Service
4400 Massachusetts Ave., NW • Washington, DC 20016-8017
Email: peace@american.edu • Phone: 202-885-1622

RSS IPCR Syn
*What is RSS? Learn more about how to*

designed by Development Seed | powered by Drupal/CivicSpace

http://www.aupeace.org/node/1942                                                                    10/10/2006

APPENDIX D-1

*Joseph Moriner*

12/30/06 -
DR. KBNER WAS ORIGINALLY
EXPECTED TO PROVIDE
REFERENCES FOR A POSITION LIKE THIS
ON. HIS FIELD. HE REFUSED PERMISSION

Earnings Statement

**FORESTVILLE, MD 20747**

Period Ending: 11/03/2006
Pay Date: 11/10/2006

JOSEPH GEORGE SLOVINEC
425 2ND ST NW
WASHINGTON, DC 20001

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  State: 1, Tax Blocked

Social Security Number: XXX-XX-5126

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.0000 | 2.00 | 16.00 | 1,128.00 |
| **Gross Pay** | | | **$16.00** | 1,128.00 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -1.00 | 69.94 |
| Medicare Tax | | -0.24 | 16.36 |
| **Net Pay** | | **$14.76** | |

Your federal taxable wages this period are $16.00

◀ TEAR HERE       ©2001 Automatic Data Processing, Inc.

APPENDIX
D-2

THIS IS
FOR NOVEMBER:
TOTAL EARNINGS
FOR 2ND ARE
ABOUT $2000:
IT IS NEARLY
IMPOSSIBLE FOR
US DEPT OF EDUCATION
OR AMERICAN U.
TO ALLEGE I EARN
THIS SUM
Joseph Slovinec