IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
   Plaintiff,
Vs.                                             06-455 (gk) Judge Kessler
American University,
   Defendant

*Doc 33 to January 2 Opposition to Dispositive Motion due January 2, 2007* — Joseph Slovinec

COPY OF NOTARIZED AFFIDAVIT OF PLAINTIFF ON AGE DISCRIMINATION IN EMPLOYMENT CHARGES

   Plaintiff attaches affidavit and informs court that the U.S. Department of Justice website has information on his earlier employment discrimination lawsuit against convicted ex-Governor George Ryan's administration in Illinois, where an appeal was filed with no news since May 2005. Plaintiff respects honesty and national healing during the administration of former President Gerald Ford and the honors for him January 2, 2007 during his funeral: Yet Plaintiff might need to ask for a brief extension of time after an expected court closing.

SERVICE: In United States mail to: Hisham Khalid, Legal Counsel's Office, American University, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W. Washington, D.C. 20001 December 29, 2006

Joseph Slovinec

Amended: I can appear before a court reporter to verify my oath at Judge Kessler['s] request.

Joseph Slovinec
January 2, 2007

District of Columbia : SS
Subscribed and Sworn to before me, in my presence, this 2ND day of JANUARY, 2007
Notary Public, D.C.
My commission expires FEB 14 2010

Sharon L. Myles
Notary Public, District of Columbia
My Commission Expires 2-14-2010

ATTACHED 1-PAGE AFFIDAVIT AMERICAN U. (AGES AND) JOB NUMBERS: 1717, 4041, 1877, 3673 AND 1713.
Joseph Slovinec

AFFIDAVIT OF JOSEPH SLOVINEC, 425 2ND ST. N.W., IN CASE 06-455 ON AMERICAN UNIVERSITY'S VIOLATIONS AND DISCRIMINATORY PRACTICES UNDER AGE DISCRIMINATION IN EMPLOYMENT ACT

1. An age survey from American University indicates Age Discrimination in Employment Act was violated: it has my name and correct date of birth, Feb. 26, 1958. There is a discrepancy: my EEOC complaint has Job #1728 School of Public Affairs which is not on age survey: it included #1402 a Communications Specialist job which I had not intended to include in this EEOC case. See Plaintiff's Memo on Clarification, Dec. 18, 2006; "statistics comparing number of older federal employees as placed…with number of younger employees sufficient to support finding of age discrimination" under Age Discrimination in Employment Act, Polstorff v. Fletcher 452 F.Supp. 22 (1978), also see Khair.

2. Retaliation existed under standards of McDonnell-Douglas Corp. v. Green, 411 U.S. 792 (1973) or 1972: I, Joseph Slovinec, made a phone call where Brenda Harner of American University Human Resources said she could not do any interviews of me due to barring order, issued later the same day May 17, 2005, I visited April Hornung in Ms. Harner's office and asked how to file discrimination complaint: additional visits and complaints on financial aid were made May 17.

3. According to the Aka Case, Aka v. Washington Hospital 156 F. 3d 1284 (D.C. Cir. 1998), Aka was allowed to complain when he had superior educational qualifications with a Master's Degree in contrast to a hired employee with "two months of volunteer work": the Age Discrimination in Employment Act was violated according to American U.'s own record when American University hired workers with less education and experience than J. Slovinec who had "significantly better" education, refused to count J. Slovinec's Master's Degree in International Affairs from Columbia in his favor: in Exhibit 13, Job #1717 Administrative Assistant – School of Communication, Affidavit of Merry Mendelson: J. Slovinec's resume had "education, communication" objective: Merry said she "would have disregarded" his resume on objectives: she counted Merrill Lynch work and did not count J. Slovinec's work for Columbia, Cook County, and Illinois government as "administrative support"., Exhibit 18 - #4041 Administrative Assistant, when position description said; "Bachelor's preferred" with "computer skills" which were better on J. Slovinec's resume than hired employee, American University unlawfully discriminated when it hired a temporary worker with no Bachelor's Degree and only a community college degree where he omitted dates in employment record with two jobs.
In Exhibit 22, #1877, it was unlawful discrimination when American University hired younger employee with less than "two years office experience" in job description when younger employee only had one semester as intern with work outside office as cook and therapist; In Exhibit 23, #2940, Anne Schmitt unlawfully discriminated when job description says college work can count for work experience and J. Slovinec had better experience; In Exhibit 26, #1713, Senior Administrative Clerk – School of International Service, Joseph Clapper wrote younger employee had "administrative support experience" and Joseph Slovinec did not when hired employee had only one semester as intern, both had

