EEOC Form 5 (6/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>100-2005-01396 |
|---|---|---|

D.C. Office Of Human Rights _____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.)<br>Joseph Slovinec | Home Phone No. (Incl Area Code)<br>(202) 885-6347 | Date of Birth<br>02-26-1958 |
|---|---|---|

Street Address: 5325 West Bard Avenue, Bethesda, MD 20816

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>AMERICAN UNIVERSITY | No. Employees, Members<br>Unknown | Phone No. (Include Area Code)<br>(202) 885-1000 |
|---|---|---|

Street Address: 4400 Massachusetts Ave., N.W., Washington, DC 20016

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2005   Latest: 06-24-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I have applied for 18 positions with the above-named Respondent since January of 2005. To date, I have not received an interview nor have I been considered for any of the positions.

II. I believe that the Respondent refused to hire me because of my age/47, in violation of the Age Discrimination in Act of 1967, as amended.

[Stamp: 2005 JUN 24 P 2:34  1400 L ST NW WASHINGTON D.C. 20005  EEOC WASHINGTON FIELD OFFICE]

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 24, 2005 — Joseph Slovinec
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)