APPENDIX A (JAN 12, 2007)

## CHARGE QUESTIONNAIRE

EEOC Use Only | Name (Intake Office

**NAME:** JOSEPH GEORGE SLOVINEC (First / Middle Name or Initial / Last) **DATE:** JUNE 24, 2005

**ADDRESS:** 5325 WESTBARD AV.  **TELEPHONE NO.:** 202-885-634_

**CITY:** BETHESDA  **STATE:** MARYLAND  **ZIP:** 20816  **COUNTY:** MONTGOMERY

Please provide the name of an individual at a different address in your local area who would know how to reach you.

**NAME:** SUSAN NAN  **RELATIONSHIP:** PROFESSOR  **PHONE:** 202 885-1686

**ADDRESS:** 4400 MASSACHUSETTS AV. NW  **CITY:** WASHINGTON  **STATE:** D.C.  **ZIP:** 20016

I believe I was discriminated against by: (Check those that apply)
[X] EMPLOYER  [ ] UNION  [ ] EMPLOYMENT AGENCY  [ ] OTHER

APPROX NO. EMPLOYED BY THIS EMPLOYER: 200 OR MORE

**NAME:** HUMAN RESOURCES  
**ADDRESS:** AMERICAN UNIVERSITY 4400 MASSACHUSETTS AV.  
**CITY, STATE, ZIP:** WASHINGTON, D.C. 20016

**NAME:** CONTACT BRENDA  
**ADDRESS:** AMERICAN: BRENDA WARNER RECEPTIONIST: APRIL

If you checked "Employer" above, are you now employed by the Employer that you believed discriminated against you?
YES: From ___ (date) ___ (current position)
NO: I applied for 18 ATTAINED (position)s on 1/10/05 - 5/12/05 (Date)
OR: I was employed as ___ until ___ (date) I was ___ (laid off, fired, etc.)

What action was taken against you that you believe to be discriminatory? What harm, if any, was caused to you or others in your work situation as a result of that action? NO INTERVIEWS ON 18 JOB APPLICATIONS IMPUTED ACCESS: AMERICAN UNIVERSITY TRIED TO MAKE A PROFIT FROM ME AS ONE OF ONLY A FEW PEACEBUILDING STUDENTS WHO WAS NOT CERTIFIED TO GET STUDENT LOANS LIKE MASTERS IN INTERNATIONAL PEACE & CONFLICT RESOLUTION OR GRANTS FOR FOREIGNERS. I GOT ZERO AFTER DEAN GOODMAN PROMISED ACCESS TO JOBS AND LOANS IN DEC. 2004. LETTER I APPLIED FOR 18 JOBS AT AMERICAN U. AND RECEIVED NO INTERVIEWS; AND NONE FOR 5 JOB LEADS FROM CAREER OFFICE. I APPLIED FOR MARYLAND WELFARE AND NO ONE ADVISED ME ON WELFARE-TO-WORK JOBS, MY EVICTION IS NOW THREATENED.

WHAT WAS THE MOST RECENT DATE THE HARM YOU ALLEGED TOOK PLACE? JUNE 22, 2005 - ORDER MONTGOMERY

EEOC Form 283 (10/94)

2005 - 2 WRONG IN MA SESSIONS INTERVIEWER: GRAHAM STARRING U MASS IN MONTS DC, I MAI EUNG ___

TO PAY $4539 JUDGMENT RE DORM RENT WHEN I TOLD ___

Why do you believe this action was taken against you?
Check the one(s) that apply: Race ( ) Sex ( ) Color ( ) Religion ( ) National Origin ( ) Age (✓) Disability ( ) Other (✓) DISLIKE OF PAST GRIEVANCES AT DEPAUL

For each one that you checked above, please specify the particular race, sex, etc. that pertains to you. For any block(s) that you checked, explain why you believe this was the reason for the action taken against you.

