*[Handwritten at top left: IN MONTGOMERY CNTY DOCS SE1036]*

*[Handwritten: MARYLAND RULE — CERT. ADDRESS CHANGES WITHIN 10 DAYS BY 8/3/2005]*

MARYLAND DEPARTMENT OF HUMAN RESOURCES
PAGE   1

MONTGOMERY COUNTY
DEPARTMENT OF SOCIAL SERVICES
1301 PICCARD DR. 2ND FL
ROCKVILLE MD 20850

District: ROCKVILLE OFFICE
Customer ID: 408032306
Case Manager: MR. URBINA
Telephone: (240) 777-4069
Date: 05/18/05

Insert in Return Envelope with
the Address Below Showing

Mr. JOSEPH SLOVINEC
5325 WESTBARD AVE APT 205
BETHESDA MD 20816

MONTGOMERY COUNTY
DEPARTMENT OF SOCIAL SERVICES
1301 PICCARD DR. 2ND FL
ROCKVILLE MD 20850

Dear Mr. SLOVINEC:

FOOD STAMP EMPLOYMENT AND TRAINING RIGHTS AND RESPONSIBILITIES

The following people have been registered for the Food Stamp Employment and Training Program:

JOSEPH    SLOVINEC       HIELDS

They may have to participate in activities to find a job. When contacted they must:

>   KEEP ALL APPOINTMENTS,
>
>   COMPLETE ALL REQUIRED ACTIVITIES, AND
>
>   ACCEPT ANY SUITABLE JOB OFFERS.

If they do not comply with the requirements of the Food Stamp Employment and Training Program, they may lose their Food Stamps for 60 days. If you are one of the people listed above and do not comply with the requirements, your entire household may lose their Food Stamps for 60 days.

YOU ARE BEING ISSUED EXPEDITE FOOD STAMP FOR MAY 2005 ONLY. EBT TRAINING SCHEDULED ON FRIDAY 5/20/05 AT 10:00 AM. PLEASE BRING THIS LETTER WITH YOU.

************** END OF NOTICES ******************

*[Handwritten annotations at bottom:]*
- NO APPOINTMENTS GIVEN FOR JOB INTERVIEWS 5/18/05
- OFFICE DID NOT NOTIFY ME ABOUT MAXIMUS WELFARE-TO-WORK PROGRAM
- A CALL CLAIMED OFFICE REFUSED FOOD STAMPS AFTER JUNE 12, 2005, WITHOUT INTERVIEW BECAUSE INFO DID NOT RECEIVE NOTE FROM INGRID VALENTINE AT AMERICAN UNIVERSITY FINANCIAL AID OFFICE
- INTEND TO COMPLAIN TO MARYLAND COMPTROLLER OF CURRENCY

APPENDIX A
1/17/2007

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF HUMAN SERVICES

Income Maintenance Administration



JOSEPH SLOVINEC JR
425 MITCH SNYDER PL NW,
WASHINGTON, DC   20001

September 06, 2006

Dear JOSEPH SLOVINEC JR,

**Congratulations,** you have been selected to participate in the 13th Food Stamp Employment and Training (FSET) Job Fair. The vendors attending have positions available, especially for those of you eligible for first time wage positions or for those of you who have previous experience.

We would like every participant to have an equal opportunity to obtain employment. For you to receive this opportunity **you must** bring several copies of your resume to the Job Fair for distribution to perspective employers. We are working hard for you and asking you for your cooperation, prompt attendance, and that you dress to impress. It is a must that you are **well groomed and properly attired**. Some interviews may be held on site. If you need assistance with clothing please contact your assigned Vocational
Development Specialist.

Please remember, as well as this being a wonderful opportunity for you it is also a **program requirement** and it is important that you participate. Failure to attend this Job Fair or any other Food Stamp Employment and Training activity without a verifiable reason will result in termination or reduction of your food stamp benefits for a period of 2 to 6 months. Should you be unable to participate for any reason and to avoid a penalty, you are required to contact your specialist immediately and provide verification.

The Job Fair will be on **Friday, September 15, 2006** at Gallaudet University's Kellogg Conference Center, 800 Florida Avenue NE, Washington. DC 20002. The Job Fair will be held from 10:00 a.m. to 2:00 p.m. For public transportation information please call the Washington Area Transit Authority (Metro) at (202) 637-7000.

**This Job Fair is exclusively for invited participants.** It is not open to the public. Please do not bring children, friends, or other relatives. Everyone must present a photo identification card and this letter to gain admittance. A list of invited guests will be posted at the entrance. You must give your name to the receptionist upon entry to record your attendance and avoid interruption of your food stamp benefits.

