IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                        06-455
  Plaintiff,                                    (gk) Judge Gladys Kessler
  Vs.
American University,
  Defendant

BARRING ORDER WAS INCLUDED AS HATE INCIDENT, EVIDENCE OF RETALIATION IN BARRING ORDER: AMERICAN UNIVERSITY ERRONEOUSLY CLAIMS IT WAS NOT

1. The court is asked to read the second page of the original Charge/Complaint form to EEOC where on the second, or back page, Plaintiff signed a June 24, 2005 statement which described the barring order as a "hate incident" or obstacle to employment. Confusion could have been caused when a court clerk only copied the front side of this form on original records of the Complaint and did not copy the second page or back page which was handed in then and served on court and Mr. Khalid with Jan. 2007 complaint on Omission of Job 1728 — *in item 59*
In a memo of about January 12 which J. Slovinec did not receive in mail. Mr. Khalid erroneously said barring order was not in original complaint and nearly deceptively said J. Slovinec was "barred" from bringing it up to this court.
This is one of several reasons to rule against Defendant's Motion for Summary Judgment. The court is asked to read affidavits of American U. for unlawful pretexts of discrimination including saying "would have discarded resume" because it listed "entry-level" position in "education" or "education communications" with omitted comma: and also School of International Service for Master's Degree requirements when they ignored an earlier 1982 Master's Degree of International Affairs J. Slovinec received from Columbia.

PROOF OF SERVICE: In U.S. mail to : Hisham Khalid, Legal Counsel, American University, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec 425 2nd St., N.W., Washington, D.C. 20001 January 25, 2007

*Joseph Slovinec* (signature)

**RECEIVED**

JAN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT