IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Joseph Slovinec,                                    06-455
   Plaintiff,                              (gk) Judge Kessler
     Vs.
American University,
   Defendant
MESSAGE TO JUSTIN PERILLO: REQUEST FOR RELEASE OF REMAINING
DOCUMENTS UNDER FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT

1. Plaintiff J. Slovinec thanks Justin Perillo for his sending of earlier student files under provision of the Family Educational Rights and Privacy Act and in accordance with a conversation with Mr. Khalid, J. Slovinec asks Justin Perillo to send these items and all relevant items in J. Slovinec's e-mails:
All e-mails to and from Ronald Fisher includes A grades on Kashmir and Carter Center talks, and especially March 3, 2005 on J. Slovinec's request for certification of federal loans for Peacebuilding and April 2005 when J. Slovinec notified Ronald Fisher Plaintiff only had about $2300 in bank. Plaintiff notes he informed U.S. Supreme Court Nov. 2, 2006 American U. had settled its obligations for file inspection under FERPA although J. Slovinec is still disappointed the U.S. Supreme Court did not order free tuition and housing for Peacebuilding, and chaos has resulted as J. Slovinec still cannot pay bill with only earnings of about $2700 in 2006: J. Slovinec still believes it is right for American U. to release texts of his Arab League paper for Dr. Fisher and Colombia paper for Dr. Nan since both were stolen from J. Slovinec's homeless shelter.

2. FINANCIAL AID: PLEASE SEARCH FOR MORE LOAN APPLICATIONS INCLUDING NATIONAL EDUCATION, AND INFORMATION ABOUT THE SALLIE MAE DEFERMENT: Major tensions in the relationship between American University and J. Slovinec were not originally intended in January 2005, yet occurred with the discrepancy between policies of a Sallie Mae loan deferment in U.S. Court of Appeals Case 05-5372 from January 10, 2005 to 2008 which was probably obtained by or during work of ex- AU employee Michelle Silberberg on case: and stubborn, destructive insistence of Mary Muncie at office of U.S. Secretary of Education Margaret Spellings that other loans, William D. Ford loans, were in default on June 22, 2005 when J. Slovinec did not make payments during months in 2004 when he notified government he was unemployed: she had forbidden J. Slovinec from returning to Roosevelt U. in Chicago: Plaintiff J. Slovinec felt he was lured as unsuspecting student from Chicago who did not expect turndowns from private loans, and ever since his eviction, J. Slovinec has been kept in an arbitary detention-type atmosphere at the Community for Creative Nonviolence homeless shelter against AU human rights law beliefs because Republicans with financial profits from the U.S. Defense Department and Central Intelligence Agency disliked his criticisms of Bush's Iraq policy and wanted his eviction and refusal of emergency loan requests in the American University catalog (Cafritz, Morgenstern, and Skaskan loans).

PROOF OF SERVICE: In U.S. mail to: Both Justin Perillo and Hisham Khalid, American University, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001  February 6, 2007

RECEIVED

FEB 9 - 2007

NANCY MAYER WHITTINGTON, CLERK

IN THE UNITED STATES DISTRICT COURT: THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                                    06-455

  Plaintiff,                                                    (gk) Judge Kessler

    Vs.

