RECEIVED

MAR    2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA,
WASHINGTON, D.C.

Joseph Slovinec,                                          06-455
  Plaintiff,                                              gk (Judge Kessler)
        vs.
American University,
  Defendant

INCLUSION IN COURT FILE OF SALLIE MAE DEFERMENT OF JANUARY 2005 AND
CONTRADICTORY LETTER OF DEFAULT FROM MARY MUNCIE

1.  Plaintiff respectfully asks Mr. Khalid to file a responsive pleading within 20 days and ask ex-
American U. employee Michelle Silberberg and Financial Aid Office about who worked on the
Sallie Mae deferment: In informal discovery related to this case, Justin Perillo provided a file of
most financial aid documents with several exceptions including this item. Mr. Khalid included
bill related to financial aid in his pleadings.  Discovery should include the intentions of
President George W. Bush's administration towards J. Slovinec's stay at American University:
This seemed a sincere Sallie Mae deferment of loans during the American University semester
and Summer 2005 and respected the fact that J. Slovinec was considering either attending either
Roosevelt University in Chicago or American University in Spring Semester 2005:  and when
Roosevelt wanted to postpone his attendance until after the American U. semester, J. Slovinec
felt under some pressure to show up at American University for the remainder of Spring
Semester 2005 to preserve this "school deferment". The accompanying June 22, 2005, letter
from Mary Muncie seemed to contradict or ignore the fact this deferment was processed for the
identical item, Stafford Loans: phone callers later repeated a story that J. Slovinec's loans in a
different set of 1998-1999 were in default: it is noted that American U. Financial Aid office
worked on this deferment without informing him:  and yet Dept. of Education officials seemed
to imply certain loans were omitted from Michelle's or someone's deferment request.  Bush
Administration officials seemed to want to maintain negative leverage with the default which
was allegedly sent to a wrong address, 636 Winter, in December 2004 after Bush defeated Kerry.
J. Slovinec was lured into attending American U. and then put in a detention-center atmosphere
at the Community for Creative Nonviolence homeless shelter for 18 months after September
2005 in retaliation after American U. denied an emergency loan for his unpaid bill.
2.    The above items and Judge Kessler's opinion of August 19, 2005 were turned into the U.S.
Supreme Court in belated near-completion of a file which was turned in about August 30, 2006:
there were several months of delay when someone had checked out above file in U.S. District
Court: J. Slovinec is now pleased with honesty and integrity of U.S District Court cases in
providing papers although Judge Kessler is cautioned that doubts and tensions existed about
January 30, 2007 when Judge Friedman denied leave to file J. Slovinec's request for correction
of the wrong address on the ruling, 3023 N. Clark St., Chicago, Il. and refused to order access to
Item 4, Aug. 19, 2005 ruling, which is not on public computer and which was stolen from CCNV
shelter files. This is extremely serious since J. Slovinec might complain to U. S. Department of
Justice on lack of progress in requests on information on appeal to U.S. District Court Case
02C4124 where aide to ex-Illinois Attorney General James Ryan, with motivations to aid George
Ryan's Medicaid errors, is accused of improperly influencing material in Judge Filip's ruling.
PROOF OF SERVICE: In U.S. mail to: Hisham Khalid, American U. Legal Counsel, 3201 New
Mexico Ave. N.W., Washington, D.C. 20016 with Jan. 24 and June 22, 2005, items
Joseph Slovinec, 425 2   St., N.W., Washington, D.C. 20001   March 6, 2007

www.SallieMae.com
P.O. BOX 9500 Case 1:06-cv-00456-GK    Document 63    Filed 03/09/2007    Page 2 of 4
WILKES BARRE PA 18773-9500
(888) 272-5543

JOSEPH G SLOVINEC JR
2827 N BURLING ST
APT 6
CHICAGO IL 60657-5265
IıIIıIIıııIIıIIıIIııIIıIIıIIıIIıIIıIIıIIıIIıIIıIIıII

Dear JOSEPH G SLOVINEC JR,                                      01/24/05

Based on recent enrollment information, we have granted you a school
deferment which begins on 01/10/05 and ends on 08/30/08.  If payments
are due prior to the beginning of the deferment, a forbearance is being
applied to cover any payments which were past due at the beginning of
this deferment.

This deferment temporarily postpones your loan payments.  If you wish
to continue making payments on your account, you may do so by sending
your payment to:  PO BOX 4700
                  WILKES-BARRE PA 18773-4700.

If you want to end your deferment, please contact us.

If you have Stafford loans that are subsidized, the Government will pay
the interest that accrues during your deferment.  If you have SLS, PLUS
or unsubsidized Stafford loans, you may pay the interest that accrues;
otherwise, unpaid interest will be capitalized (added to your loan
principal) at the end of the deferment.  Any payments you make while
your unsubsidized loans are in deferment will reduce the amount of
interest that is capitalized, which may reduce the total amount paid
over the life of your loan.

Because we already verified your enrollment, you do not need to send us
a completed deferment form.  We will contact you shortly before your
deferment ends.  In the meantime, if anything changes that could affect
your deferment status you should let us know.  Thank you.

Customer Service

05 1600

FILED

AUG 24 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Loan Information

*If you have questions or concerns about your account, write to us at the address provided above.*
The list below includes all the loans in your account with us.  Loans marked with a star (*) are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 04/20/94 | $ 8,500.00 | $ 16,863.51 | 4.170 | FFELP |
| * 09/04/97 | 8,500.00 | 10,390.57 | 3.570 | FFELP |
| * 09/04/97 | 10,000.00 | 7,930.56 | 3.570 | FFELP |

APPENDIX A 3/16/11

R089    SYSTEM    0001



**F E D E R A L
STUDENT AID**

*We Help Put America Through School*

JUN 2 2 2005

Mr. Joseph Slovinec
5325 Westbard Ave.
Bethesda, MD  20816

Dear Mr. Slovinec:

Thank you for your additional inquiry to Secretary Spellings about federal student aid.

It appears that you are disputing the default status of your federal student loans because you believe that you were eligible for a deferment (a postponement of repayment). You indicate that you plan to attend Roosevelt University during the fall 2005 term if you can receive enough federal student aid to pay your expenses.

As we have explained previously, you are ineligible for additional federal student aid because you are in default on Direct Stafford Loans. (Direct Stafford Loans are part of the William D. Ford Federal Direct Loan [Direct Loan] Program.)

When the borrower enters repayment on a Direct Stafford Loan, the Direct Loan Servicing Center (Servicing Center) will send him or her a repayment schedule, which contains much of the information found in the promissory note. The borrower is responsible for beginning repayment. If the borrower meets one of the criteria for deferment, he or she generally must submit the appropriate deferment forms to the Servicing Center for processing.

The borrower must continue to make payments on the loan until he or she has been notified that the deferment has been processed. Otherwise, default may occur because he or she missed payments. (Default for a Direct Stafford Loan generally occurs when a borrower has not made monthly payments for nine months.) A borrower is ineligible for any type of deferment on a defaulted Direct Stafford Loan.

If you wish to dispute the default of your Direct Stafford Loans, you must contact the U.S. Department of Education's Debt Collection Service (DCS). You can contact DCS at

> U.S. Department of Education
> Debt Collection Service Center
> P.O. Box 5609
> Greenville, TX  75403-5609
>
> 1-800-621-3115
>
> Web site: www.ed.gov/offices/OSFAP/DCS/index.html
> E-mail: dcshelp@pearson.com

Page 2 - Mr. Joseph Slovinec

I hope this information is helpful.

Sincerely,

*Mary K. Muncie*

Mary K. Muncie
Director
Awareness and Outreach Division