IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Joseph Slovinec, Plaintiff,    vs.    06-455 (gk) Judge Kessler

American University,

Defendant

REPORT OF MISCONDUCT OF POTENTIAL WITNESS U.S. SECRETARY OF EDUCATION MARGARET SPELLINGS OR EMPLOYEES IN HER CORRESPONDENCE UNIT INCLUDING MARY MUNCIE AND COLLECTORS WITH EXCESSIVE CHARGES OF COSTS AND FEES

Plaintiff reminds Judge Kessler that he received an interrogatory request from American University's attorney in this case, Christopher Hassell, which requested information about all of his lawsuits: although this request was stolen or destroyed by a CCNV shelter resident, Mr. Slovinec is trying to honor it, and Plaintiff also reminds Judge Kessler he believes he has rights under federal law and procedure to report misconduct from harassing witnesses or potential witnesses. Due to receipt of another communication from collectors for U.S. Secretary of Education Margaret Spellings today, J. Slovinec felt obligation to give this and a copy of it to District of Columbia Acting Attorney General Linda Singer today since it contains the identical amount on "excessive collection costs of U.S. Department of Education of $21,000 (Appendix A)" which J. Slovinec wrote about to the court in pleading "Filing of Papers on Excessive Collection Costs of U.S. Department of Education" on March 28, 2007. Since Mr. Khalid indicated in related Case 06-455 American U. only intends to charge him for Spring 2005 if registration of classes is "reinstated", J. Slovinec does not intend to ask for reinstatement at this time and without a grant, he can only get reinstatement with court-ordered tuition remission, an employee benefit if he wins in Case 06-455: J. Slovinec has never had full-time job since June 30, 2000: "MESSAGE TO U.S. DEPARTMENT OF EDUCATION, ATLANTA SERVICE CENTER – CHIEF, CONTRACT SERVICES BRANCH, ATLANTA FEDERAL CENTER TOWER, 61 FORSYTH ST., SW, RM. 19T89, ATLANTA, GEORGIA 30303   April 17, 2007:   This is to inform you I am totally refusing to make any payments on student loan debts and alleged collection fees since I have only $194 in the bank, I have been unable to report to work due to a lack of business since April 6, 2007, and I believe I have legal rights to refuse because I am a pauper and I have the right to declare bankruptcy with unfair obstruction of my rights to legal counsel. You should act with caution and notify West Asset Management, Inc., P.O. Box 105646 in Atlanta I have already complained to Judge Kessler on sending of an excessive amount of $21,084.15 in collections fees and costs: the principal balance of $71,680.68 and perhaps interest could be included in payments between 2007 and 2024 under the original July 1, 1999 letter about loan payment terms from William Ryan: however, my most recently monthly income rate of $420 per month was too low to gain income-sensitive payments which could have been envisioned if I had a higher amount of income like someone in the Edgmon case with benefits of about $820 per month. I will ask for extortion charges if I receive another demand for payment in full from you at P.O. Box 4169, Greenville, Texas 75403-4169. I am notifying D.C. Acting Attorney General Linda Singer I invoke all my rights to not receive harassing collection calls which have been forbidden at my workplace: West Asset made two harassing collection phone calls within the same day to my CCNV homeless shelter where ex-convicts and substance abusers reside. I ask Ms. Singer to investigate above allegations of excessive costs and fees. Thank you."

BODY OF SERVICE: To: Acting D.C. Attorney General Linda Singer, 441 4th St., N.W., Washington, D.C. And in mail to: Christopher Hassell, Bonner Kiernan, 1233 20th St., N.W., Washington, D.C. 20036

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   April 17, 2007

*Joseph Slovinec* (signature)

RECEIVED APR 18 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT