IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                      06-455

   Plaintiff,                                 (gk) Judge Gladys Kessler

   Vs.

American University,

   Defendant

OFFER TO AMERICAN U. PRESIDENT AND BOARD OF TRUSTEES TO SUPPORT SETTLEMENT TALKS IN BOTH CASES: NOTICE TO COURT THAT PLAINTIFF COULD CONTACT ILLINOIS ATTORNEY GENERAL LISA MADIGAN IN JUNE TO VERIFY HE DID RECEPTIONIST DUTIES AT IL. DEPT. OF HUMAN SERVICES

1. Plaintiff intends to probably hand-deliver or fax this message to Hisham Khalid today, May 17, 2007, for the meeting of the American U. Board of Trustees May 17-18. Plaintiff is only considering attendance at this meeting if it is open to the public and he can schedule it. He wants to remind Mr. Kerwin to respond to messages on Howard Dean and talks with Mayor Fenty on 29 U.S.C. 49b job training issues: Dean Goodman or Dr. Abu Nimer should clarify if Plaintiff can try to take more Peacebuilding classes this summer. Plaintiff believes the barring order was ended since he received no mail to the contrary by May 17. Plaintiff's Spring 2005 charges could only be paid if American U.'s Staff would cooperate in making requests from one of these sources: 1) A grant source in the Washington City Paper Oct. 13, 2006, p. 118 which says: $5,000-$100,000 FREE CASH FOR "personal bills, school, business/housing" and phone numbers are: 1-800-592-0362, ext. 235, or 1-800-274-5086 ext. 233: these are federal numbers and J. Slovinec could not afford to pay a requested fee of about $189 for book on grants; 2) A pro-American foreign source on Internet which is confidential and a delivery fee is desirable, or 3) The William J. Clinton Foundation in J. Slovinec's letter of June 4, 2005. Plaintiff J. Slovinec is willing during Summer 2007 to enter into settlement talks on both Cases 06-455 and Case 06-1143: main obstacles include Hisham Khalid's entry in 06-455 of a defense of a false claim J. Slovinec disrupted a meeting of President Ladner's Cabinet to warn Ladner J. Slovinec was in danger of welfare and bankruptcy: Ladner was guilty of exploitation and insensitivity when Ronald Fisher was trying to earn profits from wealthy North Side Democrat wards in Chicago for a Summer Institute for Peacebuilding and Development mostly for Bush-Cheney U.N. officials including encouraging J. Slovinec to move from Chicago to Park Bethesda without enough job advising to pay the $1393 per month rent: Ladner refused J. Slovinec's reasonable requests to discuss his return to Illinois with Governor Blagojevich, tuition remission for the poor and unemployed, and tensions from aides of convicted Illinois Governor George Ryan who laid off Plaintiff. Plaintiff would allow talks on explore American U.'s objections about the move from Illinois: J. Slovinec adds he was a friend and campaign donor to Illinois Attorney General Lisa Madigan in 2002, and only disagreed with her use of Deborah Allen who worked for James Ryan: yet Lisa Madigan could produce a witness from Il. Dept. of Human Services, perhaps his Mentor Linda Conley, who could testify she and J. Slovinec both made own phone and personal appointments with nursing home administrators and did receptionist duties: this contradicts an error on pp. 15 and 26 of Motion for Summary Judgment, Dec. 1, 2006 in 06-455.SERVICE TO: Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20016 Joseph Slovinec 425 2nd St., N.W., Washington, D.C. 20001   May 17, 2007

RECEIVED
MAY 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*/s/ Joseph Slovinec*