IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
   Plaintiff,
Vs.
American University,
   Defendant

06-455
(overlapping issues with 06-1143)
(gk) Judge Kessler

**RECEIVED**
MAY 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROPOSED AGREEMENT TO REGULATE PLAINTIFF SLOVINEC'S VISITS TO AMERICAN UNIVERSITY CAMPUS: MESSAGE TO MAYOR FENTY AND POLICE CHIEF LANIER

1. This message is addressed to D.C. Mayor Adrian Fenty, D.C. Police Chief Cathy Lanier, and American U. Legal Counsel Hisham Khalid so the court is asked to understand use of the word I:

"I send greetings. I am pleased with many areas of progress during Mayor Fenty's administration: we have not yet achieved progress on my goals of receiving full-time work, resolving differences with American University, and moving out of the mostly African-American Community for Creative Nonviolence homeless shelter where I have resided on food stamps since August 2005. Many of these issues are not yet understood by D.C.'s government. American U. Interim President Cornelius Kerwin has tried to implement reforms since he courageously informed the American University community of the U.S. Department of Justice investigation of his predecessor, American U. President Benjamin Ladner, on the American University website: President's Office of October 5, 2005. Yet I have not received a response on issues about the actions of a moderately well known, American University Professor Ronald Fisher who was in 2005 the Director of the Graduate Certificate in Peacebuilding and who, unfortunately, without a settlement of this lawsuit could be perceived as a badly blundering business agent of American University who lured me away from a Chicago apartment, 15 years in Chicago, Illinois residency, and an A grade on a Illinois Department of Central Management Services waiting list for a job as Library Associate to attend American University in January 2005 with exaggerated offers of American University assistance in finding me a job placement. In addition to above results, my income of only $2700 in 2006 and zero in 2005 indicate to most American and Chicago corporations I probably should never have moved away from Chicago. Fisher made unreasonable demands that I only use private loans to finance attendance at his program: Fisher said his program was not certified to get federal student loans which I would rather have used, and his program gave me zero advice on getting grants even when I tried to get one from the William J. Clinton Foundation. I have already complained to Mayor Fenty about the e-mail Dr. Fisher sent me in September 2005 when he still tried to demand I pay the tuition bill without a remission even after I informed him I was at a homeless shelter with only 88 cents in my bank account. Tensions about these issues and distribution to several campus offices of a letter I wrote to U.S. Secretary of Education Margaret Spellings with complaints on lack of access to financial aid and homeless shelters in Maryland resulted in a barring order which had forbidden me from visiting American U.'s campus after May 17, 2005. After

PAGE TWO – J. SLOVINEC PROPOSED AGREEMENT TO REGULATE VISITS TO AMERICAN U. CAMPUS: two years of a barring order when I never violated a rule or ordinance at American U. like the alleged "Endangering Behavior" rule of George Washington University in the case of Jordan Nott who suffered from depression and took Zoloft, D.C. Superior Court Civil Case 05-8303, I respectfully ask for:
- An agreement to regulate campus visits (Letter to Mr. McNair after p. 3)
- Review by D.C. Police Chief Cathy Lanier of the contents of a letter to U.S. Secretary of Education Margaret Spellings which I distributed to several campus offices, and which did not violate any D.C. ordinance or campus rule.     (I respect Jordan Nott's rights including against isolation.)

