IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,
  Plaintiff,
  Vs.
American University,
  Defendant

06-455
(gk) Judge Kessler

RECEIVED
MAY 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATUS REPORT ON TESTIMONY OF PROFESSOR SUSAN NAN

1. Professor Susan Nan was listed in Plaintiff's original papers around the time of the EEOC charge: Professor Nan's address is George Mason U. Institute of Conflict Analysis and Resolution, 3401 Fairfax Dr., Arlington, Virginia 22201. Professor Nan said recently she was willing to testify she had and has an agreement to serve as job reference for Plaintiff Slovinec on the phone and Plaintiff attended her class from January to April 2005. This was in doubt since Amanda Taylor seemed to tell U.S. Department of Education J. Slovinec could not see file which meant he was never in attendance.
2. Professor Nan is informed there will not be a subpoena soon since pretrial preparations can take several more months. Issues can be discussed with respect for J. Slovinec's work in her class with an 88% grade average and in Professor Fisher's class with a 90% average in what he handed back. Grades can only be recorded with a court order and tuition remission: Plaintiff suggested an 800 number for a grant to pay tuition since he only earned $2700 in 2006 and zero in 2005: he could not pay bill for cancelled classes and alleges he was unfairly denied a Cafritz, Morgenstern, or Skaskan emergency loan. Mr. Khalid is asked to use caution when talking to Professor Nan with U.S. Department of Justice investigation of ex-President Ladner who is accused of misleadingly implying J. Slovinec disrupted a meeting.
3. A memo will be sent soon to Professor Nan on main controversies in several jobs with discrimination when J. Slovinec had Master's Degree and more years of office experience than hired employee.

NOTE: JUDGE KESSLER IS REMINDED TUITION REMISSION IS AN A.U. EMPLOYEE BENEFIT.

Note: Judge Kessler is reminded tuition remission is an American University (AV) employee benefit.

PROOF OF SERVICE: Notice to Professor Nan at above address and to American University Legal Counsel Hisham Khalid, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   May 26, 2007

*Joseph Slovinec*
*Joseph Slovinec*