RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 JUN 13 PM 7:00
NANCY M.
MAYER-WHITTINGTON
CLERK

RECEIVED
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                            06-455

    Plaintiff,                            (gk) Judge Kessler

Vs.

American University,

    Defendant

UPDATE ON FUNDING SOURCES

Plaintiff Joseph Slovinec is updating information on funding sources to perhaps pay American University's Peacebuilding charges and this update will be sent to Democratic National Committee Chairman Howard Dean as a followup on earlier information about Case 06-1143.

1. In regards to three sources which J. Slovinec mentioned in Item 67 of May 17, 2007, J. Slovinec has these comments: a) If American University wants to use a fund of unused federal grants which disadvantaged D.C. residents can use. Mr. Khalid is asked to ask American University Financial Aid Office to call 1-800-592-0362 ext. 235 of 1-800-274-5086 since J. Slovinec cannot afford a fee of $189 for a book about these grants and J. Slovinec recommends that American U. either purchase the book or ask the Bush Administration for free information from it. The company also requests a checking account number and if funds can be deposited to pay for Joseph Slovinec's Spring 2005 tuition, it is also in American University's interest to deposit the money in American U.'s checking account, not J. Slovinec's. IT IS IMPORTANT TO REMEMBER J. SLOVINEC HAS CONTINUOUSLY LACKED CAPACITY TO PAY ANY DEBTS HIMSELF: J. Slovinec only earned $2700 in 2006 and his salary in 2007 is not much better with between $441 and $650 per month with often only $20 per day where Plaintiff J. Slovinec cannot afford to buy pants. There is also a communications gap with the office of U.S. Secretary of Education Margaret Spellings who often sent large bills for sums which cannot be paid: J. Slovinec does not want to ask a legal counsel to aid in declaring him bankrupt to discharge debts, and Spellings worsened his situation with a June 2005 default on several loans which undermined any good from American U.'s obtaining of a January 2005 Sallie Mae loan deferment for J. Slovinec.
b) J. Slovinec sent messages last week that several purported foreign prize offers on his e-mail appear untrustworthy: J. Slovinec does not recommend that American U. pursue these prospects to pay his tuition bill.
c) The William J. Clinton Foundation changed its rules since 2005 where President Clinton and his foundation fund certain prospects, yet the website says the Clinton Foundation does not give grants to outside organization like the American University general fund. www.clintonfoundation.org. On June 4, 2005 Joseph Slovinec wrote the Clinton Foundation to ask for consideration for a proposal for funding of Ronald

Fisher's tuition bill for the groups work in the area of ethnic and religious reconciliation, a Clinton Foundation goal and the Clinton Foundation did not respond. If American U. wanted to ask J. Slovinec to raise funds from someone who voluntarily sent him letters before J. Slovinec entered American U. in January 2005, the only choices were the William J. Clinton Foundation and the Carter Center.

American U. would ask:: Why was the William J. Clinton Foundation on the list? The Clinton Foundation is the only organization J. Slovinec could think of which is respected by both India and Pakistan on Kashmir talks, Ronald Fisher's area of interest, and President Clinton met with Pakistan's President Musharraf. President Pervez Musharraf of Pakistan spoke at former President Clinton's Global Initiative meeting in 2006 and the Global Initiative includes causes of poverty and resolving religious and ethnic conflicts. J. Slovinec adds: "I have praise for the fine English-language articulation and intellectual ability of Prime Minister Singh of India and President Musharraf of Pakistan in talks on relations with the United States after major improvements in confidence-building measures to reduce tensions along the Kashmir border including their meeting at a cricket match in Spring 2005 when a bus route was opened between Hindu Indian and Moslem Pakistani sections of Kashmir on April 7, 2005, the date of our class presentation in Professor Ronald Fisher's class. Prime Minister Singh hosted a charming banquet for President Bush and Secretary of State Rice." President Musharraf has written a book and visited the United States.

2. Mr. Khalid is asked to meet with American U. Professor Ronald Fisher and ask him to respond to J. Slovinec's proposal to write a letter to the Clinton Foundation to ask for consideration for sponsorship of a project on peace talks on Kashmir which could include payment of J. Slovinec's Spring 2005 tuition and fees charges if American U. would reinstate registration and record grades and Professor Fisher would agree to:
   a) Help work on a proposal for dialogues to reduce tensions in Pakistan between supporters of President Musharraf of Pakistan and Chief Justice Chaudhry who Mr. Musharraf suspended in March 2007: there is hope for an end to incident of street violence
  b) Study Mr. Musharraf's recent talks with Pakistani journalists to end press restrictions. Include support for President Bush's goals in a speech to Asia Society on Feb. 22, 2006 where he talked about India and Mr. Musharraf's support for free and open elections, democratic reforms, and economic development.
  c) Continue work on Kashmir peace talks, an area of Bush-Clinton agreement.

