IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Joseph Slovinec,                                                    06-455
    Plaintiff,
                                                                    (gk) Judge Kessler
        Vs.
American University,
    Defendant

FILING OF ITEMS ON DEAN GOODMAN: EVIDENCE J. SLOVINEC ASKED FOR FREE HOUSING IN DECEMBER 2004 AND FOR AUGUST 2004 START:

1. Plaintiff found these items about Dean Goodman: with some praise for Dean Goodman's integrity Plaintiff has a moral obligation to file them after many allegations of missing items: these include theft of his Citizens Financial Services bankbook.

2. There is an item Appendix A: Joseph Slovinec's letter to Dean Louis Goodman of December 10, 2004. It includes an item Mr. Khalid neglected to discuss in interrogatories: "Your enthusiasm on a brochure about full use of the placement office was better than I expected". A honest, candid effort at discovery and pretrial discussions would discuss effectiveness of use of the SIS Placement Office during Spring 2005 to market J. Slovinec for off-campus professional positions with the Master's Degree in International Affairs he already has. J. Slovinec's letter discussed "housing prospects which include the Park Bethesda, a main concern." AND ALSO "it would be good if I could apply for a free apartment or discounts in housing among financial aid offers" on Dec. 10, 2004. Ronald Fisher insisted on only referring Plaintiff to Park Bethesda and was exploiting out-of-town Plaintiff to pay a high rent Plaintiff did not want: similar contracts were ruled unconscionable: this differs from Mr. Khalid's viewpoint J. Slovinec was irresponsibly staying on and on at Park Bethesda when J. Slovinec lacked the legal right of return to Illinois with a Maryland ID or to legally move elsewhere in Maryland

3. Appendix B: Memo to Jia, Brendan proves Plaintiff's admissions application was filed August 3, 2004 and the Corus account went to zero during 2005.

4. Appendix C: Fax Message and Memo to Admissions Committee From: Joe Slovinec at Hotel Harrington Until August 19: responsibly asked for "admission for Autumn 2004" when bank records at LaSalle Bank, Corus, and Citizens Financial Services indicated J. Slovinec had $23,000, $12,000 more than a semester charge of $11,000 at American U. The August 19 message also contains J. Slovinec's warnings it might not be easy for American U. to place him ("I have only worked 1 1/2 years since 1992" with use of inheritances and "My most recent employer, the Illinois Department of Human Services, does not have anyone who knows about foreign affairs" and the resume clearly indicated the DHS job was in 1999-2000, and if no placement was made, it would be desirable to return Plaintiff to Illinois with "'A' test grades from the state of Illinois civil service..hiring freezes..Negotiations still continue on use of the state job service." Director of Graduate Certificate in Peacebuilding Ronald Fisher had access to these warnings and did not act responsibly on them.. Plaintiff verifies he received Appendix E, Frequently Asked Questions which is mostly intact yet a section on Dean Goodman's tuition remission for racial minorities and new work-study was stolen from CCNV. American U. could be asked to produce a duplicate set of these questions before a trial.

PROOF OF SERVICE: In U.S. Mail to: Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   June 22, 2007

**RECEIVED**

JUN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Joseph Slovinec* [signature]

December 10, 2004

Dean Louis W. Goodman
School of International Service
American University
4400 Massachusetts Avenue, N.W.
Washington, D.C. 20016



Dear Dean Goodman:

