IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,    06-455
   Plaintiff,
   Vs.    (gk) Judge Gladys Kessler

American University,
   Defendant

**RECEIVED JUN 2 6 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LETTER TO GOVERNOR TIMOTHY KAINE OF VIRGINIA WITH REQUEST FOR ACCESS TO STATE GOVERNMENT ADVICE FOR PROFESSOR SUSAN NAN ON REQUEST FOR PRODUCTION OF DOCUMENTS, NONINTERFERENCE FOR PLAINTIFF IN ACCESS TO VIRGINIA BUSINESS

1. This is a message to Governor Tim Kaine of Virginia which will probably be delivered to his Washington, D.C. office ; his address is 1111 East Broad Street, Richmond, Virginia 23219: "Dear Governor Kaine: I send greetings. I will send additional confidential letters about a Virginia entity, and will take future steps to ask for noninterference in any efforts I might make to attend school or work in Virginia. Since I was forced to leave an American University dorm in August 2005, I have been pressurized to stay at the Community for Creative Nonviolence homeless shelter in Washington, D.C with substance abusers and ex-offenders on food stamps with low-paying jobs. In my EEOC employment discrimination lawsuit against American University, I feel it is justifiable for Professor Susan Nan to receive limited advice from the Virginia government on a proper response to my request for her testimony which I delivered to Judge Kessler in late May with no objections within the required 20 days: and my decision to ask her to forward all records in her possession about calls or letters she might have received as a reference in my job search. I have concerns she might feel peer-group pressure from her colleague at American U. Ronald Fisher to ignore my complaints when he was on the brink of harassing me at the CCNV homeless shelter with a Labor Day 2005 e-mail which demanded a $11,000 tuition payment for Spring 2005 after I informed him I only had 88 cents in my only D.C. bank account. American U. actually has an emergency loan program and would not let me use it. In a letter to Congressional Committees this week, I intend to feel someone should ask if Ronald Fisher either received financial payments from the Colombia FARC rebels or the Colombian government: his Peacebuilding class catered too much to only group projects on Colombia FARC and Kashmir: I resided in Illinois 1989-2004 and Fisher or Benjamin Ladner's staff seemed to feel money could be extorted from Illinois' government to pay his tuition bill. This is a disgrace because Fisher's Graduate Certificate in Peacebuilding program did not aid enough in work searches and the only five pages about Iraq and Kuwait in his Kriesberg textbook are not enough today to ask for a grant from the Illinois where Governor Blagojevich appointed an Iraq war veteran, Tammy Duckworth, as Secretary of Veterans' Affairs." PROOF OF SERVICE: To: Susan Nan at George Mason U., 3401 Fairfax Drive, Arlington, Virginia 22201 And American U. Legal Counsel Hisham Khalid, 3201 New Mexico Av. N.W., Washington, D.C.
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 June 25, 2007

*Joseph Slovinec*