IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,

    Plaintiff,

Vs.

06-455

(gk) Judge Kessler

American University,
  Defendant

COMPLAINT TO CONGRESSIONAL COMMITTEES ON LACK OF COMPLIANCE WITH PRINCIPLES OF WELFARE REFORM ACT IN CASE OF JOSEPH SLOVINEC: ROLES OF AMERICAN UNIVERSITY AND GOVERNMENTS OF MONTGOMERY COUNTY, MARYLAND, AND WASHINGTON, D.C.

1. NOTICE TO JUDGE KESSLER ON FILINGS: In this particular situation, Plaintiff definitely feels the issues of lack of American University cooperation with the Welfare Reform Act is a type of discrimination which can be included in this EEOC employment discrimination case. Since American University has not cooperated in settling this case or even answering questions on whether Plaintiff J. Slovinec can complete Graduate Certificate in Peacebuilding program, Plaintiff J. Slovinec feels the amount of time in this court case compels him to seek relief in complaints to the Committees of the United States Congress and District of Columbia City Council and as an issue of courtesy, Plaintiff believes all or virtually all of these filings should be made available to Judge Kessler although Plaintiff has some flexibility in her returning or declining to file later filings if she feels they are not directly related to the case: this is directly related to the case, a type of discrimination in addition to age like in Polstorff v. Fletcher 452 F.Supp. 22 (1978). Plaintiff Joseph Slovinec notifies American University Legal Counsel Hisham Khalid he hoped to avoid these confrontations with Congressional committees yet they have become unavoidable: The U.S. Senate Finance Committee held hearing on the Welfare Reform Act with Senator Grassley's leadership and that committee also investigated American University: on the U.S. House side, Congressman George Miller of the House Education and Labor Committee posted information on lack of access of welfare recipients to job training during the Bush Administration on his committee website with presumed jurisdiction which seems shared with the U.S. House Government Oversight Committee. Mr. Khalid is sternly cautioned that J. Slovinec is aware Senator Grassley and Senators complained American U. was not forthcoming is answering questions on Board reform: J. Slovinec had similar difficulties with Mr. Khalid's refusal to answer any interrogatories on Clinton-era rights and responsibilities of American University to help students avoid dependency on food stamps and welfare, to have career advising at School of International Service, and to cooperate with other federally-funded job training centers: Mr. Khalid calls items "vague" and "burdensome" in Response to Plaintiff's First Request for Production of Documents of October 24, 2006 in 06-455 and was uncooperative in requests for responses to statements: "There were deficiencies, at times severe, when career advice of Dr. Fisher and his Career Office, Lochlann Boyle, did not link with J. Slovinec's interest or countries in his Statement of Purpose (mainly Europe) which implied customers and offices in Illinois were still desirable" and items which seemed to have been destroyed or shredded: "note in Summer 2005 to Julie Weber and Ingrid Valentine on Cafritz, Morgenstern, and Skaskan emergency loans and Ingrid Valentine's correspondence with Montgomery County, Maryland and Congressman Chris Van Hollen's office on food stamps for J. Slovinec." Since these loans could have been available after J. Slovinec was turned down for private loans Fisher wanted, Ingrid deliberately created a food stamp dependency relationship

RECEIVED
JUL 7  2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

for J. Slovinec when J. Slovinec could have returned to Illinois to attend Roosevelt U. in 2005: her actions caused J. Slovinec's bank account to deplete from $8700 in Feb. 2005 to only $60 by July 2005. J. Slovinec wants Congressman Waxman to know about Fisher who seemed to praise Clinton's peace work on the Middle East yet Fisher ignored concerns like the Tillman family on peacekeeping in Afghanistan and Fisher refused to grade J. Slovinec's paper which criticized President Bush for not consulting more with Arab League on a peaceful exile of Saddam at its March 1, 2003 meeting: the unpaid bill was a pretext. AFTER J. SLOVINEC RESIDED IN ILLINOIS 1989-2004 AND ONLY WORKED 1 ½ YEARS SINCE 1992 WITH USE OF AN INHERITANCE, FISHER'S COMMITTEE WAS WARNED IN WRITING A JOB SEARCH WAS ESSENTIAL IF FISHER WANTED J. SLOVINEC TO MOVE TO MARYLAND FROM ILLINOIS; FISHER PROBABLY KNEW IT WOULD BE TOUGH TO MARKET J. SLOVINEC AFTER ONLY ONE SEMESTER IN D.C.: he did not make enough social introductions in peace groups or use an internship for J. Slovinec. Plaintiff J. Slovinec started to take the first semester of a two-semester Graduate Certificate in Peacebuilding class at American University where Director Ronald Fisher was well-intentioned at first and gave J. Slovinec an A on pro-Bush work on Kashmir, yet a lack of his meaningful involvement in J. Slovinec's job search combined with his obsession on trying to make a profit from J. Slovinec as a tenant at Park Bethesda where after his eviction J. Slovinec ended in unexpected food stamp dependency for two years and J. Slovinec never earned enough to end use of food stamps at about $1062 per month. J. Slovinec believes Congressional committees should subpoena him and American University Director of Housing and Dining Services Julie Weber for involvement in human rights violations and market pressures which caused J. Slovinec to become a homeless shelter resident on food stamps: Fisher is obsessed with Colombia and could have financial ties there..

