IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec, 06-455

Plaintiff, (gk) Judge Kessler

Vs.

American University,

Defendant

FILED
2007 JUL 25 PM 4:27
U.S. DISTRICT COURT
NANCY MAYER WHITTINGTON CLERK

ALTERNATIVE JOB SEARCH WITH SOCIAL SECURITY ADMINISTRATION AND ALLEGATION OF IMPROPER INTERFERENCE WITH ONLINE QUESTIONNAIRE: UNEMPLOYMENT INSURANCE IS TOO LOW FOR STUDENT LOAN PAYMENTS OR GARNISHMENT AFTER NOTE

1. Plaintiff is pleased to inform Your Honor Judge Kessler that he received an invitation to apply for Social Insurance Specialist (Claims Representative) from the Social Security Administration after a job fair and he complied with all three of the requirements in the announcement before July 24: Ron Reddon of Jobs Have Priority of 425 2nd St., N.W., faxed his resume and transcripts on July 18, 2007 with evidence of a job qualification, Superior Academic Achievement on the undergraduate level to SSA and Plaintiff alleges and maintains he filled out an on-line questionnaire at the computer lab of the Community for Creative Nonviolence homeless shelter, 425 2nd St., N.W., on July 18 or 19, 2007, and an unknown computer hacker improperly interfered to prevent its receiving by the Social Security Administration's computer system. Mayor Fenty was asked to investigate and trace system relevant to D.C. Homeless Services Reform Act.
2. According to Social Security Administration policy, Plaintiff is informing her supervisor that he had two telephone conversations with Mary Pastorius of Social Security Administration at phone 215-597-9269 on or about Monday, July 23: J. Slovinec asked if she received a July 18 fax from Jobs Have Priority and Ms. Pastorius asked for J. Slovinec's redacted Social Security Number: he gave it and she said, "There is no record of it"; in a second telephone conversation today, Wednesday, July 25, J. Slovinec and she agreed there was a misunderstanding: today, Mary Pastorius said she received J. Slovinec's resume and transcript and the system did not record it because they alleged, in error, that J. Slovinec did not complete the online questionnaire. She said the announcement was closed and when J. Slovinec asked for an extension of time since homeless residents have obstacles like the disabled, she said she could only use Schedule A for disabled and to contact her supervisor Ms. Anthony.
3. Incident is relevant to above 06-455 age discrimination case in EEOC against American University since any job offers must be reported to Judge Kessler, and unemployed Plaintiff must accept first job offer under Food Stamp Act of 1977 as a recipient of food stamps: and there are common elements of discrimination against Plaintiff by American University, main

RECEIVED

JUL 25 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

cause of his homelessness with an eviction, and unknown fax transmission company or hacker who refused to process above message. The federal government is asked for caution in a background investigation against misleading statements by Benjamin Ladner, the ex-President of American University, who is under U.S. Department of Justice investigation for financial mismanagement according to his successor Dr. Kerwin's October 2005 website, and Ladner claimed Plaintiff disrupted his meeting when Ladner voluntarily took a letter from J. Slovinec about his danger of welfare and bankruptcy during a public meeting. Ladner had exchange program business interest in Elmhurst College and is suspected of links to ex-Illinois Attorney General James Ryan, who sided with Governor George Ryan's employees in trying to stifle J. Slovinec's report of misuse of his computer as employee of Illinois Department of Human Services by someone else to falsely discharge a Columbus Manor nursing home patient of 19 years. After Mr. Crawley sees this, U.S. Attorney General Alberto Gonzales or U.S. Attorney in Chicago Patrick Fitzgerald have offices which could be contacted for more information.

4. The Social Security Administration's Legal Counsel, Thomas Crawley, is asked to ensure Social Security Administration is not disregarding their policies of no discrimination on basis of community or social affiliations or non-job-related conduct since discrimination against homeless shelter residents like J. Slovinec is common in D.C. and J. Slovinec could not afford the $20 fax charges from Fed Ex Kinko's normally is his daily budget with only $340 per month in unemployment insurance. J. Slovinec also makes an accusation of a hostile environment for work applications when a fax center 1-478-757-3144 (which Mary probably said was in Macon, Georgia) refused to process a fax J. Slovinec sent on July 24 about 4 P.M. from Kinko's at 2nd St. and Pennsylvania Av., S.E., with a projected cost of $20 and Appendix B included all three items in announcement: resume, transcripts, and a hardcover version of the online questionnaire (1203-FX-Form C): this seems discrimination against homeless J. Slovinec.

