IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec, 06-455

Plaintiff, (gk) Judge Kessler

Vs.

American University,

Defendant

RECEIVED U.S. DISTRICT COURT

FORMAL REQUEST TO U.S. SENATE FINANCE COMMITTEE TO ADD DISRESPECT FOR WELFARE REFORM ACT AND VALUES OF HUMAN RIGHTS TO INVESTIGATION OF AMERICAN UNIVERSITY

1. Plaintiff Joseph Slovinec asks Judge Kessler to include in the court record this statement of Joseph Slovinec to the United States Senate Finance Committee:
" I send greetings to all committee members including the Chairman, Senator Baucus, and Senator Grassley who led an investigation of American University. I believe Senator Grassley and the Senate Finance Committee held a hearing about observance of the Welfare Reform Act on an earlier website although I am not totally sure about which committees have jurisdiction. I believe it is proper to address this formal request to U.S. Senate Committee to add disrespect for Welfare Reform Act and values of human rights to the ongoing investigation of American University for misconduct of ex-President Benjamin Ladner and policies of the Board. This complaint concentrates on these objectives with only 3 pages and little time before recess:
   - American University Professor Ronald Fisher's Graduate Certificate in Peacebuilding program deserves scrutiny since its financial aid policies and lack of advising for job search policies are bad for Illinois residents like I was when I started at American U. in January 2005: I had an A grade for Illinois state government Library Associate job in 2005-2006.. I ASK FOR CONSIDERED SUBPOENAS OF RONALD FISHER AND AMERICAN U. HOUSING AND DINING DIRECTOR JULIE WEBER FOR STEERING ME TO OVERPRICED PARK BETHESDA AND AFTER EVICTION, ARRANGING MY 2-YEAR STAY IN A HOMELESS SHELTER BECAUSE REPUBLICANS DISLIKE ME: SHE AIDED DOUGLAS DUNCAN'S ADMINISTRATION IN INTIMIDATING ME WITH CAMPUS BARRING FOR CRITICISM OF REFUSAL OF USE OF SUMMER SHELTERS IN MARYLAND: funds were available under MCKINNEY-VENTO ACT.
   - In Summer 2005 after she ignored my request for an emergency student loan, American University Assistant Director of Financial Aid Ingrid Valentine started me on an unexpected dependency on food stamps which lasted during the past two years with no end in sight: she did not come across well in conversations with the office of U.S. Congressman Chris Van Hollen (D- Maryland). This seemed to result from egos at American U.. During the 2005 Summer Institute for Peacebuilding and Development, I could not attend and I was kept in an isolated state in the Park Bethesda dorm when Fisher, Dean Louie Goodman of School of International Service, and Joe Clapper did not return any of my phone calls to talk about future plans: I had circumstances similar to house arrest after the circumstances of my arrival at Community for Creative Nonviolence homeless shelter in Washington, D.C. where I have stayed for nearly 2 years since my August 2005 eviction from Park Bethesda. I have complaints on American U's lack of answers to interrogatories in case.

RECEIVED
JUL 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In 2007 there was no progress in my efforts to attend the Summer Institute for Peacebuilding and Development or to complete the Graduate Certificate in Peacebuilding: Senate Majority Leader Harry Reid did not respond to a note which was similar to my earlier note to you: when I found a grant source which could pay for both Spring 2005 and Summer 2007 with general-

