IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,                                    06-455

   Plaintiff,                                    (gk) Judge Gladys Kessler

        vs.

American University,

   Defendant

AMENDMENT TO LAST WEEK PLEADINGS: INFORMATION ON AMERICAN
UNIVERSITY AND DOUBTS ON WORKING ⁇ ⁇ ⁇ ⁇ ⁇ WITH ILLINOIS
DEMOCRATS AND RESIDENTS

1.   This pleading is addressed to the court, Illinois Attorney General Lisa Madigan, and U.S.
Attorney Patrick Fitzgerald.   Plaintiff is somewhat sorry, yet not at fault, for an order to shut
down his computer lab at CCNV which meant some of the ideas and thoughts in last week's
pleadings were not completely communicated.   American University has substantial interests as
a business which hosts several Washington Semester programs for Illinois universities:   today's
internet notes one as Illinois Wesleyan and Plaintiff honestly noted nearly all were in
Republican-leaning communities like probably Elmhurst College or Rock Island area except for
Columbia College since American University School of Communication sincerely wants ties to
the national wealthy media elite in Chicago.   American University has a responsibility to
respect Illinois and encourage or not interfere with students like J. Slovinec who wanted to return
to Illinois in September 2005 when his only choices were attending Roosevelt University or
becoming a Herbert Hoover Depression-type victim in Washington, D.C..   It was this exchange
image and past links to Columbia University, J. Slovinec's alma mater where he worked together
with an American U. Baruch Fellow at United Nations Association of the U.S.A., which initially
attracted J. Slovinec's business.   Today, J. Slovinec makes formal his complaint to Illinois
Attorney General Lisa Madigan and Governor Rod Blagojevich that American University
endangers the liberty and safety of constitutional rights of Illinois residents to even attend the
Graduate Certificate in Peacebuilding program which J. Slovinec entered as an Illinois resident
in January 2005: he had considered this move since a Dec. 28, 2006 letter to Governor
Blagojevich which said in order to preserve Illinois business American U. President Dr.
Cornelius Kerwin should agree to either cancel classes during the first two weeks of the term
with no charge or offer Illinois students emergency loans at the end of the semester if the student
is turned down for private loans.   Private loans were a burdensome request in Dr. Fisher's
Peacebuilding program which is actually intended to support military peacekeeping units at the
United Nations and policies of the Bush-Cheney United Nations diplomats and former Secretary
of Defense Donald Rumsfeld.   Democrats in Illinois with the leadership of Senator Durbin
believe a negotiated end to the Iraq war is the most important foreign policy problem in Illinois:
when J. Slovinec wrote a paper which praised the Arab League's support of Desert Storm to free
Kuwait in 1991 yet questioned why President Bush did not consult more with the Arab League at
its March 1, 2003 meeting on a proposal by Kuwait and United Arab Emirates to peacefully exile
Saddam, Fisher refused to grade it on the pretext of an unpaid bill, a sign of his pro-military
sympathies. This is still within the jurisdiction of Lisa Madigan's office since Dr. Fisher recruited
J. Slovinec as an Illinois resident and School of International Service Dean Louie Goodman sent
J. Slovinec a brochure with what Contracts law professors sometimes called "puffing",
exaggerated promises of uses of American U. job services for an Illinoisan..

