IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,

**RECEIVED**

Plaintiff,

Vs.

SEP 2 1 2007

American University,

Defendant        NANCY MAYER WHITTINGTON, CLERK
                 U.S. DISTRICT COURT

06-455

(gk) Judge Kessler

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 SEP 21 PM 10: 09
NANCY M.
MAYER-WHITTINGTON
CLERK

JOB DESCRIPTIONS OF ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES ARE FORWARDED
TO THE COURT: THEY INDICATE RECEPTIONIST AND ADMINISTRATIVE SUPPORT FUNCTIONS WERE
INCLUDED IN J. SLOVINEC'S JOB DUTIES AND MANY OF MR. KHALID'S STATEMENT ARE IN ERROR

1.  Plaintiff Joseph Slovinec made his first visit since June 2005 to Illinois in September 2007 after
    tensions with his low income of $2700 in 2006 and about $4000 before a layoff in 2007:  after
    Illinois scandals including ex-Governor George Ryan, J. Slovinec believed he should only obtain
    materials in person after proper notice to Illinois Attorney General Lisa Madigan and this court
    which did not respond.   Attachments are Appendix A: Social Services Career Trainee, Appendix
    B:  Public Aid Eligibility Specialist: and Appendix C, a controversial U.S. Court of Appeals ruling
    Case 05-1699 printout of 9/07 where J. Slovinec complained to U.S. Attorney Fitzgerald he never
    received notice from the court or Brian Barov whose motion is omitted from court record, and
    where J. Slovinec will postpone comments to Lisa until later:   On September 7, 2007, Plaintiff
    Joseph Slovinec can testify under oath he visited the State of Illinois office with Department of
    Central Management Services job descriptions at Thompson Center, 100 W. Randolph St., in
    Chicago, Illinois and got above job descriptions:  his job title in 1999-2000 was Social Services
    Career Trainee with many of the functions of Public Aid Eligibility Specialist since his duties as
    trainee were at the Illinois Department of Human Services' Nursing Home Services office at 2036
    S. Michigan Av., Chicago. Il..  American University stated in error several times J.Slovinec did not
    have administrative support experience: these administrative support functions were included
    in the Social Services Career Trainee 41320 job title: the trainee was "receiving work
    assignments designed to develop knowledge, understanding, and practical skills" and
    "controlled assignments."  The court has the right to call witnesses like Illinois Attorney General
    Lisa Madigan and Illinois Secretary of Human Services Carol Adams to verify Nursing Home
    Services caseworkers make their own phone calls to set appointments with nursing home
    administrators and clients and therefore perform receptionist duties: although J. Slovinec
    worked on redeterminations of Medicaid and not in an intake office, most of his duties were
    similar to the Public Aid Eligibility Assistant 35825 job title: Medicaid caseworker J. Slovinec
    "receive(d) ,,public assistance clients who have ..return appointments with caseworkers",
    "explains available programs to applicants".."reviews various public records to determine"
    issues like "income", and especially the administrative support function of "enters initial and
    updated technical, client, and office information into all public aid data entry systems."  Only
    the front page is included: back page is mostly a list of counties and foreign  languages.

2.  The above information proves errors in statements of both American U. Legal Counsel Hisham
    Khalid and affidavit signers in Item 48, Motion for Summary Judgment, Memo of Points and
    Authorities in Support of Defendant's Motion for Summary Judgment: on p. 15, Staff Assistant –
    International Affairs, Mr. Khalid stated in error; Slovinec "does not have any receptionist

