**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSEPH SLOVINEC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-455 (GK) |
| ) | |
| AMERICAN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's motions for summary judgment [#47], to strike [#59] and to compel discovery [#59] are DENIED. Plaintiff's "Motion for Court to Respond Within 7 Days, or by September 5, With Any Guidelines for Testimony or Future Subpoena About J. Slovinec's Performance of Receptionist Duties at Illinois Department of Human Services" [Dkt. #76] is DENIED as moot. It is further

ORDERED that Defendant's motion for summary judgment [#48] is GRANTED.  JUDGMENT shall be entered for Defendant.

This is a final appealable Order.  See Fed. R. App. P. 4(a).

SO ORDERED.

GLADYS KESSLER
United States District Judge

Date: