IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Joseph Slovinec, Plaintiff,   vs.
American University, Defendant                         06-455

(gk) Judge Kessler             **RECEIVED**

MESSAGE TO HOWARD DEAN TO REVIEW AMERICAN UNIVERSITY DISCRIMINATION AGAINST    NOV 1 9 2007

J. SLOVINEC AS DEMOCRAT IN THIS CASE AFTER LYING OR ERROR CHARGES IN 06-1143     NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Plaintiff Joseph Slovinec is informing Democratic National Committee Chairman Howard Dean that he is asking Illinois' Democrat officials, family, and friends to boycott attending American University School of International Service for Spring Semester 2008 since after refusal of my (Plaintiff's) request for a court order to attend the 2005 Summer Institute for Peacebuilding and Development, there was a plot of associates of Dean Louie Goodman and his assistant Joseph Clapper, American University Housing and Dining Director Julie Weber, and Public Safety Chief to convince D.C. Mayor Williams and bureaucrats including D.C. Department of Human Services workers to keep me, Plaintiff Joseph Slovinec a white, under circumstances similar to house arrest at the Community for Creative Nonviolence, a mostly African-American homeless shelter mostly for substance abusers and ex-convicts with low income (zero in 2005, $2700 in 2006, and $4000 in 2007) during the past 2 years since Plaintiff was evicted from Park Bethesda, American U.'s dorm in August 2005: this was in retaliation after J. Slovinec circulated to several American U. offices a May 12, 2005 letter to U.S. Secretary of Education Margaret Spellings, an institutional grievance her office claimed she would accept, which complained on lack of financial aid and no access to Maryland homeless shelters in summer for evicted Park Bethesda students and criticized Professor Ronald Fisher for refusal to grade his paper on Arab League which criticized Bush for starting 2003 Iraq war (please see attached Memo on Arab League).. Republican-leaning types at American U. exploited chances to put unpaid bills, evictions, and a June 22, 2005 federal loan default after a Jan. 2005 Sallie Mae deferment to ruin me, Plaintiff J. Slovinec, financially with a bad credit record after I spent the $8700 I had in February 2005 and my bank accounts went to zero in January 2006. ROOSEVELT UNIVERSITY IN CHICAGO SAID IN SEPT. 2007 SAID I COULD STILL ATTEND CLASS THERE WITH A GRANT: I HOPE TO DISCUSS THIS WITH DEMOCRATS  Mr. Sandler is asked to read pleadings in 06-1143:  Message to Mr. Hassell: Memo of Feb. 2, 2007 to Mr. Dean and Message of Questions and Doubts on American University's Working Relationships with Democratic Party: Including Goals of Welfare Reform Act, D.C. Homeless Services Reform Act, and Detention-Type Atmosphere for Plaintiff as Critic of Iraq War: there was no progress in resolving any of these issues.   Mr. Khalid is informed J. Slovinec will transfer any remaining discussions about DNC to 06-455 after Christopher Hassell was unresponsive to his earlier similar discussions in 06-1143 before J. Slovinec turned in a recent complaint to U.S. Attorney Jeffrey Taylor that Mr. Hassell made false and misleading statements in pleadings that J. Slovinec agreed with his false charges J. Slovinec disrupted American U. campus: Mr. Hassell cannot be trusted to protect President Kerwin's interests in preserving business with Democrats.   Plaintiff believes American University Assistant Director of Financial Aid Ingrid Valentine either made an error or lied during a phone conversation with Congressman Chris Van Hollen (D-Maryland), now Chairman of the Democratic Congressional Campaign Committee, when he said she said my program, the Graduate Certificate in Peacebuilding program, did not qualify me for financial aid: Fisher pressurized me to apply for private loans where I was turned down and he virtually refused to help raise grant money. It is

not in the interests of Speaker Madigan or the Illinois Democratic Party to use campaign funds of candidates to make contacts to pay Fisher's bill: Mr. Khalid supports Herbert Hoover – Richard Nixon policies when he refused to answer interrogatories on American U S. policies of advising students or recent ex-students on food stamps on job training and antipoverty programs, on the Methodist church homeless shelter across the street from American University, and this attitude is similar to Fisher who made hostile demands to J. Slovinec to pay Spring 2005 charges from an unnamed source when J. Slovinec informed him he was at a homeless shelter with less than $60 in the bank. Plaintiff J. Slovinec suspected Fisher wanted him to shake down Chicago donors like those in Senator Obama's neighborhood at a Chicago Theological Union dinner on April 27, 2005 with Mayor Daley and Cardinal George: Chicago foundations do not know Fisher and the Joyce Foundation and Spencer Foundation would not give money when Plaintiff sent them emergency appeal in 2005. Fisher's textbooks lack specific country information for briefings for Senator Durbin and Obama and he refers housing crises to Abigail Lipson at the Counseling Center, a conservative type who probably dislikes Obama's gay and liberal supporters: the boycott is partially for protection of Obama supporters from maneuvering into homeless shelters. CTU has a Peacebuilding program. These incidents indicate American University officials are untrustworthy to handle business of Democratic campaign clients: I, Plaintiff Joseph Slovinec, ask the Democratic National Committee to set benchmarks of improvements in foreign policy advising and ethical conduct of American U. officials of lawyers before approving new contracts for American University School of Public Affairs Campaign Training Institute of Jan. 2-16, 2008. Dean Leo Grande of School of Public Affairs seems increasingly conservative in contrast to an earlier era when I knew he had discussions with Senate Democratic Policy Committee: LeoGrande seldom invites Democratic officials to campus and has favoritism in an executive seminar to officials of the Central Intelligence Agency and National Security Agency where the Hatch Act forbids their involvement in politics. When one consults their website, one cannot find any books about Iraq which were written by American University scholars and while there are books about Islamic peace, there are no training manuals on how to administer economic development programs in Anbar Province or Sunni provinces in Iraq or books on peace negotiations between Sunni and Shiites in Iraq. American University's professors are too passive after a visit by former Iraqi Presiden tGhazi al-Yawer of Iraq: J. Slovinec senses secret American U. support for war profiteering..
2. Plaintiff Joseph Slovinec was condemned to a miserable fate of nickelling-and-diming, a phrase John Edwards used in his April 10, 2005, speech at American University by American U.'s staff and Mayor Williams' bureaucrats and Judge Kessler worsened this fate with an October 15 ruling to dismiss this case: J. Slovinec is a Herbert Hoover Depression-type case with only $11 per day in unemployment insurance which will end about Jan. 28, 2008 so Plaintiff J. Slovinec will try a last-ditch effort for a voluntary settlement of this case which could result in an agreement between Mayor Fenty and President Kerwin's administration to favor a job placement for J. Slovinec elsewhere than American U. or funding for a professional rehabilitation program. Judge Kessler ignored warnings about this $11 per day situation in a pleading on 06-1143 on July 19, 2007.
3. Plaintiff J. Slovinec announces that after six months of polls with several excellent candidates, in August 2007 he decided to endorse U.S. Senator Hillary Clinton for President and identifies himself as her supporter and a Democrat.
4. Howard Dean is cautioned that aside from two or three other free worker training programs, Mayor Fenty has only one free apprenticeship training program for Pharmacy Technician in D.C. which J. Slovinec can use since Labor Ready in northern Virginia said they should not use Plaintiff J. Slovinec for heavy lifting work after two hospitalizations for a rapid heartbeart and atrial fibrillations P. 2

