IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Joseph Slovinec,   06-455
  Plaintiff,   (gk) Judge Kessler
American University, VS.
  Defendant

MESSAGE FOR COURT, MAYOR FENTY, AND CITY OFFICIALS ON CONSIDERATION OF TALKS: WARNING TO JUDGE KESSLER HER OCTOBER 15 RULING COULD INCREASE EXISTING RACIAL AND SOCIAL CLASS TENSIONS ON JOSEPH SLOVINEC'S JOB SEARCH WITH ONLY $11 PER DAY UNEMPLOYMENT INSURANCE

1. Mayor Fenty is respectfully informed that an earlier idea of asking him to ask American University to resolve a lawsuit is limited to voluntary means. Plaintiff acknowledges receipt of Judge Kessler's ill-advised ruling of October 15 which accepts demands of right-wing management of American University to dismiss case and ignores Plaintiff's valid legal arguments that an age survey proved American University's EEOC age discrimination and that affidavits of School of International Service Assistant Dean Joseph Clapper, School of Public Affairs, and School of Communications indicate the EEOC law was violated or disregarded when these schools deliberately hired younger workers with less computer and office experience than American U. listed in the advertisement. Mayor Fenty is asked to discuss the situation with American U. President Cornelius Kerwin and the Board of Trustees to see if American University has any pangs of conscience on using figures like Robert Pastor, an ex-Carter Center employee, turning Joseph Slovinec into a thoughtful Herbert Hoover-era basket case. RACIAL TENSIONS OCCUR WHEN IT IS EASIER FOR EX-OFFENDERS TO GET INTO FREE WORKER TRAINING PROGRAMS THAN J. SLOVINEC. A settlement could include a placement for Joseph Slovinec at a location other than American U.: however, before the November 27 hearing before Judge Handy on Office of Administrative Hearings Case HS-P-07-220328, Slovinec v. Community for Creative Nonviolence, a nearly hopeless feeling results from reading a list of worker training programs from Councilwoman Carol Schwartz's office: a Labor Ready study in northern Virginia indicated J. Slovinec should not do heavy lifting in a laborer job with medication for a rapid heartbeat and past hospitalization for atrial fibrillation: the few choices for free worker training programs include Pharmacy Technician at 4049 South Capitol Street with an apprenticeship program, Strive DC where an African-American man indicated the presence of Joseph Slovinec was unwelcome and suggested Jubilee Jobs, the choice of his CCNV caseworker Enoch when J. Slovinec refused to attend Enoch's other choice, D.C. Central Kitchen. Racial tensions result when J. Slovinec believes it is better for Anacostia's black residents that he does not attend free worker training programs there after American U. refused to settle this lawsuit and the University of District of Columbia/Van Ness Food Stamp Employment Training program was ineffective at helping J. Slovinec find employment. In addition to false or misleading statements made by both its attorneys, American U. lacks any sense of moral right or wrong when Hisham Khalid refused to answer any interrogatories of J. Slovinec of responsibilities to advise students or recent ex-students on Welfare Reform Act, reduction of dependency on food stamps, the Metropolitan United Methodist Church homeless shelter across the street from American U., or responsibility to develop better links with worker training programs for the poor in Gaithersburg, Maryland. PROOF OF SERVICE: In U.S. mail to: Hisham Khalid, American U. Legal Counsel, 3201 New Mexico Av., N.W., Washington, D.C. 20016

Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001   November 20, 2007   *Joseph Slovinec*

RECEIVED NOV 21 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

# EMPLOYMENT & VOCATIONAL TRAINING

The Department of Employment Services provides a range of comprehensive services to help DC residents obtain and maintain employment. DOES has several One-Stop Career Centers that are staffed with benefits specialists, case managers, job training, and placement counselors.

**Department of Employment Services (Main Office)**
609 H Street NE    Washington, DC 20002

| | |
|---|---|
| **CVS/Pharmacy** **South Capitol One-Stop Center** 4049 South Capitol St. SW, 20032 (202) 645-4000, Fax (202) 645-0223 M-F 8:30am-3:30pm **Temporary Job Placement Center** 1st Come, 1st Placed | **Naylor Road One-Stop Service Center** 2626 Naylor Rd. SE, 20020 (202) 645-3535, Fax (202) 645-5346 M-F 8am-3:30pm Wednesdays until 8pm **Temporary Job Placement Center** 1st Come, 1st Placed |
| **Business Resource Center** 64 New York Ave. NE, 20002 (202) 671-2144, Fax (202) 673-3073 M-F 8:30am-5pm (i.e. vendors, taxi cab, construction) | **Franklin Street One-Stop Center** 1500 Franklin St. NE, 20018 (202) 576-3050 M-F 8am-3:30pm **Temporary Job Placement Center** 1st Come, 1st Placed |
| **(BID) G St. NW One-Stop Center** 945 G St. NW, 20001 (202) 724-4541, Fax (202) 724-8815 M-F 8am-5pm Specializes in services for homeless adults | **Euclid Street One-Stop Center** 1704 Euclid St. NW, 20009 (202) 724-7000, Fax (202) 671-4093 M-F 8am-4pm Specializes in services for Latinos |
| **Veterans Assistance Center** 1722 I St. NW, 20036 (202) 530-9559, Fax (202) 530-9377 M-F 8:30am-5pm Serving Veterans Only | **A. Phillip Randolph One-Stop Center** 6210 North Capitol St. NW, 20011 (202) 576-5616, Fax (202) 576-3262 M-F 8:30am-5pm |

**Apprenticeship Program:** Office of Apprenticeship Information and Training
609 H St. NE, 20001 (202) 698-5099, Fax (202) 698-5721, Lewis Brown, Manager
On-the-job training with classroom instruction; teaching the practical and theoretical aspects of highly skilled occupations. Must be 18 years old, meet sponsors' qualifications; most require high school diploma or GED. Applications accepted M-F 8:30am-5pm.

