RECEIVED

CLERK
US DISTRICT & BANKRUPTCY
COURTS          DEC 1 2 2007

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

2007 DEC 12 PM 7 NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Joseph Slovinec, Plaintiff.                06-455(gk) Judge Kessler,

v. American University, Defendant (Revised version will be ready next week)   COMPLAINT ON LACK OF PROGRESS IN JOB SEARCH FOR PLAINTIFF J. SLOVINEC AND DEPARTURE FROM HOMELESS SHELTER TO U.S. SENATE COMMITTEE ON HOMELAND SECURITY AND GOVERNMENTAL AFFAIRS, STAFF MEMBERS FOR SUBCOMMITTEE ON OVERSIGHT OF DISTRICT OF COLUMBIA: ATTACHED MESSAGE TO DR. RIVLIN  It is hoped these papers can be filed in 06-455 or if there is difficulty, they can be filed in 06-1143. The U.S. Senate is probably aware of the investigation of American University which was conducted in the U.S. Senate Finance Committee: among its evil deeds, Benjamin Ladner's administration caused an unjust internal exile similar to the Soviet KGB system for me, the Plaintiff, at the Community for Creative Nonviolence where Director Mr. A. Nurriddin says many residents are substance abusers and ex-convicts.  My income was zero in 2005, $2700 in 2006, and only $4000 in 2007.  Mayor Adrian Fenty won election on an open campaign against Linda Cropp where he claimed homeless shelter residents would receive improvements under the D.C. Homeless Services Reform Act: I, Plaintiff, am not among them and every day is a miserable routine of going for free food in the morning, dependency on charitable donations for clothes since Plaintiff only gets $11 per day in unemployment insurance (Mayor Williams had a similar period of wanting me to ask wealthy U.S. Senators for charitable donations in 2005-2006 and we need a debate in U.S. Senate on this), and use of ineffective jobs programs. I his book Audacity of Hope, Senator Obama says working retraining programs can be jokes and often depend on the corporation.  It is unfortunate that after one semester at American University, Plaintiff was dumped on African-American institutions who never met him before for a job search when U.S. Secretary of Education Margaret Spellings pulled a Nixon-type maneuver with refusing Plaintiff loans to return to Chicago to attend Roosevelt University: these included Community Family Life Services where Brenda Simms told Plaintiff crackheads at 425 2nd St., CCNV Homeless Shelter, had trouble finding work and Alfred Campbell accompanied J. Slovinec on a trip to CVS Pharmacy on Wisconsin Av. where staff was polite, interviewed Plaintiff, and yet did not hire him. An attached letter to Dr. Alice Rivlin of Brookings introduces the idea of asking for an investigation of Dr. Ronald Fisher's Graduate Certificate in Peacebuilding program for luring J. Slovinec from Illinois with insincere claims of aiding him in a placement with no cooperation from the D.C. metropolitan area . It is unfortunate that the U.S. Senate Finance Committee did not respond to Plaintiff's request on July 27, 2007 for an investigation into American University's pressurizing of Plaintiff into a food stamp dependency relationship ever since he talked to the office of Congressman Chris Van Hollen and refusal to answer Interrogatories 8-15 (see attached Exhibit A: on bad idea to keep him on campus without financial aid or a job, Welfare Reform Act responsibilities to advise on jobs program s for poor, and Bishop Schol's refusal to discuss Methodist shelter across the street from American U.. Plaintiff is also suspicious African=American cocaine users and dealers in D.C. might have wanted to intimidate him after doing research on Colombia's FARC rebels with encouraging Mayor Williams' administration to keep him in a no-cash food stamps program in CCNV in 2005-2006: Plaintiff had favored Venezuelan mediation of Colombian talks. PROOF OF SERVICE: To: American U. Legal Counsel Hisham Khalid, 3201 New Mexico Av., N.W., Washington, D.C. 20016 Joseph Slovinec, 425 2nd St., Washington, D.C. 20001 December 12, 2007

*Joseph Slovinec*

> COURT GOT EXHIBIT A ON JULY 27, 2007)

MEMORANDUM TO:  DR. ALICE RIVLIN, DIRECTOR OF THE BROOKINGS INSTITUTION GREATER
WASHINGTON PROGRAM, FOR FILING WITH THE U.S. SENATE COMMITTEE ON HOMELAND SECURITY
AND GOVERNMENTAL AFFAIRS, STAFF MEMBERS FOR SUBCOMMITTEE ON OVERSIGHT OF THE DISTRICT
OF COLUMBIA AND FOR FILING IN U.S. COURT CASE 06-455, SLOVINEC V. AMERICAN UNIVERSITY

