UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2007 DEC 14 PM 11: 57

**JOSEPH SLOVINEC**
Plaintiff

RECEIVED

vs.   Civil Action No. **06-455 GK**

**AMERICAN UNIVERSITY**
Defendant

## NOTICE OF APPEAL

Notice is hereby given this **14th** day of **December**, 20**07**, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the **order** of this Court entered on the **15th** day of **October**, 20**07** in favor of **Defendant American University** against said **Plaintiff Joseph Slovinec.** **An order was issued, not a judgment with dismissal text.**

_Joseph Slovinec_
Attorney or Pro Se Litigant

**Please see Dec. 14 Motion for Stay with Causes: Those involved are asked to respect consultation with D.C. Department of Employment Services**

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party) **and D.C. government on job search issues**

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**Mr. Hisham Khalid
American U. Legal Counsel
3201 New Mexico Av. NW
Washington, D.C. 20016**

RECEIVED
DEC 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT