UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC,                          :
                                          :
        Plaintiff,                        :
                                          :
    v.                                    :   Civil Action No. 06-455 (GK)
                                          :
AMERICAN UNIVERSITY,                      :
                                          :
        Defendant.                        :

### ORDER

This matter is before the Court on Plaintiff's Motion for Stay in Proceedings For At Least 20 Days to Allow Corrections of Unclear or Erroneous Language in Documents Before Appeal ("Pl.'s Mot. for Stay") and Request or Motion for U.S. District Court to Keep Record, or Not Forward It to United States Court of Appeals, Until Hearing on Corrections of Errors ("Pl.'s Request to Keep Record") The motions will be denied.

Plaintiff first asserts that the Court's October 15, 2007 Order granting Defendant's summary judgment motion is defective because it "does not use the words 'dismiss case' and is not a validly worded dismissal." Pl.'s Mot. for Stay ¶ 1. The Court did not dismiss this case. Rather, the Court entered judgment in Defendant's favor in a separate document as is required under Rule 58(a)(1) of the Federal Rules of Civil Procedure.

In addition, Plaintiff argues that there are "errors" because

the Court "granted summary judgment on a defective pleading." Pl.'s Mot. for Stay ¶ 2. The errors of which Plaintiff complains are in essence challenges to the merits of the decision. Plaintiff filed a Notice of Appeal on December 14, 2007, and the Clerk of Court already has transmitted this Notice and a docket sheet to the United States Court of Appeals for the District of Columbia Circuit. This Court will neither hold a hearing nor any other proceedings unless the District of Columbia Circuit so directs. Review of this Court's decision and resolution of Plaintiff's requests for extensions of filing deadlines are left to the District of Columbia Circuit.

Insofar as Plaintiff requests relief from judgment or order under Rule 60 of the Federal Rules of Civil Procedure, *see* Pl.'s Mot. for Stay ¶ 1; Pl.'s Request to Keep Record ¶¶ 3-5, his request is denied. Relief under Rule 60(b) of the Federal Rules of Civil Procedure is used sparingly and is applied only in extraordinary circumstances. *See Twelve John Does v. District of Columbia*, 841 F.2d 1133, 1140 (D.C. Cir. 1988); *Piper v. United States Dep't. of Justice*, 374 F. Supp. 2d 73, 78 (D.D.C. 2005). Here, Plaintiff appears to rely on Rule 60(b)(3), which authorizes the Court to grant relief from a final judgment for fraud, misrepresentation, or other misconduct by an adverse party. Fed. R. Civ. P. 60(b)(3); *Mayfair Extension, Inc. v. Magee*, 241 F.2d 453, 454 (D.C. Cir. 1957). The moving party must show that "such 'fraud' prevented him

from fully and fairly presenting his case," and that "the fraud is attributable to the party or, at least, to counsel." *Richardson v. Nat'l R.R. Passenger Corp.*, 150 F.R.D. 1, 7 (D.D.C. 1993)(citations omitted). Further, it is "well-settled that a litigant seeking relief from a judgment under Rule 60(b)(3) based on allegations of fraud upon the court must prove the fraud by clear and convincing evidence." *Drane v. Dominguez*, No. 99-2920, 2005 WL 975691, at *2 (D.D.C. Apr. 25, 2005) (quoting *Shepherd v. Am. Broadcasting Co.*, 62 F.3d 1469, 1476-77 (D.C. Cir. 1995).

Plaintiff's motions are woefully deficient. He offers nothing more than unsupported assertions which fall far short of proving by clear and convincing evidence that Defendant or its counsel committed fraud or that any such fraud prevented him from pursuing his claims.

Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Stay in Proceedings For At Least 20 Days to Allow Corrections of Unclear or Erroneous Language in Documents Before Appeal [Dkt. #85] and Request or Motion for U.S. District Court to Keep Record, or Not Forward It to United States Court of Appeals, Until Hearing on Corrections of Errors [Dkt. #87] are **DENIED**.

SO ORDERED.

January 14, 2008

/s/
GLADYS KESSLER
United States District Judge