UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JOSEPH SLOVINEC,              )
                              )
          Plaintiff,          )
                              )
     v.                       )    Civil Action No. 06-455 (GK)
                              )
AMERICAN UNIVERSITY,          )
                              )
          Defendant.          )
```

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, when construed as a motion for extension of time to file a notice of appeal under Fed. R. App. P. 4(a)(5), Plaintiff's "Motion for Stay in Proceedings," received by this Court on December 14, 2007 and filed on December 18, 2007, is **DENIED**.

**SO ORDERED.**

/s/
GLADYS KESSLER
United States District Judge

Date: May 13, 2008