Master's in International Affairs, and J. Slovinec had more experience, seven years in government, including clerk duties *[handwritten: I have indicated my [illegible] in these statements]*

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   *[signed] Joseph Slovinec   on January 2, 2007*

APPENDIX A 1992-2006 J SLOVINEC JR WITH JAN. 2007 AFFIDAVIT ON AGE DISCRIMINATION

Slovinec, Joseph

University Positions Applied For

DOB 02/26/1958

| POS # | POS Title | Department | Division | Date Opened | Date Closed | Slovinec's Application Rec'd | # of Candidates Interviewed | Interviewed Candidates Resumes on file | Age of the Person Hired |
|---|---|---|---|---|---|---|---|---|---|
| 1402 | Communications Specialist | Safety and Security | Office of Finance & Treasurer | 5/02/2004 | 1/24/2005 | 1/19/2005 | Three | Three | 44 |
| 4299 | Assoc. Dir. of the Cntr for Democra | VP of International Affairs | Office of International Affairs | 12/14/2004 | 3/11/2005 | 1/19/2005 | No Documentation | One (candidate hired) | 39 |
| 4400 | Staff Assistant | VP of International Affairs | Office of International Affairs | 1/12/2005 | 2/23/2005 | 1/19/2005 | Five | Five | 24 |
| 5396 | Producer | WAMU - 88.5 | Office of the President | 1/14/2005 | 1/24/2005 | 1/19/2005 | Nine | Nine |  |
| 1717 | Administrative Assistant | Communication, School of | Office of the Provost | 1/14/2005 | 1/24/2005 | 1/19/2005 | Six | Six | 40 |
| 1897 | Document & Imaging Specialist | Office of Enrollment | Office of the Provost | 1/10/2005 | 3/2/2005 | 1/19/2005 | Three | Three | 33 |
| 4928 | Program Coordinator | Public Affairs, School of | Office of the Provost | 1/14/2005 | 2/1/2005 | 1/19/2005 | Four | Four | 49 |
| 3517 | Grant and Contract Manager | Research Development | Office of the Provost | 1/4/2005 | 3/17/2005 | 1/19/2005 | Five | Four (including person hired) |  |
| 2914 | Research Assistant | SPA: Justice, Law & Society | Office of the Provost | 11/12/2004 | 2/24/2005 | 1/19/2005 | Six | One (candidate hired) | 27 (hired applicant declined position) |
| 4041 | Administrative Assistant | Washington Semester Program | Office of the Provost | 1/4/2005 | 3/14/2005 | 1/19/2005 | Five | Five | 30 |
| 5412 | Lead Researcher: Shared Goals | Education | Office of the Provost | 1/10/2005 | 2/5/2005 | 1/19/2005 | Three | Three | 21 |
| 5422 | Educational Technology Specialist | Education | Office of the Provost | 2/8/2005 | 4/19/2005 | 4/5/2005 | Four | Four | 33 |
| 1058 | Academic Counselor | International Service, School | Office of the Provost | 2/9/2005 | 4/26/2005 | 4/5/2005 | No Documentation | No Documentation | 28 |
| 1877 | Customer Relations Representative | Office of Enrollment | Office of the Provost | 1/25/2005 | 4/6/2005 | 4/5/2005 | Seven | Seven |  |
| 3673 | Administrative Assistant | Public Affairs, School of | Office of the Provost | 3/4/2005 | 4/6/2005 | 4/5/2005 | Five | One (candidate hired) | 23 |
| 5473 | Program Coordinator, Gay/Lesbian Bi | Office of Campus Life | Office of Campus Life | 3/1/2005 | 5/27/2005 | 4/25/2005 | No Documentation | One (candidate hired) | 23 |
| 5470 | Project Coordinator-Commission on F | AVP Campus Life | Office of the Provost | 4/20/2005 | 4/25/2005 | 4/25/2005 | Zero | Zero | 24 |
| 1713 | Senior Administrative Clerk | International Service, School | International Service, School | 4/18/2005 | 6/6/2005 | 4/25/2005 | Three | Three | No person hired for the position |

None of the interviewed candidates were hired. Position later filed on 08/08/05. Age 29

EXHIBIT 8