WHILE JOBLESS I WAS ESPECIALLY QUALIFIED FOR 1713 SR ADMINISTRATIVE CLERK V5 & 4490 STAFF ASSISTANT. NEARLY ALL CLERICAL AND STAFF EMPLOYEES AT AMERICAN U ARE UNDER 40. BUSINESS WAS PROCURED BY DR. RONALD FISHER (202-885-1547), DIRECTOR OF GRADUATE CERTIFICATE IN PEACEBUILDING AT AU'S SCHOOL OF INTERNATIONAL SERVICE. I WARNED HIM I NEEDED JOB ADVICE MORE WITH IL LAYOFF COURT CASE. HE ACTUALLY DID LESS FOR ME THAN MOST STUDENTS. I ONLY GOT ONE LISTSERV FROM CARRIE IN MAY. OTHER AU STAFF DISLIKED MY PAST GRIEVANCES AGAINST DEPAUL LAW PROF. HUGHES AND STAGED TWO HATE INCIDENTS LIKE PAST OPPONENTS: CHIEF MCNAIR BARRED ME FROM CAMPUS ON BASIS OF FALSE REPORTS LIKE GEORGE RYAN'S AIDE (IN U.S. CRT), AND THREAT OF EVICTION (ONE)

Normally, your identity as a complainant will be disclosed to the organization which allegedly discriminated against you.
Do you [X] consent or [ ] not consent to such disclosures? HAD IN 1999 WHEN DEPAUL SHORTCHANGED ME ALL

Have you sought assistance about the action you think was discriminatory from any agency, from your union, an attorney, or from any other source? [ ] No  [X] Yes
NAME OF SOURCE ASSISTANCE: MARYLAND DEPT. OF HEALTH AND HUMAN   DATE: 5/19/05-NOW
RESULTS IF ANY: YES-MAY-FOOD STAMPS, REFUSED USE OF HOMELESS SHELTER

Have you filed a complaint about the action you think was discriminatory with any other Federal, State, or Local Government Anti-discrimination agency? [ ] No  [ ] Yes
NAME OF SOURCE ASSISTANCE: AND U.S. DISTRICT COURT OTHER MATTERS   DATE:
RESULTS IF ANY: IT STILL AWAITS YOUR INVESTIGATION

Have you filed an EEOC Charge in the past? [X] No  [ ] Yes
APPROX. DATE FILED:    ORGANIZATION CHARGED:    CHARGE NUMBER (IF KNOWN):

I declare under penalty of perjury that the foregoing is true and correct.
SIGNATURE: Joseph Hornec    DATE: June 29, 2005

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counselling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to charging parties in consideration of or in connection with litigation.
5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary. Failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the

Reverse Side of Form 283 (Test 10/94)

APPENDIX D — U.S. UNIV ADDRESS NO EMIL ADDRESS
 DC PHONE NUMBER
 IN LG BOOK

# AMERICAN UNIVERSITY
WASHINGTON, DC

HUMAN RESOURCES

February 01, 2005

Mr. Joseph Slovinec
636 W. Diversey Pkwy.
Chicago IL 60614

Dear Mr. Joseph Slovinec:

Thank you for your interest in the following position(s) at American University:

Position Number/Description
1897  Document & Imaging Specialist
3617  Grant and Contract Manager
4490  Staff Assistant
2914  Research Assistant
4928  Program Coordinator
5396  Producer
4041  Administrative Assistant
1717  Administrative Assistant
4299  Assoc. Dir. of the Cntr for Democracy & Election Management

Applications will be reviewed and candidates whose qualifications best meet the position requirements will be contacted.

As part of the university's commitment to diversity, we regularly collect demographic information from applicants. Please complete the enclosed applicant data form and return it to Human Resources in the enclosed postage paid envelope.

Thank you for your interest in a career at American University.

Sincerely,

Penelope Rivera
Human Resources Assistant

I was never interviewed for any job at American U. and sent new address   D-1

OFFICE OF FINANCE AND TREASURER



# AMERICAN UNIVERSITY
### WASHINGTON, DC

HUMAN RESOURCES

D-2

April 07, 2005

Mr. Joseph Slovinec
4410 Massachusetts Ave., NW
Pmb 282
Washington DC 20016

Dear Mr. Joseph Slovinec:

Thank you for your interest in the following position(s) at American University:

Position Number/Description
5412  Lead Researcher, Shared Goals
5422  Educational Technology Specialist
1058  Academic Counselor
3673  Administrative Assistant
1877  Customer Relations Representative

Applications will be reviewed and candidates whose qualifications best meet the position requirements will be contacted. Thank you for your interest in a career at American University.