We are looking forward to seeing you there!
Sincerely, *Gloria L. Burgess*

Vocational Development Speciali

645 H Street, N.E., 5th Floor, Washington, D.C. 20002 (202) 698-3900

*APPENDIX B*

-------- Original Message --------
Subject: Re: 609 Registration
Date: Mon, 05 Sep 2005 12:28:53 -0400
From: Ronald Fisher <rfisher@american.edu>
Organization: SIS - American University
To: Joseph Slovinec <js2169a@american.edu>
CC: perillo <perillo@american.edu>
References: <OF5F9172B5.AEB76BF9-ON85257070.0002F368-85257070.0002F370@american.edu>

Hi Joe, As indicated in my email of April 28, your registration at AU has been cancelled and will remain so until there is payment of outstanding fees. Thus, there is no basis to discuss your registration in the peacebuilding certificate. Also, please note that I did not give you my permission to use my name as a reference in your job search or any future applications you may make. Please address all future inquiries to the Office of the University Counsel. Sincerely, Ron Fisher

Joseph Slovinec wrote:
> From Joseph Slovinec: It is urgent for you to call me at 202-393-1909
> by 10 A.M. Sept. 2 if you want to discuss a fall registration with a
> tuition-and-fee waiver to cover Spring tuition and Autumn 2005 tuition:
> a slight adjustment to complete Graduate Certificate in Peacebuilding by
> Dec. 2005. I am in a homeless shelter after my eviction from Park
> Bethesda with only 88 cents in my only D.C. bank account: I cannot even
> get bus tokens for job trips. I want a clarification of A.U.'s role in
> my job search since you and Professor Nan are only references since
> 12/03 and I can't return to Roosevelt in Chicago with no federal loan:
> there is a chance someone among the 76 jobs I applied for might say yes
> although I arrived in D.C. Jan. 2005

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.
Tel: 202 885 1547
Fax: 202 885 2494

--
Ronald J. Fisher, Ph.D.
Professor of International Peace and Conflict Resolution
School of International Service
American University
4400 Massachusetts Ave. N.W.
Washington, DC 20016-8071, U.S.A.

APPENDIX A
U.S. SUPREME COURT
APPENDIX U.S. DISTRICT COURT

15:36   2407774100   MCDHHS   PAGE 01/01

ARA

# DEPARTMENT OF HUMAN RESOURCES
## Family Investment Administration
### VERIFICATION OF VOCATIONAL AID AND ATTENDANCE

To be completed by Case Manager

1. Name and Address of Local Department
2. Student's Name: JOSEPH SLAVINEC
3. Case Name:
4. Category:
5. Case Number: 408132906
6. Worker's Name and Telephone Number: MS. JACKSON (301) PICCARD

A. Attention Financial Aid Director: We are requesting that you complete section C below for the student shown above in order to determine program eligibility and benefits.

B. CONSENT STATEMENT - TO BE COMPLETED BY STUDENT ABOVE. I authorize AMERICAN UNIVERSITY (Name of school) to release to the Department of Social Services information concerning school attendance and Financial Aid for the purpose of determining eligibility and benefits.

Signature: Joseph Slavinec    AMERICAN UNIVERSITY (FINAID)    Date: July 12, 2005

C. TO BE COMPLETED BY INSTITUTION  * American University

1. Type of institution
   [X] College or University
   [ ] Junior College
   [ ] Technical
   [ ] Vocational
   [ ] Correspondence
   [ ] School for Physically or Mentally Handicapped

2. Student enrollment: (not attending) (never received financial aid)
   [ ] Graduate
   [ ] Full time
   [ ] Undergraduate
   [ ] Less than full time but at least 1/2 time
   [ ] Less than 1/2 time

3. Semester or term completion date:

4. Attendance record:
   [ ] Regular
   [ ] Registered for term to start
   [ ] Not attending but enrolled
   [ ] Withdrawn    Date withdrawn: _____

5. Name of Financial Aid Program

| | Program A | Program B | Program C | Program D | Program E |
|---|---|---|---|---|---|
| 6. Period of Time Financial Aid Covers | From/Thru | From/Thru | From/Thru | From/Thru | From/Thru |
| 7. Amount of Financial Aid: | $ | $ | $ | $ | $ |
| 8. Funding Source: Enter Title IV, Other Federal, State, Local or Private | | | | | |
| Month of Disbursement | | | | | |

9. Work Study   [ ] Yes   [ ] No   If yes, name of programs and source of funding:
   Rate $ ___ per ___  [ ] pay  [ ] tuition credit
   Allowable amount or hours per semester

10. Educational expenses by program   From: mo/yr  thru: mo/yr

| | Program A | Program B | Program C | Program D | Program E |
|---|---|---|---|---|---|
| a. Tuition and Mandatory fees required of all students | $ | $ | $ | $ | $ |
| b. Books and supplies | | | $ | $ | $ |
| c. Transportation to and from school | | | | | |
| d. Miscellaneous personal expenses related to the cost of attendance other than e and f below | | | | | |
| e. Room and board | | | | | |
| f. Dependent care | | | | | |
| g. Other (specify) | | | | | |
| Total expense | | | | | |

11. Name and address of institution (use stamp please)
12. Student address and telephone number
13. Printed name and signature of Official
14. Title and Date

Revised 3/99

* The above applicant is ...