American University,

  Defendant

MESSAGE TO MR. KHALID ON FUTURE TALKS WITH MAYOR FENTY

    1.  Plaintiff J. Slovinec has respect for AU Professor Ronald Fisher's intentions, yet unless American University reduces tensions, at the present time it is inevitable that Plaintiff Joseph Slovinec will file a complaint with D.C. Mayor Fenty which will accuse Ronald Fisher of harassment of the homeless with his Labor Day 2005 e-mail (or that week) which tried to demand a tuition payment from J. Slovinec after he knew J. Slovinec only had 88 cents in his only D.C. account and will accuse American University Housing and Dining Director of complicity of harassment of the homeless with her relationship with Montgomery County, Maryland where : Maryland took a large homeless services grant from FEMA and refused to give J. Slovinec access to a homeless summer shelter because he was not mentally ill or a substance abuser and poor access for evicted ex-students to jobs program in Maryland. J. Slovinec already gave Mr. Hassell in Case 06-1143 his W-2 forms with a desire to avoid publicity for his employers after above harassment charges (one is in Ward 3.) Mr. Khalid is asked to send Mr. Hassell J. Slovinec's list of places where he applied for work to avoid duplication.  J. Slovinec is only willing to ask for a couple of grants from  organizations, the William Clinton Foundation which he wrote in 2005, and other foundations which turned him down in 2005 to pay the bill: he might agree not to reinstate registration and then not pay, yet it is not in J. Slovinec's interest:: American U.'s action make his past look like a vagrant in 2005-2006.  Mr. Khalid did not say J. Slovinec had no legal residence if he left AU dorm.

2.. SUMMARY OF PAST ARGUMENTS:  Even if American U. claims it did not directly say J. Slovinec was too old for jobs, courts have ruled discriminatory statements and pretexts are unlawful;   Judge Kessler is asked to reread all affidavits for patterns in several of them saying:  Nicole Robinson in #4041 would have "disregarded resume " on basis of "education, communication" objectives when all were education positions and untrue comments J. Slovinec did not have "receptionist experience" when he had one year of receptionist duties at Illinois Dept. of Human Services Nicole advertised "Bachelor's degree preferred" which J. Slovinec has and hired employee did not; Nanette Levinson of School of International Service in #1058 Academic Advisor wrote "Mr. Slovinec did not meet requirements" when she listed "Master's Degree" and discriminated in a favor of a more recent degree when J. Slovinec has an earlier Master's Degree in International Affairs from Columbia University in 1982: Dr. Pastor uses similar tactics on #4490 Staff Assistant and Joseph Clapper on #1713;  when J. Slovinec worked one year for Columbia's Vice President for Government Relations and had seven years in government, several claimed this was not "administrative support": Mr. Khalid does not care that discrimination exists when J. Slovinec was pushed to have no other alternative than food stamp programs mostly for African-Americans..

PROOF OF SERVICE: In U.S. MAIL to; Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20016

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 February 6, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                          06-455
  Plaintiff,                                    (gk) Judge Kessler
     Vs.
American University,
  Defendant

NOTE ON SUMMER INSTITUTE FOR PEACEBUILDING AND DEVELOPMENT:

1. Plaintiff has decided to address this note directly to Dr. Mohammed Abu-Nimer, Director of the American University Summer Institute on Peacebuilding and Development; Dr. Abdul Aziz Said, Director of the American University International Peace and Conflict Resolution program, and Dr. Ronald Fisher, Director of the Graduate Certificate in Peacebuilding program in 2005 when Joseph Slovinec attended American University: Mr. Slovinec might want to seek input from Julie Mertus.. A cc: is sent to Hisham Khalid, who can request a status hearing if he is dissatisfied and who is representing American University in Mr. Slovinec's above EEOC lawsuit against American University for age discrimination in employment yet J. Slovinec feels increasingly desperate at times since Mr. Khalid has little or no interest in international affairs, Homeless Services Reform, or welfare reform issues: at this point Mr. Slovinec feels it is better for additional professors to talk to Dr. Fisher to try to find some way to resolve the controversies on Mr. Slovinec's potential completion of the Peacebuilding program which would try to preserve positive images for American University and avoid negative publicity like the Ladner crisis: J. Slovinec alleges Ladner falsely accused J. Slovinec, a Democrat, of disrupting a public meeting with Deans,. Alternative Dispute Resolution is still requested. If J. Slovinec does attend, it would probably be better if American University supported his search for work on policy memos and textbooks where he can use past European history and security work in his thoughtful Statement of Purpose. Dr. Said correctly encouraged J. Slovinec to transfer classes to Master's in International Service program: American U. refused in May 2005; it caused chaos in J. Slovinec's work and school applications after he was in Chicago 1989-2004..