Please see the content of the court file in related 06-1143: Appendix A of D.C. Superior Court case indicates this barring notice was issued on May 17, 2005 by American U. Public Safety Chief Michael McNair: "This letter is to advise you that you have been barred from American University Main Campus and the University Shuttle Services effective 05-17-2005 for disruptive activity at various university offices......If you are found on American University campus or shuttle bus, you will be subject to arrest and charged with Unlawful Entry under Section 22-3302 of the D.C. Code" and he extended for one year again from May 17, 2006 to May 17, 2007: which ends this week: MR. KHALID IS ADVISED IF MR. MCNAIR DOES NOT ACCEPT VISITING AGREEMENT AND TRIES TO EXTEND BAR WHEN J. SLOVINEC ONLY MADE ONE PERMITTED VISIT IN PAST YEAR, J. SLOVINEC INTENDS TO FILE AN APPEAL AND IF IT IS REFUSED, HE WILL FILE ANOTHER ACTION IN D.C. SUPERIOR COURT AND COMPLAINT TO COUNCILMAN MENDELSON: Mr. Khalid is asked to advise Mr. McNair that difficulties have arisen during pleadings and discovery which were not directly connected to Mr. McNair's statements: these were discussed in April 4, 2007 J. Slovinec pleading in 06-1143 COMPLAINTS TO D.C. GOVERNMENT AND CITY COUNCILMEMBER MARY CHEH: J. Slovinec does not condone illegal protests at Gallaudet or anyplace yet he wrote on 4/4/07: "In Item #22, Mr. Hassell's answer of November 28, 2006, made above mistake of calling "American U." "Gallaudet", a sign of insensitivity to frustrated deaf students who started a protest where they blocked entries and were arrested by D.C. police...arrests under D.C. Code 22-3302 are only made for arguing, demonstrating, and blocking entries to buildings...I, Plaintiff, have never engaged in a disruptive activity in D.C.......The official American University President, administration, and Board of Trustees policy on Discrimination and Harassment reads: 'At American University.. freedom of expression and vigorous debate..valued...free (from) all forms of discrimination and harassment, including..exploitation, coercion, and intimidation' which contradicts Mr. Hassell's Eight(h) Defense "Defendant denies First Amendment is applicable to it" This worsens when American U. ex-President Benjamin Ladner voluntarily recognized J. Slovinec and took a letter from him about April 19, 2005, in his only public meeting of the year at Kay Center. Mr. Khalid wrote "April 2005, Slovinec disrupted a meeting of the President's Cabinet to warn the President he was in danger of welfare and bankruptcy," Item 7, Motion for Summary Judgment about Jan. 2007" in Case 06-455. Mr. Khalid is cautioned J. Slovinec still remembers several requests for corrections which Mr. Khalid has not answered: it is, however, undisputed that various staff members complained about receiving unsolicited letters from J. Slovinec: J. Slovinec maintains all of these controversies occurred May 17, 2005, with no previous warning from McNair of misconduct or his intend to bar J. Slovinec.     D.C. Police Chief Cathy Lanier is asked to respect that J. Slovinec's letter to Secretary of Education Spellings was an act of self-preservation as a Democrat from Illinois (1989-2004)against several Republican-leaning staff members at American U. whose actions resulted in J. Slovinec's staying at a homeless shelter for nearly two years

PAGE THREE – J. SLOVINEC ON PROPOSED AGREEMENT TO REGULATE VISITS TO AMERICAN U.
with zero in his savings accounts by January 2006. Please note these points: "I currently have less than $1400 in all of my savings accounts" Going to American U. was a lousy deal which cost me an apartment in Chicago; "My most recent Chicago landlord does not have an apartment before July 1 and even if I want to attend school in Chicago (Roosevelt U.), it is impossible before September. A crisis could occur since I do not have money or lodging if I move out of the Park Bethesda dorm May 16, 2005. The Maryland Dept. of Health and Human Services says I cannot use their emergency shelters: they are only for the mentally ill and substance abusers." MCNAIR MAY HAVE FELT IT WAS MALICIOUS FOR ME TO BRING UP MENTAL ILLNESS: I WAS NOT THE AGGRESSOR. I MERELY REPEATED WHAT THE MARYLAND GOVERNMENT TOLD ME. IT IS WRONG FOR AMERICAN U. TO USE THESE TACTICS WHEN AMERICAN U. CAUSED MY HOMELESSNESS after my eviction threat from Julie Weber on May 16: McNair's officers were badly trained like officers in a case on the Maryland American Civil Liberties Union, Dundalk Shopping Center, who made similar threats to arrest the homeless. Mr. Khalid is asked to advise Mr. McNair that when he addressed the May 17, 2006 barring order to Plaintiff at CCNV shelter at 425 2nd St. NW or 425 Mitch Snyder Place, this could cause a new complaint under D.C. Homeless Services Reform Act. Complaints about Dr. Ronald Fisher could have been among causes of arrest threat: This included criticisms of lack of efforts for federal loan or "foundation" money and repression of criticisms of Bush Administration for not consulting enough with Arab League on peaceful plan to exile Saddam from Iraq to avoid 2003 war. "Dr. Fisher e-mailed every grade of mine in his class was an A or A- except one, a C on an exam: on April 28, 2005, he e-mailed he refused to grade my term paper on the Arab League and my final exam because my registration was cancelled." Another cause of arrest threat: "Mr Berhanu ( of Financial Aid) was not forthcoming on American U.'s programs of aid for poor and needy". My visit to D.C. since then has been a more benign case of turmoil than if Marion Barry allowed the Shah of Iran to visit Washington, D.C. in 1979-1980: fortunately Jimmy Carter did not ask him. Mayor Fenty should know that although Sallie Mae gave me a loan deferment to attend American U. in 2005, after the enclosed letter, Spellings' aide Mary Muncie insisted on putting other loans in default June 22, 2005 due to grudges when I asked for an unemployment deferment in 2004 and did not pay: it was severely detrimental when the default prevented me from accepting an offer to attend Roosevelt U. in Chicago in September 2005 or 2006. Spellings forced me to relocate permanently to D.C. as a pauper: another court fight looms if she uses the default to forbid me from taking classes for the poor and homeless at University of District of Columbia/Van Ness this autumn . Mr. Mayor, I told my caseworker Enoch at CCNV I would complain because he and CCNV will not provide me grants to go back to school and Enoch would only refer me for a kitchen worker training program. Mr. Khalid is advised I respect his role as counsel in 06-455 yet I tell Mayor Fenty I do not to be limited to the use of Mr. Khalid or Mr. Hassell who was insensitive to Gallaudet as my contact person in requests for talks with AU President Kerwin, my reference Professor Nan, UDC, a carpenters' union where I worked, and my current employer where I like work yet was only paid $421 per month in March and April on ideas for school or worker training to end my dependency on food stamps. WE COULD TRY TALKS WITH THE BOARD' MAY 18..
SERVICE TO: Mayor Fenty and D.C. Police Chief Lanier at 1350 Pennsylvania Av., N.W.,; American U. Legal Counsel Hisham Khalid at 3201 New Mexico Av., N.W., Washington, D.C. 20016 and for AU on related case 06-1143, Christopher Hassell, Bonner et al. 1233 20th St., N.W.., Washington, D.C. 20036
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   May 15, 2007