However, Mr.. Khalid is cautioned to have realism in talking to Professor Fisher about the need to save face and reduce escalation of tensions when J. Slovinec complained to Mayor Fenty about Professor Fisher's e-mail of Labor Day 2005 where Dr. Fisher tried to demand J. Slovinec's payment of $11,000 in tuition charges with no remission when J. Slovinec informed Dr. Fisher J. Slovinec had only 88 cents in his savings account. If money is not available from the Clinton Foundation or above federal grant funds, American U. needs to ask another source. And not try to pressurize Chicago Democrats and Catholics J. Slovinec knew before 2005.

PROOF OF SERVICE : In U.S. mail to: Hisham Khalid, Legal Counsel, of American University, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 June 12, 2007

*Joseph Slovinec* (signature)

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                    06-455
   Plaintiff,                       (gk) Judge Kessler

Vs.

American University,

   Defendant

NOTICE TO DEAN GOODMAN TO ASK FOR STATEMENT ON IF J. SLOVINEC CAN COMPLETE GRADUATE CERTIFICATE IN PEACEBUILDING PROGRAM: ARTICLE ON SOUTH AMERICA

1. This notifies Dean Goodman he is asked to respond before June 18 to Joseph Slovinec's May 17, 2007, request for information on if he can complete Graduate Certificate in Peacebuilding program: he could take most classes during the Summer Institute for Peacebuilding and Development from June 18 to July 7, 2007.. This is sent directly to Dean Goodman since no response was received within the desirable 20 days in court rules or by June 6. There are several need-based scholarships available on American University's Graduate Certificate in Peacebuilding and Summer Institute on Peacebuilding and Development websites, and J. Slovinec's grades were high enough on what grades he received. If J. Slovinec cannot complete the Graduate Certificate in Peacebuilding, J. Slovinec asks if the reason is past nonpayment of fees or misconduct, where J. Slovinec brings to Dean Goodman's attention J. Slovinec never violated a campus rule or ordinance and he maintains any contrary allegations are false. American University is asked to end its apathy to leaving J. Slovinec in a virtual state of emergency since he left Dr. Fisher's class in April 2005. J. Slovinec brings up he went through too much aggravation in trying to get money for Professor Fisher's bill partially due to his lack of certification for federal loans: J. Slovinec had turndowns for private loans from Citibank, his bank Bank of America, National Education which is affiliated with Illinois loan programs; inconclusive responses from Educaid; and J. Slovinec requested money from these foundations: Spencer Foundation in Chicago which said no, and these did not respond to letters: Joyce Foundation in Chicago, Glenner of Skokie, Illinois, AMDB Charitable of Falls Church, Virginia, Clark and Ruby Foundation, Bank of American Plaza in Charlotte, North Carolina, Big Idea of Lombard, Illinois, Agnes Robinson Trust, and Reade Industrial Fund. Dean Goodman should be advised about the Jan. 2005 Sallie Mae deferment and later chaos which was caused with Spellings' refusal to provide federal loans for J. Slovinec to return to Roosevelt U. in Chicago in September 2005: future city attention is merited on when Dr. Fisher encouraged J. Slovinec to relocate..
2. Only one copy is provided for Mr. Khalid of this article on President Bush's trip to South America which updates J. Slovinec's research for Professor Nan on Colombia, an antitheft measure.
PROOF OF SERVICE: In U.S. mail to American University for: Dean Louie Goodman, 4400 Massachusetts Av., N.W., Washington, D.C. 20016 and Legal Counsel Hisham Khalid, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 June 13, 2007

*Joseph Slovinec* [signature]

PRESIDENT BUSH'S VISIT TO LATIN AMERICA 2007: A BIPARTISAN AGENDA FOR PEACEFUL ECONOMIC DEVELOPMENT

*Appendix A-1 sent A to White House Joseph Slovinec*

By: Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001
(This is a writing sample which might gain use for later purposes. Please respect it is therefore single-spaced with a parenthetical citation format on mostly website research.)