    Thank you for the offer of admission to the graduate certificate in Peacebuilding and Development. I am pleased to enclose the $400 deposit with a special or Fed Ex message to the Admissions Office. It is contingent on ability to postpone the start until Summer 2005 with notice to American University by Jan. 8 or 9, 2005. Your enthusiasm on a brochure about full use of the placement office was better than I expected. There are questions about financial aid and health insurance while I am well.. Your respected program has federal financial aid and private bank resources. Please send me the list of banks which offer private loans and I hope to visit Washington, D.C. in person the week of Dec. 20 to talk to them and housing prospects which include the Park Bethesda, a main concern. I told Dr. Fisher today the Bank of America is available for banking needs with offices in Washington, D.C., Maryland, and new branches near my North Side home in Chicago, Il.. It would be good if I could apply for a free apartment or discounts in housing among financial aid offers. My present landlord is flexible and it might be easier if I asked to return to my same building between mid-May and the Summer Institute in July. I have only briefly told him about the offer at a Shriver Center for Poverty Law dinner in Chicago where former White House correspondent Helen Thomas gave an impassioned plea for peace. I have not worked on details and also want to correspond with elected officials of Illinois and Chicago who maintain offices in both Washington and Chicago. However, exploration of the free market in both the Washington, D.C. and Chicago areas after conclusion of the certificate is still desirable. I told Dr. Fisher I was on the "A" civil service list for three Illinois government jobs: a rehire to my most recent Medicaid job, Library Associate, and Secretary of State with, however, no interviews since April 2003 with hiring freezes. Work on documentary films or political appointments are still main potential goals. An educational publishing company in Chicago's northern suburbs wrote to indicate my consideration there, yet it is uncertain. I welcomed your newsletter and I'm pleased American liked my desire to update my education at the Columbia School of International and Public Affairs of 1980-1982 including my work on University Senate issues, a study of Arab League conflict mediation for the International Peace Academy, and field work on Latin America. I also wrote a paper on Spain's potential entry in NATO. An idea for a campus job would be work at the Center for the Global South if you need somebody. I hope you pay attention to the role of the U.S. and Europe in the development of democratic institutions.

                                                    Sincerely yours,
                                                   Joseph Slovinec

Cc: Dr. Ronald Fisher

(A)

MEMO
TO: JIA, BRENDAN, OR ASSISTANT IN ADMISSSIONS
FROM: JOE SLOVINEC  *Joe Slovinec*
AUGUST 3, 2004

    Please accept the Corus check for admissions application. Corus Bank has offices at 2401 N. Halsted, Chicago and in Calumet City, Illinois if you have questions.

    Please also include the letter from Professor Mockaitis in your file. After he sent it, the Clinton Administration allowed me to work on one 1995 intern assignment for College Democrats of America on younger voters in Presidential elections in the 1990's. A certificate is available about my "Above Average" rating on the oral exam of the 1996 thesis which got an A-. However, I do not want to ask him to write another letter: he has not taught me since 1996, and his comments would be similar. Thanks.



RECEIVED BY SIS
AU 1 0 2004
OFFICIAL

(B)

FAX MESSAGE AND MEMO TO ADMISSIONS COMMITTEE FOR AMERICAN UNIVERSITY SCHOOL OF INTERNATIONAL SERVICE AND PEACEBUILDING
FROM: JOE SLOVINEC AT HOTEL HARRINGTON UNTIL AUGUST 19 AT 202-628-8140  *Joe Slovinec*

    Thanks to Jia for talking to me. I would only ask you to review my file this week if you want to definitely offer me admission for Autumn 2004 and could fax a response to the Hotel Harrington by noon on August 19, 2004. If there is not enough time, please wait and consider me for a January 2005 admission. Please note I originally had a catalog with a slightly different program which did not require letters of recommendation. I received a Master's Degree in International Affairs from Columbia University and I want to update my work and thoughts. My Field Work at Columbia included research for diplomats and practitioners on Arab League peace mediation for the International Peace Academy in New York and research on media coverage of the Middle East and Central America. Please note on file materials:
- The letter from Dean Picker was on above program which is most closely connected to your interests.
- The letter from Professor Mockaitis was for a Washington, D.C. internship where I ended up writing research for College Democrats of America on younger voters in Presidential elections. He has not seemed to want to write letters about teaching me 8 or more years ago: this would repeat what he already said. Professor Fred Whiting said he was busy with personal business this week which I understand and Professor Whiting could only give a reference with a phone call at home 301-216-0203. He taught me at George Washington University in a Public Relations Writing class which included international media issues like the Iraq war of 2003. Professor Whiting understands the Washington, D.C. area better than other potential references. He might be able to write a letter by November 1.,

    I have extenuating circumstances since I have only worked 1 1/2 years since 1992 since I had more than $300,000 in inheritances from my aunt and father.
My most recent employer, the Illinois Department of Human Services, does not have anyone who knows about foreign affairs. I hope to fax or send you soon my "A" test grades from the state of Illinois civil service: two are from the Illinois Department of Central Management Services for a rehire to my most recent job as Medicaid caseworker or Social Services Career Trainee and Library Associate, and from the Secretary of State for Governmental Career Trainee. I have not been interviewed for any of the three positions due to state hiring freezes. Negotiations still continue on use of the state job service. I also got an "A" from a Roosevelt University professor last autumn who teaches in a grammar school and she is not in your field. I therefore would be grateful if you could make a favorable admissions decision on the basis of grades in international affairs and materials in the file. I need to make a decision on enrolling somewhere by next week with issues of housing and health insurance requirements if I enroll at American University. I already budgeted some money for expenses although financial aid is preferable. Thanks.