2. Congressional investigators should also consider subpoenas for all relevant workers in governments of Montgomery County, Maryland and the District of Columbia Department of Human Services: particular attention should focus on the association of Julie Weber with officials under supervision of Montgomery County Chief Executive Douglas Duncan who violated the constitutional rights of Joseph Slovinec to seek a homeless shelter in Maryland under provision of the McKinney-Vento Act where the Bush Administration also provided generous FEMA funds (www.fema.gov Dec. 11, 2003) Julie Weber had a hostility and vindictiveness like ex-American University President Benjamin Ladner in the investigation: J. Slovinec believes a guard mumbled Ladner's office wanted to bar him from visiting campus for circulating a letter to U.S. Secretary of Education Margaret Spellings partially because it repeated what J. Slovinec was told by Montgomery County officials: that during the summer, Montgomery County's homeless shelters were only used by mentally ill and substance abusers and it would be better if J. Slovinec asked a "D.C. shelter to stay there: if he was evicted because they could not find a shelter anywhere in Maryland. Julie Weber's phony use of Social Services is nearly scandalous: she went through a phony act of referring J. Slovinec to the Montgomery County government where J. Slovinec attended a Maximus program in Gaithersburg, Maryland with use of Jesslyn Garrabrant: they only went through the motions of an insincere job search. Since they did not hire J. Slovinec themselves after arriving from 15 years in Illinois, American U. created an atmosphere where no one else in Montgomery County, Maryland or D.C. cared about hiring J. Slovinec either and this included food stamp caseworkers. In Case 06-455, Item or Exhibit 35 on September 18, 2006 showed what jobs were available through Montgomery County sources: Montgomery County Public Administration Intern J125, Library Page, and a Maximus job fair with Marriott, Montgomery College, Encore Management, Hyatt Regency Bethesda, Adecco, Pepco and a Gaithersburg shopping center with Lord and Taylor, J.C. Penney's, and Hecht's. Attendance at Fisher's class probably helped on only one application: to U.S. State Department

2

on Passport Specialist with openings in Washington, D.C. and Chicago and a 90% grade with, however, no interviews between November 2005 and November 2006. Yet since American University has Washington Semester exchange programs with several Illinois universities, Congress should reprimand American University for acting ill-mannered towards J. Slovinec as an ex-Illinois resident with interest in returning to the state,'policies of Fisher and Julie Weber resulted in J. Slovinec's stay at CCNV with also poor job advising services from the D.C. Department of Employment Services and mostly African-American caseworkers at the D.C. Department of Human Services. J. Slovinec feels his job search has been sabotaged with frequent thefts of his personal belongings from CCNV including family photos and letters, a religious picture of a family member, his business suits on several occasion, and papers including interrogatories in this case.

3. Congress is asked to investigate racial and other attitude of Mayor Williams' administration since under his leadership J. Slovinec could never achieve any progress in his job search unless American University agreed to resolve this lawsuit and hire J. Slovinec: it seems Mayor Williams' administration felt they did not have to help J. Slovinec find work because he was white with an out-of-town background from Chicago and they told J. Slovinec they could not find anything better for him than a no-cash food stamps program:   After J. Slovinec spent all of the $8700 he brought with him to American U., J. Slovinec resided in the CCNV shelter for five months without work like a political prisoner with zero in his savings account in January and February 2006: this is a disgrace when Mayor Williams' administration was more willing to spend money on programs for ex-offenders and illegal aliens. Congress should investigate why mostly African-American caseworkers at 51 N St., N.E., told J. Slovinec there was an "exemption" for CCNV residents from Food Stamp Employment Training because they were among the trashiest blacks with substance abusers and poorer types: they therefore delayed J. Slovinec's attendance at a Food Stamp Employment Training class at University of District of Columbia/Van Ness for four months from February to June 2006: it was completed in Summer 2006. This violated economic rights in Universal Declaration of Human Rights.

4. J. Slovinec will respectfully ask Mayor Fenty to revive work on an idea J. Slovinec had in February 2007: for Mayor Fenty to talk to all of J. Slovinec's past employers and schools since he arrived in the Washington, D.C. area in January 2005 for ideas for his next school or worker training venture: It seemed better since October 2006 when J. Slovinec had a job with a Van Ness area polling firm which paid between $421 and $660 per month in recent weeks: chaos has resumed after J. Slovinec was laid off from that job April 21:  Mayor Fenty was asked to talk to Interim American University President Cornelius Kerwin who is a respected public administration specialist yet was unresponsive; the Mid-Atlantic Regional Council of Carpenters who do not seem to still have a job where J. Slovinec worked on a picket last year and which trains for carpentry; a special events company should be included; UDC/Van Ness; and the polling firm. No one seems to step forward to excuse American U. for deciding to invite J. Slovinec here from Illinois and then mismanaging the relationship and becoming hostile as a fickle, treacherous host. Although it might not be popular with D.C. taxpayers, J. Slovinec is trying to resume his feelings of identity with emphasis on one of three choices for Autumn 2007: a return to Illinois to attend Roosevelt with an end to Spellings' opposition which he wanted to do in 2005; or settling with American U. and working there or a for a mutual friend where J. Slovinec would only seeks financial damages for age discrimination; or asking the D.C. government to support his training for a new occupation with new references….

PROOF OF SERVICE: In U.S. Mail to: Hisham Khalid for American University Legal Counsel's Office, 3201 New Mexico Av., N.W., Washington, D.C. 20016 and delivery to appropriate Congressional committees Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001  July 6, 2007

*Joseph Slovinec*

3