5. Judge Kessler is informed J. Slovinec received a more cordial note from U. S. Department of Education contractor West Management in Atlanta, Georgia where he asked them to delete a $23,000 charge for collection costs and they said they wanted to resolve the issues "amicably" and they could not garnish more than 15% in wages. With no income in wages since June 21, 2007, J. Slovinec will ask the U.S. Dept. of Education to review his past earnings which prove his monthly budget for clothing and personal expenses also created amounts which were not enough to sustain payments like $421 per month in April: the U.S. Department of Justice will also be asked to review these records at the D.C. food stamps office since Plaintiff believes he can still apply for deferments when he is on food stamps and unemployed: Sallie Mae earlier gave one. U.S. Senator Kennedy and Congressman Miller were asked informally to review this.

PROOF OF SERVICE: To: Social Security Administration Supervisor Nancy Anthony, P.O. Box 8788, Philadelphia, Pennsylvania 19101; Social Security Administration General Counsel Thomas Crawley at Address of Public Inquiries, Windsor Park Building, 6401 Security Boulevard, Baltimore, Maryland 21235; and American University Assistant Legal Counsel Hisham Khalid of 3201 New Mexico Av., N.W., Washington, D.C. 20016

Joseph Slovinec

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 July 25, 2007

TRANSMISSION VERIFICATION REPORT

| | | |
|---|---|---|
| TIME | : | 07/18/2007 15:35 |
| NAME | : | |
| FAX | : | |
| TEL | : | |
| SER.# | : | 000C5J530707 |

| | |
|---|---|
| DATE, TIME | 07/18 15:25 |
| FAX NO./NAME | 14787573144 |
| DURATION | 00:09:41 |
| PAGE(S) | 07 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |

VS Social Security Adm. (handwritten, partly illegible) [illegible] transcripts

.. Ron Reddon of Jobs Have Priority of 425 2nd St., N.W., faxed his resume and transcripts on July 18, 2007 with evidence of a job qualification, Superior Academic Achievement on the undergraduate level to SSA -

APPENDIX A

J Alvarez

(B)

***************************
*** ERROR TX REPORT ***
***************************

KINKOS
218 2ND ST., S.E

TX FUNCTION WAS NOT COMPLETED

| | |
|---|---|
| TX/RX NO | 1040 |
| RECIPIENT ADDRESS | 14787573144 |
| DESTINATION ID | |
| ST. TIME | 07/24 16:07 |
| TIME USE | 07'14 |
| PAGES SENT | 7 |
| RESULT | NG STOP |

United States Government Application Cover Page

Page 1 of 2

This is a version of http://staffing.opm.gov/pdf/usascover 7/7/2007. The page you s recent query. This is not h page, visit the page on th Live.com is not affiliated

Cover Page - USA Staffing

fax center 1-478-757-3144 (which Mary probably said was in Macon Georgia) refused to process a fax J. Slovinec sent on July 24 about 4 P.M. from Kinko's at 2nd and Pennsylvania Av., S.E., with a projected costs of $20 and Appendix B included all three it in announcement: resume, transcripts, and a hardcover version of the online questionnaire (1203-FX-Form C): this seems discrimination against homeless J. Slovinec.

AT FEDEX KINKOS JULY 24, 2007. FAX TO: 1-478-757-3144
RETURN FAX 202-393-7870

4145

## United States Government Application Cover Page

**Please print this form, fill out, and use as a cover page to fax your application materials to the number indicated in the Vacancy Announcement.**

**Vacancy Identification Number: (Required)** SA 146384
SOCIAL INSURANCE SPECIALIST (CLAIMS REV
GS-105-7

**Social Security Number:** 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

**First Name:** JOSEPH

**Middle Initial:** G

**Last Name:** SLOVINEC

Joseph G. Slovinec

**Number of Pages in Application: (including this cover page)** 3 (RESUME)

**Address:** 428 2ND ST. N.W.
WASHINGTON, DC 20001

**Phone:** 202-393-1909

ONLINE QUESTIONNAIRE COMPLETED

Millions of Americans depend on the Social Security Administration (SSA) for their well-being. Social Security programs offer protection against the risk of reduced income due to retirement, disability or death, and assist aged, blind, and disabled people in financial need. SSA offers challenging careers and professional advancement. Make a difference in people's lives and your own. Join our dynamic team!