purpose federal grants at 1-800-274-5086, the Financial Aid office did not return my letter: American U. does not sincerely care if I find a job or finish the program.
Senator Baucus, the Democratic majority would have a special interest in actions of Ronald Fisher. Dr. Fisher seemed well-intentioned in his lectures on Cyprus and peacebuilding. His positive accomplishments like teaching on Kashmir were noted in my December note to your committee. I originally planned to attend and complete the two-semester Graduate Certificate in Peacebuilding program on loans between January and August 2005. Dr. Fisher promised to augment professional development yet virtually ignored my Statement of Purpose goals of research on my past Columbia professor, U.S. Ambassador to Iraq Zalmay Khalilzad, and Europe. Fisher essentially ran a program for tourists like Washington Semester with less outreach: no internship and only one meeting on April 12, 2005, with a D.C. foreign policy group, the Alliance for International Conflict Resolution and Prevention. At a recent community meeting with Mayor Fenty, I told D.C. Police Chief Cathy Lanier I wanted to ask D.C. Police Officer Brett Parson about his visit to American U. the same day to get an award from a gay group: I want to wait until after his recovery from lung cancer surgery since he was the only trustworthy D.C. official who I remember as a visitor to AU.. Ladner's American U. actually had emergency student loan programs, the Cafritz, Morgenstern, and Skaskan loan programs which I asked to use after I was turned down for every private loan. FISHER HAD OPPRESSIVE RULES: HIS PROGRAM ONLY USES PRIVATE BANK LOANS, NOT FEDERAL LOANS. I believe Ladner's administration deliberately damaged my career after my fickle and treacherous hosts felt my criticisms of the start of the Iraq war in a paper for Fisher endangered financial profits of their clients and job sources like U.S. intelligence agencies and defense contractors who increased profits in a longer Iraq war with more and more portraits of "the Fallen". Leadings critics of the Iraq war from Illinois include U.S. Senators Richard Durbin and Barack Obama who politely did not comment when I wrote last week I needed to include them in the pleadings with U.S. House members like ex-member Lane Evans. American U. became a wealthy institution and I balance congratulations to new President Cornelius Kerwin with cautions that I feel he should try to negotiate to avoid a trial with arguing about Ronald Fisher who I accuse of attempted exploitation of Illinois financial sources with his program which does not serve their public service needs well: a harassment policy issue. My savings went from $8700 in February 2005 to zero in January 2006 with hotel costs before Park Bethesda let me in and living expenses as a result of attending Fisher's program. Most of Fisher's students and Summer Institute students are Bush-Cheney U.N. types who get employers' payment of tuition like corporations. FISHER SAID HIS PROGRAM ONLY USES PRIVATE BANK LOANS, NOT FEDERAL STUDENT LOANS. Illinois' main international needs are in ending the Iraq war or in the area of international exchanges under supervision of Governor Blagojevich, who I wrote on above issues, and Mayor Daley of Chicago. Fisher lacked interest in these programs and his main textbook, Kriesberg, has conservative talk about "anger", "escalation of tensions" like Vietnam, and "anxiety: with only five pages on Iraq and Kuwait. I complain to President Kerwin that Fisher wanted me to excessively pressurize Illinois Democrats or Catholics to pay his bill like guests at a dinner I skipped for Catholic Theological Union in Barack Obama's neighborhood on April 27, 2005 when I had to get an ID in Maryland. Your committee would want to know about U.S. Secretary of Education Margaret Spellings' disrespectful shanghaiing of me with nearly forcing me to stay in Washington, D.C. when, after the Bush Administration seemed to support my American U. stay with a Sallie Mae deferment in January 2005 for 2005-2008, on June 22, 2005 Spellings' aide Mary Muncie said other William D. Ford loans were in default . I was forbidden from returning to Chicago to accept my only offer to attend school with a graduate program in Education at Roosevelt University in Chicago in September 2005 and September 2006. I WILL WRITE GOVERNOR BLAGOJEVICH p. 2