2. FISHER'S FINANCING PRACTICES FAVOR WEALTHY ELITE AND HOSTILITY
TOWARDS ILLINOIS DEMOCRATS IS SENSED

RECEIVED

SEP - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the Graduate Certificate of Peacebuilding program, Dr. Fisher had many wealthy clients from United Nations like United Nations Development Programme whose employers paid for tuition and Dr. Fisher was trying to hold J. Slovinec to same financial standards as them: Dr. Fisher first said J. Slovinec could apply for private bank loans; J. Slovinec then asked him to consider asking for federal loan certification to get federal loans and he considered it in a e-mail on March 3, 2005; when this was not completed, Fisher tried to demand J. Slovinec limit financial aid to only private loans: even after J. Slovinec informed Dr. Fisher he had only $2300 in the bank, and after J. Slovinec was unexpectedly turned down for every private loan, American U. indirectly refused to give J. Slovinec Cafritz, Skaskan, or Morgenstern emergency loans in the catalog.   Fisher gave J. Slovinec an A on a Kashmir project: yet, he did not benefit the interests of Illinois teachers with a discussion of how to teach about peace, a short topic in his Summer Institute: he and Professor Nan were influenced by students groups to discuss the Colombia/FARC rebel negotiations and neither understand J. Slovinec's viewpoint these talks should be held near the United Nations in New York, not Chicago with expected objections from the Chicago Police Department and Drug Enforcement Administration; and Fisher did not teach enough about the history of Iraq and Kuwait with only 5 pages about in a conservative-sounding Kriesberg textbook about "anger, escalation".   J. Slovinec was pleased Illinois Secretary of Veteran Affairs Tammy Duckworth wrote a book introduction herself in "Band of Sisters" about her Iraq war service.   Lisa Madigan is alerted J. Slovinec had a lease from Sept. 1, 2004 to August 31, 2005 for a Lake View apartment and still needs to request verification of the payments before he broke the lease Feb. 1, 2005: this was the landlord's perception since a sublet tenant could not be worked out and he refused J. Slovinec's request to return to the Chicago apartment May 1, 2005 and said a return might happen July 1, 2005. THIS CAUSED J. SLOVINEC TO GET AN OFFICIAL MARYLAND ID CARD APRIL 27, 2005 WHICH IN RETROSPECT SEEMS LIKE A BAD IDEA: FISHED INFLUENCED THIS MOVE TO BETHESDA FOR   A FINANCIAL PROFIT BEYOND PLAINTIFF'S INCOME WITHOUT A JOB OFFER. Relations worsened in Summer 2005 and Congressman Chris Van Hollen (D-Maryland) reported to Plaintiff American U. Assistant Director of Financial Aid Ingrid Valentine made an erroneous statement Plaintiff's program "did not qualify him for financial aid": above was true-   J. Slovinec states: 'when I informed Dr. Fisher by e-mail he had less than $60 in the bank, was in a homeless shelter, and could not pay the bill without a tuition-and-fee waiver, Fisher continued to demand in a Labor Day 2005 e-mail I obtain money from another unnamed source, said I could not return to American U. if I did not, and I lacked his permission to use his name as a job reference: this was the "to abuse Illinois Democratic political enemies like the Nixon Administration" by AU in previous pleading.   Dr. Kerwin is respected for integrity and pro-reform views: yet his lack of a response to J. Slovinec's pleading which requested a statement of American U. respect for the Democratic majority in Congress increases anxieties among Illinoisans who desire fair access for all points of view on the Iraq conflict including better administration of Sunni provinces, not a SIS research strength, or a negotiated end to the insurgency which protects American interests.   Plaintiff J. Slovinec wants Il. Attorney General Lisa Madigan and Mr. Fitzgerald to know ex-American U. President Benjamin Ladner and Fisher seemed to view Illinois Democrats unfairly as radicals and agitators who had to produce, or nearly extort, a donation from someone you know in the wealthy Chicago North Side P. 2 Zip Codes of 60614 or 60657: or Democratic Party donors who knew little about American U. J. Slovinec understands now why DNC Chairman Howard Dean and Governor Blagojevich did not return J. Slovinec's   letters on request to raise money to pay Fisher's bill: Fisher lacks any



advising relationships with Illinois Senators or officials... Plaintiff had fair consideration for two U.S. government civil service jobs: Passport Specialist at U.S. Department of State in Washington, D.C. and Chicago. Il with a 90% test grade from November 2005 to November 2006 and Social Insurance Specialist at U.S. Social Security Administration in August 2007 where most of application was faxed and it narrowly missed entry because an online questionnaire from the computer lab of the homeless shelter where J. Slovinec resides was allegedly not received: the Social Security Administration did request J. Slovinec's application at a job fair since it was related to the Illinois Department of Human Services job J. Slovinec once received in Illinois.

3..     The Graduate Certificate in Peacebuilding program endangered civil liberties and economic justice rights of Joseph Slovinec and could endanger other Illinois Democrats or ex-Illinois Democrats who are recruited for the program.   J. Slovinec sued American U. for no interviews for 18 campus staff jobs: welfare authorities in Montgomery County, Maryland, and D.C. were completely uncooperative in aiding J. Slovinec in searching for any meaningful employment like discrimination against out-of-town newcomers for welfare in the Shapiro v. Thompson 394 U.S. 618 and Saenz v. Roce 98-97 U.S. S.Ct. May 17, 1999 cases. D.C. Mayor Williams' office and department bureaucrats told J. Slovinec the best they could do was arrange J. Slovinec's stay in a homeless shelter and putting him in a no-cash food stamps program. Although J. Slovinec had disagreements with the Illinois state government, J. Slovinec hopes the Illinois Department of Central Management Services has sympathy for the fact that the Illinois Dept. of Central Management Services gave him an A grade for Library Associate for February 2005 to February 2006 and during the last six months of that time, Mayor Anthony Williams' administration kept J. Slovinec in a state of emotional and financial abuse at the Community for Creative Nonviolence homeless shelter with no job, only $60 in the bank in August 2005 which went down to zero by January and February 2006: D.C. Mayor Adrian Fenty's current administration states or claims financial and emotional abuse of homeless shelter residents is now illegal under the D.C. Homeless Services Reform Act.   American University has extremely poor community relations on evictions: when J. Slovinec was evicted for nonpayment from the Park Bethesda, Maryland refused to give him access to a homeless shelter anywhere in Maryland so J. Slovinec ended up at the Community for Creative Nonviolence in Washington, D.C.. Joseph Slovinec respects Judge Kessler yet believes his cases before her with many delays should receive scrutiny from Lisa Madigan's office and the U.S. Department of Justice since after Judge Kessler refused J. Slovinec's motion for court-ordered loans to attend Roosevelt University in Chicago in September 2005, J. Slovinec became like a white political prisoner of the African-American Mayor Williams' administration, or like a white farmer who was suppressed by Prime Minister Mugabe of Zimbabwe: J. Slovinec feels this entire situation was manipulated by American University's Financial Aid Office which caused him to state an unclearly explained passage in last week's reading:   "Illinois Attorney General Lisa Madigan is also advised together with Governor Rod Blagojevich to listen to any complaints of emotional and financial abuse of Illinois students at American University School of International Service and call on American University to return these students to Illinois or face litigation, perhaps from the Illinois government."   Plaintiff J. Slovinec noted on the Internet Governor Blagojevich was welcoming some younger students home to Illinois in September 2005 who were refugees from Hurricane Katrina and yet J. Slovinec did not want to request similar emergency aid to go to Roosevelt in September 2005 since it would have seemed selfish: also, since J. Slovinec was unemployed in 2004, J. Slovinec felt he was in dependency on American U. Professors Susan