experience" and also claimed Slovinec does not have "professional skills" for Staff Assistant after previous work for a Vice-President at Columbia University and Il. Dept. of Human Services. (Probably p.7, also see p. 17) See Administrative Assistant – School of Communications: Mr. Khalid made error: Slovinec "had no administrative support experience" when he had above working assignments with practical skills in Social Services, appointments with caseworkers. P. 18 Program Coordinator – School of Public Affairs, Khalid made error J. Slovinec had "no administrative support experience" when he worked 6 years for Cook County Clerk of Circuit Court: issues of George Ryan and Dept. of Justice will get later discussion. P. 21 – Administrative Assistant – Washington Semester Program: Khalid made error: "Slovinec had no receptionist experience". It is particularly troubling that Dean Leo Grande's office lacked basic respect for accuracy in state and local government duties in Illinois on p. 26 Administraitive Assistant – School of Public Affairs, Khalid wrote in error J. Slovinec had "no receptionist or administrative support experience" and like several other times, distorted comments the "education communications" objective on J. Slovinec's resume had "no relationship" to Administrative Assistant position, J. Slovinec had "answered phone, entered data." On p. 28 Senior Administrative Clerk, Khalid wrote in error J. Slovinec "had no receptionist experience" . Mr. Khalid seemed to diligently discuss American University's views: yet a major trial controversy is when American University seeks to make money from Illinois colleges in a Washington Semester program like tourists, American University does not set proper standards when Mr. Khalid either did not bother to contact Il. Dept. of Human Services or Cook County Circuit Court or did not care about accuracy of information about their job descriptions. J. Slovinec blames this on error rather than deliberate deception: however, under Fed. R. Civ.P. 11 American U. must correct these errors in affidavits: Exhibit 11, pp. 5-6, Dr. Pastor's affidavit on Staff Assistant Vice President of International Affairs: "This position was administrative..with experience as a receptionist.. Mr. Slovienc (misspelling of Slovinec) did not posses(s) such qualifications." Also questionable comments "education communications" on resume "not a proper fit" for position. J. Slovinec did similar staff work for Columbia Vice President as hired applicant did for Women's Studies at Dayton. On Exhibit 15, p. 6 Affidavit of Merry Mendelson for Administrative Assistant, School of Communications #1717 she claimed J. Slovinec " did not have the relevant administrative support experience for job" and then went on to describe work J. Slovinec definitely did for Il. DHS and Cook County "phone, collecting and organizing documents" and for DHS "database". . In addition to Ronald Fisher's stifling of J. Slovinec's research with criticism of the start of the 2003 Iraq war, doubts about School of International Service leadership occur with Exhibit 26, p. 5, Assistant Dean Joseph Clapper's affidavit on #1713, School of International Service Senior Administrative Clerk job: error "Slovinec does not have the preferred skills for the position because he does not have administrative support experience": the position was advertised with "office experience" where J. Slovinec did six years of clerical and office work for Cook County and one year of work for Columbia's Vice President in contrast to the hired applicant's 2 years in Peace Corps and only 2 days of work on a SIS conference. PROOF OF SERVICE: To Illinois Attorney General Lisa Madigan, 100 W. Randolph St., Chicago, Il. And American U. Legal Counsel Hisham Khalid, 3201 New Mexico Av., N.W., Washington, D.C. Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 September 21, 2007

Joseph Slovinec

2of2

State of Illinois
**Department of Central Management Services**
**Bureau of Personnel**
**Springfield, Illinois 62706**

## Supplementary Examination Announcement

### <u>SOCIAL SERVICES CAREER TRAINEE</u> - 41320          Monthly Salary Range: $2755 - $3872

| | |
|---|---|
| Regular Test - No Option | Option AR – Arabic Speaking |
| Option CA – Cambodian Speaking | Option CH - Chinese Speaking |
| Option MC - Manual Communication Skills | Option PO – Slavic (Polish) Speaking |
| Option RN - Russian Speaking | Option RU – Rumanian Speaking |
| Option SS - Spanish Speaking | Option VI – Vietnamese Speaking |

Regular Test, Option AR, Option CA, Option CH, Option MC, Option PO, Option RN, Option RU, Option SS and Option VI may be listed on one application.

<u>General duties</u>:  A Social Services Career Trainee participates in an agency sponsored training program of six to forty-eight months duration, receiving working assignments designed to develop knowledge, understanding and practical skills consonant with the various professional social services career disciplines within a State agency; receives controlled assignments in a broad range of departmental activities in a specific phase of an agency's operation, involving the completion of practical work tasks of increasing difficulty and responsibility; applies energy and interest appropriate to that required by the incumbent to retain and apply the knowledges and concepts given.

<u>Applicants meeting these stated requirements will receive a grade in the highest category:</u>
<u>Training and Experience</u>:  Possession of a Bachelor's degree in anthropology, psychology, sociology, social welfare, or in related field of social sciences.

<u>Tests and weights :</u>  Training and experience 100%.

<u>Length of eligibility period</u>:  One year.