and use of medications for these since 1992: most of his apprenticeship programs also have Maryland addresses like in Laurel or Upper Marlboro. The D.C. Department of Employment Services appears to have the intent to exclude J. Slovinec from working training for the poor at several Washington, D.C. universities and the barring order definitely excludes J. Slovinec from D.C.'s worker training programs at American University. The continuation of above financial circumstances would end any meaningful chance of J. Slovinec's making financial contributions to the Democratic Party: in a spirit of Democratic Party, J. Slovinec earlier informed Hillary Clinton's Presidential campaign I, Joseph Slovinec, asked Mayor Fenty to contact (Presidential) campaigns of Senator Hillary Clinton, Senator Barack Obama, and Senator John Edwards for a list of worker training programs...Plaintiff was only allowed to take one Food Stamp Employment Training class at University of District of Columbia/Van Ness for Office Assistant and applications there are not popular with the market. Plaintiff also decided during 2007 J. Slovinec no longer wants to ask Professor Ronald Fisher to write a proposal to the William J. Clinton Foundation for funds to pay for J. Slovinec's Spring 2005 tuition bill since Fisher did research on Kashmir and President Clinton met with Pakistan's President Musharraf at a forum for world leaders: J. Slovinec believes in bipartisan support for President Bush's call for Pakistani elections and a compromise could include recognizing Musharraf's October 6, 2007 election as President by provincial assemblies which seemed to conform to Pakistan's Constitution with a January 2008 parliamentary elections and release of Chief Justice Chaudhry from house arrest: Musharraf made progress in talks with Benazir Bhutto and it would be counterproductive to ask for the Clintons' duplicative involvement in talks President Bush wants to hold. J. Slovinec does not intend to ask for access to confidential or classified information and would answer questions from Bush Administration on his contacts according to law: J. Slovinec adds he believes Republicans unfairly criticized Sandy Berger's record as National Security Adviser.

5. Please inform Mr. Sandler one of his most important duties in a requested response would be hopefully to agree with legal position of Plaintiff Joseph Slovinec on a related issue: J. Slovinec recently turned in to U.S. Attorney Jeffrey Taylor's office an envelope with counterfeit Travellers' Cheques from a Mr. Downing who offered to let J. Slovinec keep 10% if he passed along phony money to addresses in Ghana and Nigeria: another investigation is probable on what appears a fraudulent use of the www.senate.gov title on a phony claim of a financial payments with the names of Senator Feingold and Speaker Pelosi and the signature of Senator Lugar on it. In an investigation, I, Plaintiff Joseph Slovinec would show all e-mails on my system to U.S. Attorney's officials or U.S. Government officials except e-mails from Democrats: this is partially for privacy of Democrats and also to protect U.S. Civil Service employees under Hatch Act from accusations I was influencing them to support Democrats. Plaintiff does not name who sent messages yet he was favorable on requests to send letters to President Bush to withdraw troops from Iraq, and since he applied for jobs at American University, Plaintiff could not agree with Democrat requests to favor resignation of U.S. Attorney General Gonzales or oppose a pardon for Scooter Libby since Mr. Slovinec believes several individuals were responsible for news coverage of Valerie Plame Wilson and hopes Columbia University's School of Journalism will discuss legal issues of Judith Miller's jailing: he voices respect for Mr. Fitzgerald's integrity in investigations of corruption in both parties. J. Slovinec is considering campaign travel although he would respect a request from President Bush or officials to stay in Washington, D.C. to answer inquiries on above calls for investigations. Thank you. 3 of 3

PROOF OF SERVICE IN U.S. MAIL TO: Democratic National Committee Chairman Howard Dean, 430 South Capitol Street, Washington, D.C. and Legal Counsel Joe Sandler, Sandler, Reiff, and Young, 50 E Street, SE, Suite 300, Washington, D.C. 20003; and American University Legal Counsel Hisham Khalid, 3201 New Mexico Av., N.W., Washington, D.C. 20016
Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001 November 8, 2007

*Joseph Slovinec* (signature)