**Project Empowerment Plus: DC Reentry Pilot Program**
609 H St. NE, 20001 (202) 698-5599, Charles Jones, Project Director
Serves ex-offenders (18-35 years old) returning to the community within one year of release. Support services include job training and placement assistance, housing, life skills, financial management and mental and physical health care services. Go directly to H Street to enroll.

| | Independent Employment Assistance Agencies | |
|---|---|---|
| NE | **Coalition for the Homeless** @ Emery Shelter 1725 Lincoln Rd NE (202) 635-1041 Bruce Williams, Manager | Job readiness training Resume preparation Interview skills, life skills Employment referrals |
| NE | **EFFORTS (Employment for Former Offenders Receiving Services)** 1612 7th St NE (202) 232-7322 Rachel Morrison, Director | Day program/job readiness 2-week orientation Resume preparation, budgeting Time & anger management |
| | **Marshall Heights Community Development Organization** 3939 Benning Rd NE (202) 396-3832 Barbara Mitchell, Coordinator | Career assessment Pre-employment skills Job placement & monitoring Individual & peer counseling |
| | **Strive DC, Inc** 715 I St NE (202) 484-1264 Viola Williams, Contact Person | 3-week job readiness program Simulated workplace 2-year post-placement support |
| NW | **Community Family Life Services** 305 E St. NW (202) 347-0520 Alfred Campbell, Counselor | Job preparation, counseling Job placement assistance Mentoring program |
| | **DC Central Kitchen** 425 2nd St NW (202) 234-0707 Carolyn Parham, Coordinator | 12-week food service training Job training program Transitional housing preferred |
| NW | **Ready to Work (Gospel Rescue Ministries)** 810 5th St NW (202) 842-1731 Dwayne Johnson, Coordinator | Training program for homeless men Residential program Earn minimum wage Required to save part of income |
| | **Jobs Partnership of Greater Washington** 625 Park Rd NW (202) 291-5711 Debbie P. Gordon, Administrator | Pre-employment training Mentoring Help for chronically unemployed or underemployed |
| SE | **NEDA Inc. (National Economic Development Administrators)** 1441 Howard Rd SE (202) 607-0679 Omar Thomas, Coordinator | 5-month pre-employment training Assists fathers in parenting skills Full-time, permanent employment for graduates |
| | **East of the Clergy-Police Community Partnership** 4105 1st St SE Suite 101 (202)561-1284 Scott Perry, Reentry Project Coordinator | Employment services/placement Housing assistance Literacy, food & clothing aid Services for ex-offenders |
| SE | **Opportunities Industrialization Center (OIC)** 3707 MLK Jr Ave SE (202) 373-0330 Shenna Nicholson, Coordinator | Job training, placement assistance Computer skills training Computer support, maintenance, repair training |
| | **"A-MEN" (Anacostia Mentoring Employment Network)** 3111 MLK Jr Ave SE (202)562-2636 Chester Hart, Contact Person | GED assistance & preparation 3-week training, job placement Stipend for participants Must be willing to change life |

| | Re-Entry Services | |
|---|---|---|
| SE | "A-MEN" (Anacostia Mentoring Employment Network) <br> 3111 MLK Jr Ave SE (202)562-2636 <br> Chester Hart, Contact Person | Mentoring <br> Educational & job assistance <br> Groups meet Thursdays 7-9pm |
| SE | ConquestHouse, Inc. (CORM) <br> 4320 Halley Terrace SE (202) 723-2014 <br> Laverne Brewster, Case Manager | Mentoring <br> Employment referrals, assistance <br> Case management, support groups |
| SE | East of the Clergy-Police Community Partnership <br> 4105 1st St SE Suite 101 (202)561-1284 <br> Kyra Mitchell, Coordinator | Faith-based mentoring <br> Relationship counseling <br> Financial management <br> Social service referrals |
| | Re-Entry Program (DC Jail) <br> 1901 D St SE (202) 671-2044 <br> Charles Newman, Coordinator | Prepares male inmates for release <br> Case management <br> Mentoring and anger management |
| SE | RAPP (Reintegrating Alternatives Personal Program) <br> 2465 Alabama Ave SE (202) 678-6038 <br> Vernetta Nichelson, Contact Person | Employment/educational support <br> Mentoring, counseling <br> Life skills classes <br> Fatherhood Initiative Program |
| NE | Welcome Home Program (Prison Outreach Ministry) <br> 1001 Lawrence St NE (202) 481-1414 <br> Melinda Fallen, Coordinator | Mentoring, social services <br> Counseling, start-up assistance <br> Housing referrals <br> Job readiness |
| NW | Daniel Alexander Pane Reclamation Program (Metropolitan AME Church) <br> 1518 M St NW (202) 331-1426 <br> Gregory Johnson, Coordinator | 8-week mentoring program <br> Life skills, computer literacy <br> Career counseling <br> Spiritual guidance <br> Groups meet Thursdays 7-9pm |