Dear Dr. Rivlin:

I respectfully request your advising and ideas on mediation services as the only prominent expert
on D.C.'s programs for the poor at an institute with major foreign policy programs like Brookings. I also
inform the D.C. Oversight Committee of the U.S. Senate and Judge Kessler. I basically want your advice
on an "educational and employment plan", a claimed responsibility and also right under the D.C.
Homeless Services Reform Act, to end my more than two years on food stamps as a resident of the
Community for Creative Nonviolence homeless shelter: I also have a badly managed job search with 4 ½
months on unemployment insurance since June 2007. I was never near achieving any type of recovery
after mismanagement of my stay at American University in Spring 2005 and the decision of Mayor
Anthony Williams's administration and bureaucrats of the D.C. Department of Human Services to
consign me to residency at the CCNV with ex-convicts and substance abusers. I have tried to apply for
Office Assistant jobs with use of a Food Stamp Employment Training program at University of District of
Columbia – Van Ness: this program only allowed students to take one class which I took in Summer 2006
with Professor Charmaine Baynes who is now on a sabbatical on Boston, and it is among programs
which did not work during the administrative influence of Wilhelmina Cooke. The Food Stamp Act
requires me to accept any job offer in the District of Columbia: however, if there is no offer, I would like
to accept an offer to return to Chicago, Illinois to attend Roosevelt University on January 28, 2008.

MAJOR PROSPECTS 2004

In 2004 I continued 15 years of Chicago residency. Illinois' state government seemed most
enthusiastic on my working for them with 3  A test grades for Library Associate which was renewed for
eligibility from February 2005 to February 2006, also for Social Services Career Trainee, and
Governmental Career Trainee for Illinois Secretary of State JesseWhite, and cards from a major public
relations firm and major publishing company, and passage of a Continuing Education class for my real
estate sales license with long delays and no response from Springfield for several weeks before I left
Chicago for American University.
TENSIONS INCREASED IN RECENT WEEKS: DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT
SERVICES INSISTS ON MY FINDING JOB ON BASIS OF DEGREES. MASTER'S IN INTERNATIONAL AFFAIRS
FROM COLUMBIA UNIVERSITY IN 1982 AND IN HISTORY FROM DEPAUL IN 1996, WITH PROBABLY NO
FREE TRAINING FOR ANOTHER OCCUPATION

In recent weeks with the D.C. Department of Employment Services, I find the Department is
reasonably sincere in helping me find work most of the time with severe obstacles in several areas. The
D.C. Department of Employment Services rigidly insisted on telling me to try to find work on the basis of
my earlier 1982 Master's Degree in International Affairs and 1996 Master's Degree in History. The Dept.
of Employment Services computer system gave me extensive computer lists for Office Assistant and
Public Relations yet there are no computerized category for job searches on the basis of my Master's
Degrees. Disagreements are expected in my request for a free worker training program in a new
occupation with these income figures since I moved from Chicago to attend American University in
January 2005: zero in 2005, $2700 in 2006, and $4000 before a layoff in 2007. American University
admitted me and invited me for a two-semester Graduate Certificate in Peacebuilding program starting
in January 2005 with a shortsighted objective of a financial profit from the $23,000 which remained