Sincerely,

Penelope Rivera
Human Resources Assistant



SEE REVERSE FOR ADDITIONAL RESUMES

OFFICE OF FINANCE AND TREASURER
4400 MASSACHUSETTS AVENUE, NW   WASHINGTON, DC 20016-8054   202-885-2591   FAX: 202-885-2558

JOSEPH SLAVINEC'S JOB APPLICATION AFTER 4/12/2005

5473  A.V. PROGRAM COORDINATOR, GLBTA (GAY, LESBIAN)

1713  SENIOR ADMINISTRATIVE CLERK, SIS, CLERICAL (QUAUKEN (RECEPTIONIST, CLERICAL

1728  STAFF ASSISTANT, SCHOOL OF PUBLIC AFFAIRS (QUAUKEN)

5470  PROJECT COORDINATOR, COMMISSION ON FEDERAL ELECTION REFORM (STEALS ELECTION WORK IN AD SUMMERS - COL COUNTY CLERK - ELECTIONS DEPT)

(TOTAL = 18)




1402

# POSITION QUESTIONNAIRE

### A. General Information

Name of Incumbent:   Date: 7/31/97

*Redacted*

Phone #: ▬

Position Title  (Formal): Communications Specialist   Current Position No.:
              (Functional): University Special Police Officer

Supervising Position Title: Communications Center Coordinator

Supervisor's Name and Phone ▬▬▬▬▬

Home Department: Public Safety   Home Dept. Number: 004.
0612

---

### B. Position Summary (The position summary should be a concise, one or two sentence statement of the position's basic function in the unit of which it is a part, and the general level of supervision under which the position operates. This statement briefly describes why the position exists.):

Under the general supervision of the Communications Center Coordinator, the auspices of the mayor of the District of Columbia, D.C. Municipal Regulations, and with the approval of the Metropolitan Police Department, a University Special Police Officer (USPO) is responsible for enforcing all University rules and regulations as well as all laws, statutes and ordinances of the District of Columbia and the United States. A communications specialist is primarily responsible for dispatching all university police activities using a computer aided dispatching system, university security systems, fire alarm monitoring systems, telephone and radio communications systems, as well as other information.

---

### C. Organizational Characteristics (Relative to Campus and/or Department) (This section amplifies the information provided in the job summary. Reporting relationships affecting the position are to be described here, e. g., "This position reports directly to ...., along with ...., ...., and ..... Reporting directly to this position are ...., ...., and ....." In addition, the nature of the role the position plays in the organizational unit is described here. For instance, if the position supervises or manages a subunit of the organizational unit, the function of that subunit is described here. Statements of authority vested in the position, level of supervision position receives, impact on research, and extent to which unit or institutional expertise in specialized fields of knowledge is vested in the position are also included in this section. AN ORGANIZATION CHART MUST ALSO BE FURNISHED WITH THIS QUESTIONNAIRE.):



EXHIBIT 9

(1)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-0455 (GK) |
| ) | |
| v. ) | |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF Jennifer McCann

I HEREBY CERTIFY that on this __13___ day of November 2006, I am over the age of eighteen, competent to be a witness and have personal knowledge of the facts set forth herein. I further attest that:

1. My name is Jennifer McCann.

2. I am employed by American University as the Communications & Logistics Manager in the Department of Public Safety.

3. In this position, I made the personnel decisions for job position 1402, communications specialist.

4. I initiated the hiring process for job position 1402, Communications Specialist on or around Spring 2005.

5. I received approximately 70 resumes for the job position.

6. I do not recall Joseph Slovinec's resume.

7. While i do not recall joseph slovinec's resume, i did have a chance to review his resume attached as Exhibit A in preparing this affidavit. Based on the attached resume, he would not be a proper fit for this position because he has no previous dispatch experience and he has no customer service experience. He also states on his resume as his objective the attainment of new entry level positions in writing, editing, education communications, public administration business, or real estate development. This position does not fit that description. A Communication Specialist is primarily responsible for dispatching all university police activities using a computer aided dispatching machine. I would have disregarded his resume based on these points.

1

8. All applications are received from the Human Resources Department via mail or electronically through the web. Applications are reviewed. Applications are then sorted by the applicants work history experience. The top candidates with experience begin the targeted selection process with a telephone interview. The top candidates from the telephone interview are then scheduled for an in-person interview. The top candidates from the in-person interviews are then reviewed. The candidate that performed the highest overall in the interview process is then selected.