APPROVED 1/17/2007 ...

Standard Form — 1204 (Rev. 1/86)
Government of the District of Columbia
D.C. Office of Personnel

# NOTICE OF STATUS OF EMPLOYMENT APPLICATION

Your application has been received for the position of X __STAFF ASSISTANT__
(position/title/series/grade)

under VACANCY ANNOUNCEMENT Number X __9037__

You will be notified by the D.C. Office of Personnel, of the results of our evaluation and the disposition of your application. Thank you for your interest in employment with the District of Columbia Government.

THE DISTRICT OF COLUMBIA GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

\*\*\*DCOP . . . A TRADITION OF EXCELLENCE\*\*\*

_____  7-19-06
Personnel Representative    Date

TO: ⌈ X JOSEPH SLAVINEC     ⌉
     425 2ND ST N.W.
     WASHINGTON, D.C. 20001
    ⌊                       ⌋

---

D.C. Standard Form — 1204 (Rev. 1/86)
Government of the District of Columbia
D.C. Office of Personnel

# NOTICE OF STATUS OF EMPLOYMENT APPLICATION

Your application has been received for the position of X __STAFF ASSISTANT__
(position/title/series/grade)

under VACANCY ANNOUNCEMENT Number X __4253__

You will be notified by the D.C. Office of Personnel, of the results of our evaluation and the disposition of your application. Thank you for your interest in employment with the District of Columbia Government.

THE DISTRICT OF COLUMBIA GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

\*\*\*DCOP . . . A TRADITION OF EXCELLENCE\*\*\*

_____  7-19-06
Personnel Representative    Date

TO: ⌈ X JOSEPH SLAVINEC     ⌉
     425 2ND ST N.W.
     WASHINGTON, D.C. 20001
    ⌊                       ⌋

APPENDIXE
1/17/2007

December 27, 2004

Ms. Patricia Lewis
District Director
ESA – Wage and Hours Division
230 S. Dearborn St.
Room 412
Chicago, Il. 60604

Dear Ms. Lewis:

    I learned from a website that the U.S. Department of Labor has charged you with the duty of enforcing the Fair Labor Standards Act. Thanks to the Department for a brief note of a few months ago where they said an offense only occurred if it was in the records of the employer, Illinois Dept. of Human Services. In my First Amended Complaint of Case 02 C 4124 (Slovinec v. Il. Dept. of Human Services, Il. Labor Relations Board, and Il. Skills Match of IDES) on p. 4, I wrote "29 U.S.C. 211 (see c) and 29 U.S.C. 215 of same Act were definitely violated by Reynolds on the "hours" section (his claim of off-duty hours) of the "wages and hours" provision." On page 16, I wrote Executive Director of Illinois Labor Relations Board Brian "Reynolds falsely stated on page 5 (of 4/30/02 report): "It was their opinion that Charging Party ..exhibited odd behavior such as conducting unauthorized, unannounced inspections of client nursing homes during off duty hours." "Their opinion" was what Reynolds claimed he learned from either his management informant, Gene Whitehorn of D.H.S. or Supervisor Faleti's evaluations in D.H.S.. I accused Reynolds of violating 210 ILCS 45/3-318(6) with "willfully false information." The amount of visits to a nursing home after 5 P.M. was only one, Clayton, to wish them a Happy Holidays by invitation and it was not an inspection since no patient areas were visited. My visits were for eligibility for medical assistance payments of Medicaid, not inspections which are a function of Illinois Dept. of Public Health. Management exaggerated this visit and another incident where Faleti forgot she told me to send back an admit package to St. Joseph Home when client had $15,000 in the bank. The case has a conservative, pro-Republican bias under Judge Norgle and Judge Filip where Lisa Madigan retained a Republican assistant with numerous delays, Deborah Allen. Judge Filip should be cautioned against tolerating her conduct like falsely accusing me of extortion on Sept. 7, 2004 when I offered to stop sending outgoing letters on the case if I received a settlement and her effort to manipulate Judge Filip into believing I was guilty of Rule 11 sanctions violations on the basis of Lisa Madigan's office's false statement I filed a "qui tam" lawsuit: Judge Filip refused on Oct. 7 to review materials in camera, and I was at a preliminary stage of asking U.S. Attorney if he wanted to investigate Federal False Claims Act violation before a definite request on a lawsuit for a retaliatory discharge as an ex-employee. My mailbox is at : P.O. Box 127, 636 W. Diversey, Chicago, Il. 60614. Please write if you can investigate only this offense, not the entire case.