2. Joseph Slovinec has an agenda of topics he would like to see in discussions at the Summer Institute. These topics are:

  A. The report of the Iraq Study Group where J. Slovinec saw the presentation of former U.S. Secretary of State James Baker and former U.S. Congressman Lee Hamilton at the U.S. Senate Foreign Relations Committee last week: including main recommendations on economic assistance among benchmarks where Mr. Hamilton said the U.S. should either demand and receive better support from the government of Iraq or reduce support, and these benchmark items include national reconciliation; J. Slovinec's support of the Baker-Hamilton call for increased Arab-Israeli peace talks and U.S. talks with Syria and Iran.

  B. Potential of normalization in giving foreign aid from U.S. and allies to the government of Palestinian President Abbas.

  C. Potential of U.S. improvement of negotiating tactics with Sudanese President Bashir like the Richardson talks: Bashir could have honorable motives in not having a colonialist-type presence of European troops in what General Bashir perceives as an African Union mission to stabilize Darfur: this is with respect for Professor Abu-Nimer's event with the late Dr. Garang who successfully

negotiated peace between General Bashir's government and the rebels. FUNDING; J. Slovinec is pleased to note the Peacebuilding and Development Institute was recently authorized to use need-based aid although it is mostly for foreign students, and also indicates a willingness to raise money for participants. J. Slovinec would appreciate hearing from Professor Abu-Nimer and perhaps Professor Fisher on the feasibility of American University's work to help raise grants or money for J. Slovinec to attend the 2007 Peacebuilding and Development Institute if friction with American University's staff can be reduced. Your sensitivity as international negotiators for poor countries and emergencies can be connected to how you handle situations with the new Mayor of Washington, D.C.; Adrian Fenty: Dr. Fisher should ask advice from colleagues when J. Slovinec intends to write Mayor Fenty soon on how attempts to gain money for Spring 2005 tuition were a debacle and resulted in an unwise and unwanted severance of Joseph Slovinec's relationships with and residency in the state of Illinois and J. Slovinec's poverty like a victim of Herbert Hoover's Depression where he earned zero in 2005 and only $2700 in 2006. His student file includes several items Mr. Khalid should review: On December 10, 2004, Joseph Slovinec wrote Dean Goodman to ask "if I could apply for free discounts in housing" with definite exploration of the free market in a job search in both Washington, D.C. and Chicago after Summer 2005, an August 3, 2004 admissions application form to Jia from J. Slovinec with another memo which requested a decision by August 19, 2004. J. Slovinec had $23,000 in August 2004, more than enough for one semester, and it was to J. Slovinec's severe detriment when Dr. Fisher postponed his start to January 2005 when J. Slovinec had $8700 in the bank. American U. led him to believe he could get a private loan of $14,000 to pay the bill, and after he was turned down for them. American U. indirectly refused to give J. Slovinec emergency loans which the catalog said were available as a last resort. Mayor Fenty will hear about an e-mail Dr. Fisher sent to J. Slovinec about Labor Day 2005 when J. Slovinec said he had only 88 cents in his only D.C. bank account and needed tuition remission, and Dr. Fisher tried to insist J. Slovinec pay in full out of his own pocket: J. Slovinec will also complaint about civil liberties violations when ever since Park Bethesda evicted him in August 2005, he has resided in a detention center-type atmosphere with racial tensions at the Community for Creative Nonviolence homeless shelter on food stamps with horrible job advising programs.. J. Slovinec brings to attention to group he requested money from several foundations including the Joyce Foundation in Chicago which did not respond and the Spencer Foundation which said no: today J. Slovinec is only willing to ask for Spring 2005 payment from one or two grants on an 800 number or from the William J. Clinton Foundation since among Democrats only he would understand positive points on research on Kashmir peace where I, J. Slovinec, got an A in Dr Fisher's class. J. Slovinec has already told Mr. Khalid Dr. Fisher seemed willing to grade a pro-Bush peace paper and not a paper where J. Slovinec criticized Bush's lack of consultations with the Arab League in 2003. P. 2 of 2  SERVICE IN U.S. MAIL TO: Hisham Khalid, Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20036 Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 February 7, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Joseph Slovinec,                                    06-455
   Plaintiff,                                    (gk) Judge Kessler
    Vs.
American University,
   Defendant
REQUEST FOR AMERICAN UNIVERSITY REVIEW OF ISSUES ON UNITED
NATIONS AND ARAB LEAGUE POLICIES ON REGIME CHANGE IN IRAQ