*Joseph Slovinec* [signature]

IN THE PUBLIC FILE FOR CASE 06-455, SLOVINEC VS. AMERICAN UNIVERSITY

May 15, 2007

Mr. Michael McNair
Public Safety Chief
American University
4400 Massachusetts Av., N.W.
Washington, D.C. 20016

Dear Mr. McNair:

There have been reforms in community policing during the new administration of D.C. Mayor Adrian Fenty and D.C. Police Chief Cathy Lanier. I therefore after May 17, 2007 propose an agreement to voluntarily yield some of the access I had to American University before April 2005 and yet my legal position is still it is wrong to threaten to arrest me for merely visiting the American University campus. Main items are::
- Supervision of any campus visits by Legal Counsel's Office employee Hisham Khalid. I bring to the attention of Mayor Fenty and Police Chief Lanier that I only visited American University campus once during the past year about September 26, 2006 (the date might be slightly off) to see Hisham Khalid for a deposition in my lawsuit against American University. Mr. McNair did not object to this visit and I asked Hisham to notify him before it occurred: there were no grounds for him to claim I violated a barring order Mr. McNair issued from May 17, 2006 to May 17, 2007.
- Yielding access to any offices of American U. employees who signed affidavits against me in the lawsuit except if Hisham approves an appointment to talk to them.
- I would not attempt to use any computer equipment or job search equipment. My use of this equipment seemed a cause of my May 15 barring: however, I need to consult with government attorneys about the meaning of the federal Welfare Reform Act where both sides would have a chance to present arguments: I maintain it would have been better if American U. allowed me a chance to use job search equipment.: yet American U. Assistant Director of Financial Aid Ingrid Valentine spitefully ignored, or indirectly denied, my Summer 2005 request for a Cafritz, Skaskan, or Morgenstern emergency loan to pay the unpaid Spring 2005 bill which was available to most students as a last resort. **The barring note was on letterhead of the Vice President for Finance and Treasurer: if the unpaid bill was a cause for barring, this should be truthfully discussed with Mayor Fenty and D.C. Police Chief Cathy Lanier. I allege that in a pleading of about Dec. 2005 in a Motion for Summary Judgment against me in U.S. District Court Case 06-455, Benjamin Ladner or his staff made a false allegation I disrupted the campus during a meeting of the Deans or his Cabinet about April 19, 2005 when he took a note on insolvency.** Please discuss homeless issues with Hisham.

CC: Mayor Fenty
,D.C. Police Chief Lanier
Hisham Khalid

Sincerely yours,
Joseph Slovinec