President Bush's visit to Latin America during 2007 had bipartisan themes of support for democracy and economic development in Latin America. It, however, occurs in a setting of talk of Bush Administration friction with leftist Presidents in South America especially President Chavez of Venezuela and President Morales of Bolivia. Jim Lehrer's News Hour Extra had a fair and balanced view: "President Bush finished a six-day trip to Latin America, where he has been trying to strengthen U.S. economic ties and address social issues affecting the region. The visit – which includes stops in Brazil, Uruguay, Colombia, Guatemala, and Mexico.. comes at a time when the Bush Administration is increasingly unpopular in Latin America for its economic policies, the war in Iraq, and its tough stances on immigration." (Jim Lehrer's News Hour Extra: http//www.phs.org/newshour/extra/features/ May 5, 2007.) Lehrer added highlights on two countries: U.S.-Brazil global trade talks, President Bush "signed a pact with Brazilian President L. Inacio Lula da Silva to promote more production of ethanol in the Western Hemisphere" and in talks with "Uruguay's President Tabare Vazquez, for his country's estimated 7 percent economic growth " (International Information Programs:Http:us.info.state.gov.rava.dc). In impoverished Guatemala, "President Oscar Berger pressed him about recent deportation of Guatemalans that upset a country where 10 per cent of its population has moved north of the Rio Grande (by Peter Baker, March 13, 2007, http://www.washingtonpost.com.) "Guatemala was included in the Central American Free Trade Agreement where Bush wisely negotiated with President Arias of Costa Rica and economic development today is a post-conflict form of peacebuilding after Arias successfully negotiated ends to the Central American civil wars of the 1980's. After President Bush's years as Governor of Texas, he probably found his best negotiating partner was former President Vicente Fox of Mexico. He discussed immigration reform with his successor, President Calderon of Mexico. The toughest tensions of Bush's Presidency include Colombia's long war with rebels. BBC News noted, "Colombia is one of the largest recipients of U.S. aid to help fight a long-running war against left-wing guerrillas and drug traffickers. Some U.S. Democrats are questioning $3.9 billion in new aid over the next seven years as well as the wisdom of a U.S. trade deal with Colombia." (BBC News, March 12, 2007, http: newsbbc/com.) A little progress was achieved in talks between Colombia and FARC on exchanges of prisoners. The Catholic Church wisely encouraged peace talks in Colombia which could go better with crop substitution for poorer farmers. President Pastrana's talks with FARC included a 2000 dialogue on employment creation about the same time Plan Colombia was approved. Ethel Kennedy courageously honors her husband's causes with support for books, journalism, and human rights issues at the Robert F. Kennedy Memorial where the late Arthur Schlesinger was a guest in 2005. The Robert F. Kennedy Memorial for Human Rights supported the Colombia/FARC talks in 2002 (ciponline.org.: Colombia Program: Letters of January –February 2002)and President Pastrana seemed to do everything he could before talks collapsed in February 2002 when FARC kidnapped Ingrid Betancourt. Words of encouragement should go to the popular Colombian President Alvaro Uribe who visited Washington, D.C. in

May 2007 and felt it was correct to cautiously explore prisoner exchange talks with FARC. The release of Ingrid Betancourt could revive peace talks between Colombia and FARC in 2007: Reuters reported on March 26, 2007: "Left-wing Colombian rebels said they have accepted an offer from U.S. lawmakers to witness negotiations to free 61 hostages, including three Americans, that they have held for years in secret jungle camps. Seven Democratic members of the U.S. House of Representatives wrote a letter to Colombia this month offering to accompany any future negotiations with the Revolutionary Armed Forces of Colombia, or FARC, which has been fighting since the 1960's. 'In terms of a prisoner exchange, progressive people and friends of peace from the United States can contribute to a solution to this part of the Colombian conflict,' FARC spokesman Raul Reyes told Noticias Uno television late on Sunday. The Colombian government, which has also said it would welcome the participation of the U.S. lawmaker, wants to exchange 61 politicians and other high-profile hostages for an unspecified number of rebels in government prisons....Among the hostages held by the 17,000-member FARC is French-Colombian national Ingrid Betancourt, taken during her 2002 presidential campaign, and U.S. defense contractors Thomas Howes, Keith Stansell, and Marc Gonsalves, captured during a drug-eradication mission in 2003." (Reuters. March 26, 2007,http://www.reuters.com. Disagreements will continue on drug eradication, yet compromises could be reached if poorer farmers receive enough payments for growing crops other than coca and all sides should try to decrease and avoid casualties.