*2 "A" TEST GRADES ARE ATTACHED.*



# School of International Service
## American University

Dep

### GRADUATE ADMISSIONS REPLY FORM

Joseph Slovinec
**AU ID:** 1652169
**Program\*:** Peacebuilding and Development Certificate

__✓__ I accept the offer of admission to the School of International Service for Spring 2005.

_____ I decline the offer of admission to the School of International Service for Spring 2005.
*If you plan to attend another academic institution, please indicate here:*

**Please provide reasons why you have accepted or declined our offer of admission.**

I ACCEPT WITH CONTINGENCY OF ABILITY TO POSTPONE START TO SUMMER 2005

**Entering students:** Please indicate your current address and telephone number.

Address: _____
Joe Slovinec
2827 N Burling St. Apt. 6
Chicago, IL 60657

Telephone Number: (773) 935-2802   Email: _____

Please complete this form and return with your deposit by December 15, 2004 to:
Graduate Admissions Office
School of International Service
American University
4400 Massachusetts Avenue, NW
Washington, DC 20016-8071
Fax (202) 885-1109

OFFICIAL
DEC 1 3 2004
RECEIVED BY SIS

**Reminder:** Deadline for payment of the $400 non-refundable deposit is December 15, 2004. Please submit a check payable to American University along with this form to the above address. Current SIS BA/MA students are not required to pay the deposit. Washington College of Law JD/MA students are required to pay the law school deposit only. Please note that this constitutes an offer of admission from the School of International Service only. Applicants to the dual degree programs must be admitted separately to each program. <u>Washington College of Law JD/MA students are required to pay the law school deposit only by the required deadline.</u>

\* Field of Study Key: CRS-Comparative & Regional Studies; DVMG-Development Management; GENP-Environmental Policy; INCO-Int'l Communication; INDV-Int'l Development; IEP-Int'l Economic Policy; IPOL-Int'l Politics; IPCR-Int'l Peace & Conflict Resolution; USFP-U.S. Foreign Policy; MIS-Master of Int'l Service executive degree program; ETHP-Ethics and Peace; NRSD - Dual master's degree program with the University for Peace; RU-Dual master's degree with Ritsumeikan Univ; KU-Dual master's degree with Korea Univ; MAT-Dual master's degree with the School of Education; MTh-Dual master's degree with the Wesley Theological Seminary; MAIA/MBA-Joint degree program with Kogod School of Business; JD/MA-Joint degree program with Washington College of Law



**SCHOOL of INTERNATIONAL SERVICE**
American University · Washington, D.C.

# FREQUENTLY ASKED QUESTIONS

Answers to the questions we normally receive are provided below. If your question is not addressed here, please contact the Graduate Admissions Office at 202-885-1646 or send an e-mail to sisgrad@american.edu.

To request the SIS graduate program brochure, click here.

- Application/Admissions
- Resume/Statement of purpose
- Letters of Recommendation
- GPA, Transcripts
- Test Scores
- Deadlines/Admission Decision
- Finances, Financial Aid
- Programs, Academics
- Jobs, Internship, Study Abroad Program
- Other

## Application/Admissions

**What are the requirements for admission?**
The application form, $50 application fee, statement of purpose, resume, two letters of recommendation (three for PhD), all official transcripts (undergraduate and graduate), and official GRE scores (for all students instructed in English and for all PhD candidates). International applicants whose native language is not English and who do not hold any higher education degree from a U.S.-accredited college or institution are also required to submit results of the TOEFL or the IELTS. All required materials must be submitted before your file is reviewed.

**What does the review committee look at for acceptance and scholarships?**
The admissions committee considers all elements of a candidate's application when making admission decisions. No one aspect of an application is more important than another.

http://www.american.edu/sis/admissions/graduate/faq.htm



9/22/2005