**This is a Federal Career Intern Program Announcement.**

**SA146384**

**Social Insurance Specialist (Claims Representative), GS-105-5/7**

**Opening Date: Tuesday, July 17, 2007**

**Closing Date: Tuesday, July 24, 2007**

**Duty Location: Alexandria, VA**

**Number of Vacancies: Few**

**This position is being filled using the Federal Career Intern Program. Only applicants who have been contacted by an SSA recruiter may apply. Please read and follow the three step process shown in "How to Apply."**

**Submission of a resume and completing the occupational questionnaire may not be a complete application. You are required to complete or submit supplemental documentation with your application as indicated in this announcement.**

**THIS ANNOUNCEMENT IS TO SOLICIT APPLICATIONS FOR AN ANTICIPATED VACANCY; THEREFORE THE FILLING OF THIS VACANCY IS TENTATIVE PENDING BUDGET APPROVAL.**

U.S. Citizenship is required.
Background and/or Security Investigation is required.
Selectees must complete 11-13 week technical training class.
Selective Service registration for male applicants, unless exempt.

Social Insurance Specialists conduct interviews to obtain, clarify, and verify information about initial and continuing eligibility for retirement, survivors, disability, and health insurance benefits, and for supplemental security income including State supplements. In addition, they resolve discrepancies, clarify issues and make final decisions for initial and continuing claims for benefits and payments.

**If you are using experience to qualify, you must meet the qualification requirements as stated below:**

**For GS-5:** Three years of general experience that demonstrates the ability to (1) analyze problems to identify significant factors, gather pertinent data, and recognize solutions; (2) plan and organize work; and (3) communicate effectively orally and in writing. Examples include experience with analyzing, explaining, applying or interpreting laws, rules, regulation or policies. Qualifying general experience includes: experience as a claims clerk, law clerk, contact representative, claims agent, claims adjuster, claims examiner, or voucher examiner answering correspondence on claims, processing

APPENDIX C, 06-455, 7/25/2007

Due to our security procedures, **we will not accept any applications submitted via email. Applications received in this manner will be considered ineligible.** Email addresses are listed only for inquiries about the position or the How to Apply process. In order to be considered, applicants must follow either the Apply Online process described above or one of the Alternate Application Methods described below.

**Alternate Application Methods**

You must complete all three of the application steps described above in order to be considered. You are encouraged to complete all three steps online since it is the most efficient way to process your application. If you are unable to complete an application step online, you may submit a hardcopy document via fax.

Each fax must have a United States Government Application Cover Page. All items on the cover page must be completed, including the VIN: SA146384. One cover page may be used for multiple documents. Documents with completed cover pages may be faxed to the following number: 1-478-757-3144. Faxed documents must be received by midnight Eastern Standard Time on the closing date of the announcement. If you are unable to submit an application via the Internet or fax, you may contact the following person for assistance:

Mary E. Pastorius
(215)597-9269
phi.ssajobs@ssa.gov

The hard copy of the occupational questionnaire form (1203-FX - Form C) is available for you to print out from this address:

http://www.opm.gov/forms/pdf_fill/OPM1203fx.pdf

If you decide to complete the questionnaire offline, we suggest that you print this vacancy announcement and refer to it as you answer the questions. Use the following step-by-step instructions as a guide to filling out the required fields for this questionnaire. You must provide responses to all required questions. However, you may omit any sections marked "optional." Be sure to double check your application before submission.

Please ensure that you answer all questions. When answering the statements, remember that you may be required to provide specific examples or documentation of your experience or education as proof at a later stage in the selection process. The following questions ask you to describe your educational background, your work, and other experiences to determine your qualifications for the grade levels to be filled. Although you may not meet each of the education or experience statements, you should respond to all questions regardless of the grade level you are seeking or your experience level.

**Social Security Number**

Enter your social security number (required).

**Vacancy Identification Number**

SA146384

**1. Title of Job**

APPENDIX D, 06-455 7/25/07