AND ATTORNEY GENERAL LISA MADIGAN AND SAY WITH NO REFORMS ILLINOIS RESIDENTS SHOULD NOT USE FISHER'S PROGRAM IN 2007-2008 TO AVOID TRICKS LIKE HOMELESS SHELTER DETENTIONS DURING THE OBAMA PRESIDENTIAL CAMPAIGN. I lacked references to get a D.C. job at all and only got 2 part-time jobs since 2006: carrying union picket signs and phone work: : I was in Chicago 1989-2004. I suspected conniving between Spellings' office, the American U. offices after my eviction ruined my ability to get an apartment, and Mayor Williams' D.C. Department of Human Services which said they could do nothing better than let me stay at the shelter on a no-cash food stamps program with less money than ex-offenders and foreign refugees; in today's complaint, I stated these above actions when I did not work at all between April 2005 and February 2006 and when I had $60 or less in my account after Sept. 2005 and zero in January and February 2006 resulted in American U.'s violations of these passages in the Universal Declaration of Human Rights: Article 3 – right to liberty, Article 5- degrading treatment and punishment, Article 12 – arbitrary interference with home and correspondence since homeless shelter residents stole these items: family photos including my baptism and confirmation, letters from U.S. Senators, a prominent Democrat, and family members, memoirs of President Clinton and Queen Noor of Jordan, and business suits where I have depended on charitable donations for clothing during the past two years when I was unable to afford to buy clothes, Article 23 – protection against unemployment, Article 25 – to protect an adequate standard of living and social services. I want investigators to ask about policies of D.C. Department of Human Services caseworkers at 51 N St., N.E., who postponed my entry in the only class I was allowed to take, Office Assistant in Food Stamp Employment Training at UDC/ Van Ness, from February to June 2006 due to an "exemption" for homeless shelter residents since many were substance abusers. I wanted to bring to attention of the committee and Senator Grassley that in my EEOC age discrimination case against American University, American U. Legal Counsel Hisham Khalid's refusal to answer these interrogatories indicates a lack of progress in reforms for accountability and transparency of the Board of Trustees which Senator Grassley discussed: Mr. Khalid seems to identify with Vice President Cheney's views on executive privilege and tries to deny any American U. responsibility to help me avoid welfare under Clinton-era rights and responsibilities: he refused to answer these questions on grounds they were "vague", a "burden, "not admissible evidence": Interregatory 6: the job search advising roles of Dean Goodman, Dr. Fisher, and Lochlann Boyle and advice to help me avoid dependency on food stamps, Interrogatory 8: it was bad for Dean Goodman to not respond to statement "it was not a good idea to keep me around campus with neither financial aid nor a job", Interrogatory 9: it was wrong for Mr. Khalid to say financial aid was not an issue after the Ladner financial mismanagement, Interrogatory 10: I said Senn High School in Chicago was better at links to jobs with apprenticeships than American U. with no access to urgent or displaced workers' programs, Interrogatory 11 Bishop Schol was wrong not to answer questions about the Methodist church shelter across the street from American U. and exploitation of American U.'s dumping of my job search on black D.C. caseworkers at D.C. Departments of Human Services and Employment Services after my eviction, Interrogatory 15: on academic freedom and Fisher's refusal to grade Arab League paper. PLEASE NOTE ATTACHMENT ON PROFESSOR NAN'S GRADING OF COLOMBIA=-FARC REBELS' TALKS PROJECT: THIS IS VERY CONTROVERSIAL IN CHICAGO AND THERE WAS NOT PROGRESS IN DOING AN ASSESSMENT OF MY WORK SKILLS INCLUDING THIS SO MAYOR FENTY'S OFFICE CAN ADVISE ME AFTER LAYOFF. Professor Nan of George Mason is my reference: a dialogue is needed.

PROOF OF SERVICE: Hand-delivery to U.S. Senate Finance Committee, Mail to Hisham Khalid, American University Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20001

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 July 27, 2007 3rd of 3 pages

Joseph Slovinec

Case Study: Colombia

Group Members:

Jessica, Joe, Oscar, Russ

**Group Case Study Paper Grading Sheet**

5 (5) Analytical overview of the case of conflict or peace process.

9 (10) Analysis of cultural factors that played or play a role in the conflict or peace process, including scholarly articles and primary research.

what primary research?

4.5 (5) Conclusions, implications of the research

4 (5) Clearly written, integrated

22.5 (25) TOTAL for PAPER

**Presentation Grading Sheet**

4 (5) clarity of cultural factors in case

5 (5) clarity of conclusions and implications from the case

role of networks

3 (5) clarity of the presentation overall, including engaging presentation style

12 (15) TOTAL for PRESENTATION

"culture of drugs + corruption" and cultural implications of displacement on Afro-Colombians + indigenous

not integrated presentation

- nice touch to bring Colombian music

- difficult to follow details on background

- long discussion of drugs + corruption detracted from other sections