3

Nan who once worked for Jimmy Carter and Ronald Fisher for references: Secretary Spellings should get questions in related 06-1143 on marketing pressures for this unworkable scheme. In regards to his (or my) message to U.S. Attorney Patrick Fitzgerald, Plaintiff Joseph Slovinec wanted to ask him to concentrate on these goals: 1. Advice to Roosevelt University on conditions for J. Slovinec's enrollment since he was a poverty case three years in a row (zero income 2005, $2700 in 2006, and $4000 in 2007 before a layoff). 2. Any advice on testimony in American University case of Illinois Department of Human Services employees who once worked for ex-Governor George Ryan in 1999-2000: this is still an issue of gross discrimination since J. Slovinec was never hired for a full-time job since the Ryan layoff of June 30, 2000 either in Chicago or Washington, D.C. with use of state government job services. 3. In context of above issues, suggestion of a mediation service with U.S. Secretary of Education Margaret Spellings since the Bush Administration first offered J. Slovinec a Sallie Mae loan deferment to attend American U. in January 2005 and later actions were unexpected which virtually forced him to stay in Washington, D.C. at a homeless shelter for two years . Lisa Madigan is informed this did not work: a job search has not gone well this year after one class was added at University of District of Columbia/Van Ness for Office Assistant in the Food Stamp Employment Training program in 2006 with only part-time phone work this year:" although the Food Stamp Act says J. Slovinec cannot turn down most job offers, D.C. has circumvented the act's intent with never giving J. Slovinec any job offers. With no job offers at Mayor Fenty's job fair August 22, this creates the unexpected decision of J. Slovinec to still vigorously seek school or job training in Illinois.   BUSH ADMINISTRATION, SPELLINGS, AND CONCLUSION OF MOST OF J. SLOVINEC'S RESEARCH EXCEPT PRETRIAL ON ARAB LEAGUE Inn related  Case 06-1143 Slovinec v. American U., Plaintiff expects to ask Secretary Spellings if her office actually cut off his financial aid with rumors J. Slovinec might have talked to FARC rebels: he has not. Status of three projects: 1. Kashmir was discontinued with only plans to informally ask Senator Durbin about visit to President Musharraf in Pakistan with progress on his talks on power-sharing with former Prime Minister Benazir Bhutto of Pakistan since both worked well for peace between India and Pakistan on Kashmir: since Ronald Fisher did not respond to J. Slovinec's request for a proposal to Clinton Foundation, J. Slovinec no longer wants to ask the foundation to review the issue of Pakistan's Chief Justice who was reinstated and where Nawaz Sharif can also run. 2. Colombia was totally discontinued and after FARC rebels killed Colombian hostages June 18, J. Slovinec opposes talks in Chicago 2. With respect for his work on the Valerie Plame Wilson case, J. Slovinec informs Mr. Fitzgerald that Ronald Fisher repressed grading of a moderate paper on Arab League which included a book by the father of Arab League Ambassador to the U.S. Hussein Hassouna on how an Arab League peacekeeping force entered Kuwait in 1961 and persuaded Iraqi dictator Kassem to drop a phony claim to Kuwait because it was within Basra Province. J. Slovinec supports bipartisan research on Afghanistan where his Columbia professor Zalmay Khalilzad was Ambassador: Fisher lacked interest in it  Senator Durbin talked about Patrick Collins' service in a hearing with U.S. Attorney General Gonzales where his foreign policy work was respected yet J. Slovinec will not address more questions to Mr. Gonzales before his resignation: he has question on response to his questions on Welfare Reform Act, McKinney-Vento Act, and American U.'s related responsibilities. SERVICE IN U.S. MAIL TO: Hisham Khalid, American U. Legal Counsel. 3201 New Mexico Av., N.W., Washington, D.C. 20001 Intent to mail or deliver to: Illinois Attorney General Lisa Madigan, 100 W. Randolph St., and U.S Attorney Patrick Fitzgerald, 219 S. Dearborn St., both in Chicago, Il. PLAINTIFF: Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 Sept. 5, 2007

4

above meant: not 'any' full-time job offer