(Continued on reverse side)

-------------------------------------------------------------------------------------------------------------
YOU NEED NOT APPEAR AT A TEST CENTER FOR THIS EXAMINATION.
Send a completed application (CMS-100) to the Department of Central Management Services, Bureau of Personnel, Room 500, Stratton Office Building, Springfield, Illinois 62706.  Your training and experience will be evaluated from your application.
-------------------------------------------------------------------------------------------------------------

### AN EQUAL OPPORTUNITY EMPLOYER

4/23/01 Opt CH, 3/13/01 Opt RN, 1/10/01 Opt AR, 10-1-86, (RC-062-12) Salary 7-1-07,
Counties Updated 2-28-06, Grade Statement Changed 5-17-02, Option VI added 10-26-04,
Option CA & RU added 2-16-05, Option PO added 2-23-05



State of Illinois
Department of Central Management Services
Bureau of Personnel
Springfield, Illinois 62706

## Supplementary Examination Announcement

### PUBLIC AID ELIGIBILITY ASSISTANT - 35825

Monthly Salary Range:  $2406 - $3261

Regular Test - No Option
Option SS - Spanish Speaking
All selected options may be listed on one application.

General duties:  A Public Aid Eligibility Assistant receives public assistance clients who have intake or return appointments with caseworkers, greets persons applying for public assistance programs, obtains initial necessary information and explains available programs to applicants and/or screens new applicants for public assistance and sets up eligibility appointments with the intake specialist; or performs the verification function in an intake unit; reviews various public records to determine birth dates, school attendance, income, conducts home and collateral visits to verify pertinent facts at the point of intake; enters initial and updated technical, client and office information into all public aid data entry systems.

Desirable training and experience:  Four years of high school and one year of clerical supportive experience in the Department of Public Aid; or any equivalent training and experience.  Requires the ability to type accurately at a working rate of speed.

Knowledges tested:  English usage; Public relations; Reading comprehension; Records and reports; Mathematics; and Interviewing.

(Continued on reverse side)

### EXAMINATION SCHEDULE (EXCEPT FOR STATE HOLIDAYS)
Examinations may be cancelled without further notice as needs are met.

### FLEXIBLE SCHEDULE TESTING:
Monday, Tuesday, Wednesday and Thursday between the hours of 8:00 a.m. – 1:30 p.m.:
CHICAGO:  James R. Thompson Center, 100 W. Randolph, Suite 3-300, Chicago, IL 60601

Monday, Tuesday, Wednesday and Thursday between the hours of 8:00 a.m. – 2:00 p.m.:
SPRINGFIELD:  Capitol City Center, 130 W. Mason Street, Springfield, IL 62702

### BY APPOINTMENT ONLY:

CHAMPAIGN:  State Regional Office Bldg., 2125 South First St., Telephone 217/278-3435
MARION:  State Regional Office Bldg., 2309 West Main Street, Suite 126, Telephone 618/993-7005
ROCKFORD:  E.J. "Zeke" Giorgi Center, 200 South Wyman, Telephone 815/987-7004

### ILLINOIS BELL RELAY FOR BOTH LOCATIONS:  (voice user) 800/526-0857 (TTY user) 800/526-0844

AN EQUAL OPPORTUNITY EMPLOYER

7-1-89 (RC-028-08) Salary 7-1-07, Counties Updated 2-28-06, TX 12-18-02



# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 20, 2005

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

**Hon.** MICHAEL S. KANNE, *Circuit Judge*

**Hon.** TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| JOSEPH G. SLOVINEC, JR.,<br>　　　Plaintiff-Appellant,<br><br>No. 05-1699　　　　　v.<br><br>ILLINOIS DEPARTMENT OF HUMAN<br>SERVICES, ILLINOIS LABOR RELATIONS<br>BOARD and ILLINOIS SKILLS MATCH,<br>　　Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 02 C 4124<br>]<br>] Mark R. Filip,<br>]　　Judge.<br>] |

The following is before the court: **MOTION OF DEFENDANTS-APPELLEES TO STRIKE APPELLANT'S BRIEF AND TO DISMISS APPEAL OR FOR SUMMARY AFFIRMANCE**, filed on May 6, 2005, by counsel for the appellees,

In his appellant's brief, Slovinec does not present any specific legal challenge to the district court's conclusions, and we are unable to discern what relief he is requesting. Slovinec's vague and unfocused presentation does not comply with Fed. R. App. P. 28 (a)(9), which requires even pro se litigants to submit a brief containing cognizable arguments with supporting citations. *See Anderson v. Hardman*, 241 F.3d 544, 545 (7th Cir. 2001). Accordingly,

**IT IS ORDERED** that the appellees' motion is **GRANTED** and we **DISMISS** this appeal.