from my father's estate and suspected American U. desires to pressurize Democratic Party donors in Chicago I knew to pay my bill when my savings account went down to $60 in September 2005 and then zero in January 2006. I made it clear to American University they were expected to encourage me to work on a job search in my Statement of Purpose where Director of Graduate Certificate in Peacebuilding Ronald Fisher also seemed apathetic about my desire for an update on my Columbia U. research on Europe and a class with my Columbia Professor Khalilzad who is now U.S. Ambassador to the United Nations. Fisher gave me an A on a group project on peace negotiations with India and Pakistan on Kashmir: yet he fouled up management of two projects,a group study on Colombia which his students worked and where I wrote a paper for Professor Susan Nan who is now at George Mason U. and Fisher's refusal to grade a paper I wrote on the Arab League which criticized President Bush for not consulting more with the Arab League's March 1, 2003 meeting on a plan of Kuwait and United Arab Emirates to peacefully exile Saddam Hussein which I called "a better idea than war" in contrast to his father President Bush who gained United Nations and Arab League votes to oust Iraqi troops from Kuwait in 1990. I had total exclusion from American University Financial Aid staff which indirectly refused to give me an emergency loan so American U. refused to give me my grades with a cancelled enrollment and treachery when after President Bush's administration affiliate Sallie Mae gave me a loan deferment to attend American U. in January 2005, U.S. Secretary of Education Margaret Spellings stubbornly insisted on keeping another set of William D. Ford loans in default after June 22, 2005. I became a severe poverty case as a result of my decision to attend American U., Spellings' decisions, and my inability to return to Chicago and pay rent on an apartment I had there when I was virtually forced not to show up at Roosevelt University in Chicago in September 2005. After numerous attempts to communicate with American U.'s lawyers where I lack time to go into dishonest statements, I concluded someone in the foreign policy professions probably should investigate mismanagement of the Peacebuilding program by Ronald Fisher where seemingly benevolent neglect of his superior, Dean Goodman, and malicious slander of disgraced and ousted American U. President Benjamin Ladner who falsely accused me of disrupting his Cabinet meeting (actually a meeting of Deans in Kay Spiritual Center) with a warning I could go into welfare ( I did end up on food stamps( or bankruptcy ( I did Spellings a favor she did not deserve when I have not declared bankruptcy which I considered three weeks ago: this would discharge debts with my low income). Fisher insisted I should only use private loans to pay for his program with no federal loans, tuition remission , or grants to pay for it: this became disastrous when I ran out of $8700 I brought from Illinois from my father's inheritance and it became $60 in 2005 and zero in 2006.

Fisher's main textbooks from Kriesberg and Miall lacked Catholic theology which could have gotten a grant from the Archdiocese of Chicago's Office of Peace and Justice; lacked references to bills in Congress and specific country studies so he would not have been the best choice to give briefings to Senators Durbin and Obama; and President Kerwin should become more aware that while there were many wealthy Democratic donors in my Lincoln Park and Lake View neighborhoods in Chicago where I resided 1989-2004, they gave money to Democratic candidates and Fisher could not have attracted them to donating to him for a Bush-Cheney administration United Nations peacekeeping or peacebuilding program. Fisher offers zero internships and only had one meeting with an organization outside campus, AICPR: when he indicated in a hostile Labor Day 2005 mail I lacked permission for his reference with an unpaid bill, this virtually ruined my chances for a viable job search in D.C. with only one reference from his colleague Susan Nan. Mayor Fenty does not seem to comprehend that these constant fights impoverished me and caused my unsuccessful request for his mediation on my career objectives with President Kerwin for Dr. Fisher and Professor Nan earlier this year.

Most Illinois corporations would feel it was a mistake for me to accept Fisher's offer to attend American U. although I could not have foreseen it at the time: it was encouraged by Professors Amira Proweller and Peter Pereira when I also considered Curriculum Studies at DePaul although their motivations could have been to end controversies on a high debt there and hostility to me at the time of the investigation of Jose Solis Jordan, a DePaul School of Education professor who was convicted of terrorism. Mr. Khalid has disagreed with my view that Fisher used predatory lending: although his actions were not illegal, two elements of predatory lending were present: Fisher said he could only recommend that I stay at the overpriced Park Bethesda at a rate of $1393 per month and Fisher insisted I only use private loans, not federal ones to attend his Peacebuilding program: when Ingrid Valentine would not cooperate in giving me a Skaskan, Cafritz, and Morgenstern emergency loan which was available in the catalog, I could not afford to return to Chicago and had a financial collapse down to $60 in my account in early September 2005 and zero in January 2006: a financial loss to zero is a sign of predatory lending and a total lack of cooperation in jobs programs for the poor in Montgomery County, Maryland, and D.C. in achieving a job placement . FISHER WAS NEGLIGENT IN NOT CONSULTING WITH SECRETARY OF STATE RICE ON GUIDELINES FOR TALKS WITH COLOMBIA FARC REBELS      Fisher's intentions were uncertain on what he expected students to do in the long term after his program.. I only used website material from the Air University Library and Center for International Policy on Colombia: however, if a Chicago professor committed a diplomatic indiscretion by talking to FARC in group projects for either Professor Fisher or Nan, it could ruin their reputation and career. I therefore feel you, Dr. Rivlin, or someone else should investigate whether it is a good idea for Fisher to even host Chicagoans and then not allow them to return home after his sessions in captivity in a homeless shelter: the homeless shelter captivity was encouraged by U.S. Secretary of Education Margaret Spellings' decision to stubbornly keep my student loans in default after June 22, 2005, a decision the Department now claims to have made Dec. 21, 2004 after Kerry's loss: I also suspect her of dislike of my research on Colombia and Arabs, and links to Democratic Party officials and fundraisers in Chicago. I am willing to conduct a voluntary debriefing on my past research and also my feelings it was wrong to limit me to only one Food Stamp Employment Training class after American U.. GOVERNOR BLAGOJEVICH'S ADMINISTRATION COULD USE ADVICE FROM DR. RIVLIN ON FEASIBILITY OF MY REQUEST TO RETURN TO ILLINOIS WITH A SCHOLARSHIP TO ROOSEVELT UNIVERSITY. MAYOR FENTY'S ADMINISTRATION NEEDS BETTER ADVISING: J. SLOVINEC'S JOB APPLICATIONS TO AMERICAN UNIVERSITY AND GEORGE MASON U. SHOULD ONLY OCCUR AFTER A MEDIATION PROCESS. American University is still refusing to allow me to visit their campus in a stubborn strategy to try to demand collection of $11,000 for my unpaid Spring Semester 2005 bill: although I disagree with the decision, I have not applied for any American U. jobs since 2005 and Mayor Fenty's DOES is still trying to refer me for Research Assistant jobs there today. I will ask yet Mayor Fenty's office should understand this is only sensible if he wants to act on my earlier request for his mediation of the dispute between American U. and me: DOES should also use caution since they referred me to George Mason U. jobs which are only for their students. Mayor Fenty did not respond to my earlier request for him to talk to Professor Susan Nan about ideas for my job search, perhaps in conjunction with her Alliance for Conflict Transformation: she taught me at American U. in 2005 and there are irritations with no full-time job offer for me since January 2005: mediation should include Dr. Fisher since there are not enough references for most job applications in the international affairs field.      Joseph Slovinec, 425 2nd St., N.W., Washington, D.C. 20001