9. The candidate selected had customer services experience as an assistant manager at Manhattan Bagels. She had administrative experience as an administrative assistant at Meetchie Properties where she supported executives and dealt extensively with investors and contractors. She had over 20 years experience as an administrative assistant at the Department of Defense. Part of that job required her to answer incoming calls and direct callers to appropriate places. She had higher education experience as a secretary at Johns Hopkins University and finally, during the interview, she provided several good indicators of her multi-taking abilities and customer services skills. She was over 40 years old at the time of hire.

10. "While at the university, i have supervised or hired employees that were over the age of 40."

Signed: _____  Date: 11/17/06

STATE OF ___Maryland___,

CITY\COUNTY OF ___Montgomery___: to wit:

SUBSCRIBED AND SWORN TO before me this 17th day of ___November___, 2006.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 09/07/2009

CHRISTIAN A. VIDELA
Notary Public, Montgomery County, Maryland
My Commission Expires Sept. 8, 2009

2

APPENDIX B (JAN 12, 2007)

January 10, 2007

Mayor Adrian Fenty
1350 Pennsylvania Av. NW
Washington, D.C.

Dear Mayor Fenty:

      I send greetings and thanks for the ticket to your Inaugural Ball. I want to write to ask you to discuss additional advice for my job search with two Master's Degrees in International Affairs and History: this could include your appointment of a management consultant.. I have used two office job services: Community Family Life Services mostly for poorer, low-income people and Jobs Have Priority which specializes in the homeless. I have only been able to find part-time work which pays now about $600 per month, not full-time work, since I started using them. My income was bad enough to use a Food Stamp Employment Training class at University of District of Columbia/Van Ness during Summer of 2006. I intend to write to complain to American University Interim President Cornelius Kerwin of "exploitation" in regards to an American University antidiscrimination policy I will name to him: after I was evicted from an American University dorm in Bethesda, Maryland in August 2005, I was essentially dumped at my residence ever since then, the Community for Creative Nonviolence at 425 2nd St. N.W. with use of only one job reference, Susan Nan, from my two professors: even after I notified him I was stuck at CCNV with only 88 cents in my only D.C. savings account in September 2005, Professor Ronald Fisher tried to demand money from me for an unpaid Spring Semester 2005 tuition bill and implied this was the reason he did not give "permission" for use of him as a job reference. I believe it is wrong for American U. to pressurize me to use strangers at CCNV I never met before and CFLS and JHP when American U. has the United Methodist Church and numerous connections to find work for people. My only reason to come from Chicago to D.C. was for American U. which nominally says I can complete a two-semester Graduate Certificate in Peacebuilding by Summer 2008 if I can find money from an unnamed private source to pay an unpaid first semester charge. I was in Chicago 1989-2004 so Fisher's action meant I did not have enough references to find work with a college education. I also intend to inform D.C. authorities that I do not want to receive collection phone calls at offices of either CFLS or JHP: Mr. Alfred Campbell is leaving CFLS this week and he remembers one instance when I refused to take a phone call from the U.S. Department of Education about a loan bill I could not afford to pay while I am on food stamps. I want to notify Community Family Life Services and Jobs Have Priority that I need to include this letter in the court file for U.S. District Court Case 06-455, Slovinec v. American University, where I sued American U. for employment discrimination on the basis of my age and in any student loan-related issues: when I did not get a job at American U., it meant I also could not get tuition remission or free classes for employees. Thank you.

                                                         Sincerely yours,
                                                         Joseph Slovinec

Cc: CFLS, JHP

APPENDIX C, CASE 06-455,
SLOVINEC v. AMERICAN U., JAN. 13, 2007

MESSAGE TO CONGRESSIONAL COMMITTEES ON FOREIGN RELATIONS
AND ARMED SERVICES
FROM: JOSEPH SLOVINEC, 425 2ND ST., N.W., WASHINGTON, D.C. 20001
JANUARY 9, 2007