                                        Sincerely,

                                        Joseph Slovinec

Cc: Deborah Allen

Exhibit B 12/27/2004

APPENDIX F
1/17/2007

# WORKSHOP ON US MEDIA COVERAGE OF THE THIRD WORLD

Friday, April 23, 1982
Church Center for the United Nations
777 United Nations Plaza
(1st Avenue and East 44th Street)
New York, NY 10017

**Purpose:** To examine the adequacy of U.S. media coverage of the third world and to explore ways of increasing demand for better coverage.

**Sponsored by:** Council on International and Public Affairs; Council for Intercultural Studies and Programs; International Studies Association/Mid-Atlantic Region; School of Communications, Hunter College; United Methodist Church; Network to Educate for World Security; and in co-operation with the Columbia School of International and Public Affairs

## Preliminary Program

9:00 - Registration

9:30 - Keynote:        Louise Kennedy, Spokesperson for Families of American Hostages in Iran

10:00 - Coffee

10:30 - Panel Discussion: "INTERNATIONAL NEWS CRISIS ?"
moderator: Ward Morehouse, President, Council on International and Public Affairs

   Albert Balk, editor, World Press Review
   Micheal Beaubien, Alliance of Third World Journalists
   Micheal Massing, editor, Columbia Journalism Review
   Christopher Nascimento, Honorable Minister, Government of Guyana
   Patricia Orvis, Development

12:30 - Lunch

1:00 - Luncheon Address: Doudou Diene, UNESCO

2:00 - Panel Discussion:   "ALTERNATIVES: NEW WORLD INFORMATION ORDER"

   Daryll Hunt, Fund for Peace
   Brennon Jones, Interlink Press Service
   John Lent, Professor of Journalism, Temple University
   Larry Shore, School of Communications, Hunter College
   B.P. Memnon, United Nations Division of Public Information
   John Crothers Pollock, President, Research and Forcasting

4:00 - Closing Session: " Discussion of specific plans for followup at the local and national levels for better U.S. media coverage the Third World"

[?]:00 - wine and cheese reception

APPENDIX G

## Form 1099-R (2006)

**PAYER'S name, street address, city, state, and ZIP code**
STATE OF ILLINOIS          69-0330001
COMPTROLLER - WITHHOLDING AGENT
325 WEST ADAMS STREET
SPRINGFIELD, ILLINOIS   62704-1871

**PAYER'S federal identification number:** 37-6002057 W
**RECIPIENT'S identification number:** [blank]

**RECIPIENT'S name, street address:**
SLOVINEC JOSEPH G                     479 R
425 2ND STREET NW
WASHINGTON DC 20001

**Account number:** 1035

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $*********469.09 |
| 2a | Taxable amount | $*********469.09 |
| 2b | Taxable amount not determined / Total distribution | X |
| 3 | Capital gain (included in box 2a) | $***********.00 |
| 4 | Federal income tax withheld | $*********93.82 |
| 5 | Employee contributions/Designated Roth contributions or insurance premiums | $***********.00 |
| 6 | Net unrealized appreciation in employer's securities | $***********.00 |
| 7 | Distribution code(s) | 1 |
| 8 | Other | $******.00 |
| 9b | Total employee contributions | $**********.00 |
| 10 | State tax withheld | $***********.00 |
| 13 | Local tax withheld | $***********.00 |

OMB No. 1545-0119   Form 1099-R   Copy B

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

---

## LLC PAYROLL ACCOUNT                                       22729

| EMPLOYEE NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | PAY PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|
| 300SLOJG | JOSEPH G. SLOVINEC | [redacted] | 12/29/06 | 1/3/07 |

| ITEM | RATE | HOURS | TOTAL | ITEM | THIS CHECK | YEAR TO DATE |
|---|---|---|---|---|---|---|
| INT | 7.50 | 41.70 | 312.75 | Gross | 312.75 | 312.75 |
|  |  |  |  | Soc Sec | -19.39 | -19.39 |
|  |  |  |  | Medicare | -4.53 | -4.53 |

| HOURS WORKED | GROSS THIS PAY PERIOD | GROSS YEAR TO DATE | NET CHECK | CHECK NO. |
|---|---|---|---|---|
| 41.70 | 312.75 | 312.75 | $288.83 | 22729 |

(TO COURT: MONTHLY INCOME IS ONLY 288.82 = $570)

APPENDIX H -
REDACTED FOR
SOCIAL SECURITY
NUMBER