    1.    Joseph Slovinec would like to ask all readers of this memo to review and
evaluate professional issues on United Nations and Arab League policies on regime
change in Iraq and write him at 425 2nd St., N.W., Washington, D.C. 20001 to reduce
tensions before the letter to Mayor Adrian Fenty.   The U.S. Supreme Court seemed to
want to avoid duplicating issues in this case before Judge Kessler and FERPA issues
were settled at the last minute: the court also did not dispute J. Slovinec's claims of lack
of academic freedom. J. Slovinec criticized  issues in a May 2005 letter to U.S. Secretary
of Education Margaret Spellings which complained on limits of access to homeless
shelters after Julie Weber threatened an eviction: there was criticism of Dr. Fisher for
mismanagement, E-mails to indicate irreparable harm like not getting a federal loan
certification for his program, and refusal to grade the Arab League paper which said on
pp. 11-13: "The Arab League overwhelmingly voted for Iraq to withdraw its troops from
Kuwait in 1990.  This contrasted to the March 1, 2003, Arab League meeting where Arab
League refused to consider a proposal by Kuwait and United Arab Emirates for Saddam
to resign and go into exile, a better idea than war" which also included statements:
praising Saudi work on Taif agreement on Lebanon.; "There were anti-British tensions
during the monarchy including a riot which caused (King) Feisal II's regent to repudiate a
British-Iraqi defense treaty in the 1949 Britannica Annual"; research on the origins of the
Shatt-al-Arab war between Iraq and Iran in 1980; and similar ideas to Prime Minister
Maliki's policies toward Moqtada el-Sadr..  Fisher seemed to want to repress discussion
of Arab League powers to mediate to stop or prevent use of force between two member
states in Article V of Arab League charter, and Article VI of Arab League charter to
repulse aggression, and desirability in Article 52 of United Nations Charter to use
"regional arrangements" or "agencies" before use of U.N. Security Council.   The U.S.
Supreme Court should respect Mr. Hassouna's quote there were "not enough
consultations" ( and it was a "sensitive issue") on a reported offer by ruler Sheikh Zayed
of United Arab Emirates for Saddam to go into exile in United Arab Emirates shortly
before Arab League meeting of March 2003: Saddam reportedly considered it and then
he could not agree.  See website:edition.cnn.com/2005/WORLD/
meast.11/02/saddam.exile." I, J. Slovinec, respected U.S. Secretary of State Baker's
decision to hold five months of negotiations with Saddam to tell Iraqi troops to leave
Kuwait in 1990 before ordering military force, and I note the best source on earlier
history is Hussein Hassouna's book, The League of Arab States and Regional Disputes,
where Iraqi General Kassem made an identical claim to Kuwait in 1961 and the Arab
League sent a peacekeeping force to Kuwait which persuaded Iraq not to attack it in
1961: I told Professor Nan's class Kassem was wrong because he based the claim on a
pre-1945 map of Ottoman Basra Province in 1899.   At the time, the U.S. did not fully
use its powers to exclude Kassem at the United Nations after his worst and most illegal