The University of Notre Dame could have a valuable role in stimulating bipartisan discussions on policies between President Bush and Congress on Latin America. This will be sent to the White House with hopes for congratulations to former Notre Dame President Father Theodore Hesburgh on his 90th birthday on May 25, 2007. Father Hesburgh was a confidante and advisor to Presidents since his start in the Truman era in 1952 including his memories of Sargent Shriver during the Kennedy Peace Corps years, talks on human rights during the Carter Presidency and class of 1976-1980, and his work during the Reagan era in supporting research on democracy and development in Latin America when Father Hesburgh founded the Kellogg Institute for International Studies and the Kroc Institute for International Peace Studies. It would be wise for President George W. Bush to remember how Father Hesburgh and Notre Dame graduates honored a Notre Dame graduate, José Napoleon Duarte, who the military prevented from becoming President in the Nixon era of 1972 and President Reagan respected Mr. Duarte's election as President of El Salvador in 1984. His father the first President Bush won the nomination at Notre Dame's Mock Republican Convention in 1980 with excellent credentials on foreign policy and the United Nations. Congressman Jim McGovern was influenced by critics of U.S. military support of Central America in 1984 and today he favors talks with the FARC rebels to end a more intractable conflict. President Bush should articulate his belief he has provided fine amounts of aid to Latin America and follow up on his 2001 talk on faith-based domestic initiatives to Notre Dame graduates. Notre Dame could study views of Bush critics like Mark Weisbrot at the Center for Economic and Policy Research and Howard Dean who supports more extensive debt relief than Bush with the Jubilee Act.

Dean favored the Catholic bishops' policies for debt relief on a past entry in the Democratic Party website. Congresswoman Maxine Waters, a major liberal leader of the Out-of-Iraq caucus, joined several co-sponsors of HR 1130, the Jubilee Act, on March 3, 2005 in favoring debt cancellation of the poorest countries including Haiti with support for fair elections, Peru, and many African countries: the bill indirectly follows up on Kennedy's Alliance for Progress standards in encouraging better government investment on education, health care, and sanitation. (American Friends Service Committee website ). Mark Weisbrot of the Center for Economic and Policy Research gave an anti-Bush critique:; (Radio Left: Bush trip to Latin America was all about denial 104/search?q=cache:..blog.radioleft.com/blog/archives): "The president's seven-day, Five-country trip to Latin America (is) to see if he can counter the populist political tide that has brought governments on the left to about half the population of the region...For 25 years, our government has pushed a series of reforms throughout the region: tighter fiscal and monetary policies, more independent central banks, ..abandonment of ..industrial policies." Weisbrot went on to say these policies did not work since Latin America's Gross Domestic Product (GDP) grew 9% by 1980-2000, 4% in 2000-2005, in contrast to 82% from 1960 to 1980: Weisbrot says leftist policies work better in Argentina, Bolivia, and Venezuela with use of oil revenue for "health care, education, and subsidized food for the poor." Bush lessened tensions with liberals in recent months in respect for President Hugo Chavez' 2006 re-election victory with observers from the Carter Center which advised Chavez effectively on national unity, Mercosur, the European Union, and Organization of American States: a related move was Bush's indirect concurrence with Colombian President Uribe's willingness to start peace talks with the FARC rebels.    In an agenda for discussion of President Bush's policy in Latin American and Congress, these points in economic policy and peacebuilding merit the most attention:

- President Bush's emphasis on a request for free trade agreements with Colombia, Peru, and Panama when he hosted President Alvaro Uribe of Colombia on the CNNinternational.com website (edition/cnn.com, May 2, 2007). Mr. Uribe was wise to meet with U.S. House Speaker Nancy Pelosi.    The pact with poorer Peru could gain approval first since it was designated for debt relief in the Jubilee Act and there are human rights questions on Colombia. The new free trade agreements could gain approval yet academics and economists should discuss if additional agreements would cheapen advantages for existing recipients of trade agreements we should retain like the CAFTA and Oman agreements.
- The Colombia-FARC peace talks (see ciponline.org: Center for International Policy Colombia Project  Peace Initiatives timeline: include Jan. 11, 2002  for letter from U.S. nongovernmental organizations including churches and RFK memorial). 2007 talks could revive 2002 issues of United Nations mediator James LeMoyne and 2000 employment creation talks.
- A review of the Bush Administration's current economic development policies in Latin America and if they are achieving goals for poorer areas:  Notre Dame and academics could discuss statements of Secretary of State Rice who attended Notre Dame and the Weisbrot critique. Critics of Bush's Latin America policy are often vague and both Democrats and Republicans could support many of Bush's goals in future years.
- A review of media coverage of Latin America including reports of U.S. frictions with leftists and whether the U.S. is paying enough attention to Latin America or ignoring it with preoccupation with national security issues in the Middle East and Asia. We should focus on our hemisphere.