3   Joseph Slovinec
SEE P.4 ON JOB

MR. KHALID NEEDS TO GO OVER AMERICAN U. REFUSAL TO HIRE, AND ALSO TO MARKET, J. SLOVINEC AS EX-COUNTY AND EX-STATE EMPLOYEE FROM ILLINOIS AND FACTORS OF AMERICAN U'S PREDATORY LENDING WHICH WAS LESS THAN A CRIMINAL OFFENSE IN ILLINOIS

   Today I basically most Illinois corporations would feel it was a mistake for me to accept Fisher's offer and attend  American U. although it seems wrong for American U. to try to get a profit from me and then endure suffering when in my lawsuit against American U., Mr. Khalid gained testimony from Vice President of International Affairs Robert Pastor, Anne Schmitt of School of Public Affairs, and Joseph Clapper of SIS that no one at American U. or anyplace else in Washington should even consider hiring me with my work record as an ex-Cook County employee and ex-Il. Dept. of Human Services employee. Although Fisher's pressures for me to take overpriced rental at Park Bethesda at $1393 per month were not illegal, predatory lending practices include causing lending applicant to have savings go to zero and his saying I had only one choice for a rental there.

PUBLIC OPINION RESEARCH

   National Research LLC President Becky Craig laid me off with one days' notice after I phoned American University School of International Service Dean Goodman on trying to finish the Peacebuilding program and there was friction after I complained when my April 2007 salary was lowered to $421 per month when her tape message said "Your session has been cancelled" for 10 days after American University arrested demonstrators against Karl Rove. Ms. Craig did not want to use a Rapid Response program and D.C. Department of Employment Services had zero openings in areas of Public Opinion Research and Lobbying when I asked for a computerized job search in the area. With only phone lists and uncertainties if about 20 prominent public opinion firms have openings, factors in this particular field make it improbable I can find any type of a full-time job offer in D.C. before my unemployment insurance runs out on January 28, 2008.

NOTES OF WORK OF BROOKINGS GREATER WASHINGTON RESEARCH PROGRAM

   I note Dr. Rivlin's distinguished work as leading expert and director of Greater Washington Research Program, Brookings' main program on easing poverty in Washington:  March 2007 report to Mayor Fenty and D.C. City Council "a report on the status of the implementation of the Comprehensive Housing Strategy Task Force recommendations, her direction of a financial control board which oversaw the District of Columbia's emergence from bankruptcy, and Dr. Rivlin's testimony to D.C. City Council Feb. 13, 2007 on District of Columbia Education Reform Amendment Act of 2007 .

P. 4  I HOPE TO REVISE FOR SECOND
                    LETTER TO DR RIVLIN·
                      ON MOST RECENT
                      JOB OCT 2006 JUNE 2007