    I decided to send you a brief note on topics I would like you to discuss at Congressional hearings on foreign policy especially Iraq which start this week including the U.S. House Armed Services Committee hearing. (ADDITION: On his January 10, 2007, speech I believe President Bush should only send more U.S. troops to Iraq voluntarily: I intend to favor confirmation of Zalmay Khalilzad as Ambassador to the United Nations if he is nominated formally and I encourage Columbia University to study the process: however, I encourage Democratic members of Congress to sponsor bills and ask rigorous questions on Bush policies. Dr. Khalilzad's mentoring of President Hamid Karzai of Afghanistan went more smoothly than work in Iraq: I expect to favor limiting the NATO role in Afghanistan to military advisers who are not in combat with Moslem-Christian issues.). In addition, I would like U.S. Senate Foreign Relations Committee to hold hearings on these topics:

- Hearings on U.S. policy towards Egypt, United States and United Nations relations with the Arab League, African Union on cooperation with the United Nations on forces in Sudan where I believe we should avoid use of European soldiers in a Moslem country, and Organization of American States
- Followup on G-8 summit and Bush work on debt relief and economic development for poorer countries
- Support for democracy in countries with recent military coups especially Haiti and also King Bhumibol's planned elections in Thailand

I congratulate Senator Biden and Senator Lugar for work on past expansion of NATO. I think it would be better to postpone consideration of new free trade agreements after often partisan disagreements on previous treaties and I call for bipartisan support of the Central American Free Trade Agreement with work of President Arias of Costa Rica and the free trade agreement with Sultan Qabus of Oman. I hope Congress discusses negotiations on a border fence between Pakistan and Afghanistan.
I encourage Senators and House members to read Arab League Ambassador to the U.S. Hussein Hassouna's book on the history of the Arab League: The League of Arab States and Regional Disputes in George Mason University's Library. I quoted from it in my American University talk to Professor Nan's class on peaceful resolution of the 1961 Iraq-Kuwait crisis when the Arab League told Iraq it could not claim Kuwait on the basis of an 1899 Ottoman map of Basra Province. My American University research criticized the Bush Administration for not talking more to the Arab League on a March 2003 plan of Kuwait and the United Arab Emirates to ask the Arab League to favor exile of Saddam without a trial: I agree with Mr. Hassouna's views in a 2005 statement to the media (edition/cnn/com/2005/WORLD.meast.11/02Saddam exile) where he said it was a "sensitive issue" with "not enough consultations".. I believe a just peace can only occur with Senator Biden's plan for three autonomous zones in Iraq with withdrawal of U.S. troops during 2007. I was pleased when after my related note

## PAGE 2 – JOSEPH SLOVINEC MEMO

to former President Jimmy Carter, he wrote in "Palestine Peace Not Apartheid" about his negotiations with Syria (pp. 72-80), Egypt, and Saudi Arabia. I intend to provide more information about the crisis after I was unable to obtain financial aid to attend American University by the end of my Spring Semester 2005 there: although Professor Fisher there gave me an A on research about India-Pakistan peace talks on Kashmir, he refused to grade my paper on the Arab League with controversial topics including "statements praising Saudi work on Taif agreement on Lebanon,'There were anti-British tensions during the monarchy including a riot which caused (King)Feisal II's regent to repudiate a British-Iraqi defense treaty in the 1949 Brittanica Annual", research on the origins of the Shatt-al-Arab war between Iraq and Iran in 1980" (from my 2006 brief to the U.S. Supreme Court where a 2005 FERPA issue was settled by American U. and me at last minute and relief of a court-ordered tuition remission was declined probably due to another pending case: the court refused to give writ of certiorari) and powers of the Arab League to mediate an end to a conflict under Article V of its charter and Article 52 of the United Nations Charter. American University refused to allow me to use an emergency loan program although my grades were high enough and I believe Dr. Fisher used the pretext of my unpaid bill to refuse to grade a controversial paper which criticized Bush. I will provide more details on my criticisms of Dr. Fisher's textbook with the author Kriesberg which only had five pages on Iraq and Kuwait: Fisher also seemed to want to pressurize the Illinois government to pay his bill, and I could not justify this: this is not enough for Illinois veterans like Governor Blagojevich of Illinois' Secretary of Veterans' Affairs Tammy Duckworth who was injured severely in Iraq and narrowly lost a Congressional race to succeed Henry Hyde. I want to help better peace talks for Iraq veterans although I was grateful the late President Ford did not require men in my age group or me to register for the draft: draft registration was abolished between 1975 and 1980. . Congress should praise President Mubarak's peace talks with the Palestinians and his cautious revival of Egyptian leadership of the Arab League diplomacy. I believe one reason for President Mubarak's large re-election win was Egyptian trust in his ability to negotiate both with Egypt's neighbors and President George W. Bush. I personally believe Palestinian President Abbas should serve his four-year term until 2009 (a source needs to confirm correctness on this – I cannot find information on Internet) and evolve into a system with a regular Presidential term like the U.S. and Egypt: Palestinian elections were not held regularly between 1996 to 2005 and with respect to Mr. Abbas' statements, an election this year has disadvantages since Hamas opposes it, and if Hamas won more seats this year, instability could become worse: if Hamas continues to favor a truce with Israel, the U.S. could have less objections to Hamas' involvement in the government after 2009. The Egyptians have tried to host Arab League peace negotiations on Iraq with idealism: I believe the tensions for Egypt have increased too much on hosting these meetings, and Congress should encourage U.S. State Department involvement in the process. North African countries have boundaries with territories of rulers of the 1800's: the khedive of Egypt,. Independent Kingdom of Morocco, Pasha of Tripoli in today's Libya, Bey or Dey of Tunis in Tunisia, and Algeria. Among the countries which became independent in the 1900's or 20th Century, oil wealth and dynastic rule established stability in Saudi Arabia and the Gulf Cooperation Council