coup in Arab history when the pro-Soviet General Kassem overthrew and murdered the pro-British and pro-American King Feisal II of Iraq on July . 1958: the U.N. could have refused to recognize Iraq's military dictatorship then, and Bush seemed to project similar hostility on Saddam after he was second-in-command to General Bakr who seized power in a July 17, 1968 bloodless coup which the U.S. did not care about when Lyndon Johnson supported many similar military juntas in Latin America. Arab diplomats would question why the U.S. allowed Iraq to send Ambassadors to the United Nations from the Baathist government for 35 years between 1968 and 2003 and then President Bush on March 17, 2003 suddenly demanded Saddam's departure within 2 days. If President Bush wanted to remove Saddam from the Presidency of Iraq, Mr. Bush needed to ask the United Nations General Assembly to remove Saddam for violating Article VI of the Arab League Charter whem he invaded the territory of the Emir of Kuwait. Ahmad Chalabi had the right to ask the United Nations to order elections because Saddam did not observe or implement Article 26 of the 1990 Iraq Constitution which promised "freedom" in "formation of political parties" besides Baathists and Article 63 of the 1990 interim Constitution allows its replacement when the "Permanent Constitution is promulgated" which happened with a proper 2005 referendum of Iraq's voters. Mr. Hassouna's call for consultations was right since the U.S. has never said we had a right to remove a head of state of a country in the United Nations by force and J. Slovinec believes Saddam's peaceful exile would have been better like cases of General Arif in 1968 and Shah Mohammed Reza Pahlavi of Iran in 1979. Even in 1945, President Harry Truman did not change the head of state in two Axis powers: Emperor Hirohito of Japan and King Victor Emmanuel III of Italy who replaced the Prime Minister. . The U.N. General Assembly also has the right to recognize a government in Somalia if there are two competing factions. J. Slovinec hopes Arab professors at American University including Clovis Maksoud discuss these questions and Lee Hamilton's talks with the Arab League for Iraq Study Group with Mr. Hassouna who has spoken at AU's Washington College of Law: J. Slovinec is disappointed on what he perceives as a financial aid cutoff and denial of an American U. emergency loan which was linked to repression when Dr. Fisher refused to grade the Arab League paper which criticized Bush after Dr. Fisher gave J. Slovinec A's on a project on peace talks between India and Pakistan on Kashmir where J. Slovinec agreed with Bush Administration policies. American University is politely informed J. Slovinec received a 90% test grade for the U.S. Department of State Passport Specialist positions in Washington, D.C. and Chicago with no interviews between November 2005 and November 2006: J. Slovinec would have become a nonpartisan civil service figure if he was hired to this job, and j Slovinec has now returned to partisan Democratic politics with work at a bipartisan public opinion polling firm: these could be topics in talks about his job search. Mr. Slovinec also informs Dr. Said and Dr. Abu Nimer Mr. Slovinec wrote a message to Congressional Committees on  Foreign Relations and Armed Services including a call for "hearings on U.S. policy towards Egypt, United States and United Nations relations with the Arab League, African Union" and encouragement of reading of Mr. Hassouna;s book where "I agree with Mr. Hassouna's views in a 2005 statement to the media" in above passages. The future is uncertain: Thanks.

    PROOF OF SERVICE: In U.S. mail to: Hisham Khalid, Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20001
    Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 February 8, 2007

February 7, 2007

Former Secretary of State James A. Baker III
James A. Baker III Institute for Public Policy
P.O. Box 1892
Houston, Texas 77251

Dear Secretary of State Baker:

I send greetings. After I saw you in the hallway, I gave a copy of the Iraq Study Group report to the office of U.S. Senator Richard Durbin (D-Il.) and I recommended that he read it. I also asked Professor Abu-Nimer to review your ideas during his Summer Institute on Peacebuilding and Development and I gave him my favorable comments. I hope you encourage President Bush to negotiate soon with King Abdullah of Saudi Arabia who holds Palestinian unity talks and where I believe lack of contributions to the economic development fund for Iraq (Washington Times, Feb. 6, 2007, p. A12) are a sign of negative consequences of instability for Sunni Moslems after the Bremer firings of pro-Baathist teachers and policemen in Iraq: after an abduction of an Iranian diplomat this week (New York Times, Feb. 6, 2007, p. A8), I believe it is better to tell both Iranians and Arab League country nationals to stay out of Iraq until talks progress for peace. I wanted to express the highest degree of respect for the work of the commission on federal election reform under the leadership of former President Carter and yourself: I hope American University continues involvement with it and guests like Presidential candidates and U.S. Senators on the Senate Foreign Relations Committee. I note that Dr. Pastor did not fill a staff position on the commission in American University's budget that I applied for. Although this decision was not improper or unlawful, I do feel it is fair in my Equal Employment Opportunity Commission lawsuit for age discrimination against American University that when American U. did not fill this open position and seemed to refuse mediation to hire me for any of 18 jobs I applied for, it had the negative effect of leaving me on food stamps and residency since August 2005 at the Community for Creative Nonviolence center for the poor and homeless. I did not believe American University fairly considered my credentials either from Illinois government or a Master's Degree in International Affairs from Columbia University in 1982 which was earlier than other hired applicants with equal education. I have also felt there were unreasonable obstacles to my desire to return to study Education at Roosevelt University in Chicago, Illinois in September 2005 or 2006 with private funds when I had an offer. I would appreciate any ideas from you on professional activities, research, or school and I welcome it if you talk to former President Carter: I gave a brief note about it to him. President Carter and Carter Center have corresponded with me since 1976..

Sincerely yours,

Appendix A in 06-455 to Mr. Khalid

Joseph Slovinec



Member Center: Sign In | Register

SEARCH    ⦿ THE WEB    ⦾ CNN.COM    [PLAN TRUDISTA ARAB USAWNE MALAY]    Search    powered by YA

> BREAKING NEWS    Lebanese Prime Minister Fouad Siniora declares his country a 'dis. amid ongoing Israeli-Hezbollah attacks.

Home Page
World
U.S.
Weather
Business
Sports
Politics
Law
Technology
Science & Space
Health
Entertainment
Travel
Education
Special Reports
Video
Autos



Ad

SERVICES

E-mails
RSS
Podcasts
CNNtoGO
CNN Pipeline

SEARCH

⦿ WEB ⦾ CNN.COM

Search
powered by
YAHOO! SEARCH

## .WORLD

**IRAQ: Transition of Power**    SPECIAL REPORT

# UAE official: Hussein was open to exile

### UAE deal died at Arab League meeting days before Iraq war

Thursday, November 3, 2005; Posted: 1:21 a.m. EST (06:21 GMT)

**DUBAI, United Arab Emirates (CNN) -- Days before the U.S.-led invasion of Iraq in 2003, Saddam Hussein agreed in principle to accept an offer of exile from the United Arab Emirates, but the deal fell through, a UAE government senior official told CNN.**

The reported offer came before an emergency Arab League meeting in Egypt in discussions between UAE officials and a Hussein aide, said the senior official, who was then a member of the UAE delegation to the Arab League.

The Iraqi president issued conditions, and the proposal went nowhere, the UAE official said.

The Hussein aide, Abed Hmoud, is now in jail in Iraq.

The UAE official's account was repeated by another source who attended the Arab League summit and, separately, by a senior UAE government official. (Watch: Exile plan faltered -- 2:58)

At the time, President Bush was calling for regime change in Iraq.

Hussein wanted guarantees and international assurances, including a resolution by the Arab League giving its approval for his exile, the senior official said.

News of the reported offer from the UAE emerged last week during an interview broadcast by the Arab network Al-Arabiya with Sheikh Mohammed Bin Zayed Al Nahayan, the crown prince of Abu Dhabi, one of the United Arab Emirates.