PAGE 3 – JOSEPH SLOVINEC MEMO
Jordan became a modern parliamentary democracy in recent years like Morocco. Americans need better research on the Presidential systems in recent Arab republics where stability was established with Founding Father-type figures especially Nasser in Egypt who alone used a referendum and democratic institutions like the West, Bourguiba and his successor Ben Ali in Tunisia with proportional voting, Kaddafi in Libya, Assad in Syria: Yemen was stable in recent years. In 2005 Arab countries did enough to please the U.S. by holding elections: Iran also did. Today I ask Congress to pay attention to elections in Bahrain, the main area of hope for peaceful Sunni-Shiite cooperation in government and I hope for more sensitivity of the U.S. Navy for cultural cooperation there. The two major cases of unstable Arab countries which drew in U.S. forces were Sunni-Shiite mixtures in Lebanon with Maronite Christians and Iraq. League of Nations mandates were less stable in later years and better study of Iraq's history would improve negotiations with the Sunnis: The U.S. should express respect for the Sunni King Feisal I who introduced a Constitution with a parliament where my memo to the Senate Foreign Relations Committee in 2003 encouraged today's partial imitation of the 1925 Constitution with a Prime Minister, Mr. Maliki, who must have a parliamentary majority: after the U.S. military sent in troops, I had difficulty in deciding my position on the amount of power of present President Talabani: I first advocated he should be a figurehead like Presidents in Ireland or ex-Axis countries in Germany and Italy: today American historians should tell Sunnis we could not favor the tactics Sunni army officers used to dominate Iraq with governments between 1958 and Saddam's end in 2003 yet we still wants Sunnis to become part of the political system with a fair share of power. I believe after 70 years of Sunni domination of Iraq's government, Bremer's occupation caused excessive losses for Sunnis in firing of pro-Baathists teachers, policemen, and other government officials who could maintain law and order in Sunni towns and villages: during hearings Congress should inquire into why Sunnis boycotted votes before the 2005 approval of the Constitution where U.S. Ambassador Zalmay Khalilzad encouraged them to vote; about the U.S. military's handling of chaos in Sunni areas as the result of U.S. bombing in 2003 and "confuse and disrupt" tactics on Iraq's army communication systems; and support for better economic development in Iraq. It seems U.S. policy today seeks to correct faults of the Bremer era after a large financial cost, and while I welcome President Bush's recent promises to improve U.S. relations with Iraq's Sunnis, Congress should carefully monitor that process and related U.S. budget costs. Iraqis were confused with inconsistent policies of U.S. Secretary of Defense Rumsfeld who reportedly had a secret visit with Saddam in the early 1980's to indicate an American tilt towards Iraq in the Iraq-Iran war and U.S. changing to the Shiite side after Saddam was overthrown in 2003. I believed I was right to oppose the death penalty for Saddam especially since the U.S. military detained him at Camp Cropper after false accusations of weapons of mass destruction: it reminded me too much of the wrongful execution of Prime Minister Zulfikar Ali Bhutto of Pakistan.. Ambassador Khalilzad once taught me about resentment of colonialism in Arab areas: Congress should ask him if today's policies revived U.S.-British ambitions of the 1950's before President Eisenhower's hostility towards Iraq after a July 14, 1958 coup where pro-Soviet General Kassem overthrew and murdered pro-American King Feisal II of Iraq, first cousin of

PAGE 4 – JOSEPH SLOVINEC MEMO

PAGE 4 – JOSEPH SLOVINEC MEMO
King Hussein of Jordan who attended Sandhurst with him: unfortunately today's resentment in Iraq resents me of British semicolonial domination of Iraq before 1958.