**Saddam Hussein had agreed in principle to leave Iraq days before the U.S.-led invasion, a UAE official says.**

Advertiser links    what's this?

**Save on All Your Calls with Vonage**
Save 50% on your bill with Vonage unlimited local/long distance -...
www.vonage.com

**Bad Credit Refinance**
Up to 4 quotes with 1 form. Serious refinance inquiries only please.
www.nextag.com

**Feed a Child - Help Many**
A $30 donation gives $240 in food. Feed starving children and families.
www.worldvision.org

**Multiple Auto Insurance Quotes**
Save up to 20% in six minutes on your auto insurance at NetQuote.
www.netquote.com

RELATED

• Bomb kills 20 south of Baghdad
• Rumsfeld hints at more troops

SPECIAL REPORT

Search Jobs

Enter Keywords
Enter City

careerbuilder.com

LoanV

Find Today's Lo

Loan Type:

Select Loan

Loa

Shop

● Find a
● Compa
● Home Eq
● Refinance
● Debt Conso
● Bad Credit O
● What Can I Affo

Calculator

● Should I Refinan
● What Will My Payments Be.
● 15 or 30 Year Loans
● Interest-Only
● Fixed or Adjustable

© 2005 LowriWeb Inc.

The offer was spearheaded by his father, then-UAE President Sheikh Zayed Ben Sultan Al Nahayan, who died November 3. (Full story)

"During those days, the circumstances we worked under needed a very swift decision, an immediate response," the crown prince said in a documentary broadcast by the network.

"We had secured the approval of the main players, everyone who was involved, and the man concerned -- Saddam Hussein -- in 24 hours," he said. "So we came to the summit to lay down all the facts at the conference table. There would have been results if the issues were brought up but, again, this is all part of the past right now."

Even if the issue had been pursued at the summit, it was not clear whether Saddam Hussein would have followed through with any agreement. In the same documentary, Egyptian President Hosni Mubarak describes the Iraqi leader as "a difficult man; no one knew what he was thinking."

## IRAQ: Transition of Power

- **Interactive:** Iraq's population
- **Interactive:** National Assembly
- **Interactive:** Gov't Structure
- Coalition Casualties
- Special Report

## YOUR E-MAIL ALERTS

Iraq

Saddam Hussein

United Arab Emirates

ACTIVATE  or **Create Your Own**

Manage Alerts | What Is This?

Arab League Ambassador to the United States Hussein Hassouna told CNN that the summit leaders were surprised by the proposal because it had not been on the agenda and league members had not been consulted.

"In my own view, there was not enough consultations prior to seizing the summit with the very sensitive issue," he said. "After all, you have to realize this was, in fact, putting an item whereby the Arab League would ask the head of state of a member state to go into exile."

The senior UAE official said representatives of certain Arab League countries "killed the suggestion," arguing that the UAE president was not influential enough to make such a suggestion.

The league members opted not to even put the item on the meeting agenda, the senior official said.

U.S. State Department officials told CNN they knew about the proposal but did not consider it seriously because they knew the Arab League was not doing so.

UAE sources said Adnan Pachachi, a UAE national and a prominent Sunni then in exile from Iraq, knew about the deal.

Pachachi, who spent more than 20 years in Abu Dhabi after he left Iraq, was the UAE president's legal adviser. He told CNN from London that he was not aware of its details or whether Hussein had agreed to exit Iraq.

Still, fragments of the story were public even then.

CNN reported in March 2003 that an exile plan for Hussein appeared to be gaining support among his Persian Gulf neighbors and that during the Arab League meeting the UAE president had submitted a proposal calling for Hussein to surrender power within 14 days and leave Iraq under the temporary control of the Arab League.

The emergency meeting of the Arab League ended March 1. Hostilities began March 19. (Full story)

*CNN's Caroline Faraj and Brian Todd contributed to this story.*

advertisement

**Story Tools**