.    I will talk this week to Columbia on honoring the 25th Anniversary of my Master's in 1982 in the more peaceful Carter-Reagan era: ex-National Security Adviser Zbigniew Brzezinski taught me and I went over notes from my Columbia class with U.S. Ambassador to Iraq Zalmay Khalilzad who I am sure you will include in your Congressional studies. Dr. Khalilzad lectured well in 1980 on his native Afghanistan where he was a success on aiding President Hamid Karzai and he was trying to please moderates and liberals at the time with an objective critique of the Shah of Iran with land reform and criticisms of alleged human rights violations by the Shah's secret police, SAVAK, and the Shah's forcible ouster of his Prime Minister Mossadegh in 1951 when he nationalized oil immediately before a potentially controversial comment when Dr. Khalilzad said "Iraq entered Baghdad Pact and alienated intellectual community and cities". I believe today's policies in Iraq are based on Eisenhower's Cold War policies and I hope you change them to increase economic development and jobs for Iraq. I believe in most recommendations of the Iraq Study Group including direct or indirect U.S. talks with Syria and Iran.

I hope to inform Congress more about the controversy with my long job search after I originally wanted to return to Illinois to attend Roosevelt University in September 2005 and I could not when after a Sallie Mae loan deferment to attend American U., my loans were cut off by an aide to U.S. Secretary of Education Margaret Spellings after I wrote an American University paper which criticized Bush for not discussing more with the Arab League a plan it refused to consider on March 1, 2003 when Kuwait and United Arab Emirates wanted to exile Saddam without a trial which I called a "better idea than war." I cannot include all I would like in one letter: please take any future letters. Please write me at 425 2nd St., N.W., Washington, D.C and send any invitations to events by mail which is easier than phone. This was revised after an earlier version.

To: Congressman-elect

October 12, 2006

Ms. Lissa Lewis
Human Resources Director
Attn: Ja'net Carter, Program Manager
National Security Education Program
David L. Boren Undergraduate Scholarships and Graduate Fellowships
Institute of International Education
1400 K St., N.W.
Washington, D.C. 20005-2403

Dear Ms. Lewis:

    I was pleased to see a website announcement for an Entry Level position at the Institute for International Education. The announcement said to write you or Ms. Carter. It said the position would work on the National Security Education Program (undergraduate Scholarships, graduate Fellowships, English for Heritage Language Speakers, and the National Flagship Language Program), Japan Fulbright Memorial Fund, and the Korea Studies Workshop.

    I learned about worldwide security issues in my 1980-1982 Master's Degree program in International Affairs at Columbia University including classes which were taught by former National Security Adviser Zbigniew Brzezinski, Soviet policy advisor at State Department Marshall Shulman, Professor Schoettle with a paper on Spain's potential entry into NATO, present U.S. Ambassador to Iraq Zalmay Khalilzad, Professor Oren on consolidation of peace, and Professor Schachter on human rights. When I worked for Columbia's Vice President for Government Relations, I worked on a project of lobbying to keep federal funds for international educational exchanges with information from the Institute for International Education. Please see my resume for writing on Presidential politics and the United Nations. When Geraldine Ferraro ran for Vice President in 1984, I wrote a memo for her on U.S.-Japanese trade and security issues including the Kurile Islands. I recently went to American University to update my work in foreign affairs including A grades on verbal talks and written work on Kashmir peace negotiations between India and Pakistan. I received 100% grade on a talk on the 1961 Iraq-Kuwait crisis which was resolved peacefully in a American University class with Professor Susan Nan who you can call for a reference at George Mason, 703-993-3653. I also wrote a paper about Colombia for her class.

    Please write me soon at the address on the resume. Thank you.

Sincerely yours,

Joseph Slovinec